# EXHIBIT A

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.      I, Luis Carneiro, make this declaration pursuant to §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I filed a complaint against Spectrum Pharmaceuticals, Inc. ("Spectrum" or the "Company") and authorize the filing of a lead plaintiff motion on my behalf.

3.      I did not purchase or acquire Spectrum securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Spectrum securities between July 28, 2020 and September 22, 2022, inclusive (the "Class Period"), including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet (Schedule "A") lists all of my transactions in Spectrum securities during the Class Period.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this day of ___1/30/2023___ .

DocuSigned by:

Luis Carneiro

820BDBD5A0314F3...

Luis Carneiro