# EXHIBIT B

 GlobeNewswire by notified

ESG NEWS    COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER



# Kaplan Fox Files Class Action to Recover Losses for Investors Who Purchased Common Stock of Spectrum Pharmaceuticals, Inc. (NasdaqGS: SPPI)

December 05, 2022 21:40 ET | Source: **Kaplan Fox & Kilsheimer LLP**




···

NEW YORK, Dec. 05, 2022 (GLOBE NEWSWIRE) -- Kaplan Fox & Kilsheimer LLP (www.kaplanfox.com) has filed a proposed class action suit in the United States District Court for the Southern District of New York against Spectrum Pharmaceuticals, Inc. ("Spectrum" or the "Company") (NasdaqGS: SPPI), Thomas J. Riga, the Company's Chief Executive Officer, and a member of the Company's Board of Directors, Francois J. Lebel, the Company's Chief Medical Officer, and Nora E. Brennan, the Company's Chief Financial Officer.

The Complaint alleges that Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder by the SEC, and is brought by plaintiff on behalf of all purchasers of Spectrum common stock during the period December 6, 2021 through September 22, 2022, inclusive ("Class Period").

**If you are a member of the proposed Class, you may move the court no later than 60 days from today to serve as a lead plaintiff for the proposed Class. You need not seek to become a lead plaintiff in order to share in any possible recovery.**

If you have any questions about this Notice, the action, your rights, or your interests, or would like a copy of the Complaint, please e-mail attorneys Jeffrey P. Campisi (jcampisi@kaplanfox.com), or Larry King (lking@kaplanfox.com), or contact them by phone, regular mail, or fax, or click here.

 GlobeNewswire
by notified

ESG
NEWS

COVID-
19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

tumor effects, safety, and tolerability of poziotinib, or "pozi", in patients with locally advanced or metastatic non small cell lung cancer ("NSCLC") that have certain mutations (HER2 exon 20 insertion mutations) and were previously treated with the standard of care. The Complaint further alleges that during the class period, Defendants represented the safety and efficacy data from the ZENITH20 trial were positive and that they had initiated a required confirmatory phase 3 study. However, unknown to investors, this was not true.

The Complaint further alleges that starting on September 20, 2022, before the market opened, investors began to learn the truth when the FDA Oncologic Drugs Advisory Committee ("ODAC") released a briefing document in anticipation of its September 22, 2022 meeting with Defendants to review poziotinib. Investors were surprised when, despite the Company's repeated representations during the Class Period that the data for ZENITH20 were positive, the ODAC briefing document disclosed not only negative data on the safety and efficacy of pozi, but also a failure by the Company to enroll any patients in a required phase 3 confirmatory trial. As a result of this news, shares of Spectrum common stock declined from a closing price of $1.06 per share on September 19, 2022, to a close at $0.66 per share on September 20, 2022, a decline of $0.40 per share, or over 37% on heavier than usual volume. On September 22, 2022, ODAC conducted its meeting concerning poziotinib and it later voted 9-4 not to recommend poziotinib for accelerated approval. As a result of this news, shares of Spectrum common stock further declined from a closing price of $0.63 per share on September 21, 2022 before trading was halted, to a close at $0.43 per share on September 23, 2022, a decline of $0.20 per share, or over 31% on heavier than usual volume.

Plaintiff seeks to recover damages on behalf of the proposed Class and is represented by Kaplan Fox & Kilsheimer LLP (www.kaplanfox.com). Our firm, with offices in New York, Oakland, California, Los Angeles, Chicago, and New Jersey, has decades of experience in prosecuting investor class actions and actions involving violations of the Federal securities laws.

Jeffrey P. Campisi

KAPLAN FOX & KILSHEIMER LLP

850 Third Avenue, 14th Floor

New York, New York 10022



GlobeNewswire
by notified

ESG
NEWS

COVID-
19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

Laurence D. King

KAPLAN FOX & KILSHEIMER LLP

1999 Harrison Street, Suite 1560

Oakland, California 94612

Telephone: (415) 772-4704

Fax: (415) 772-4707

E-mail: lking@kaplanfox.com

---

**Tags**

$SPPI Filing     spectrum filing     complaint     10b     SEC     r/investing

$SPPI     Kaplan Fox     Class Action     Securities fraud     FDA

$SPPI investors

# Recommended Reading

January 19, 2023 18:24 ET

Source:     Kaplan Fox &
Kilsheimer LLP

**Y-mAbs Therapeutics, Inc. (NASDAQ: YMAB) Investor Alert: Kaplan Fox & Kilsheimer LLP Notifies Y-mAbs Investors of a Class Action Lawsuit and...**

NEW YORK, Jan. 19, 2023 (GLOBE NEWSWIRE) -- Kaplan Fox & Kilsheimer LLP (www.kaplanfox.com) is continuing its investigation of claims on behalf of investors in Y-mAbs Therapeutics, Inc....



January 18, 2023 22:04 ET

Source:     Kaplan Fox &
Kilsheimer LLP

**DAKTRONICS INVESTOR ALERT: Kaplan Fox & Kilsheimer LLP Notifies Daktronics Investors of a Class Action Lawsuit and Upcoming Deadline**

NEW YORK, Jan. 18, 2023 (GLOBE NEWSWIRE) -- Kaplan Fox & Kilsheimer LLP (www.kaplanfox.com) is investigating claims on behalf of investors of Daktronics, Inc. ("Daktronics" or the "Company")...



# Explore



ESG NEWS  COVID-19 NEWS  SERVICES ⌄  CONTACT US    FRANÇAIS    SIGN IN

REGISTER





### [OpenBots Expands List of Growing](#)

### [UMH PROPERTIES, INC. ANNOUNCES](#)

### [continued text]

---



## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:  in  𝕏

## Newswire Distribution Network & Management

· [Home](#)            · [RSS Feeds](#)

· [Newsroom](#)     · [Legal](#)

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2023 GlobeNewswire, Inc. All Rights Reserved.