# EXHIBIT C

**FINANCIAL INTEREST ANALYSIS**

| **Spectrum Pharmaceuticals, Inc.** | | **TICKER:** | SPPI | **Set-Off Price:**[1] | | $0.432222 |
|---|---|---|---|---|---|---|
| **Class Period:** | 12/6/21 - 9/22/22 | | | | | |

**Luis Carneiro**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction** | **Date** | **Quantity** | **Price Per Share** | **Cost/Proceeds** |
| Purchase | 11/27/2020 | 10,110 | $4.72995054 | ($47,819.80) |
| **Class Period Purchases:** | | **10,110** | | **($47,819.80)** |
| **Shares Held:** | | 10,110 | $0.43 | $4,369.77 |
| | | | **LIFO Gain/(Loss):** | ($43,450.03) |

[1]The average closing prices from 9/23/22 -12/21/22.