**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENRIQUE OSORIO-FRANCO, on behalf of himself and a class of similarly situated investors,<br><br>       Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>       Defendants. | Case No.: 1:22-cv-10292-VEC<br><br>Hon. Valerie E. Caproni |
| LUIS CARNEIRO, on behalf of himself and a class of similarly situated investors,<br><br>       Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>       Defendants. | Case No.: 1:23-cv-00767-UA |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF CHI HOON HA'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Chi Hoon Ha ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the Actions, appointment as Lead Plaintiff, and approval of

his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:      PSLRA Certification signed by Movant attesting to his transactions of Spectrum Pharmaceuticals, Inc. ("Spectrum" or the "Company") common stock;

**Exhibit B**:      Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Spectrum common stock;

**Exhibit C**:      Press Release published December 5, 2022, on *Globe Newswire,* announcing the pendency of the first-filed securities class action against defendants herein: *Osorio-Franco v. Spectrum Pharmaceuticals, Inc., et. al.,* Case No. 1:22-cv-10292-VEC;

**Exhibit D**:      Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:      Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: February 3, 2023                                Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Chi Hoon Ha and*
*[Proposed] Lead Counsel for the Class*

2