# EXHIBIT B

| Client Name | Chi Hoon Ha |
|---|---|
| Company Name | Spectrum Pharmaceuticals, Inc. |
| Ticker Symbol | SPPI |
| Security Type | |
| Class Period Start | 07-27-2020 |
| Class Period End | 09-22-2022 |
| 90-DAY Lookback Period Start | 09-23-2022 |
| 90-DAY Lookback Period End | 12-21-2022 |
| 90-DAY Lookback Average | $ 00.43 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $466,659.13 |
| DURA LIFO* Total | $466,659.13 |
| Gross Shares Purchased | 674,250 |
| Net Shares Retained | 589,224 |
| Net Funds Expended | $721,334.84 |

### Chi Hoon Ha

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-16-2021 | 2600 | 2.28 | $ 5,928.00 | | | | | | - | 2600 | 2600 | $ 00.43 | $ 1,123.78 | $ 4,804.22 | $ 4,804.22 |
| 08-19-2021 | 6600 | 2.2486 | $ 14,840.76 | | | | | | - | 6600 | 6600 | $ 00.43 | $ 2,852.67 | $ 11,988.09 | $ 11,988.09 |
| 09-22-2021 | 4300 | 2.34 | $ 10,062.00 | | | | | | - | 4300 | 4300 | $ 00.43 | $ 1,858.56 | $ 8,203.44 | $ 8,203.44 |
| 10-07-2021 | 12500 | 1.9989 | $ 24,986.25 | | | | | | - | 12500 | 12500 | $ 00.43 | $ 5,402.78 | $ 19,583.47 | $ 19,583.47 |
| 11-18-2021 | 33000 | 1.82 | $ 60,060.00 | | | | | | - | 33000 | 33000 | $ 00.43 | $ 14,263.33 | $ 45,796.67 | $ 45,796.67 |
| 12-09-2021 | 41000 | 1.6 | $ 65,600.00 | | | | | | - | 41000 | 41000 | $ 00.43 | $ 17,721.11 | $ 47,878.89 | $ 47,878.89 |
| 12-13-2021 | 60000 | 1.41 | $ 84,600.00 | | | | | | - | 60000 | 60000 | $ 00.43 | $ 25,933.33 | $ 58,666.67 | $ 58,666.67 |
| 12-13-2021 | 3500 | 1.3499 | $ 4,724.65 | | | | | | - | 3500 | 3500 | $ 00.43 | $ 1,512.78 | $ 3,211.87 | $ 3,211.87 |
| 01-06-2022 | 100000 | 1.29 | $ 129,000.00 | | | | | | - | 100000 | 100000 | $ 00.43 | $ 43,222.22 | $ 85,777.78 | $ 85,777.78 |
| 01-06-2022 | 2500 | 1.2389 | $ 3,097.25 | | | | | | - | 2500 | 2500 | $ 00.43 | $ 1,080.56 | $ 2,016.69 | $ 2,016.69 |
| 06-02-2022 | 84600 | 0.71 | $ 60,066.00 | | | | | | - | 84600 | 84600 | $ 00.43 | $ 36,566.00 | $ 23,500.00 | $ 23,500.00 |
| 08-08-2022 | 22950 | 1.09 | $ 25,015.50 | | | | | | - | 22950 | 22950 | $ 00.43 | $ 9,919.50 | $ 15,096.00 | $ 15,096.00 |
| 08-09-2022 | 3263 | 1.09 | $ 3,556.67 | 08-17-2022 | 3263 | | $ 01.34 | $ 4,372.42 | - | - | - | $ 00.43 | | -$ 815.75 | -$ 815.75 |
| 08-09-2022 | 10108 | 1.09 | $ 11,017.72 | 08-17-2022 | 10108 | | $ 01.33 | $ 13,443.64 | - | - | - | $ 00.43 | | -$ 2,425.92 | -$ 2,425.92 |
| 08-09-2022 | 55758 | 1.09 | $ 60,776.22 | 08-17-2022 | 55758 | | $ 01.32 | $ 73,600.56 | - | - | - | $ 00.43 | | -$ 12,824.34 | -$ 12,824.34 |
| 08-09-2022 | 121374 | 1.09 | $ 132,297.66 | | | | | | - | 121374 | 121374 | $ 00.43 | $ 52,460.54 | $ 79,837.12 | $ 79,837.12 |
| 08-09-2022 | 15897 | 1.08 | $ 17,168.76 | 08-17-2022 | 15897 | | $ 01.34 | $ 21,301.98 | - | - | - | $ 00.43 | | -$ 4,133.22 | -$ 4,133.22 |
| 08-22-2022 | 84800 | 1.3 | $ 110,240.00 | | | | | | - | 84800 | 84800 | $ 00.43 | $ 36,652.44 | $ 73,587.56 | $ 73,587.56 |
| 08-22-2022 | 1200 | 1.295 | $ 1,554.00 | | | | | | - | 1200 | 1200 | $ 00.43 | $ 518.67 | $ 1,035.33 | $ 1,035.33 |
| 09-13-2022 | 8300 | 1.14 | $ 9,462.00 | | | | | | - | 8300 | 8300 | $ 00.43 | $ 3,587.44 | $ 5,874.56 | $ 5,874.56 |
| Total: | 674,250 | | $834,053.44 | | 85,026 | | | $112,718.60 | | 589,224 | 589,224 | | $254,675.71 | $466,659.13 | $466,659.13 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.