# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENRIQUE OSORIO-FRANCO, on behalf of himself and a class of similarly situated investors,<br><br>      Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>      Defendants. | Case No.: 1:22-cv-10292-VEC<br><br>Hon. Valerie E. Caproni |
| LUIS CARNEIRO, on behalf of himself and a class of similarly situated investors,<br><br>      Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>      Defendants. | Case No.: 1:23-cv-00767-UA |

**DECLARATION OF CHI HOON HA IN SUPPORT OF HIS MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF**

I, Chi Hoon Ha, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class actions (the "Actions") against Spectrum Pharmaceuticals, Inc. ("Spectrum" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I currently reside in Honolulu, Hawaii. I have owned and operated Paradise Watersports, an ocean sports company, for six years and I have four employees. Further,

I have experience hiring and overseeing attorneys for business related matters. I also respectfully disclose that nearly 27 years ago – in 1996 – I was convicted of selling counterfeit goods/services and served 5 years' probation. I deeply regret my past actions, have since turned my life around, and have become a contributing member of society. From my understanding, this nearly three-decade-old incident should not limit my ability to serve as a lead plaintiff and class representative in this action.

3.      I am both capable and qualified to serve as the lead plaintiff in the Actions. By virtue of my significant financial interest in the resolution of the Actions, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.      Prior to seeking appointment as lead plaintiff in the Actions, I communicated with Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Actions would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

5.      I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

6.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

2

3

I declare under penalty of perjury that the foregoing is true and correct. Executed on

Date: 1/27/2023

Signed:

Name: Chi Hoon Ha

3