## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENRIQUE OSORIO-FRANCO, on behalf of himself and a class of similarly situated investors,<br><br>          Plaintiff,<br><br>   v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>          Defendants. | Case No.: 1:22-cv-10292 |
| WILLIAM CUMMINGS, on behalf of himself and a class of similarly situated investors,<br><br>          Plaintiff,<br><br>   v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>          Defendants. | Case No.: 1:22-cv-10677 |
| LUIS CARNEIRO, on behalf of himself and a class of similarly situated investors,<br><br>          Plaintiff,<br><br>   v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>          Defendants. | Case No.: 1:23-cv-00767 |

# NOTICE OF LUIS CARNEIRO'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the concurrently filed Declaration of Ira M. Press, Esq., the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court, Luis Carneiro (the "Movant") hereby moves this Court, before the Honorable Valerie E. Caproni, United States District Court, Southern District of New York, Courtroom 443, Thurgood Marshall United States Courthouse, 40 Foley Square New York, NY 10007, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order of the following: (i) consolidating the above-captioned actions; (ii) appointing Movant as Lead Plaintiff on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired Spectrum Pharmaceuticals, Inc. common stock during the period July 27, 2020 through September 22, 2022, inclusive; (iii) approving Movant's selection of the law firm of Berger Montague PC as Lead Counsel and Kirby McInerney LLP as Local Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Dated: February 3, 2023                    Respectfully submitted,

                                                    **KIRBY McINERNEY LLP**

                                                    /s/ *Ira M. Press*
                                                    Ira M. Press
                                                    Sarah E. Flohr
                                                    250 Park Avenue, Suite 820
                                                    New York, York 10177
                                                    Telephone: (212) 371-6600
                                                    Email: ipress@kmllp.com

sflohr@kmllp.com

*Local Counsel for Lead Plaintiff Movant Luis Carneiro and Proposed Local Counsel for the Class*

**BERGER MONTAGUE PC**
Sherrie R. Savett
Michael Dell'Angelo
Andrew D. Abramowitz
James A. Maro
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
  mdellangelo@bm.net
  aabramowitz@bm.net
  jmaro@bm.net

*Counsel for Lead Plaintiff Movant Luis Carneiro and Proposed Lead Counsel for the Class*

**SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel: (310) 301-3335
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Movant, Luis Carneiro*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Ira M. Press*
Ira M. Press