**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENRIQUE OSORIO-FRANCO, on behalf of himself and a class of similarly situated investors, | Case No.: 1:22-cv-10292 |
| Plaintiff, | |
| v. | |
| SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN, | |
| Defendants. | |
| WILLIAM CUMMINGS, on behalf of himself and a class of similarly situated investors, | Case No.: 1:22-cv-10677 |
| Plaintiff, | |
| v. | |
| SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN, | |
| Defendants. | |
| LUIS CARNEIRO, on behalf of himself and a class of similarly situated investors, | Case No.: 1:23-cv-00767 |
| Plaintiff, | |
| v. | |
| SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN, | |
| Defendants. | |

**DECLARATION OF IRA M. PRESS IN SUPPORT OF LUIS CARNEIRO'S MOTION
FOR CONSOLIDATION OF RELATED ACTONS, APPOINTMENT AS
LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Ira M. Press, Esq. declare as follows:

1.       I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Luis Carneiro ("Movant") for the entry of an Order of the following: (i) consolidating the Related Actions; [1] (ii) appointing Movant as Lead Plaintiff on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired Spectrum Pharmaceuticals, Inc. common stock during the period July 27, 2020 through September 22, 2022, inclusive (the "Class Period"); (iii) approving Movant's selection of the law firm of Berger Montague PC as Lead Counsel and Kirby McInerney LLP as Local Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

2.       Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:  Signed Certification of Luis Carneiro pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  Notice of pendency of class action lawsuit against Spectrum Pharmaceuticals, Inc., published on December 5, 2022;

EXHIBIT C:  Chart reflecting calculation of financial losses sustained by Movant on Class Period transactions in Spectrum securities;

EXHIBIT D:  Declaration of Movant;

EXHIBIT E:  Berger Montague PC firm resume; and

EXHIBIT F:  Kirby McInerney LLP firm resume.

---

[1] The Related Actions are: (i) *Osorio-Franco v. Spectrum Pharmaceuticals, Inc., et al.*, Case No. 1:22-cv-10292 (S.D.N.Y.); (ii) *Cummings v. Spectrum Pharmaceuticals, Inc., et al.*, Case No. 1:22-cv-10677 (S.D.N.Y.); and (iii) *Carneiro v. Spectrum Pharmaceuticals, Inc, et al.*, Case No. 1:23-cv-00767 (S.D.N.Y).  Pursuant to the Memo Endorsement (ECF No. 18) entered on January 12, 2023, the *Osorio-Franco* action and the *Cummings* action were consolidated.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 3rd day of February 2023.

_/s/ Ira M. Press_____
Ira M. Press

3