**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENRIQUE OSORIO-FRANCO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E BRENNAN, <br><br> Defendants. | Civ. A. No. 1:22-cv-10292-VEC <br><br> Consolidated with <br> Civ. A. No. 1:22-cv-10677-VEC |
| LUIS CARNEIRO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E BRENNAN, <br><br> Defendants. | Civ. A. No. 1:23-cv-00767-UA |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF THE
MOTION OF STEVEN B. CHRISTIANSEN FOR CONSOLIDATION, APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

I, JEFFREY P. CAMPISI, declare the following under the penalty of perjury:

1.    I am a partner of the law firm of Kaplan Fox & Kilsheimer LLP and am admitted to this Court and am in good standing.

2.    I respectfully submit this Declaration in Support of the Motion of Steven B. Christiansen for Consolidation, Appointment as Lead Plaintiff and Approval of his Selection of Lead Counsel.  I have personal knowledge of the matters set forth below based upon and if called as a witness in this matter, I could and would competently testify to the matters set forth below.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit A:    December 5, 2022 Notice of Pendency of this Class Action on *Globe Newswire*;

Exhibit B:    Christiansen's sworn certification pursuant to the Private Securities Litigation Reform Act of 1995, dated January 31, 2023;

Exhibit C:    Chart of Steven B. Christiansen's losses prepared by counsel;

Exhibit D:    Firm resume of Kaplan Fox & Kilsheimer LLP; and

Exhibit E:    The Declaration of Steven B. Christiansen, dated January 31, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing it true and correct.  Executed this 3rd day February, 2023, at New York, New York.

*/s/          Jeffrey P. Campisi*
JEFFREY P. CAMPISI

**CERTIFICATE OF SERVICE**

I, Jeffrey P. Campisi, hereby certify that, on February 3, 2023, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

/s/        *Jeffrey P. Campisi*
JEFFREY P. CAMPISI
