# EXHIBIT A



*Source: Kaplan Fox & Kilsheimer LLP*

*December 05, 2022 21:40 ET*

# Kaplan Fox Files Class Action to Recover Losses for Investors Who Purchased Common Stock of Spectrum Pharmaceuticals, Inc. (NasdaqGS: SPPI)

NEW YORK, Dec. 05, 2022 (GLOBE NEWSWIRE) -- Kaplan Fox & Kilsheimer LLP (www.kaplanfox.com) has filed a proposed class action suit in the United States District Court for the Southern District of New York against Spectrum Pharmaceuticals, Inc. ("Spectrum" or the "Company") (NasdaqGS: SPPI), Thomas J. Riga, the Company's Chief Executive Officer, and a member of the Company's Board of Directors, Francois J. Lebel, the Company's Chief Medical Officer, and Nora E. Brennan, the Company's Chief Financial Officer.

The Complaint alleges that Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder by the SEC, and is brought by plaintiff on behalf of all purchasers of Spectrum common stock during the period December 6, 2021 through September 22, 2022, inclusive ("Class Period").

**If you are a member of the proposed Class, you may move the court no later than 60 days from today to serve as a lead plaintiff for the proposed Class. You need not seek to become a lead plaintiff in order to share in any possible recovery.**

If you have any questions about this Notice, the action, your rights, or your interests, or would like a copy of the Complaint, please e-mail attorneys Jeffrey P. Campisi (jcampisi@kaplanfox.com), or Larry King (lking@kaplanfox.com), or contact them by phone, regular mail, or fax, or click here.

The Complaint alleges that Defendants were conducting a phase 2 clinical trial called ZENITH20. The ZENITH20 trial was an ongoing, multicenter, multi-cohort, open-label, activity-estimating study evaluating the anti-tumor effects, safety, and tolerability of poziotinib, or "pozi", in patients with locally advanced or metastatic non small cell lung cancer ("NSCLC") that have certain mutations (HER2 exon 20 insertion mutations) and were previously treated with the standard of care. The Complaint further alleges that during the class period, Defendants represented the safety and efficacy data from the ZENITH20 trial were positive and that they had initiated a required confirmatory phase 3 study. However, unknown to investors, this was not true.

The Complaint further alleges that starting on September 20, 2022, before the market opened, investors began to learn the truth when the FDA Oncologic Drugs Advisory Committee ("ODAC") released a briefing document in anticipation of its September 22, 2022 meeting with Defendants to review poziotinib. Investors were surprised when, despite the Company's repeated representations during the Class Period that the data for ZENITH20 were positive, the ODAC briefing document disclosed not only negative data on the safety and efficacy of pozi, but also a failure by the Company to enroll any patients in a required phase 3 confirmatory trial. As a result of this news, shares of Spectrum common stock declined from a closing price of $1.06 per share on September 19, 2022, to a close at $0.66 per share on September 20, 2022, a decline of $0.40 per share, or over 37% on heavier than usual volume. On September 22, 2022, ODAC conducted its meeting concerning poziotinib and it later voted 9-4 not to recommend poziotinib for accelerated approval. As a result of this news, shares of Spectrum common stock further declined from a closing price of $0.63 per share on September 21, 2022 before trading was halted, to a close at $0.43 per share on September 23, 2022, a decline of $0.20 per share, or over 31% on heavier than usual volume.

Plaintiff seeks to recover damages on behalf of the proposed Class and is represented by Kaplan Fox & Kilsheimer LLP (www.kaplanfox.com). Our firm, with offices in New York, Oakland, California, Los Angeles, Chicago, and New Jersey, has decades of experience in prosecuting investor class actions and actions involving violations of the Federal securities laws.

Jeffrey P. Campisi
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor

New York, New York 10022
Telephone: (212)-829-3821
Fax: (212)-687-7714
E-mail: jcampisi@kaplanfox.com

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1560
Oakland, California 94612
Telephone: (415) 772-4704
Fax: (415) 772-4707
E-mail: lking@kaplanfox.com