# EXHIBIT B

## CERTIFICATION

I, Steven B. Christiansen, hereby certify as follows:

1.      I have reviewed a complaint prepared against Spectrum Pharmaceuticals, Inc. ("Spectrum"), Thomas J. Riga, Francois J. Lebel, and Nora E. Brennan alleging violations of the securities laws, and authorize the filing of a lead plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.      I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial if necessary. I fully understand the duties and responsibilities of the Lead Plaintiff under the Private Securities Litigation Reform Act of 1995, specifically concerning my selection and retention of counsel and overseeing and directing the prosecution of the action on behalf of the class.

4.      My transactions in Spectrum common stock during the period July 27, 2020 through September 22, 2022 are set forth in the Schedule A attached hereto.

5.      I have not sought to serve as a representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6.      I will not accept any payment for serving as a representative party on behalf of a class beyond my pro-rata share of any recovery, except as ordered or approved by the court, including any award to a representative plaintiff of reasonable costs and expense directly related to the representation of the class.

7.      I declare under penalty of perjury that the foregoing is true and correct, executed on this 31st day of January, 2023.

_____
Steven B. Christiansen

**SCHEDULE A**

**Steven B. Christiansen's Transactions in Spectrum Pharmaceuticals, Inc. Common Stock**

| Security Description | CUSIP | Date | Transaction | Quantity | Price |
|---|---|---|---|---|---|
| **Account 1:** | | | | | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 3/10/2022 | Bought | 10,000 | $0.78 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 3/10/2022 | Bought | 10,000 | $0.78 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 3/14/2022 | Bought | 10,000 | $0.75 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 3/15/2022 | Bought | 10,000 | $0.69 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 3/30/2022 | Bought | 40,000 | $1.26 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 4/5/2022 | Bought | 40,000 | $1.37 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 4/5/2022 | Bought | 10,000 | $1.35 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 4/6/2022 | Bought | 10,000 | $1.25 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 4/6/2022 | Bought | 10,000 | $1.25 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 4/7/2022 | Bought | 10,000 | $1.23 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 4/11/2022 | Bought | 4,155 | $1.12 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 4/11/2022 | Bought | 5,845 | $1.12 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 4/12/2022 | Bought | 10,000 | $1.06 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 8/17/2022 | Bought | 54,000 | $1.30 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 3/17/2022 | Sold | (39,990) | $0.80 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 4/4/2022 | Sold | (100) | $1.44 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 4/4/2022 | Sold | (39,900) | $1.43 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 8/12/2022 | Sold | (28,802) | $1.43 |
| | | | | | |
| **Account 2:** | | | | | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 5/5/2022 | Buy | 9,500 | $0.85 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 5/6/2022 | Buy | 100 | $0.83 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 8/9/2022 | Sell | (1,000) | $1.04 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 9/12/2022 | Sell | (7,712) | $1.37 |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | 9/12/2022 | Sell | (888) | $1.38 |