# EXHIBIT C

**Exhibit C**

### Steven B. Christiansen

**Estimated Losses in Spectrum Pharmaceuticals, Inc. (NASDAQ: SPPI) - Period: July 27, 2020 - September 22, 2022**

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **Account 1:** | | | | | | | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Bought | 3/10/2022 | 10,000 | $0.78 | $7,751.00 | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Bought | 3/10/2022 | 10,000 | $0.78 | $7,781.00 | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Bought | 3/14/2022 | 10,000 | $0.75 | $7,500.00 | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Bought | 3/15/2022 | 10,000 | $0.69 | $6,910.00 | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Bought | 3/30/2022 | 40,000 | $1.26 | $50,400.00 | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Bought | 4/5/2022 | 40,000 | $1.37 | $54,800.00 | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Bought | 4/5/2022 | 10,000 | $1.35 | $13,489.00 | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Bought | 4/6/2022 | 10,000 | $1.25 | $12,450.00 | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Bought | 4/6/2022 | 10,000 | $1.25 | $12,499.00 | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Bought | 4/7/2022 | 10,000 | $1.23 | $12,300.00 | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Bought | 4/11/2022 | 4,155 | $1.12 | $4,653.18 | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Bought | 4/11/2022 | 5,845 | $1.12 | $6,517.18 | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Bought | 4/12/2022 | 10,000 | $1.06 | $10,591.00 | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Bought | 8/17/2022 | 54,000 | $1.30 | $70,200.00 | |
| | | | | *234,000* | | *$277,841.36* | |
| | | | | | | | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Sold | 3/17/2022 | (39,990) | $0.80 | ($31,916.02) | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Sold | 4/4/2022 | (100) | $1.44 | ($143.50) | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Sold | 4/4/2022 | (39,900) | $1.43 | ($57,057.00) | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Sold | 8/12/2022 | (28,802) | $1.43 | ($41,186.86) | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Retained* | | (125,208) | $0.43 | ($54,117.68) | |
| | | | | *(234,000)* | | *($184,421.06)* | **$93,420.30** |
| | | | | | | | |
| **Account 2:** | | | | | | | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Buy | 5/5/2022 | 9,500 | $0.85 | $8,075.00 | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Buy | 5/6/2022 | 100 | $0.83 | $83.16 | |
| | | | | *9,600* | | *$8,158.16* | |
| | | | | | | | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Sell | 8/9/2022 | (1,000) | $1.04 | ($1,040.10) | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Sell | 9/12/2022 | (7,712) | $1.37 | ($10,565.44) | |
| Spectrum Pharmaceuticals, Inc. | 84763A108 | Sell | 9/12/2022 | (888) | $1.38 | ($1,221.00) | |
| | | | | *(9,600)* | | *($12,826.54)* | **($4,668.38)** |
| | | | | | | | |
| | | | | | | Total Estimated Losses | **$88,751.92** |

*indicates average closing price from 9/23/2022 through 12/21/2022 (90-day lookback period)
** indicates the higher of the sale price on sale date or the average closing stock price from the end of the class period to sale date