# EXHIBIT E

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENRIQUE OSORIO-FRANCO, on behalf of himself and a class of similarly situated investors, <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN, <br><br> Defendants. | Case No. 1:22-cv-10292-VEC |
| WILLIAM CUMMINGS, on behalf of himself and a class of similarly situated investors, <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN, <br><br> Defendants. | Case No. 1:22-cv-10677-VEC |

## DECLARATION OF STEVEN B. CHRISTIANSEN

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I submit this declaration in support of my motion for consolidation of the above-captioned related securities actions, appointment as lead plaintiff on behalf of purchasers of Spectrum Pharmaceuticals, Inc. ("Spectrum" or the "Company") common stock pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and approval of my selection of counsel.

2.    I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

3.    I am 66 years old and I currently reside in Park City, Utah. I have since January 2000 traded stocks directed by myself. During my career I have worked in high end construction, Real Estate and then into Commercial and residential lending and SBA.

4.    As set forth in the documents to be filed with my motion, during the period July 27, 2020 through September 22, 2022 I purchased a substantial amount of shares of Spectrum, retained shares through disclosures that allegedly caused the share price to drop significantly, and suffered substantial losses as a result.  By virtue of my significant financial interest in the resolution of the Action I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

5.    I understand that a lead plaintiff is required to oversee counsel and direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe duties to the Class to act in its best interest.  If appointed as lead plaintiff, I will be responsible for conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary.  I further understand that I am not required to seek appointment as lead plaintiff in order to recover.  Rather, based on my financial interest, I decided to seek lead plaintiff appointment rather than remain an absent class member.

1

6.    After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Kaplan Fox & Kilsheimer LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I retained Kaplan Fox & Kilsheimer LLP and authorized the firm to file a lead plaintiff motion on my behalf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on January 31, 2023.

Steven B. Christiansen

2