UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENRIQUE OSORIO-FRANCO, on behalf of himself and a class of similarly situated investors,<br><br>             Plaintiff,<br><br>     v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>             Defendants. | Case No.  1:22-cv-10292-VEC<br><br>NOTICE OF MOTION OF THE SPECTRUM INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL |
| LUIS CARNEIRO, on behalf of himself and a class of similarly situated investors,<br><br>             Plaintiff,<br><br>     v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>             Defendants. | Case No.  1:23-cv-00767-UA |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Peifa Xu, Shulan Zhen, and Ran Wang (collectively, the "Spectrum Investor Group"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, and Federal Rule of Civil Procedure 42, for an Order: (1) consolidating the above-captioned related actions; (2) appointing the Spectrum Investor Group as Lead Plaintiff on behalf of all persons or entities that purchased or otherwise acquired Spectrum Pharmaceuticals, Inc.'s securities between July 27, 2020 and September 22, 2022, inclusive (the "Class"); and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  February 3, 2023

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com
tprzybylowski@pomlaw.com

*Counsel for the Spectrum Investor Group and Proposed Lead Counsel for the Class*