UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENRIQUE OSORIO-FRANCO, on behalf of himself and a class of similarly situated investors,<br><br>            Plaintiff,<br><br>     v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>            Defendants. | Case No.  1:22-cv-10292-VEC<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF THE SPECTRUM INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL |
| LUIS CARNEIRO, on behalf of himself and a class of similarly situated investors,<br><br>            Plaintiff,<br><br>     v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>            Defendants. | Case No.  1:23-cv-00767-UA |

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Peifa Xu, Shulan Zhen, and Ran Wang (collectively, the "Spectrum Investor Group"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the Spectrum Investor Group's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of the Spectrum Investor Group's selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart reflecting the Spectrum Investor Group's financial interest in the Related Actions; |
| Exhibit B: | Press release published over *Globe Newswire* on December 5, 2022, announcing the pendency of the first-filed of the Related Actions; |
| Exhibit C: | Shareholder Certifications executed by the members of the Spectrum Investor Group; |
| Exhibit D: | Joint Declaration executed by the members of the Spectrum Investor Group; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 3, 2023.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1