# EXHIBIT A

**Spectrum Pharmaceuticals, Inc. (SPPI)**
**Class Period: July 27, 2020 to September 22, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $0.4322 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | |
| Peifa Xu, Account 1 | | 470,000 | | ($601,599) | | (470,000) | | $305,229 | 99,588 | 0 | $0 | ($296,370) |
| Peifa Xu, Account 2 | | 120,000 | | ($135,036) | | (120,000) | | $60,500 | 100,000 | 0 | $0 | ($74,536) |
| Peifa Xu, Account 3 | | 26,500 | | ($31,506) | | (26,500) | | $11,715 | 26,500 | 0 | $0 | ($19,791) |
| Shulan Zhen | | 239,000 | | ($268,684) | | 0 | | $0 | 239,000 | 239,000 | $103,301 | ($165,383) |
| Ran Wang | | 100,000 | | ($117,394) | | (100,000) | | $46,611 | 100,000 | 0 | $0 | ($70,783) |
| **Peifa Xu; Shulan Zhen; Ran Wang** | | **955,500** | | **($1,154,219)** | | **(716,500)** | | **$424,055** | **565,088** | **239,000** | **$103,301** | **($626,863)** |
| | | | | | | | | | | | | |
| Account 1 | | | | | | | | | | | | |
| Peifa Xu | 9/7/2022 | 22,487 | $1.1850 | ($26,647) | 9/8/2022 | (40,000) | $1.2900 | $51,600 | | | | |
| Peifa Xu | 9/7/2022 | 9,600 | $1.1825 | ($11,352) | 9/9/2022 | (60,000) | $1.2500 | $75,000 | | | | |
| Peifa Xu | 9/7/2022 | 9,620 | $1.1800 | ($11,352) | 9/22/2022 | (412) | $0.4800 | $198 | | | | |
| Peifa Xu | 9/7/2022 | 8,293 | $1.1900 | ($9,869) | 9/22/2022 | (100,000) | $0.4800 | $48,000 | | | | |
| Peifa Xu | 9/7/2022 | 10,000 | $1.2395 | ($12,395) | 9/22/2022 | (511) | $0.5000 | $256 | | | | |
| Peifa Xu | 9/7/2022 | 40,000 | $1.1800 | ($47,200) | 9/22/2022 | (290) | $0.4850 | $141 | | | | |
| Peifa Xu | 9/8/2022 | 20,000 | $1.2400 | ($24,800) | 9/22/2022 | (169,117) | $0.4800 | $81,176 | | | | |
| Peifa Xu | 9/8/2022 | 40,000 | $1.2500 | ($50,000) | 9/22/2022 | (82) | $0.4945 | $41 | | | | |
| Peifa Xu | 9/8/2022 | 30,000 | $1.2400 | ($37,200) | 9/23/2022 | (100) | $0.4915 | $49 | | | | |
| Peifa Xu | 9/9/2022 | 20,000 | $1.3600 | ($27,200) | 9/23/2022 | (100) | $0.4926 | $49 | | | | |
| Peifa Xu | 9/9/2022 | 40,000 | $1.3800 | ($55,200) | 9/23/2022 | (1,319) | $0.4922 | $649 | | | | |
| Peifa Xu | 9/9/2022 | 20,000 | $1.2300 | ($24,600) | 9/23/2022 | (1,404) | $0.4911 | $690 | | | | |
| Peifa Xu | 9/9/2022 | 30,000 | $1.4500 | ($43,500) | 9/23/2022 | (500) | $0.4910 | $246 | | | | |
| Peifa Xu | 9/9/2022 | 30,000 | $1.4500 | ($43,500) | 9/23/2022 | (1,135) | $0.4901 | $556 | | | | |
| Peifa Xu | 9/9/2022 | 60,000 | $1.2200 | ($73,200) | 9/23/2022 | (91,327) | $0.4900 | $44,750 | | | | |
| Peifa Xu | 9/9/2022 | 30,000 | $1.2400 | ($37,200) | 9/23/2022 | (2,500) | $0.4950 | $1,238 | | | | |
| Peifa Xu | 9/12/2022 | 10,000 | $1.2900 | ($12,900) | 9/23/2022 | (100) | $0.4924 | $49 | | | | |
| Peifa Xu | 9/12/2022 | 10,000 | $1.4500 | ($14,500) | 9/23/2022 | (800) | $0.4920 | $394 | | | | |
| Peifa Xu | 9/12/2022 | 30,000 | $1.2995 | ($38,985) | 9/23/2022 | (100) | $0.4918 | $49 | | | | |
| Peifa Xu | | | | | 9/23/2022 | (203) | $0.4919 | $100 | | | | |
| **Peifa Xu** | | **470,000** | | **($601,599)** | | **(470,000)** | | **$305,229** | **99,588** | **0** | **$0** | **($296,370)** |
| | | | | | | | | | | | | |
| Account 2 | | | | | | | | | | | | |
| Peifa Xu | 9/6/2022 | 10,000 | $1.2400 | ($12,400) | 9/21/2022 | (20,000) | $0.6750 | $13,500 | | | | |
| Peifa Xu | 9/7/2022 | 20,000 | $1.2290 | ($24,580) | 9/23/2022 | (100,000) | $0.4700 | $47,000 | | | | |
| Peifa Xu | 9/9/2022 | 15,200 | $1.2200 | ($18,544) | | | | | | | | |
| Peifa Xu | 9/12/2022 | 9,000 | $1.3300 | ($11,970) | | | | | | | | |

