**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENRIQUE OSORIO-FRANCO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E BRENNAN, <br><br> Defendants. | Civ. A. No. 1:22-cv-10292-VEC <br><br> Consolidated with Civ. A. No. 1:22-cv-10677-VEC; Civ. A. No. 23-cv-00767-VEC |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF MOVANT STEVEN B. CHRISTIANSEN'S MEMORANDUM OF LAW IN OPPOSITION TO MOTIONS OF THE SPECTRUM INVESTOR GROUP, CHIN HOON HA AND LUIS CARNEIRO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF <u>LEAD COUNSEL</u>**

I, JEFFREY P. CAMPISI, declare the following under the penalty of perjury:

1. I am a partner of the law firm of Kaplan Fox & Kilsheimer LLP and am admitted to this Court and am in good standing.

2. I respectfully submit this Declaration of Jeffrey P. Campisi in Support of Movant Steven B. Christiansen's Memorandum of Law in Opposition to Motions of the Spectrum Investor Group, Chin Hoon Ha and Luis Carneiro for Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel. I have personal knowledge of the matters set forth below based upon and if called as a witness in this matter, I could and would competently testify to the matters set forth below.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A:    ECF No. 30-4 in *Crass v. Yalla Group Ltd.*, No. 1:21-cv-06854-PAE (S.D.N.Y.) (the "*Yalla* Action");

Exhibit B:    ECF Nos. 47-50 from the *Yalla* Action;

Exhibit C:    The docket in *Luo v. Spectrum Pharmaceuticals, Inc.*, Case 2:21-cv-01612-CDS-BNW (D. Nev.);

Exhibit D:    Party Search Report results from a search undertaken of State of Hawaii criminal and civil dockets for Chi Ha generated on February 17, 2023;

Exhibit E:    *State of Hawaii v. Chi Hoon Ha,* Case 1DCC-23-0001625, eCourt Kokua – Case/Docket Search;

Exhibit F:    The docket from *USA v. Ha*, 1:96-cr-00237-DAE-1 (D. Haw.);

Exhibit G:    *State of Hawaii v. Chi Hoon Ha*, Case ID 1FC930002839, Printable Case View;

1

Exhibit H:   *State of Hawaii v. Chi Hoon Ha*, Case ID 1PC940000593, Printable Case View;

Exhibit I:   *State of Hawaii v. Chi Hoon Ha*, 1FC960003180, Printable Case View;

Exhibit J:   *State of Hawaii v. Chi Hoon Ha*, Case ID 5536309D, Printable Case View;

Exhibit K:   *State of Florida v. Chihoon Ha*, Case Number 071029566, Osceola County Sheriff's Office Charging Affidavit and attachment;

Exhibit L:   *State of Florida v. Chihoon Ha*, Case Number CM-07-DM000257, Order of Commitment;

Exhibit M:   *State of Hawaii v. Chi Hoon Ha*, FC-CR No. 09-1-1085, Complaint, Bench Warrant and Order;

Exhibit N:   *State of Hawaii v. Chi Hoon Ha*, Case 1DTA-12-06790, Complaint dated October 31, 2012, Penal Summons, and Notice of Entry of Judgment and/or Order and Plea Judgment.

I declare under penalty of perjury under the laws of the United States that the foregoing it true and correct.

Executed this 17th day of February, 2023, at New York, New York.

_/s/            Jeffrey P. Campisi_
JEFFREY P. CAMPISI

2

## CERTIFICATE OF SERVICE

I, Jeffrey P. Campisi, hereby certify that, on February 17, 2023, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

/s/     *Jeffrey P. Campisi*
JEFFREY P. CAMPISI
