# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY CRASS, Individually and on Behalf of
All Others Similarly Situated,

                              Plaintiff,

            vs.

YALLA GROUP LIMITED and TAO YANG,

                              Defendants.

---

Case No. 1:21-cv-6854 (PAE)

**STIPULATION AND
ORDER**

---

WHEREAS, a complaint was filed in this action on August 13, 2021 (the "Complaint");

WHEREAS, Yongjun Li and Peifa Xu ("Lead Plaintiffs") were appointed co-lead plaintiffs and Pomerantz LLP ("Pomerantz") was appointed Lead Counsel on November 8, 2021;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of this Court, as follows:

1.      Defendants shall not be required to answer or otherwise respond to the Complaint.

2.      Lead Plaintiffs shall file and serve via CM/ECF a consolidated amended complaint ("Amended Complaint") no later than January 7, 2022.

3.      Defendants shall file and serve answer(s), motion(s) to dismiss, or other response(s) to the Amended Complaint no later than March 8, 2022.

4.      If Defendants respond to the Amended Complaint by motion to dismiss, Lead Plaintiffs shall file their opposition papers no later than May 9, 2022.[1]

5.      Defendants shall file their reply papers no later than June 8, 2022.

6.      This Stipulation may be executed in counterparts, each of which will be deemed an

original and together will constitute one document.  An electronic signature on this Stipulation will

be considered an original signature.


Dated: November 11, 2021
         New York, New York

                                    SIMPSON THACHER & BARTLETT LLP

                                    By: /s/ George S. Wang
                                    George S. Wang
                                    Bo Bryan Jin
                                    Stephanie L. Hon
                                    425 Lexington Ave
                                    New York, NY 10017
                                    Telephone: (212) 455-2228
                                    Facsimile: (212) 455-2502
                                    gwang@stblaw.com

                                    *Attorneys for Defendant Yalla Group Limited*

                                    POMERANTZ LLP

                                    By: /s/ Tamar Weinrib
                                    Tamar Weinrib
                                    600 Third Avenue, 20th Floor
                                    New York, New York 10016
                                    Telephone: (646) 581-9973
                                    Facsimile: (917) 463-1044
                                    taweinrib@pomlaw.com

                                    *Attorney for Lead Plaintiffs Yongjun Li and Peifa
                                    Xu*


Dated: November 15, 2021

IT IS SO ORDERED: _____Paul A. Engelmayer_____

---

[1] If Lead Plaintiffs choose to amend the complaint rather than oppose defendants' motion to dismiss, see Fed. R. Civ. P. 15(a)(1)(B), the following schedule will govern the parties' submissions: Lead Plaintiffs' second amended complaint ("SAC") will be due April 19, 2022; defendants' response to the SAC will be due June 7, 2022; if defendants move to dismiss the SAC, no further opportunity to amend will be granted and Lead Plaintiffs' opposition will be due July 12, 2022; and defendants' reply, if any, will be due August 5, 2022.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFFREY CRASS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YALLA GROUP LIMITED and TAO YANG,<br><br>Defendants. | Case No. 21-6854 |

## STIPULATED MOTION AND NOTICE OF VOLUNTARY DISMISSAL

Counsel for Lead Plaintiffs Peifa Xu and Yongjun Li ("Plaintiffs") and counsel for Defendants Yalla Group Limited and Tao Yang (the "Defendants," and together with Plaintiffs, the "Parties") have conferred and stipulate to the relief requested in this motion. The Parties, by undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff Jeffrey Crass filed the original complaint in this Action on August 13, 2021 (ECF No. 1);

WHEREAS, on November 8, 2021 the Court appointed Peifa Xu and Yongjun Li as Lead Plaintiffs (ECF No. 40);

WHEREAS, Plaintiffs are due to file an Amended Complaint on January 7, 2022;

WHEREAS, Plaintiffs have elected not to file the Amended Complaint or pursue this Action any further;

WHEREAS, Defendants deny that they engaged in any wrongful acts or are liable on any of the claims asserted in this Action;

WHEREAS, this Action has not been certified as a class action;

WHEREAS, the undersigned have met and conferred and hereby stipulate and agree as follows:

1.        Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss the claims asserted in the above captioned action against Defendants with prejudice;

