# EXHIBIT C

# United States District Court
# District of Nevada (Las Vegas)
# CIVIL DOCKET FOR CASE #: 2:21-cv-01612-CDS-BNW

Luo v. Spectrum Pharmaceuticals, Inc. et al
Assigned to: Judge Cristina D. Silva
Referred to: Magistrate Judge Brenda Weksler
 Cases: 2:21-cv-02202-JCM-BNW
        2:22-cv-00932-JCM-DJA
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 08/31/2021
Jury Demand: Both
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

## Plaintiff

**Jose Chung Luo**
*Individually and on Behalf of All Others
Similarly Situated*

represented by **Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
212-661-1100
Email: jalieberman@pomlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Alexander Hood , II**
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016
212-661-1100
Fax: 917-463-1044
Email: ahood@pomlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas H. Przybylowski**
600 Third Avenue
New York, NY 10016
212-661-1100
Fax: 212-661-8665
*TERMINATED: 09/16/2021*
*PRO HAC VICE*

**Andrew R. Muehlbauer**
Muehlbauer Law Office, Ltd.
7915 West Sahara Ave., Ste. 104
Las Vegas, NV 89117
702-330-4505
Fax: 702-825-0141
Email: andrew@mlolegal.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**International Trading Group, Inc.**                    represented by **Danielle S. Myers**
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-7423
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer N. Caringal**
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Juan Carlos Sanchez**
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Albert**
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan A. Llorens**
Robbins Geller Rudman & Dowd LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101
619-231-1058
Email: ryanl@rgrdlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Colby Williams**
Campbell & Williams
710 South Seventh Street
Ste. A
Las Vegas, NV 89101
702-382-5222
Fax: 702-382-0540

CM/ECF - nvd - District Version 6.3.3

Email: jcw@cwlawlv.com
*ATTORNEY TO BE NOTICED*

**Jeffrey J. Stein**
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
619-338-3824
Email: jstein@rgrdlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Kelley**
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Ste 1900
San Diego, CA 92101
202-355-5495
Email: JKelley@rgrdlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Dunkleberger**
*TERMINATED: 09/26/2022*

represented by **David C OMara**
The OMara Law Firm, P.C.
311 E. Liberty Street
Reno, NV 89501
775-323-1321
Fax: 775-323-4082
Email: david@omaralaw.net
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Mark Mehalic**

represented by **John P. Aldrich**
Aldrich Law Firm, Ltd.
7866 West Sahara Avenue
Las Vegas, NV 89117
702-853-5490
Fax: 702-227-1975
Email: jaldrich@johnaldrichlawfirm.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Changyoung Jung**

represented by **Andrew R. Muehlbauer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Mark Kozubal**

represented by **Patrick R. Leverty**
Leverty & Associates Chtd

832 Willow St
Reno, NV 89502
775-322-6636
Fax: 775-322-3953
Email: pat@levertylaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Spectrum Pharmaceuticals, Inc.** | represented by | **Carl Patrick Hudson** |

Paul Hastings LLP
695 Town Center Drive
17th Floor
Costa Mesa, CA 92626
415-856-7009
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher H. McGrath**
Paul Hastings LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
858-458-3000
Fax: 858-458-3005
Email: chrismcgrath@paulhastings.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raymond Stockstill**
Paul Hastings LLP
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626
714-668-6204
Email: beaustockstill@paulhastings.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan T. Smith**
Pisanelli Bice, PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
702-214-2100
Fax: 702-214-2101
Email: jts@pisanellibice.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph W. Turgeon**                    represented by  **Carl Patrick Hudson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher H. McGrath**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raymond Stockstill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan T. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kurt A. Gustafson**                    represented by  **Carl Patrick Hudson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher H. McGrath**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raymond Stockstill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan T. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Francois J. Lebel, M.D.**                 represented by  **Carl Patrick Hudson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher H. McGrath**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raymond Stockstill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan T. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Thomas J Riga** | represented by | **Carl Patrick Hudson** |

