# EXHIBIT D

# PARTY SEARCH REPORT

**Generated: 17-FEB-2023 04:45 AM**

**Search Criteria: Last Name: ha, First Name: chi**

**75 record(s) total**

| Party Name | Case | Case Type | Filing Date | Next Event | Party Type | Party ID |
|---|---|---|---|---|---|---|
| Ha , Chi Hoon | 1DCC-23-0001625 - State v. Chi Hoon Ha | Criminal Citation | 14-FEB-2023 | 07-MAR-2023 | Defendant | @143897 |
| Ha , Chi Hoon | 1DTI-21-030928 - State v. Chi Hoon Ha | Traffic Infraction | 04-OCT-2021 | | Defendant | @143897 |
| Ha , Chi Hoon | 1DTI-20-112791 - State v. Chi Hoon Ha | Traffic Infraction | 22-JUN-2020 | | Defendant | @143897 |
| Ha , Chi Hoon | 2DTI-19-018360 - State v. Chi Hoon Ha | Traffic Infraction | 04-SEP-2019 | | Defendant | @143897 |
| Ha , Chi Hoon | 1DTI-17-093138 - State v. Chi Hoon Ha | Traffic Infraction | 07-AUG-2017 | | Defendant | @143897 |
| Ha , Chi Hoon | 1DTI-16-024683 - State v. Chi Hoon Ha | Traffic Infraction | 16-SEP-2016 | | Defendant | @143897 |
| Ha , Chi Hoon | 1DTI-16-110236 - State v. Chi Hoon Ha | Traffic Infraction | 01-JUN-2016 | | Defendant | @143897 |
| HA, CHI HOON | 1DV151001473 - YUN HEE HA VS CHI HOON HA | Divorce | 13-NOV-2015 | | Defendant | @5343620 |
| Ha , Chi Hoon | 1DTI-15-040418 - State v. Chi Hoon Ha | Traffic Infraction | 09-FEB-2015 | | Defendant | @143897 |
| Ha , Chi Hoon | 1DTA-12-06790 - State v. Chi Hoon Ha | Traffic Crime | 14-NOV-2012 | | Defendant | @143897 |
| Ha , Chi Hoon | 1DTA-12-02640 - State v. Chi Hoon Ha | Traffic Crime | 30-APR-2012 | | Defendant | @143897 |
| Ha , Chi Hoon | 1DTI-12-067161 - State v. Chi Hoon Ha | Traffic Infraction | 24-APR-2012 | | Defendant | @143897 |
| Ha , Chi Hoon | 12143787D - State v. Chi Hoon Ha | Administrative Review | 23-APR-2012 | | Defendant | @143897 |
| Ha, Chi Hee | 1DTI-10-050215 - State v. Chi Ha | Traffic Infraction | 08-MAR-2010 | | Defendant | @1091211 |
| Ha , Chi Hoon | 1DTI-10-044632 - State v. Chi Hoon Ha | Traffic Infraction | 25-JAN-2010 | | Defendant | @143897 |
| Ha , Chi Hoon | 1DTI-10-043923 - State v. Chi Hoon Ha | Traffic Infraction | 13-JAN-2010 | | Defendant | @143897 |
| HA, CHI HOON | 1FC091001085 - STATE OF HAWAII VS CHI HOON HA | Family Court Criminal | 26-JAN-2009 | | Defendant | @2531396 |
| Ha , Chi Hoon | 1DTC-08-051061 - State v. Chi Hoon Ha | Traffic Crime | 17-MAR-2008 | | Defendant | @143897 |

