# EXHIBIT E



## eCourt Kōkua
### JUDICIARY INFORMATION MANAGEMENT SYSTEM

| Home | Party Search | Vehicle Search | **Case Search** | View / Purchase Documents |

Case Search • Filing Date Search

## Case Search

### Search Criteria

*Please enter as much information as possible (\*denotes required field).*

| | | | | | |
|---|---|---|---|---|---|
| Case ID or Citation Number: | 1DCC-23-0001625 | Application Number: | | Beginning Case Filing Date: | |
| Arrest Number: | | TCT Number: | | Ending Case Filing Date: | |
| OTN: | | | | | |
| SID: | | | | | |

Search    Reset

**Search results for criteria:** Case ID or Citation Number: 1DCC-23-0001625

[Printable Calendar View](#)

**Case Description**

| | | |
|---|---|---|
| **Case ID:** 1DCC-23-0001625 - State v. Chi Hoon Ha<br>**Type:** CC - Criminal Citation<br>**Status:** ACTIVE - Active Case<br>**Last Updated:** 15-Feb-2023<br>**ID:** @143897 **JUV:** N<br>**Party Status:** Released on Own Recog | **Filing Date:** TUESDAY, FEBRUARY 14, 2023<br>**Court:** FIRST CIRCUIT<br>**Location:** HONOLULU DIVISION | |
| | **Citation / Arrest:** | **Alleged Speed:** ~ / ~ |

**Violations**

| COUNT: 1 |
|---|

| | | |
|---|---|---|
| XX | **UNKNOWN**<br>Vio Dt: 02/07/2023<br>Vio Text: Structure on sidewalk<br>Citation/Arrest #: 6530493MO | **ROH 13-8.1** |

**Related Cases** *No related cases were found.*

**Case Event Schedule**

| Event | Date | Time | Room | Location | Judge |
|---|---|---|---|---|---|
| Arraignment and Plea | 03/07/2023 | 09:30:00 | Honolulu Courtroom 7D | HONOLULU DIVISION | |

**Case Parties**

| Seq # | Assoc | Expn Date | Type | ID | Name / Aliases |
|---|---|---|---|---|---|
| 1 | | | Plaintiff | SOHCR1 | State of Hawaii - Criminal First Circuit Prosecution |
| 2 | | | Defendant | @143897 | Ha, Chi Hoon<br>*Ha, MikeChi Hoon*<br>*Ha, ChiMoon* |
| 3 | | | Plaintiff | SOHCR1HNC | C&C Honolulu Prosecutrs-Mt Div. Criminal Branch |

| Docket # | Date | Docket | Party |
|---|---|---|---|
| 1 | 02/14/2023 | Notice of Electronic Filing | |
| 2 | 02/14/2023 | Criminal Citation | |

Privacy - Terms