# EXHIBIT F

TERMED

# U.S. District Court
## District of Hawaii (Hawaii)
## CRIMINAL DOCKET FOR CASE #: 1:96-cr-00237-DAE-1

Case title: USA v. Ha

Date Filed: 02/27/1996

Date Terminated: 12/23/1996

Assigned to: JUDGE DAVID ALAN EZRA

**Defendant (1)**

**Chi Hoon Ha**
*TERMINATED: 12/23/1996*

represented by **Benjamin B. Cassiday , III**
5699 Kalanianaole Hwy
Honolulu, HI 96821
220-3200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lloyd Y. Asato**
American Savings Bank Tower
1001 Bishop St Ste 1030
Honolulu, HI 96813
524-4249
*TERMINATED: 11/22/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:2320.F TRAFFICKING IN
COUNTERFEIT GOODS/SERVICES
(SUB OFFENSE) - 11/95 CT 1 (Info)
(1)

**Disposition**

Prob 5 yrs. Conds: 1) That the deft observe the std conds of prob; 2) That the deft not commit any fed, state or local crimes; 3) That the deft not possess illegal controlled substances; 4) That the deft be placed on 6 months home confinement w/ elec tronic monitoring. The deft shall be restricted to his home from 2 am to 4:45 pm; 5) That the deft shall refrain from any unlawful use of a controlled substance & alcohol. The deft shall submit to 1 drug test w/in 15 days of sentence & at least 2 drug tests thereafter, as directed by the prob office; 6) That the deft is prohib from possessing any illegal weapons or dangerous weapons; 7) That the

deft is prohib from possessing a firearm as defined in 18:921; 8) That the deft participate in a subst ance abuse and/or alcohol abuse program, which may include drug & alcohol testing at the discretion & directio of the prob office; 9) That the deft participate in a mental health program which may include anger management classes at the discretion & direction of the prob office; 10) That the deft pay a fine of $5000 immed & any remaining balance according to a payment sched approved by the prob office. The interest requirement is waived; 11) That the deft provide the prob office access to a ny requested financial information ; 12) That the deft comply w/ all requirements of the INS. Spec Assess $50. Deft is adv of his right to appeal.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                          **Disposition**

None

---

**Plaintiff**

USA                                                  represented by **Omer G. Poirier**
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850
541-2850
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/1996 | 1 | INFORMATION by USA Chi Hoon Ha (1) count(s) 1 (gab) (Entered: 02/29/1996) |
| 03/01/1996 | 2 | EO: MINUTES Arraignment & Plea and waiver of Indictment set for 4/15/96 @ 11:15 a.m. for Chi Hoon Ha by Judge EZRA (sealed) (Entered: 03/04/1996) |

