# EXHIBIT G

# PRINTABLE CASE VIEW

**Generated: 6-FEB-2023 06:28 AM**

**Search Criteria: Case ID or Citation Number: 1FC930002839**

**1 record(s) total**

| | |
|---|---|
| **Case ID:** 1FC930002839 - STATE OF HAWAII VS CHI HOON HA<br>**Type:** FC - Family Court Criminal<br>**Status:** CLOSEDJ - Adjudicated<br>**Last Updated:** 12-Oct-1994 | **Filing Date:** MONDAY, AUGUST 2, 1993<br>**Court:** FIRST CIRCUIT<br>**Location:** PUNCHBOWL |

## BAIL / BOND INFORMATION

| Defendant | Ct. | Bail Information | Notes |
|---|---|---|---|
| Chi Hoon Ha | All Counts | $900.00<br>Release Status: CS-Custody | Converted<br>Amount: 0000900.00<br>Notes: IN CUSTODY PER ARREST REPORT |
| Chi Hoon Ha | All Counts | $900.00<br>Release Decision: BS-Bail Set, Date: 08/04/1993<br>Release Status: BF-Bail Forfeited, Date: 08/04/1993 | Converted<br>Amount: 900<br>Notes: BAIL OF $900 FORFEITED IF POSTED. |
| Chi Hoon Ha | All Counts | $900.00<br>Release Decision: BS-Bail Set, Date: 08/02/1993<br>Release Status: OR-Released On Own Recognizance, Date: 08/04/1993 | Converted<br>Amount: $900<br>Notes: DEFT. ROR TO POST $900 BAIL BY 8/3/93, 4 P.M. |
| Chi Hoon Ha | All Counts | $1,000.00<br>Release Decision: BW-Bench Warrant Issued, Date: 08/04/1993<br>Release Status: BW-Bench Warrant Issued, Date: 08/04/1993 | Converted<br>Amount: 1000<br>Notes: NO SHOW ON 8/4/93, BW BAIL $1000 |
| Chi Hoon Ha | All Counts | $1,000.00<br> Date: 09/26/1994 | Converted<br>Amount: $1000<br>Notes: CASE DWOP/BAIL TO BE RET'D TO DEFT/PAYEE |

**Offenses**

| | | | | | |
|---|---|---|---|---|---|
| **ID: @143897** | **Name: Chi Hoon Ha** | **JUV: N** | **Party Status: DP-Disposed** | **CDL: HAZ: CMV:** | |

| Ct. | Offense Details | Plea | Disposition | Sentencing | Offense Notes |
|---|---|---|---|---|---|

| 1 | HRS 709-0906 - ABUSE FAM & HSH<br>Severity: MD - Misdemeanor<br>Citation/Arrest #: 93309579<br>OTN #: 9944372, 9965450 | | Dismissed Without Prejudice-09/26/1994 | | |
|---|---|---|---|---|---|

**Related Cases**

No related cases were found.

**Case Event Schedule**

| Event | Defendant | Date | Time | Room | Location | Judge | Appearance Disposition |
|---|---|---|---|---|---|---|---|
| Motion to Dismiss | Chi Hoon Ha | 09/26/1994 | 13:30:00 | Family Court Miscellaneous | PUNCHBOWL | Suemori, Allene K. | |
| Return on Bench Warrant | Chi Hoon Ha | 08/23/1993 | 08:30:00 | Family Court Miscellaneous | PUNCHBOWL | White, Iwalani D. | |
| Jury Trial | Chi Hoon Ha | 08/07/1993 | 08:30:00 | Family Court Miscellaneous | PUNCHBOWL | Choy, Darryl Y. C. | |
| Hearing | Chi Hoon Ha | 08/04/1993 | 08:30:00 | Family Court Miscellaneous | PUNCHBOWL | White, Iwalani D. | |
| Arraignment and Plea | Chi Hoon Ha | 08/02/1993 | 08:30:00 | Family Court Miscellaneous | PUNCHBOWL | White, Iwalani D. | |

**Case Parties**

| Seq # | Assoc | Expn Date | Type | ID | Name / Aliases |
|---|---|---|---|---|---|
| 1 | | | Defendant | @143897 | Ha, Chi Hoon<br>*Ha, Mike Chi Hoon*<br>*Ha, Chi Moon* |
| 2 | | | Plaintiff | SOHCR1 | State of Hawaii - Criminal First Circuit Prosecution |
| 3 | | | Other | D1FC0 | First Circuit Family Court Arraignment and Plea |

| Docket # | Date | Docket | Defendant | Party |
|---|---|---|---|---|
| 1 | 08/02/1993 | Complaint<br>Converted<br>DOC ID: CMP, DOC Name: COMPLAINT,<br>Comments: | Chi Hoon Ha | |

