# EXHIBIT H

# PRINTABLE CASE VIEW

**Generated: 6-FEB-2023 06:27 AM**

**Search Criteria: Case ID or Citation Number: 1PC940000593**

**1 record(s) total**

| | |
|---|---|
| **Case ID:** 1PC940000593 - STATE OF HI VS CHI HOON HA<br>**Type:** PC - Circuit Court Criminal<br>**Status:** CLOSEDJ - Adjudicated<br>**Last Updated:** 31-Dec-2019 | **Filing Date:** MONDAY, MARCH 28, 1994<br>**Court:** FIRST CIRCUIT<br>**Location:** PUNCHBOWL |

### BAIL / BOND INFORMATION

| Defendant | Ct. | Bail Information | Notes |
|---|---|---|---|
| CHI H HA | All Counts | $1,000.00<br>Release Status: CA-Released On Cash Bail | Converted<br>Amount: 0001000.00<br>Notes: CT I RELEASED TO APPEAR; CT II $1,000.00 CASH POSTED PER TRANSMITTAL |
| CHI H HA | All Counts | $1,000.00<br> Date: 04/18/1994 | Converted<br>Amount: 1,000.00<br>Notes: CT ORD BL IN CT II TO BE AGG W/THE 1,000 CASH BL IN CT I FOR A TOTAL OF 1,000 AGG  (A&P: 4/18/94) |

**Offenses**

| ID: @2417559 | Name: CHI H HA | JUV: N | Party Status: DP-Disposed | CDL: HAZ: CMV: |
|---|---|---|---|---|

| Ct. | Offense Details | Plea | Disposition | Sentencing | Offense Notes |
|---|---|---|---|---|---|
| 1 | HRS 707-0712.5 - AST AG POL OFCR<br>Severity: MD - Misdemeanor<br>Citation/Arrest #: 93309580<br>OTN #: 9944380, 5975313 | | Remanded to District Court-06/17/1994 | | |
| 2 | HRS 710-1077 - CRIM CONTMP CRT<br>Severity: MD - Misdemeanor<br>Citation/Arrest #: 94009001<br>OTN #: 9944380, 5975313 | | Remanded to District Court-06/17/1994 | | |

**Related Cases**

C: 40149-50

**Case Event Schedule**

| Event | Defendant | Date | Time | Room | Location | Judge | Appearance Disposition |
|-------|-----------|------|------|------|----------|-------|------------------------|
| Calendar Call | CHI H HA | 06/07/1994 | 10:00:00 | First Circuit 16th Division | PUNCHBOWL | Milks, Marie N. | |
| Jury Trial | CHI H HA | 05/16/1994 | 00:01:00 | Temporary Division | PUNCHBOWL | Milks, Marie N. | |
| Calendar Call | CHI H HA | 05/16/1994 | 10:00:00 | First Circuit 16th Division | PUNCHBOWL | Milks, Marie N. | |
| Calendar Call | CHI H HA | 05/10/1994 | 10:00:00 | First Circuit 16th Division | PUNCHBOWL | Milks, Marie N. | |
| Calendar Call | CHI H HA | 05/09/1994 | 10:00:00 | First Circuit 16th Division | PUNCHBOWL | Milks, Marie N. | |
| Arraignment and Plea | CHI H HA | 04/18/1994 | 08:30:00 | First Circuit 16th Division | PUNCHBOWL | Milks, Marie N. | |

**Case Parties**

| Seq # | Assoc | Expn Date | Type | ID | Name / Aliases |
|-------|-------|-----------|------|-----|----------------|
| 1 | | | Defendant | @2417559 | HA, CHI HOON |
| 2 | | | Plaintiff | SOHCR1 | State of Hawaii - Criminal First Circuit Prosecution |
| 3 | | 09/24/2018 | Other | D1C16 | First Circuit Court 16th Division |
| 4 | | 12/31/2018 | Other | D1C02 | First Circuit Court 2nd Division |
| 5 | | 12/31/2019 | Other | D1C18 | First Circuit Court 18th Division |
| 6 | | | Other | D1C11 | First Circuit Court 11th Division |

| Docket # | Date | Docket | Defendant | Party |
|----------|------|--------|-----------|-------|
| 1 | 03/21/1994 | Commitment to Circuit Court Converted DOC ID: CCC, DOC Name: COMMITMENT TO CIRCUIT COURT FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION:, Comments: FOR JURY TRIAL, COMM 40149, 93309580, RELEASED TO APPEAR FOR A&P 4/18/94  8:30AM | CHI H HA | |

| Docket # | Date | Docket | Defendant | Party |
|---|---|---|---|---|
| 2 | 03/21/1994 | Commitment to Circuit Court<br>Converted<br>DOC ID: CCC, DOC Name: COMMITMENT TO CIRCUIT COURT FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION:, Comments: FOR JURY TRIAL, COMM 40150, 94009001, $1,000.00   CASH POSTED | CHI H HA | |
| 3 | 03/28/1994 | Other<br>Converted<br>DOC ID: , DOC Name: COMPLAINT:  CT I ASSAULT AGAINST A POLICE OFFICER;CT II CRIMINAL CONTEMPT OF COURT, Comments: | CHI H HA | |
| 9 | 04/18/1994 | Minutes<br>9:21 A.M. (CT REPORTER:  INEZ MATSUMOTO)        PRESENT:  DPA JON MORIKAWA; DPD WILLIAM MCGRATH; DEFENDANT.                    DEFT HAS RECD COPY OF COMPLAINT, HAS READ IT, UNDERSTOOD THE CHARGES AGAINST HIM, WAIVED READINGTHEREOF AND ENTERED PLEAS OF NOT GUILTY.       PT JUDGE: MILKS           JT WK SET FOR 5/16/94 PTM DUE 5/02/94<br>CALENDAR CALL 5/10/94, 10 A.M.<br>CT ORD BAIL IN CT I TO BE AGGR W/ $1,000 BAIL    POSTED IN CT II FOR TOTAL OF $1,000. | CHI H HA | |
| 4 | 04/20/1994 | Written Request for Disclosure<br>Converted<br>DOC ID: WRD, DOC Name: WRITTEN REQUEST FOR DISCLOSURE, Comments: | CHI H HA | |
| 10 | 05/09/1994 | Minutes<br>MINUTE ORDER:  OFF.  TO BE PLACED ON 5/10/94     CALENDAR CALL. | CHI H HA | |

