# EXHIBIT I

# PRINTABLE CASE VIEW

**Generated: 6-FEB-2023 06:26 AM**

**Search Criteria: Case ID or Citation Number: 1FC960003180**

**1 record(s) total**

| | |
|---|---|
| **Case ID:** 1FC960003180 - STATE OF HAWAII VS CHI HOON HA<br>**Type:** FC - Family Court Criminal<br>**Status:** CLOSEDJ - Adjudicated<br>**Last Updated:** 22-Oct-1996 | **Filing Date:** MONDAY, SEPTEMBER 9, 1996<br>**Court:** FIRST CIRCUIT<br>**Location:** PUNCHBOWL |

**BAIL / BOND INFORMATION**

| Defendant | Ct. | Bail Information | Notes |
|---|---|---|---|
| Chi Hoon Ha | All Counts | $600.00<br>Release Status: CA-Released On Cash Bail | Converted<br>Amount: 0000600.00<br>Notes: CASH BAIL $600 POSTED PER OFFICIAL RECEIPT |
| Chi Hoon Ha | All Counts | $600.00<br>Release Decision: OT-Other, Date: 09/13/1996 | Converted<br>Amount: $600<br>Notes: NGP ENTERED; JT SET. $600 BAIL CONFIRMED. |
| Chi Hoon Ha | All Counts | $600.00<br>Release Decision: OT-Other, Date: 10/14/1996 | Converted<br>Amount: $600.00<br>Notes: BAIL OF $600 RETURNED TO DEFT |

**Offenses**

| | | | | |
|---|---|---|---|---|
| **ID: @143897** | **Name: Chi Hoon Ha** | **JUV: N** | **Party Status: DP-Disposed** | **CDL: HAZ: CMV:** |

| Ct. | Offense Details | Plea | Disposition | Sentencing | Offense Notes |
|---|---|---|---|---|---|
| 1 | HRS 709-0906 - ABUSE FAM & HSH<br>Severity: MD - Misdemeanor<br>Citation/Arrest #: 96-345796<br>OTN #: 12303C3 | | Dismissed Without Prejudice-10/14/1996 | | |

**Related Cases**

No related cases were found.

**Case Event Schedule**

| Event | Defendant | Date | Time | Room | Location | Judge | Appearance Disposition |
|---|---|---|---|---|---|---|---|
| Jury Trial | Chi Hoon Ha | 10/14/1996 | 08:30:00 | Family Court Miscellaneous | PUNCHBOWL | Manuia, Marjorie H. | |
| Arraignment and Plea | Chi Hoon Ha | 09/13/1996 | 08:30:00 | Honolulu Courtroom 8D | ALAKEA | Choy, Darryl Y. C. | |

**Case Parties**

| Seq # | Assoc | Expn Date | Type | ID | Name / Aliases |
|---|---|---|---|---|---|
| 1 | | | Defendant | @143897 | Ha, Chi Hoon<br>*Ha, Mike Chi Hoon*<br>*Ha, Chi Moon* |
| 2 | | | Plaintiff | SOHCR1 | State of Hawaii - Criminal First Circuit Prosecution |
| 3 | | | Other | D1FC0 | First Circuit Family Court Arraignment and Plea |

| Docket # | Date | Docket | Defendant | Party |
|---|---|---|---|---|
| 1 | 09/09/1996 | Complaint<br>Converted<br>DOC ID: CMP, DOC Name: COMPLAINT,<br>Comments: | Chi Hoon Ha | |
| 2 | 09/09/1996 | Official Receipt<br>Converted<br>DOC ID: OR, DOC Name: OFFICIAL RECEIPT (CASH BAIL $600 POSTED BY DEFT; HRG SET: 9/13/96  8:00 AM), Comments: | Chi Hoon Ha | |
| 3 | 09/13/1996 | Other<br>Converted<br>DOC ID: , DOC Name: PRETRIAL ORDER,<br>Comments: | Chi Hoon Ha | |

