# EXHIBIT J

# PRINTABLE CASE VIEW

**Generated: 6-FEB-2023 06:15 AM**

**Search Criteria: Case ID or Citation Number: 05536309D**

**1 record(s) total**

| | | |
|---|---|---|
| **Case ID:** 05536309D - State v. Chi Hoon Ha -NON JURY-<br>**Type:** AR - Administrative Review<br>**Status:** CLOSEDS - Closed Case-Judgment Satisfied<br>**Last Updated:** 27-Nov-2006<br>**ID:** @143897  **JUV:** N<br>**Party Status:** Not Specified | **Filing Date:** FRIDAY, DECEMBER 30, 2005<br>**Court:** FIRST CIRCUIT<br>**Location:** ADMIN REVIEW/ADLRO | **Balance Due:** $0.00 |
| CDL: N CMV: N HAZ: N | **Citation / Arrest:** | **Alleged Speed:** ~ / ~ |

**Violations**

| | Violation | | | | Disposition | | | Sentence | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **No.** | **Code** | **Description** | **Date** | **Spl Crts Eligibility** | **Code** | **Description** | **Date** | **Code** | **Description** | **Length** |
| 1 | HRS 291EPART3 | ADMIN REV PROC OVUII | 12/30/2005 | | AFM | Affirmed | 05/22/2006 | | | |

**Related Cases**

No related cases were found.

| Docket # | Date | Docket | Party |
|---|---|---|---|
| 3 | 03/15/2006 | Case Continued | |
| 4 | 04/06/2006 | Case Continued | |
| 5 | 05/02/2006 | Case Continued | |