*Avg Closing Prices from September 23, 2022 to December 21, 2022

**Spectrum Pharmaceuticals, Inc. (SPPI)**
**Class Period: December 6, 2021 to September 22, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $0.4322 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Peifa Xu | 9/12/2022 | 14,800 | $1.3900 | ($20,572) | | | | | | | | |
| Peifa Xu | 9/16/2022 | 31,000 | $1.0700 | ($33,170) | | | | | | | | |
| Peifa Xu | 9/20/2022 | 20,000 | $0.6900 | ($13,800) | | | | | | | | |
| **Peifa Xu** | | **120,000** | | **($135,036)** | | **(120,000)** | | **$60,500** | **100,000** | **0** | **$0** | **($74,536)** |
| | | | | | | | | | | | | |
| _Account 3_ | | | | | | | | | | | | |
| Peifa Xu | 9/13/2022 | 100 | $1.1580 | ($116) | 11/29/2022 | (220) | $0.4407 | $97 | | | | |
| Peifa Xu | 9/13/2022 | 300 | $1.1599 | ($348) | 11/29/2022 | (200) | $0.4421 | $88 | | | | |
| Peifa Xu | 9/13/2022 | 13,300 | $1.1600 | ($15,428) | 11/29/2022 | (2,769) | $0.4429 | $1,226 | | | | |
| Peifa Xu | 9/13/2022 | 100 | $1.2150 | ($122) | 11/29/2022 | (11,100) | $0.4432 | $4,920 | | | | |
| Peifa Xu | 9/13/2022 | 200 | $1.2175 | ($244) | 11/29/2022 | (101) | $0.4438 | $45 | | | | |
| Peifa Xu | 9/13/2022 | 200 | $1.2180 | ($244) | 11/29/2022 | (6,914) | $0.4402 | $3,044 | | | | |
| Peifa Xu | 9/13/2022 | 300 | $1.2199 | ($366) | 11/29/2022 | (2,800) | $0.4403 | $1,233 | | | | |
| Peifa Xu | 9/13/2022 | 12,000 | $1.2200 | ($14,640) | 11/29/2022 | (2,130) | $0.4439 | $946 | | | | |
| Peifa Xu | | | | | 11/29/2022 | (266) | $0.4405 | $117 | | | | |
| **Peifa Xu** | | **26,500** | | **($31,506)** | | **(26,500)** | | **$11,715** | **26,500** | **0** | **$0** | **($19,791)** |
| | | | | | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 300 | $1.1180 | ($335) | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 300 | $1.1199 | ($336) | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 20,076 | $1.1200 | ($22,485) | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 28,270 | $1.1273 | ($31,869) | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 100 | $1.1275 | ($113) | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 26,200 | $1.1280 | ($29,554) | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 12,400 | $1.1286 | ($13,995) | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 7,200 | $1.1293 | ($8,131) | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 5,200 | $1.1299 | ($5,875) | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 8,754 | $1.1300 | ($9,892) | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 6,200 | $1.1250 | ($6,975) | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 2,800 | $1.1173 | ($3,128) | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 9,600 | $1.1180 | ($10,733) | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 81,200 | $1.1200 | ($90,944) | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 1,800 | $1.1150 | ($2,007) | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 501 | $1.1250 | ($564) | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 1,300 | $1.1273 | ($1,465) | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 100 | $1.1275 | ($113) | | | | | | | | |
| Shulan Zhen | 9/14/2022 | 400 | $1.1299 | ($452) | | | | | | | | |

*Avg Closing Prices from September 23, 2022 to December 21, 2022

**Spectrum Pharmaceuticals, Inc. (SPPI)**
**Class Period: December 6, 2021 to September 22, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $0.4322 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shulan Zhen | 9/14/2022 | 26,299 | $1.1300 | ($29,718) | | | | | | | | |
| **Shulan Zhen** | | **239,000** | | **($268,684)** | | **0** | | **$0** | **239,000** | **239,000** | **$103,301** | **($165,383)** |
| | | | | | | | | | | | | |
| Ran Wang | 9/13/2022 | 60,000 | $1.1699 | ($70,194) | 11/15/2022 | (100) | $0.5095 | $51 | | | | |
| Ran Wang | 9/13/2022 | 40,000 | $1.1800 | ($47,200) | 11/15/2022 | (1,369) | $0.5090 | $697 | | | | |
| Ran Wang | | | | | 11/15/2022 | (500) | $0.5089 | $254 | | | | |
| Ran Wang | | | | | 11/15/2022 | (1,400) | $0.5088 | $712 | | | | |
| Ran Wang | | | | | 11/15/2022 | (2,400) | $0.5085 | $1,220 | | | | |
| Ran Wang | | | | | 11/15/2022 | (792) | $0.5099 | $404 | | | | |
| Ran Wang | | | | | 11/15/2022 | (100) | $0.5100 | $51 | | | | |
| Ran Wang | | | | | 11/15/2022 | (3,915) | $0.5098 | $1,996 | | | | |
| Ran Wang | | | | | 11/15/2022 | (1,923) | $0.5097 | $980 | | | | |
| Ran Wang | | | | | 11/15/2022 | (800) | $0.5096 | $408 | | | | |
| Ran Wang | | | | | 11/15/2022 | (5,700) | $0.5060 | $2,884 | | | | |
| Ran Wang | | | | | 11/15/2022 | (21,001) | $0.5022 | $10,547 | | | | |
| Ran Wang | | | | | 12/8/2022 | (100) | $0.4427 | $44 | | | | |
| Ran Wang | | | | | 12/8/2022 | (59,900) | $0.4401 | $26,362 | | | | |
| **Ran Wang** | | **100,000** | | **($117,394)** | | **(100,000)** | | **$46,611** | **100,000** | **0** | **$0** | **($70,783)** |

*Avg Closing Prices from September 23, 2022 to December 21, 2022