2.        Each side shall bear their own attorneys' fees and costs incurred in connection with this Action;

3.        The undersigned parties and counsel mutually agree not to seek or assert any claim against the other(s) for fees, expenses, costs, sanctions (including any claim under Fed. R. Civ. P. 11) and/or any other claim that the Action was brought or defended in bad faith or without a reasonable basis;

4.        This Stipulation constitutes the entire and complete agreement between the undersigned parties, the terms and conditions contained herein are contractual and not a mere recital, and such terms and conditions shall not be amended, supplemented or abrogated other than by a written instrument signed by the undersigned parties or their authorized representatives; and

5.        This Stipulation shall not be construed against the party preparing it but shall be construed as if the parties jointly prepared this Stipulation, and any uncertainty or ambiguity shall not on the ground of authorship be interpreted against any one party.

DATED:  January 12, 2022

SIMPSON THACHER & BARTLETT LLP      POMERANTZ LLP


By: _s/ Bo Bryan Jin_  _____      By: _s/ Tamar A. Weinrib_____
   Bo Bryan Jin                              Jeremy A. Lieberman
   2475 Hanover Street                     Tamar A. Weinrib
   Palo Alto, CA 94304                   600 Third Avenue, 20thFloor
   650-251-5068                            New York, New York 10016
   bryan.jin@stblaw.com                 Telephone: (212) 661-1100
                                      Facsimile: (917) 463-1044
   George S Wang                         jalieberman@pomlaw.com
   Stephanie Hon                        taweinrib@pomlaw.com

2

425 Lexington Avenue
New York, NY 10017
(212) 455-2000
gwang@stblaw.com
stephanie.hon@stblaw.com

*Attorneys for Yalla Group Limited and Tao
Yang*

Junbo Hao
HAO LAW FIRM
BEIJING HAO JUNBO LAW FIRM
Room 3-401 No. 2 Building,
No. 1 Shuangliubei Street
100024  Beijing
People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFFREY CRASS, Individually and on Behalf of All Others Similarly Situated, | Case No. 21-6854 |
| Plaintiff, | |
| v. | |
| YALLA GROUP LIMITED and TAO YANG, | |
| Defendants. | |

### STIPULATED MOTION AND NOTICE OF VOLUNTARY DISMISSAL

Counsel for Lead Plaintiffs Peifa Xu and Yongjun Li ("Plaintiffs") and counsel for Defendants Yalla Group Limited and Tao Yang (the "Defendants," and together with Plaintiffs, the "Parties") have conferred and stipulate to the relief requested in this motion. The Parties, by undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff Jeffrey Crass filed the original complaint in this Action on August 13, 2021 (ECF No. 1);

WHEREAS, on November 8, 2021 the Court appointed Peifa Xu and Yongjun Li as Lead Plaintiffs (ECF No. 40);

WHEREAS, Plaintiffs are due to file an Amended Complaint on January 7, 2022;

WHEREAS, Plaintiffs have elected not to file the Amended Complaint or pursue this Action any further;

WHEREAS, Defendants deny that they engaged in any wrongful acts or are liable on any of the claims asserted in this Action;

WHEREAS, this Action has not been certified as a class action;

WHEREAS, the undersigned have met and conferred and hereby stipulate and agree as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss the claims asserted in the above captioned action against Defendants with prejudice;

2. Each side shall bear their own attorneys' fees and costs incurred in connection with this Action;

3. The undersigned parties and counsel mutually agree not to seek or assert any claim against the other(s) for fees, expenses, costs, sanctions (including any claim under Fed. R. Civ. P. 11) and/or any other claim that the Action was brought or defended in bad faith or without a reasonable basis;

4. This Stipulation constitutes the entire and complete agreement between the undersigned parties, the terms and conditions contained herein are contractual and not a mere recital, and such terms and conditions shall not be amended, supplemented or abrogated other than by a written instrument signed by the undersigned parties or their authorized representatives; and

5. This Stipulation shall not be construed against the party preparing it but shall be construed as if the parties jointly prepared this Stipulation, and any uncertainty or ambiguity shall not on the ground of authorship be interpreted against any one party.