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher H. McGrath**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raymond Stockstill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan T. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2021 | 1 | COMPLAINT against All Defendants (Filing fee $402 receipt number 0978-6615859) by Jose Chung Luo. Proof of service due by 11/29/2021. (Attachments: # 1 Certification of Plaintiff, # 2 Civil Cover Sheet, # 3 Summons Spectrum Pharmaceuticals, Inc., # 4 Summons Joseph W. Turgeon, # 5 Summons Kurt A. Gustafson, # 6 Summons Francois Lebel) (Muehlbauer, Andrew)<br><br>NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1-1, a party must <u>immediately</u> file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 08/31/2021) |
| 08/31/2021 | 2 | CERTIFICATE of Interested Parties by Jose Chung Luo. There are no known interested parties other than those participating in the case (Muehlbauer, Andrew) (Entered: 08/31/2021) |

| | | |
|---|---|---|
| 08/31/2021 | | Case randomly assigned to Judge Jennifer A. Dorsey and Magistrate Judge Brenda Weksler. (YAW) (Entered: 08/31/2021) |
| 08/31/2021 | 3 | Summons Issued as to Spectrum Pharmaceuticals, Inc. re 1 Complaint. (YAW) (Entered: 08/31/2021) |
| 08/31/2021 | 4 | Summons Issued as to Joseph W. Turgeon re 1 Complaint. (YAW) (Entered: 08/31/2021) |
| 08/31/2021 | 5 | Summons Issued as to Kurt A. Gustafson re 1 Complaint. (YAW) (Entered: 08/31/2021) |
| 08/31/2021 | 6 | Summons Issued as to Francois Lebel re 1 Complaint. (YAW) (Entered: 08/31/2021) |
| 09/01/2021 | 7 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 11-2. Counsel Jeremy A. Lieberman, J. Alexander Hood II, Thomas H. Przybylowski to comply with completion and filing of the Verified Petition and Designation of Local Counsel. For your convenience, click on the following link to obtain the form from the Court's website - www.nvd.uscourts.gov. <br><br> Upon approval of the Verified Petition, counsel is required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) system and the electronic service of documents. Please visit the Court's website **www.nvd.uscourts.gov** to register Attorney. Verified Petition due by 9/15/2021. **(no image attached)** (DKJ) (Entered: 09/01/2021) |
| 09/15/2021 | 8 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Joseph Alexander Hood II and DESIGNATION of Local Counsel Andrew R. Muehlbauer (Filing fee $ 250 receipt number 0978-6632762) by Plaintiff Jose Chung Luo. (Muehlbauer, Andrew) (Entered: 09/15/2021) |
| 09/15/2021 | 9 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Jeremy A. Lieberman and DESIGNATION of Local Counsel Andrew R. Muehlbauer (Filing fee $ 250 receipt number 0978-6632786) by Plaintiff Jose Chung Luo. (Muehlbauer, Andrew) (Entered: 09/15/2021) |
| 09/15/2021 | 10 | MOTION to Withdraw as Attorney by Thomas H. Przybylowski for Plaintiff Jose Chung Luo. (Attachments: # 1 Declaration of Thomas H. Przybylowski, # 2 Proposed Order, # 3 Certificate of Service) (Muehlbauer, Andrew) (Entered: 09/15/2021) |
| 09/16/2021 | 11 | ORDER granting 10 Motion to Withdraw as Attorney. Thomas H. Przybylowski withdrawn from the case. Signed by Magistrate Judge Brenda Weksler on 9/16/2021. (Copies have been distributed pursuant to the NEF - HAM) (Entered: 09/16/2021) |
| 09/16/2021 | 12 | ORDER granting 8 /VERIFIED PETITION for Permission to Practice Pro Hac Vice by Joseph Alexander Hood II and DESIGNATION of Local Counsel Andrew R. Muehlbauer. Signed by Judge Jennifer A. Dorsey on 9/16/2021. <br> Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov <br> (Copies have been distributed pursuant to the NEF - DRS) (Entered: 09/17/2021) |
| 09/16/2021 | 13 | ORDER granting 9 VERIFIED PETITION for Permission to Practice Pro Hac Vice by Jeremy A. Lieberman and DESIGNATION of Local Counsel Andrew R. Muehlbauer. Signed by Judge Jennifer A. Dorsey on 9/16/2021. <br> Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov <br> (Copies have been distributed pursuant to the NEF - DRS) (Entered: 09/17/2021) |
| 09/30/2021 | 14 | Mail Returned as Undeliverable re 11 Order on Motion to Withdraw as Attorney addressed to Thomas H. Przybylowski. Envelope marked: "Unable to Forward." (YAW) (Entered: 09/30/2021) |