| Party Name | Case | Case Type | Filing Date | Next Event | Party Type | Party ID |
|---|---|---|---|---|---|---|
| Ha , Chi Hoon | 1DTI-08-064781 - State v. Chi Hoon Ha | Traffic Infraction | 17-MAR-2008 | | Defendant | @143897 |
| Ha , Chi Hoon | 1DTC-07-027926 - State v. Chi Hoon Ha | Traffic Crime | 11-MAY-2007 | | Defendant | @143897 |
| Ha , Chi Hoon | 1DTI-07-094822 - State v. Chi Hoon Ha | Traffic Infraction | 11-MAY-2007 | | Defendant | @143897 |
| Ha , Chi Hoon | 1DTC-06-065784 - State v. Chi Hoon Ha | Traffic Crime | 14-NOV-2006 | | Defendant | @143897 |
| Ha , Chi Hoon | 1DTA-06-12594 - State v. Chi Hoon Ha | Traffic Crime | 14-NOV-2006 | | Defendant | @143897 |
| Ha , Chi Hoon | 1DTA-05-01309 - State v. Chi Hoon Ha | Traffic Infraction | 30-DEC-2005 | | Defendant | @143897 |
| Ha , Chi Hoon | 05536309D - State v. Chi Hoon Ha | Administrative Review | 30-DEC-2005 | | Defendant | @143897 |
| Ha , Chi Hoon | 1DTA-05-01308 - State v. Chi Hoon Ha | Traffic Crime | 30-DEC-2005 | | Defendant | @143897 |
| Ha , Chi Hoon | 5931558MO - State v. Chi Hoon Ha | Traffic Infraction | 03-JUN-2005 | | Defendant | @143897 |
| Ha , Chi Hoon | 5931557MO - State v. Chi Hoon Ha | Traffic Infraction | 03-JUN-2005 | | Defendant | @143897 |
| Ha , Chi Hoon | 5956934MO - State v. Chi Hoon Ha | Traffic Crime | 25-MAY-2005 | | Defendant | @143897 |
| Ha , Chi Hoon | 5956933MO - State v. Chi Hoon Ha | Traffic Infraction | 25-MAY-2005 | | Defendant | @143897 |
| HA, MIKE | 1CC051000523 - DO HYUN JI ETAL VS MIKE HA ETAL | Circuit Court Civil | 28-MAR-2005 | | Defendant | @3731690 |
| HA, CHI HOON | 1DV041001540 - YUNHEE JUNG HA VS CHI HOON HA | Divorce | 17-MAY-2004 | | Defendant | @5250119 |
| Ha , Chi Hoon | 5722181MO - State v. Chi Hoon Ha | Traffic Infraction | 10-MAY-2004 | | Defendant | @143897 |
| Ha , Chi Hoon | 5705227MO - State v. Chi Hoon Ha | Traffic Infraction | 23-APR-2004 | | Defendant | @143897 |
| HA, CHI HOON | 1SC031001184 - DTRIC INSURANCE ET AL VS CHI HOON HA | Small Claim | 01-AUG-2003 | | Defendant | @3202572 |
| HA, CHI HOON | 1RC031001063 - LLOYD Y ASATO VS CHI HOON HA | Regular Claim | 13-FEB-2003 | | Defendant | @2963485 |
| Ha , Chi Hoon | 5385412MO - State v. Chi Hoon Ha | Traffic Crime | 29-JUL-2002 | | Defendant | @143897 |
| Ha , Chi Hoon | 5385411MO - State v. Chi Hoon Ha | Traffic Infraction | 29-JUL-2002 | | Defendant | @143897 |
| HA, CHI HOON | 1CC021001096 - MIKE HA INC VS DO HYON JI ETAL | Circuit Court Civil | 03-MAY-2002 | | 3rd Party Defendant | @3700452 |
| Ha , Chi Hoon | 5169635MO - State v. Chi Hoon Ha | Traffic Infraction | 20-JUN-2001 | | Defendant | @143897 |