| 04/15/1996 | 3 | EP: MINUTES: Arraignment & Plea; Waiver of Indictment Deft. is sworn, adv of his rights, and voir dired by the Court. dft Chi Hoon Ha arraigned; waiver of Indictment signed and filed. Memorandum of Plea Agreement filed. (Doc is sealed) Plea of guilty entered to the Information Attorney Lloyd Y. Asato present; , , ; sentencing hearing set for 3:00 8/5/96 for Chi Hoon Ha Bail is remanded to the U.S. marshal pending sentence. ; Attorney Lloyd Y. Asato, Omer G Poirier present ( Ct Rptr: Yukie Ichikawa) by Judge EZRA (gab) (Entered: 04/22/1996) |
| --- | --- | --- |
| 04/15/1996 | 4 | WAIVER of Indictment by defendant Chi Hoon Ha (gab) (Entered: 04/22/1996) |
| 04/15/1996 | 5 | MEMORANDUM of Plea Agreement as to Chi Hoon Ha (SEALED) (gab) (Entered: 04/22/1996) |
| 04/17/1996 | 6 | Notice of Motion and MOTION for reconsideration of Setting Bail by defendant Chi Hoon Ha Declaration of Counsel; Exhibit "A"; Certificate of Service (gab) (Entered: 04/22/1996) |
| 04/19/1996 | 7 | RETURN on Release - exec by USM - 4/19/96 as to defendant Chi Hoon Ha (gab) (Entered: 04/23/1996) |
| 04/19/1996 | 8 | EP: MINUTES: Deft's motion for reconsideration of Setting Bail by defendant Chi Hoon Ha [6-1] Deft is released on $100,000.00 Signature Bond set for Chi Hoon Ha Conditions: 1) Referred to Pretrial Services; 2) Deft. may not leave the Island of Oahu without the written consent of Court; 3) Deft. may not engage in any act of family violence; 4) Deft must contd. to work; 5) Random drug testing at the discretion of Pretrial Services; 6) No firearm or dangerous weapon; 7) Report to Probation Office in the State Court; 8) Deft. must surrender his passport if any, and may not reapply for a passport. , ; sentencing hearing set for 3:00 8/5/96 for Chi Hoon Ha ; Attorney Mike Seabright, Lloyd Y. Asato present ( Ct Rptr: Yukie Ichikawa) by Judge EZRA (gab) (Entered: 04/23/1996) |
| 04/19/1996 | 9 | APPEARANCE BOND ( $100,000.00 Signature) posted by Chi Hoon Ha signed by Judge EZRA (gab) (Entered: 04/25/1996) |
| 04/19/1996 | 10 | ORDER Setting Conditions of Release for Chi Hoon Ha ( $100,000.00 Signature posted ) by Judge David A. Ezra (gab) (Entered: 04/25/1996) |
| 06/07/1996 | 11 | Statement of No Objections to Draft Presentence Report as to Chi Hoon Ha by USA; Certificate of Service (gab) (Entered: 06/10/1996) |
| 06/19/1996 | 12 | Statement of Defendant Chi Hoon Ha on the Draft Presentence Report, Dated June 4, 1996; Certificate of Service (gab) (Entered: 06/20/1996) |
| 07/12/1996 | 13 | EO: MINUTES Sentencing contd. from Aug 5, 1996 to Aug 2, 1996 @ 11:00 a.m. for Chi Hoon Ha Parties notified. by Judge EZRA (gab) (Entered: 07/12/1996) |
| 07/25/1996 | 14 | EO: MINUTES Sentencing hearing contd. from Aug 2, 1996 to Nov. 4, 1996 @ 3:45 for Chi Hoon Ha Stipulation to follow. by Judge EZRA (sealed) (Entered: 07/29/1996) |
| 07/26/1996 | 15 | STIPULATION to Continue Sentencing and order by Judge David A. Ezra - Sentencing cont. to 11/4/96 @ 3:45 p.m. (DAE) (SEALED) hearing set for 3:45 11/4/96 for Chi Hoon Ha (gab) (Entered: 07/30/1996) |
| 10/28/1996 | 16 | EO: MINUTES Sentencing hearing set contd. from 11/4/96 to 11/21/96 @ 1:30 p.m. for Chi Hoon Ha Parties notified. by Judge EZRA (gab) (Entered: 10/31/1996) |
| 11/07/1996 | 17 | MOTION for downward departure by USA as to Chi Hoon Ha Certificate of Service (SEALED) (gab) Modified on 11/14/1996 (Entered: 11/14/1996) |
| 11/21/1996 | 18 | PETITION for Action on Conditions of Pretrial Release BW ordered, NO BAIL for Chi Hoon Ha by Judge David A. Ezra (sealed) (Entered: 11/21/1996) |