| Docket # | Date | Docket | Defendant | Party |
|---|---|---|---|---|
| 2 | 08/02/1993 | Other<br>Converted<br>DOC ID: , DOC Name: PRETRIAL ORDER,<br>Comments: | Chi Hoon Ha | |
| 9 | 08/02/1993 | Minutes<br>CLERK:  W. YIP                              CT. 5A<br>8/2/93 2(47-33) 10:51-11:56          PRESENT:<br>DPA C. VAN MARTER/DPD E. LEE LOY/DEFT.<br>DEFT. PLED NOT GUILTY; WAIVED READING<br>AND DEMANDED JURY TRIAL.  DEFT. WILL<br>BE NOTIFIED OF   COURT DATES VIA<br>COUNSEL.  GENERAL CONDITIONS OF   BAIL<br>ORDERED.  DEFT. WAS ORDERED TO<br>COMPLY WITH   HRS 134 REQUIREMENTS<br>REGARDING FIREARMS.  (SEE #11 & 12 OF<br>THE PRETRIAL ORDER)  DEFT. WAS ROR TO<br>POST $900 BAIL BY 8/3/93, 4 P.M.  DEFT. WAS<br>ORDERED TO APPEAR ON 8/4/93 4 P.M. TO<br>SHOW PROOF  OF BAIL PAYMENT.  EO. | Chi Hoon Ha | |
| 10 | 08/04/1993 | Minutes<br>CT 5A 1(230-258) 8:50-8:51 8/4/93<br>CLERK: B. NAKASONE                    DPA:<br>J. HASHIMOTO  DPD: E. LEE LOY              3<br>CALLS AT 8:35 FOR DEFENDANT, NO<br>RESPONSE. BAIL FORFEITED $900 IF POSTED.<br>BENCH WARRANT TO   ISSUE BAIL SET AT<br>$1,000. | Chi Hoon Ha | |
| 3 | 08/10/1993 | Defendant Req Materials & Inf<br>Converted<br>DOC ID: DRM, DOC Name: DEFENDANT'S<br>REQUEST FOR MATERIALS & INFORMATION<br>PURSUANT TO RULES 16(B) & 12(D), HAWAII<br>RULES OF  PENAL PROCEDURE, Comments: | Chi Hoon Ha | |
| 4 | 08/11/1993 | Bench Warrant Family Criminal<br>Converted<br>DOC ID: BW, DOC Name: BENCH WARRANT -<br>CHI HOON HA                (BAIL SET<br>$1,000.00), Comments: (EXECUTED 8/16/93) | Chi Hoon Ha | |
| 5 | 08/17/1993 | Official Receipt<br>Converted<br>DOC ID: OR, DOC Name: OFFICIAL RECEIPT<br>(CASH BAIL: $1,000.00 POSTED BY DEFT CHI<br>HOON HA), Comments: (HRG SET:  8/23/93 AT<br>8:00AM) | Chi Hoon Ha | |
| 6 | 08/23/1993 | Other<br>Converted<br>DOC ID: , DOC Name: PRETRIAL ORDER,<br>Comments: | Chi Hoon Ha | |

| Docket # | Date | Docket | Defendant | Party |
|---|---|---|---|---|
| 11 | 08/23/1993 | Minutes<br>CLERK:  FLORENCE UYEHARA<br>05  01(2197 - 2278)  9:57 - 9:59 A.M.<br>PRESENT:  DPA K. SATO; DPD W. RODBY<br>AND DEFT    THE COURT FINDS THAT DEFT<br>IS IN COMPLIANCE WITH POSTING OF BAIL<br>IN THE AMOUNT OF $1000.00.     BAIL IS<br>CONFIRMED AT $1000.00.          E. O.<br>FILED | Chi Hoon Ha | |
| 7 | 08/23/1994 | Motion to Dismiss<br>Converted<br>DOC ID: MDV, DOC Name: MOTION TO<br>DISMISS FOR VIOLATION OF RULE 48 AND<br>SPEEDY TRIAL; NOTICE OF MOTION; AND<br>CERTIFICATE OFSERVICE, Comments: (SET<br>FOR 9/26/94 AT 1:30PM) | Chi Hoon Ha | |
| 12 | 09/26/1994 | Minutes<br>**************CT RPTR LAUREL<br>FROGNER**************CTRM 8B / 1:35-1:50<br>P.M.              CLERK:  D. LUM<br>JUDGE:  A. SUEMORI PRESENT:  PA T.<br>MCGIVER, PD T. RAKIETEN.        DEFT'S<br>PRESENCE IS WAIVED.               COURT<br>TOOK JUDICIAL NOTICE OF THE<br>DOCUMENTS AND    PLEADINGS FILED<br>HEREIN. THE COURT GRANTED IN PART THE<br>MOTION TO DISMISS    FOR VIOLATION OF<br>RULE 48 & DENIED IN PART FOR A   SPEEDY<br>TRIAL.                    THE COURT WILL<br>DISMISS THIS CASE W/OUT PREJUDICE. ANY<br>BAIL IF POSTED TO BE RET'D TO<br>DEFT/PAYEE       UNLESS FORFEITED.<br>THERE WAS NO FURTHER ACTION TAKEN<br>ON THE BENCH    WARRANT ON 8/23/93;<br>DEFT POSTED $1,000 BAIL. PD TO SUBMIT<br>ORDER W/IN 10 DAYS. | Chi Hoon Ha | |
| 8 | 10/06/1994 | Order<br>Converted<br>DOC ID: OD48, DOC Name: ORDER GRANTING<br>MOTION TO DISMISS FOR VIOLATION OF<br>RULE 48 OF THE HAWAII RULES OF PENAL<br>PROCEDURE, Comments: | Chi Hoon Ha | |