| Docket # | Date | Docket | Defendant | Party |
|---|---|---|---|---|
| 11 | 05/10/1994 | Minutes<br>*** CT. REPTR:  MARY BETH KUNIHIRO ***<br>10:16 A.M.<br>APPEARANCES BY C. VAN MARTER, DEP P.A. R. YEE, DEP P.D. DEFENDANT NOT PRESENT PD INFORMED THE COURT THAT THEY HAVE NEVER MET THEDEFENDANT, AND THE DEFENDANT HAD NOT MADE ANY APPLICATION WITH THEIR OFFICE. COURT ORDERED 1,000 CASH BAIL FORFEITURE AND BENCHWARRANT TO ISSUE WITH BAIL SET IN THE AMT. OF    1,500.<br>MINUTE ORDER: TELEPHONE CALL FROM R. YEE, DEP PD., THAT THIS WAS THEIR CLIENT AND REQUESTED IT BE    PLACED ON CALENDAR.                         THE UNDERSIGNED CLERK PLACED IT ON THE 5/16/94   TRIAL CALL CALENDAR SET AT 10:00 A.M. | CHI H HA | |
| 5 | 05/12/1994 | Order Pertaining to Bail<br>Converted<br>DOC ID: OPB, DOC Name: ORDER PERTAINING TO BAIL, Comments: (CASH BAIL $1,000.00 AGGR POSTED IN CTS I & II)  A & P HRG: 4/18/94) | CHI H HA | |
| 12 | 05/16/1994 | Minutes<br>*** CT. REPTR:  H. NAKATA ***<br>11:10 A.M.<br>APPEARANCES BY C. VAN MARTER, DEP P.A. R. YEE, DEP PD. R. YEE INFORMED THE COURT THAT THE DEFENDANT HAD  NEVER BEEN INTO THE OFFICE AND THEY MADE THE     DISCOVERY ON FRIDAY THAT HE WAS A PD CLIENT.    COUNSEL MADE AN ORAL MOTION TO CONTINUE THE TRIAL WEEK, THE DEFENDANT WOULD WAIVE RULE 48.      COURT ORDERED THE TRIAL WEEK BE CONTINUED TO    6/13/94, PTM DUE: 5/31/94 AND CALENDAR CALL     6/7/94 AT 10:00 A.M. COURT FURTHER ORDERED BENCH WARRANT TO BE RECALLEDAND BAIL TO BE RE-INSTATED.              PD TO PREPARE THE ORDER TO RE-INSTATE THE BAIL. | CHI H HA | |
| 6 | 05/23/1994 | Other<br>Converted<br>DOC ID: , DOC Name: JUDGMENT AND ORDER OF FORFEITURE OF CASH BAIL, Comments: | CHI H HA | |

| Docket # | Date | Docket | Defendant | Party |
|---|---|---|---|---|
| 13 | 06/07/1994 | Minutes<br>*** CT. REPTR:  D. CHUN ***<br>11:47 A.M. CASE RECALLED<br>APPEARANCES BY C. DELA CRUZ, DEP P.A.<br>R. YEE, DEP P.D. DEFENDANT PRESENT<br>PD INFORMED THE COURT THAT THIS<br>MATTER WOULD BE   REMANDED TO<br>DISTRICT COURT.  THE COURT, AFTER<br>QUESTIONING THE DEFENDANT WAS<br>SATISFIED THAT THE DEFENDANT HAD<br>KNOWINGLY, WILLINGLY AND<br>VOLUNTARILYWAIVED HIS RIGHT TO A<br>TRIAL BY JURY AND ORDERED   THIS<br>MATTER REMANDED TO DISTRICT COURT.<br>COURT FURTHER ORDERED THAT THE<br>REMAND BE SUBMITTED FOR SIGNATURE<br>ON MONDAY, JUNE 13, 1994.<br>6/27/94 MINUTE ORDER:  REMAND FILED<br>6/20/94, COURTTO TAKE NO FURTHER<br>ACTION. | CHI H HA | |
| 7 | 06/20/1994 | Other<br>Converted<br>DOC ID: , DOC Name: ORDER OF REMAND,<br>Comments: (REMANDED TO HONOLULU<br>DIVISION; 8/15/94;        8:30AM) | CHI H HA | |
| 8 | 07/14/1994 | Other<br>Converted<br>DOC ID: , DOC Name: COPY OF LETTER TO<br>MRS LAM FROM RILEY S YAMADA    DATED<br>7/11/94, Comments: | CHI H HA | |
| 14 | 09/24/2018 | Transfer to Another Division<br>Case Transferred to D1C02 - 2nd Division | CHI H HA | |
| 15 | 12/31/2018 | Transfer to Another Division<br>Case Transferred to D1C18 - 18th Division | CHI H HA | |
| 16 | 12/31/2019 | Transfer to Another Division<br>Case Transferred to D1C11 - 11th Division | CHI H HA | |