| Docket # | Date | Docket | Defendant | Party |
|---|---|---|---|---|
| 5 | 09/13/1996 | Minutes<br>8-D  091396  01(414-700)  8:44 - 9:00<br>JUDGE:  DARRYL Y. C. CHOY.  CLERK:  B. TANAKA.  PRESENT:  DPA/TRISH HARA; THE DEFENDANT WITH HIS  ATTORNEY, LLOYD ASATO. DEFENDANT WAIVED READING OF THE CHARGE, ENTERED A NOT GUILTY PLEA AND DEMANDED JURY TRIAL. DISCOVE-RY ALREADY PROVIDED. DEFENDANT SHALL APPEAR W/O 10/14/96, 8:30 AM, FOR JURY TRIAL BEFORE JUDGE PRESIDING AT DISTRICT    COURT, CTRM 8-C; PT MOTIONS DUE 09/30/96.      THE BAIL OF $600 IS CONFIRMED.              THE GENERAL AND SPECIAL CONDITIONS OF RELEASE ARE IMPOSED.<br>FIREARMS PROVISIONS INVOKED.<br>EO FILED. | Chi Hoon Ha | |
| 4 | 10/14/1996 | Order<br>Converted<br>DOC ID: OD, DOC Name: ORDER OF DISMISSAL, Comments: | Chi Hoon Ha | |
| 6 | 10/14/1996 | Minutes<br>JUDGE:  LINDA K. C. LUKE<br>CLERK:  F. UYEHARA              TAPE: 8C  01(69 - 108)  8:36 - 8:37 A.M.      PRESENT: DPA A. BRUNN; DPD J. IKENAGA AND DEFT STATE INFORMED THE COURT THAT COMPLAINING WITNESS   IS NOT PRESENT. COMPLAINING WITNESS HAS MOVED   TO KOREA. DEFENSE'S ORAL MOTION TO DISMISS IS GRANTED.    UPON ORAL MOTION, THE CHARGE IS DISMISSED WITHOUT   PREJUDICE.<br>BAIL OF $600 IS RETURNED TO DEFT. E. O. ENTERED | Chi Hoon Ha | |

KEITH M. KANESHIRO  2027
Prosecuting Attorney
DAWN S. SHIGEZAWA  6529
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street, 9th Floor
Honolulu, Hawaii  96813
Ph:  523-4511
Attorneys for State of Hawaii

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

1996 SEP -9  A 9: 07

N. ANAYA
CLERK

IN THE FAMILY COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

STATE OF HAWAII          )     FC-CR NO. **96-3180**
                         )
        vs.              )     ABUSE OF FAMILY AND HOUSEHOLD
                         )     MEMBERS
CHI HOON HA,             )     (Police Report No. 96-345796)
                         )
        Defendant.       )     COMPLAINT
                         )

## COMPLAINT

TO THE HONORABLE PRESIDING JUDGE OF THE ABOVE-ENTITLED COURT:

DAWN S. SHIGEZAWA, Deputy Prosecuting Attorney for the City and County of Honolulu, State of Hawaii charges as follows:

On or about SEPTEMBER 4, 1996, in the City and County of Honolulu, State of Hawaii, CHI HOON HA did intentionally, knowingly or recklessly physically abuse YOUNG SILL KWON, a family or household member, thereby committing the offense of Abuse of Family and Household Members in violation of Section 709-906 of the Hawaii Revised Statutes.

DATED at Honolulu, Hawaii:  September 7, 1996.

STATE OF HAWAII

By KEITH M. KANESHIRO
   Prosecuting Attorney

By  _____
    Deputy Prosecuting Attorney
    City and County of Honolulu

(STATS) HAWAII, FIRST CIRCUIT

STATE OF HAWAII vs. (DEFENDANT)

Chi Hoon Ha

(Date of Hearing: Oct. 14, 1996 )

[ ] JUDGMENT OF ACQUITTAL
[ ] JUDGMENT
[✓] ORDER OF DISMISSAL
[ ] ORDER GRANTING DAG/DANC PLEA
[ ] ORDER

SSN: 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
DOB: 8-6-56

C-CR NO. 96-3180

CASE-IN-CHIEF HPD NO(S).
96-345796

ORIG. [K]HRS 709-0906
CHARGE[ ]HRS 710-1077
[ ]HRS

BW RPD NO.

1. ___ CHARGES [ ]read [ ]reading waived [ ]procedural defects waived.
2. ___ Defendant entered a plea of [ ]guilty [ ]no contest [ ]as charged [ ]to the amended charge of HRS Sec. [ ]707-0712(1)(a) (Assault 3rd) [ ]711-1106(1)(a) (Harassment).