DATED: January 12, 2022

SIMPSON THACHER & BARTLETT LLP

By: _____
Bo Bryan Jin
2475 Hanover Street
Palo Alto, CA 94304
650-251-5068
bryan.jin@stblaw.com

George S Wang
Stephanie Hon

POMERANTZ LLP

By: _____
Jeremy A. Lieberman
Tamar A. Weinrib
600 Third Avenue, 20thFloor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
taweinrib@pomlaw.com

2

425 Lexington Avenue
New York, NY 10017
(212) 455-2000
gwang@stblaw.com
stephanie.hon@stblaw.com

*Attorneys for Yalla Group Limited and Tao Yang*

Junbo Hao
HAO LAW FIRM
BEIJING HAO JUNBO LAW FIRM
Room 3-401 No. 2 Building,
No. 1 Shuangliubei Street
100024  Beijing
People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn

*Attorneys for Plaintiffs*

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY CRASS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YALLA GROUP LIMITED and TAO YANG,<br><br>Defendants. | Case No. 21-6854<br><br><br>ORDER |

## STIPULATED MOTION AND NOTICE OF VOLUNTARY DISMISSAL

Counsel for Lead Plaintiffs Peifa Xu and Yongjun Li ("Plaintiffs") and counsel for Defendants Yalla Group Limited and Tao Yang (the "Defendants," and together with Plaintiffs, the "Parties") have conferred and stipulate to the relief requested in this motion. The Parties, by undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff Jeffrey Crass filed the original complaint in this Action on August 13, 2021 (ECF No. 1);

WHEREAS, on November 8, 2021 the Court appointed Peifa Xu and Yongjun Li as Lead Plaintiffs (ECF No. 40);

WHEREAS, Plaintiffs are due to file an Amended Complaint on January 7, 2022;

WHEREAS, Plaintiffs have elected not to file the Amended Complaint or pursue this Action any further;

WHEREAS, Defendants deny that they engaged in any wrongful acts or are liable on any of the claims asserted in this Action;

WHEREAS, this Action has not been certified as a class action;

WHEREAS, the undersigned have met and conferred and hereby stipulate and agree as follows:

1.      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss the claims asserted in the above captioned action against Defendants with prejudice;

2.      Each side shall bear their own attorneys' fees and costs incurred in connection with this Action;

3.      The undersigned parties and counsel mutually agree not to seek or assert any claim against the other(s) for fees, expenses, costs, sanctions (including any claim under Fed. R. Civ. P. 11) and/or any other claim that the Action was brought or defended in bad faith or without a reasonable basis;

4.      This Stipulation constitutes the entire and complete agreement between the undersigned parties, the terms and conditions contained herein are contractual and not a mere recital, and such terms and conditions shall not be amended, supplemented or abrogated other than by a written instrument signed by the undersigned parties or their authorized representatives; and

5.      This Stipulation shall not be construed against the party preparing it but shall be construed as if the parties jointly prepared this Stipulation, and any uncertainty or ambiguity shall not on the ground of authorship be interpreted against any one party.

DATED:  January 12, 2022

SIMPSON THACHER & BARTLETT LLP          POMERANTZ LLP

By: _____             By: _____
    Bo Bryan Jin                            Jeremy A. Lieberman
    2475 Hanover Street                      Tamar A. Weinrib
    Palo Alto, CA 94304                      600 Third Avenue, 20thFloor
    650-251-5068                             New York, New York 10016
    bryan.jin@stblaw.com                     Telephone: (212) 661-1100
                                             Facsimile: (917) 463-1044
    George S Wang                            jalieberman@pomlaw.com
    Stephanie Hon                            taweinrib@pomlaw.com

2

425 Lexington Avenue
New York, NY 10017
(212) 455-2000
gwang@stblaw.com
stephanie.hon@stblaw.com

*Attorneys for Yalla Group Limited and Tao Yang*

Junbo Hao
HAO LAW FIRM
BEIJING HAO JUNBO LAW FIRM
Room 3-401 No. 2 Building,
No. 1 Shuangliubei Street
100024  Beijing
People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn

*Attorneys for Plaintiffs*

Granted.   SO ORDERED.

_____

PAUL A. ENGELMAYER
United States District Judge
January 13, 2022

3