| 11/01/2021 | 15 | MOTION for Appointment of Counsel *Mark Mehalic's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel* by Movant Mark Mehalic. (Attachments: # 1 Declaration Declaration of John P. Aldrich in Support of Motion of Mark Mehalic for (1) Appointment as Lead Plaintiff and (2) Approval of Selection of Counsel, # 2 Proposed Order [Proposed] Order Granting Motion of Mark Mehalic for (1) Appointment as Lead Plaintiff and (2) Approval of Selection of Counsel) (Aldrich, John) (Entered: 11/01/2021) |
| --- | --- | --- |
| 11/01/2021 | 16 | MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* by Movant Changyoung Jung. (Attachments: # 1 Declaration of Andrew R. Muehlbauer, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Proposed Order) (Muehlbauer, Andrew) (Entered: 11/01/2021) |
| 11/01/2021 | 17 | MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL by Movant Mark Kozubal. Responses due by 11/15/2021. (Attachments: # 1 Declaration Leverty, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Proposed Order) (Leverty, Patrick) (Entered: 11/01/2021) |
| 11/01/2021 | 18 | MOTION for Appointment of Counsel *and for Appointment as Lead Plaintiff* by Movant International Trading Group, Inc.. (Attachments: # 1 Declaration of J. Colby Williams in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Proposed Order) (Williams, J) (Entered: 11/01/2021) |
| 11/01/2021 | 19 | CERTIFICATE of Interested Parties by International Trading Group, Inc.. There are no known interested parties other than those participating in the case (Williams, J) (Entered: 11/01/2021) |
| 11/01/2021 | 20 | MOTION for Appointment of Counsel *as Lead Counsel and Lead Plaintiff* by Plaintiff Steven Dunkleberger. (Attachments: # 1 Proposed Order, # 2 Declaration Declaration of David C. O'Mara, # 3 Exhibit Exh A to Dec of DCO, # 4 Exhibit Exh B to Dec of DCO, # 5 Exhibit Exh C to Dec of DCO, # 6 Exhibit Exh D to Dec of DCO, # 7 Exhibit Exh E to Dec of DCO) (OMara, David) (Entered: 11/01/2021) |
| 11/09/2021 | 21 | NON-OPPOSITION to 18 Motion for Appointment of Counsel, 17 Motion, 20 Motion for Appointment of Counsel, 15 Motion for Appointment of Counsel,, by Movant Changyoung Jung. (Muehlbauer, Andrew) (Entered: 11/09/2021) |
| 11/15/2021 | 22 | NON-OPPOSITION to 18 Motion for Appointment of Counsel, by Movant Mark Mehalic. (Aldrich, John) (Entered: 11/15/2021) |
| 11/15/2021 | 23 | RESPONSE to 16 Motion for Appointment of Counsel, 15 Motion for Appointment of Counsel,, 17 Motion, 20 Motion for Appointment of Counsel, by Movant International Trading Group, Inc.. Replies due by 11/22/2021. (Williams, J) (Entered: 11/15/2021) |
| 11/15/2021 | 24 | RESPONSE to 16 Motion for Appointment of Counsel, 18 Motion for Appointment of Counsel, 15 Motion for Appointment of Counsel,, by Movant Mark Kozubal. Replies due by 11/22/2021. (Attachments: # 1 Declaration Leverty, # 2 Exhibit A) (Leverty, Patrick) (Entered: 11/15/2021) |
| 11/16/2021 | 25 | NON-OPPOSITION to 18 Motion for Appointment of Counsel, by Plaintiff Steven Dunkleberger. (OMara, David) (Entered: 11/16/2021) |
| 11/22/2021 | 26 | REPLY to Response to 18 Motion for Appointment of Counsel, by Movant International Trading Group, Inc.. (Attachments: # 1 Declaration of J. Colby Williams in Support, # 2 Exhibit 1 - Rosen Reply in Wrap) (Williams, J) (Entered: 11/22/2021) |
| 11/22/2021 | 27 | REPLY to Response to 17 Motion, by Movant Mark Kozubal. (Attachments: # 1 Declaration Leverty, # 2 Exhibit A) (Leverty, Patrick) (Entered: 11/22/2021) |