| Party Name | Case | Case Type | Filing Date | Next Event | Party Type | Party ID |
|---|---|---|---|---|---|---|
| Ha , Chi Hoon | 5169636MO - State v. Chi Hoon Ha | Traffic Crime | 20-JUN-2001 | | Defendant | @143897 |
| Ha , Chi Hoon | 5013716MO - State v. Chi Hoon Ha | Traffic Infraction | 18-JAN-2001 | | Defendant | @143897 |
| Ha , Chi Hoon | 5024871MO - State v. Chi Hoon Ha | Traffic Infraction | 21-JUL-2000 | | Defendant | @143897 |
| Ha , Chi Hoon | 4796169MO - State v. Chi Hoon Ha | Traffic Crime | 14-SEP-1999 | | Defendant | @143897 |
| Ha , Chi Hoon | 4796168MO - State v. Chi Hoon Ha | Traffic Infraction | 14-SEP-1999 | | Defendant | @143897 |
| HA, CHI HOON | 1SP990000343 - STATE OF HI ETAL VS CHI HOON HA ETC | Special Proceeding | 25-JUN-1999 | | Respondent | @4172803 |
| HA, CHI HOON | 1DV990001187 - JEOM SOOK YEOM VS CHI HOON HA | Divorce | 19-APR-1999 | | Defendant | @5515024 |
| Ha , Chi Hoon | 4741095MO - State v. Chi Hoon Ha | Traffic Infraction | 10-MAR-1999 | | Defendant | @143897 |
| Ha , Chi Hoon | 4664295MO - State v. Chi Hoon Ha | Traffic Crime | 20-AUG-1998 | | Defendant | @143897 |
| Ha , Chi Hoon | 4664294MO - State v. Chi Hoon Ha | Traffic Infraction | 20-AUG-1998 | | Defendant | @143897 |
| Ha , Chi Hoon | 4654169MO - State v. Chi Hoon Ha | Traffic Infraction | 30-JUL-1998 | | Defendant | @143897 |
| Ha , Chi Hoon | 4654170MO - State v. Chi Hoon Ha | Traffic Crime | 30-JUL-1998 | | Defendant | @143897 |
| HA, CHI HOON | 1DV980000037 - MASAKO SUDA VS CHI HOON HA | Divorce | 07-JAN-1998 | | Defendant | @5506854 |
| Ha , Chi Hoon | 4566413MO - State v. Chi Hoon Ha | Traffic Infraction | 06-JAN-1998 | | Defendant | @143897 |
| Ha , Chi Hoon | 4548873MO - State v. Chi Hoon Ha | Traffic Infraction | 06-JAN-1998 | | Defendant | @143897 |
| Ha , Chi Hoon | 4548874MO - State v. Chi Hoon Ha | Traffic Infraction | 06-JAN-1998 | | Defendant | @143897 |
| Ha , Chi Hoon | 4546650MO - State v. Chi Hoon Ha | Traffic Infraction | 18-DEC-1997 | | Defendant | @143897 |
| Ha , Chi Hoon | 4424676MO - State v. Chi Hoon Ha | Traffic Crime | 27-OCT-1997 | | Defendant | @143897 |
| Ha , Chi Hoon | 4483819MO - State v. Chi Hoon Ha | Traffic Infraction | 28-JUL-1997 | | Defendant | @143897 |
| Ha , Chi Hoon | 4424083MO - State v. Chi Hoon Ha | Traffic Crime | 20-MAR-1997 | | Defendant | @143897 |
| Ha , Chi Hoon | 4422413MO - State v. Chi Hoon Ha | Traffic Crime | 19-MAR-1997 | | Defendant | @143897 |

| Party Name | Case | Case Type | Filing Date | Next Event | Party Type | Party ID |
|---|---|---|---|---|---|---|
| Ha , Chi Hoon | 4422412MO - State v. Chi Hoon Ha | Traffic Infraction | 19-MAR-1997 | | Defendant | @143897 |
| Ha , Chi Hoon | 1FC960003180 - STATE OF HAWAII VS CHI HOON HA | Family Court Criminal | 09-SEP-1996 | | Defendant | @143897 |
| Ha , Chi Hoon | 4319134MO - State v. Chi Hoon Ha | Traffic Infraction | 26-JUL-1996 | | Defendant | @143897 |
| Ha , Chi Hoon | 00T91028M - State v. Chi Hoon Ha | Traffic Crime | 22-MAY-1996 | | Defendant | @143897 |
| Ha , Chi Hoon | 89067656M - State v. Chi Hoon Ha | Traffic Infraction | 02-MAY-1996 | | Defendant | @143897 |
| HA, CHI HOON | 1PC940000593 - STATE OF HI VS CHI HOON HA | Circuit Court Criminal | 28-MAR-1994 | | Defendant | @2417559 |
| Ha , Chi Hoon | 1FC930002839 - STATE OF HAWAII VS CHI HOON HA | Family Court Criminal | 02-AUG-1993 | | Defendant | @143897 |
| Ha , Chi Hoon | 3686351MO - State v. Chi Hoon Ha | Traffic Crime | 07-MAY-1993 | | Defendant | @143897 |
| Ha , Chi Hoon | 0T900197M - State v. Chi Hoon Ha | Traffic Crime | 07-DEC-1990 | | Defendant | @143897 |
| Ha , Chi Hoon | 0T900026M - State v. Chi Hoon Ha | Traffic Crime | 16-AUG-1990 | | Defendant | @143897 |
| Ha , Chi Hoon | 0409173MM - State v. Chi Hoon Ha | Traffic Infraction | 07-AUG-1990 | | Defendant | @143897 |
| Ha , Chi Hoon | 0409174MM - State v. Chi Hoon Ha | Traffic Crime | 07-AUG-1990 | | Defendant | @143897 |
| Ha , Chi Hoon | 0422059MM - State v. Chi Hoon Ha | Traffic Crime | 08-JAN-1990 | | Defendant | @143897 |
| Ha , Chi Hoon | 000G17480 - State v. Chi Hoon Ha | Traffic Crime | 04-OCT-1988 | | Defendant | @143897 |