| 11/21/1996 | 19 | ARREST Warrant issued for Chi Hoon Ha bail set for NO BAIL by Judge David A. Ezra (sealed) (Entered: 11/21/1996) |
| 11/21/1996 | 20 | EO: MINUTES Revocation of Bail set for Nov. 22, 1996 @ 10:00 a.m. as to deft. Chu Hoon Ha [18-1]; PT SVC to notify parties. by Judge EZRA (gab) (Entered: 11/25/1996) |
| 11/22/1996 | 21 | EP: MINUTES: Motion for Revocation of Bail: Deft. admits he failed to notify P/T Service regarding his arrest for abuse of a household member. Motion is granted. Deft. is ordered held without bail. Deft. is remanded to USM pending sentence. [18-1] ; Chi Hoon Ha Attorney Omer G Poirier, Ben Cassiday present ( Ct Rptr: Debra Chun) by Judge EZRA (gab) (Entered: 11/27/1996) |
| 11/22/1996 | 22 | WITHDRAWAL, SUBSTITUTION and ORDER: Attorney Benjamin B. Cassiday replacing attorney Lloyd Y. Asato for Chi Hoon Ha by Judge EZRA (gab) (Entered: 11/27/1996) |
| 11/25/1996 | 23 | ARREST Warrant returned executed as to Chi Hoon Ha on 11/21/96 (gab) (Entered: 11/27/1996) |
| 12/23/1996 | 24 | EP: MINUTES:granting motion for downward departure by USA as to Chi Hoon Ha [17-1] sentencing hearing held on 12/23/96 , sentencing Chi Hoon Ha (1) count(s) 1. Prob 5 yrs. Conds: 1) That the deft observe the std conds of prob; 2) That the deft not commit any fed, state or local crimes; 3) That the deft not possess illegal controlled substances; 4) That the deft be placed on 6 months home confinement w/ electronic monitoring. The deft shall be restriced to his home from 2 am to 4:45 pm; 5) That the deft shall refrain from any unlawful use of a controlled substance & alcohol. The deft shall submit to 1 drug test w/in 15 days of sentence & at least 2 drug tests thereafter, as directed by the prob office; 6) That the deft is prohib from possessing any illegal weapons or dangerous weapons; 7) That the deft is prohib from possessing a firearm as defined in 18:921; 8) That the deft participate in a substance abuse and/or alcohol abuse program, which may include drug & alcohol testing at the discretion & directio of the prob office; 9) That the deft participate in a mental health program which may include anger management classes at the discretion & direction of the prob office; 10) That the deft pay a fine of $5000 immed & any remaining balance according to a payment sched approved by the prob office. The interest requirement is waived; 11) That the deft provide the prob office access to any requested financial information ; 12) That the deft comply w/ all requirements of the INS. Spec Assess $50. Deft is adv of his right to appeal. , case terminated ; Chi Hoon Ha Attorney Omer G Poirier, Benjamin B. Cassiday present ( Ct Rptr: ESR) by Judge DAVID EZRA (eps) (Entered: 01/02/1997) |
| 01/06/1997 | 25 | JUDGMENT and Commitment as to Chi Hoon Ha by Judge David A. Ezra (cc: all counsel) (sealed) (Entered: 01/08/1997) |
| 04/08/1997 | 26 | PRESENTENCE Report on Chi Hoon Ha (original sealed and held in probation office). (eps) (Entered: 04/08/1997) |
| 04/08/1997 | 27 | SENTENCING RECOMMENDATION as to Chi Hoon Ha (original sealed and held in probation office) (eps) (Entered: 04/08/1997) |
| 04/14/1997 | 28 | Request for Modifying the Conditions or Term of Supervision with consent of the Offender by Judge David A. Ezra - Modify condition No. 1) That the defendant be placed on 6 months home confinement with electronic monitoring. The defendant shall be restricted to his home from 2:00 a.m. to 3:45 p.m. (gab) (Entered: 04/15/1997) |
| 07/14/1998 | 29 | ORDER Granting Permission to Leave Jurisdiction by Judge David A. Ezra (cc: all counsel) (gab) (Entered: 07/16/1998) |

| 11/19/1999 | 30 | ORDER Granting Permission to Leave Jurisdiction by Judge David A. Ezra - of the United States on 12/2/99 through 12/13/99 (gab) (Entered: 11/19/1999) |
| 11/07/2000 | 31 | ORDER Granting Permission to Leave Jurisdiction by deft. Chi Hoon Ha by Judge David A. Ezra from 11/30/00 through 12/19/00 (cc: all counsel) (gab) (Entered: 11/08/2000) |
| 12/28/2001 | 32 | Report and ORDER Terminating Probation/Supervised Release by Judge David A. Ezra (gs) (Entered: 12/31/2001) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/06/2023 06:32:33 | | |
| **PACER Login:** kaplanfox | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 1:96-cr-00237-DAE |
| **Billable Pages:** 6 | **Cost:** | 0.60 |