THE [ ]JURY FINDS AND [ ]COURT FINDS AND ADJUDGES:

3. ___ Defendant [ ]acquitted and not guilty [ ]guilty [ ]as charged [ ]as amended.

THE COURT ORDERS [ ]AND SENTENCES DEFENDANT as follows:

4. ✓ Upon oral motion, the charge(s) is/are dismissed [✓without prejudice [ ]with prejudice.
5. ___ Defendant is placed on PROBATION for a period of [ ]one year [ ]6 months, subject to all of the TERMS AND CONDITIONS OF PROBATION ATTACHED and made a part hereto.
6. ___ Defendant shall be IMPRISONED and committed to the custody of the Director of the Dept. of Public Safety to serve a period of ___ days [ ]with credit for time served. [ ]As a special condition of probation, [ ] ___ days are suspended so long as defendant remains arrest and conviction free and is in compliance with counseling orders [ ]for a period of ___ month(s)/year(s). MITTIMUS TO ISSUE [ ]forthwith [ ]effective: _____ [ ]Defendant to report to: [ ]District Court Sheriff's Receiving Desk at 1111 Alakea St. [ ]District Court Ctrm # ___ [ ]OCCC on _____ at _____ _.m.
7. ___ Defendant shall pay a fine of $ ___ to _____
8. ✓ BAIL [✓]of $ 600 is [✓returned to [✓Defendant [ ]_____ [ ]is set aside and Defendant is released forthwith [ ]of $ _____ applied to fine.
9. ___ Defendant is ordered to attend [ ]DOMESTIC VIOLENCE/ANGER MANAGEMENT COUNSELING [ ]SUBSTANCE ABUSE ASSESSMENT and shall participate in counseling and/or treatment until clinically discharged or as directed by the probation officer. Probation officer to determine agency. Defendant shall REPORT IN PERSON to Adult Services Branch within 48 HOURS [ ]from date of this ORDER/JUDGMENT [ ]after release from imprisonment. Service providers shall either accept or reject defendant for counseling within one month from today and shall promptly provide to the Family Court Criminal Misdemeanor Probation Unit a written report if there is any noncompliance. Defendant shall be responsible for the cost of counseling. Defendant shall sign all consents/releases.
10. ___ Defendant is ordered to APPEAR on _____ at [ ]8:30 a.m. [ ]1:30 p.m. at District Court, Ctrm # ___, for [ ]a PROOF OF COMPLIANCE hearing unless previously excused by the Court [ ]SENTENCING a presentence report is ordered & defendant is to cooperate with the probation officer in the investigation [ ]CALENDAR CALL/JURY TRIAL.
11. ___ Defendant is ordered to appear at Adult Services Branch Criminal Misdemeanor Probation Unit on _____ at 8:30 a.m. to determine whether Defendant is in compliance and hearing can be waived.
12. ___ _____'s oral/written [ ]_____ [ ]DAG/DANC plea is [ ]denied [ ]granted [ ]_____. PERIOD OF DEFERRAL is [ ]six months [ ]one year, subject to all the TERMS AND CONDITIONS OF DAG/DANC PLEA ATTACHED and made a part hereto.
13. ___ To the extent that Defendant is required to be armed, the Defendant may possess or control firearms & ammunition which are official equipment of employment but only while on duty. However, Defendant may not possess or control any firearms, ammunition, firearms permits &/or licenses when not on duty or any personal firearms while on duty.
14. ___ Defendant is prohibited from possessing or controlling any firearms, ammunition, firearms permit or licenses until the final disposition of this case & turn in such items within 48 hours to the Honolulu Police Dept., Firearms Unit, Main Station, 801 South Beretania St., 1st Flr.; all firearm permits & licenses are revoked.
15. ✓ Defense's oral motion to dismiss is granted

DATE:
10/14/96

JUDGE OF THE ABOVE-ENTITLED COURT:

cc: [X]Defendant [ ]Cashier [ ]ASB
    [ ]Cellblock [ ]OCCC [ ]Agency
    [ ]HPD [ ]HCJDC [ ]Chief of Police
    [X]DPA  A. Bruno
    [X]Def's Atty  Lloyd Asato  [ ]DPD

FAMILY COURT
FIRST CIRCUIT COURT
STATE OF HAWAII
FILED
8:37 o'clock A.m.

October 14, 1996

CLERK