| | | |
|---|---|---|
| 01/25/2022 | 28 | NOTICE of intent to dismiss pursuant to FRCP 4(m). The * Complaint* in this action was filed on* 08/31/2021.* To date no proper proof of service has been filed as to*All Defendants.* FRCP 4(m) dismissal deadline set for 2/24/2022. (MR) (Entered: 01/25/2022) |
| 02/16/2022 | 29 | SUMMONS Returned Executed by Jose Chung Luo re 3 Summons Issued. Spectrum Pharmaceuticals, Inc. served on 1/27/2022. (Muehlbauer, Andrew) (Entered: 02/16/2022) |
| 02/18/2022 | 30 | STIPULATION FOR EXTENSION OF TIME (First Request) *STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING* re 1 Complaint,, by Defendant Spectrum Pharmaceuticals, Inc.. (Smith, Jordan) (Entered: 02/18/2022) |
| 02/22/2022 | 31 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Brenda Weksler on 2/22/2022.<br><br>IT IS ORDERED that ECF No. 30 is DENIED without prejudice. *See* LR IC 2-2(b) ("For each type of relief requested or purpose of the document, a separate document must be filed and a separate event must be selected for that document."). The parties must file their requests related to Defendants' answer (which will be decided by the Magistrate Judge) separately from their requests related to Defendants' motion to dismiss (which will be decided by the District Judge).<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - RA) (Entered: 02/22/2022) |
| 03/01/2022 | 32 | STIPULATION *AND [PROPOSED] ORDER STAYING DEADLINE TO ANSWER THE COMPLAINT* re 1 Complaint,, by Defendant Spectrum Pharmaceuticals, Inc.. (Smith, Jordan) (Entered: 03/01/2022) |
| 03/01/2022 | 33 | STIPULATION FOR EXTENSION OF TIME (First Request) *STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO ANTICIPATED AMENDED COMPLAINT* re 32 Stipulation by Defendant Spectrum Pharmaceuticals, Inc.. (Smith, Jordan) (Entered: 03/01/2022) |
| 03/02/2022 | 34 | ORDER Granting 32 Stipulation to Stay Deadline to Answer the Complaint. Signed by Magistrate Judge Brenda Weksler on 3/2/2022. (Copies have been distributed pursuant to the NEF - JQC) (Entered: 03/02/2022) |
| 03/02/2022 | 35 | ORDER. IT IS ORDERED that ECF No. 33 is GRANTED in part and DENIED inpart consistent with this Order. It is GRANTED to the extent that the lead Plaintiff will have 60 days to file an amended complaint and Defendants will have 30 days to file an answer or motion to dismiss.<br>IT IS FURTHER ORDERED that the parties' request for extended briefing on the motion to dismiss is DENIED without prejudice. The Court, again (see ECF No. 31 ), advises the parties that they must separately file a request for extended briefing on a motion to dismiss, as this will be decided by the District Judge. Signed by Magistrate Judge Brenda Weksler on 3/2/2022. (Copies have been distributed pursuant to the NEF - YAW) (Entered: 03/02/2022) |
| 04/13/2022 | 36 | CLERK'S NOTICE that in order to create a caseload for U.S. District Judge Cristina D. Silva, this case is reassigned to Judge Cristina D. Silva for all further proceedings. All further documents must bear the correct case number **2:21-cv-01612-CDS-BNW**. **(no image attached)** (AF) (Entered: 04/13/2022) |
| 07/28/2022 | 37 | ORDER. IT IS HEREBY ORDERED that International Trading Group, Inc.'s Motion (ECF No. 18 ) be GRANTED. IT IS FURTHER ORDERED that the lead plaintiff of this class action lawsuit is International Trading Group, Inc.; International Trading Group, |

Inc.'s requested counsel, Robbins Geller Rudman & Dowd LLP, is appointed as counsel for the class.

IT IS FURTHER ORDERED that competing plaintiffs' motions for appointment as lead plaintiff (ECF Nos. 15 , 16 , 17 , 20 ) are DENIED. Signed by Judge Cristina D. Silva on 7/28/2022. (Copies have been distributed pursuant to the NEF - YAW) (Entered: 07/28/2022)

| | | |
|---|---|---|
| 08/08/2022 | 38 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Jeffrey J. Stein and DESIGNATION of Local Counsel J. Colby Williams (Filing fee $ 250 receipt number ANVDC-7002468) by Plaintiff International Trading Group, Inc.. (Williams, J) (Entered: 08/08/2022) |
| 08/08/2022 | 39 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by John M. Kelley and DESIGNATION of Local Counsel J. Colby Williams (Filing fee $ 250 receipt number ANVDC-7002477) by Plaintiff International Trading Group, Inc.. (Williams, J) (Entered: 08/08/2022) |
| 08/08/2022 | 40 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Ryan A. Llorens and DESIGNATION of Local Counsel J. Colby Williams (Filing fee $ 250 receipt number ANVDC-7002493) by Plaintiff International Trading Group, Inc.. (Williams, J) (Entered: 08/08/2022) |
| 08/09/2022 | 41 | ORDER Granting 38 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Jeffrey J. Stein for International Trading Group, Inc. and approving Designation of Local Counsel as to J. Colby Williams. Signed by Judge Cristina D. Silva on 8/10/2022. Any Attorney not yet registered with the Court's e-filng system shall register on the PACER website www.pacer.gov (Copies have been distributed pursuant to the NEF - KF) (Entered: 08/10/2022) |
| 08/09/2022 | 42 | ORDER Granting 39 Verified Petition for Permission to Practice Pro Hac Vice for Attorney John M. Kelley for International Trading Group, Inc. and approving Designation of Local Counsel as to J. Colby Williams. Signed by Judge Cristina D. Silva on 8/9/2022. Any Attorney not yet registered with the Court's e-filng system shall register on the PACER website www.pacer.gov (Copies have been distributed pursuant to the NEF - KF) (Entered: 08/10/2022) |
| 08/09/2022 | 43 | ORDER Granting 40 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Ryan A. Llorens for International Trading Group, Inc. and approving Designation of Local Counsel as to J. Colby Williams. Signed by Judge Cristina D. Silva on 8/9/2022. Any Attorney not yet registered with the Court's e-filng system shall register on the PACER website www.pacer.gov (Copies have been distributed pursuant to the NEF - KF) (Entered: 08/10/2022) |
| 08/12/2022 | 44 | MOTION to Stay Case by Movant Mark Kozubal. Responses due by 8/26/2022. (Attachments: # 1 Proposed Order, # 2 Declaration Patrick Leverty, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G) (Leverty, Patrick) (Entered: 08/12/2022) |
| 08/23/2022 | 45 | WITHDRAWAL of 44 Motion to Stay Case or Discovery, by Movant Mark Kozubal. (Leverty, Patrick) (Entered: 08/23/2022) |
| 09/26/2022 | 46 | First AMENDED COMPLAINT with Jury Demand against Kurt A. Gustafson, Francois Lebel, Spectrum Pharmaceuticals, Inc., Joseph W. Turgeon by International Trading Group, Inc.. Adds new parties. (Attachments: # 1 Exhibit A Plaintiff's Certification) (Stein, Jeffrey) (Entered: 09/26/2022) |

| | | |
|---|---|---|
| 09/27/2022 | | Party Thomas J Riga added pursuant to 46 First Amended Complaint. (DRS) (Entered: 09/27/2022) |
| 09/27/2022 | 47 | PROPOSED SUMMONS to be issued *Thomas J. Riga* by Plaintiff International Trading Group, Inc.. (Stein, Jeffrey) (Entered: 09/27/2022) |
| 09/27/2022 | 48 | SUMMONS ISSUED as to Thomas J Riga re 46 Amended Complaint. (YAW) (Entered: 09/27/2022) |
| 10/03/2022 | 49 | STIPULATION FOR EXTENSION OF TIME (First Request) *STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING* re 46 Amended Complaint, by Defendant Spectrum Pharmaceuticals, Inc.. (Smith, Jordan) (extend) (answer) (Entered: 10/03/2022) |
| 10/04/2022 | 50 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Brenda Weksler on 10/4/2022.<br><br>IT IS ORDERED that ECF No. 49 is DENIED without prejudice. As an initial matter, the parties must file separate requests to extend the time to respond to the amended complaint and to extend the time to respond and reply to any motion to dismiss that is filed, as these requests are handled by the magistrate judge and district judge, respectively. *See* LR IC 2-2(b). Additionally, the parties must provide a reason why additional time is needed to respond to the amended complaint. *See* LR IA 6-1(a).<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - RA) (Entered: 10/04/2022) |
| 10/07/2022 | 51 | STIPULATION FOR EXTENSION OF TIME (First Request) *STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO AMENDED CONSOLIDATED CLASS ACTION COMPLAINT* re 46 Amended Complaint, by Defendants Kurt A. Gustafson, Francois J. Lebel, M.D., Thomas J Riga, Spectrum Pharmaceuticals, Inc., Joseph W. Turgeon. (Smith, Jordan) (extend) (answer) (Entered: 10/07/2022) |
| 10/11/2022 | 52 | ORDER Granting 51 Stipulation for Extension of Time. Kurt A. Gustafson, Thomas J Riga, Spectrum Pharmaceuticals, Inc., Joseph W. Turgeon answer due 11/30/2022. Signed by Magistrate Judge Brenda Weksler on 10/11/2022. (Copies have been distributed pursuant to the NEF - JQC) (Entered: 10/12/2022) |
| 10/18/2022 | 53 | STIPULATION *STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' ANTICIPATED MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT* re 52 Order on Stipulation,,, by Defendants Kurt A. Gustafson, Francois J. Lebel, M.D., Thomas J Riga, Spectrum Pharmaceuticals, Inc., Joseph W. Turgeon. (Smith, Jordan) (other) (dispositive) (Entered: 10/18/2022) |
| 10/19/2022 | 54 | ORDER Granting 53 Stipulation and Proposed Deadlines re Defendants' Anticipated Motion to Dismiss. Responses to the Anticipated Motion to Dismiss due by 1/27/2023. Replies due by 2/27/2023. Signed by Judge Cristina D. Silva on 10/19/2022. (Copies have been distributed pursuant to the NEF - TRW) (Entered: 10/19/2022) |
| 11/30/2022 | 55 | MOTION to Dismiss 46 Amended Complaint, by Defendants Kurt A. Gustafson, Francois J. Lebel, M.D., Thomas J Riga, Spectrum Pharmaceuticals, Inc., Joseph W. Turgeon. Responses due by 12/14/2022. (Attachments: # 1 Declaration Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 |

| | | |
|---|---|---|
| | | Exhibit 24, # [26](#) Exhibit 25, # [27](#) Exhibit 26, # [28](#) Exhibit 27, # [29](#) Exhibit 28, # [30](#) Exhibit 29, # [31](#) Exhibit 30, # [32](#) Exhibit 31, # [33](#) Exhibit 32)(Smith, Jordan) (Entered: 11/30/2022) |
| 11/30/2022 | [56](#) | REQUEST for Judicial Notice re [55](#) Motion to Dismiss,,, by Defendants Kurt A. Gustafson, Francois J. Lebel, M.D., Thomas J Riga, Spectrum Pharmaceuticals, Inc., Joseph W. Turgeon.. (Smith, Jordan) (Entered: 11/30/2022) |
| 12/02/2022 | [57](#) | NOTICE *OF ORAL ARGUMENT REQUESTED ON DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT* by Kurt A. Gustafson, Francois J. Lebel, M.D., Thomas J Riga, Spectrum Pharmaceuticals, Inc., Joseph W. Turgeon re [55](#) Motion to Dismiss,,,.. (Smith, Jordan) (Entered: 12/02/2022) |
| 01/26/2023 | [58](#) | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Christopher H. McGrath and DESIGNATION of Local Counsel Jordan T. Smith (Filing fee $ 250 receipt number ANVDC-7186156) by Defendants Kurt A. Gustafson, Francois J. Lebel, M.D., Thomas J Riga, Spectrum Pharmaceuticals, Inc., Joseph W. Turgeon. (Smith, Jordan) (Entered: 01/26/2023) |
| 01/26/2023 | [59](#) | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Carl Patrick Hudson and DESIGNATION of Local Counsel Jordan T. Smith (Filing fee $ 250 receipt number ANVDC-7186169) by Defendants Kurt A. Gustafson, Francois J. Lebel, M.D., Thomas J Riga, Spectrum Pharmaceuticals, Inc., Joseph W. Turgeon. (Smith, Jordan) (Entered: 01/26/2023) |
| 01/26/2023 | [60](#) | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Raymond W. Stockstill and DESIGNATION of Local Counsel Jordan T. Smith (Filing fee $ 250 receipt number ANVDC-7186176) by Defendants Kurt A. Gustafson, Francois J. Lebel, M.D., Thomas J Riga, Spectrum Pharmaceuticals, Inc., Joseph W. Turgeon. (Smith, Jordan) (Entered: 01/26/2023) |
| 01/27/2023 | [61](#) | RESPONSE to [55](#) Motion to Dismiss,,, by Plaintiff International Trading Group, Inc.. Replies due by 2/3/2023. (Stein, Jeffrey) (Entered: 01/27/2023) |
| 01/27/2023 | [62](#) | RESPONSE to [56](#) Request for Judicial Notice by Plaintiff International Trading Group, Inc.. (Stein, Jeffrey) (Entered: 01/27/2023) |
| 01/27/2023 | [63](#) | ORDER Granting [58](#) Verified Petition for Permission to Practice Pro Hac Vice for Attorney Christopher H. McGrath for Kurt A. Gustafson, Francois J. Lebel, M.D., Thomas J Riga, Spectrum Pharmaceuticals, Inc., and Joseph W. Turgeon and approving Designation of Local Counsel Jordan T. Smith. Signed by Judge Cristina D. Silva on 1/27/2023. Any Attorney not yet registered with the Court's e-filng system shall register on the PACER website [www.pacer.gov](http://www.pacer.gov) (Copies have been distributed pursuant to the NEF - TRW) (Entered: 01/30/2023) |
| 01/27/2023 | [64](#) | ORDER Granting [59](#) Verified Petition for Permission to Practice Pro Hac Vice for Attorney Carl Patrick Hudson for Kurt A. Gustafson, Francois J. Lebel, M.D., Thomas J Riga, Spectrum Pharmaceuticals, Inc., and Joseph W. Turgeon, and approving Designation of Local Counsel Jordan T. Smith. Signed by Judge Cristina D. Silva on 1/30/2023. Any Attorney not yet registered with the Court's e-filng system shall register on the PACER website [www.pacer.gov](http://www.pacer.gov) (Copies have been distributed pursuant to the NEF - TRW) (Entered: 01/30/2023) |
| 01/27/2023 | [65](#) | ORDER Granting [60](#) Verified Petition for Permission to Practice Pro Hac Vice for Attorney Raymond Stockstill for Kurt A. Gustafson, Francois J. Lebel, M.D., Thomas J Riga, Spectrum Pharmaceuticals, Inc., and Joseph W. Turgeon and approving Designation of Local Counsel Jordan T. Smith. Signed by Judge Cristina D. Silva on 1/27/2023. |

|  | Any Attorney not yet registered with the Court's e-filng system shall register on the PACER website www.pacer.gov<br>(Copies have been distributed pursuant to the NEF - TRW) (Entered: 01/30/2023) |
|---|---|

<table>
<tr><td colspan="4" align="center">**PACER Service Center**</td></tr>
<tr><td colspan="4" align="center">**Transaction Receipt**</td></tr>
<tr><td colspan="4" align="center">02/17/2023 06:27:38</td></tr>
<tr><td>**PACER Login:**</td><td>Kaplanfox</td><td>**Client Code:**</td><td>spectrum</td></tr>
<tr><td>**Description:**</td><td>Docket Report</td><td>**Search Criteria:**</td><td>2:21-cv-01612-CDS-BNW</td></tr>
<tr><td>**Billable Pages:**</td><td>11</td><td>**Cost:**</td><td>1.10</td></tr>
</table>