# EXHIBIT K

Case 1:22-cv-10292-VEC     Document 44-11     Filed 02/17/23     Page 2 of 5



# OSCEOLA COUNTY
## SHERIFF'S OFFICE *Crim-257* Page 1 of 2

**Charging Affidavit**
☒ Arrest   ☐ FSAO

| Location of Defendant's Vehicle: N/A | Date/Time Booked | 03/27/07 | Case Number. | 07I029566 |
|---|---|---|---|---|

| Arrested: Yes ☐ No ☒ | FCIC/NCIC Check? Yes ☒ No ☐ | Date Arrested (MM/DD/YY) | 03/27/07 | Time of Arrest: 1855 |
|---|---|---|---|---|

| Address of Arrest. 1801 BUENA VISTA DRIVE, KISSIMMEE, FL | Zone. 1 | Total Bond Set At $ 0 |
|---|---|---|

| **DEFENDANT** | Adult ☒ | Name # : | Language Spoken: ENGLISH AND KOREAN |
|---|---|---|---|

| NAME (L,F,M) HA, CHIHOON, | Race: W | Sex: M | DOB: 05/25/69 |
|---|---|---|---|

| Address: 3055 PUHATA RISE | City: HONOLULU | State: HI |
|---|---|---|

| Zip: 96822 | Home Phone: 808-330-7556 | POB (City, State, Country): UNKNOWN |
|---|---|---|

| Height: 5' 08" | Weight: 240 lbs. | Hair: Black | Eyes: Brown | Scars/Marks/Tattoos: |
|---|---|---|---|---|

| Business & Occupation: | AKA: |
|---|---|

Bus./School Address:

| Drivers Lic./State ID No: | State: | Year Exp: ____ | S.S. ██████ |
|---|---|---|---|

| **CHARGES** | FELONY ☐ MISD ☒ ORD. ☐ TRAFFIC ☐ | Court Location: Osceola | DOMESTIC VIOLENCE?: Yes ☒ No ☐ |
|---|---|---|---|

| #1 | Charge: BATTERY (DOMESTIC VIOLENCE) | FSS/ORD: 784.03(1A1) | Bond/Citation No: NA |
|---|---|---|---|
| #2 | Charge. | FSS/ORD. | Bond/Citation No: |
| #3 | Charge: | FSS/ORD· | Bond/Citation No: |

| **CO-DEFENDANT** | Co-Def #1 Arrested? Y ☐ N ☐ Fel ☐ Misd. ☐ Traf ☐ Ord. ☐ NTA ☐ | Co-Def #2 Arrested? Y ☐ N ☐ Fel ☐ Misd. ☐ Traf ☐ Ord. ☐ NTA ☐ |
|---|---|---|

| #1 | NAME (L, F, M): | Race: ____ | Sex: ____ | DOB· | Age. |
|---|---|---|---|---|---|
| #2 | NAME (L, F, M): | Race. ____ | Sex: ____ | DOB· | Age. |

**NARRATIVE**   The Undersigned has probable cause to believe the above-named defendant, on the 27TH day of March, 2007, at approximately 1130 ☒ a.m. ☐ p.m. at 1801 BUENA VISTA DR., ROOM 159 (Zone: 1) Osceola County did commit the above-named offense: See the attached Charging Affidavit Narrative.

| Next of Kin Name: | Address. | Phone. |
|---|---|---|

| DCF Notified? Yes ☒ No ☐ | Miranda Warning? Yes ☐ No ☒ | By Whom?. | Invoked? Yes ☐ No ☐ |
|---|---|---|---|

Sworn to and subscribed before me, this 27 day of March, 2007.

I swear/affirm the above statements are correct and true

Notary Public ☐ Law Enforcement or Corrections Officer ☒
Personally Known ☐ Produced Identification ☐
Type of Identification: _____

OFFICER'S SIGNATURE

**Pedulla, Vincent**
OFFICER'S PRINTED NAME (L,F)

| Officer's Name Key: 1454 | Officer's Bus Phone No: 407-348-2222 |
|---|---|

**FOR CORRECTIONS USE ONLY**   OBTS: 4 9 0 1 0 7 5 2 0 0

# OSCEOLA COUNTY
## SHERIFF'S OFFICE

**Continuation of:** ☐ Charging Affidavit
☒ FSAO

| Defendant Name. HA, CHIHOON | Case Number. 071029566 | Page 2 of 2 |
|---|---|---|

ON MARCH 27, 2006, AT APPROXIMATELY 1257 HOURS, I, D/S V. PEDULLA, WAS DISPATCHED TO 1801 W. BUENA VISTA DR., ROOM 159, IN REFERENCE TO A BATTERY COMPLAINT.

UPON MY ARRIVAL, I MET WITH THE VICTIM, YUNHEE HA, WHO TOLD ME THE FOLLOWING:  ON 03-27-07, SHE AND HER HUSBAND, CHIHOON HA, GOT INTO AN ARGUMENT AFTER THEIR 11 MONTH OLD CHILD FELL OFF OF A BED. YUNHEE STATED THAT THE CHILD WAS NOT INJURED BUT STARTED CRYING.  YUNHEE STATED THAT CHIHOON STARTED YELLING AND CURSING AT HER   YUNHEE STATED THAT CHIHOON THEN THREW HIS SHOE AT HER, STRIKING HER IN THE FACE AND CONTINUED YELLING AT HER.  YUNHEE STATED THAT SHE PICKED UP THE SHOE AND THREW IT INTO A CORNER, BUT CHIHOON THOUGHT SHE HAD THROWN IT AT HIM, THEN HE STRUCK HER ON THE FACE WITH AN OPEN HAND.  YUNHEE STATED THAT SHE LEFT THE ROOM AND BEGAN PACKING TO LEAVE.  YUNHEE STATED THAT CHIHOON LAUGHED AT HER THEN LEFT THE ROOM AND WALKED ONTO THE HOTEL PROPERTY.  YUNHEE STATED THAT CHIHOON RETURNED A SHORT TIME LATER, TOOK HIS WALLET AND AIRLINE TICKETS AND LEFT IN THE COMPANY OF ████████████████████ YUNHEE STATED THAT ██ ██████████████████ WITNESSED THE INCIDENT, BUT NEITHER SHE NOR ███████ ███████████████ WERE INVOLVED OR INJURED.  YUNHEE PROVIDED A SWORN WRITTEN STATEMENT TO THE ABOVE FACTS.

AFTER SPEAKING TO YUNHEE, I EXAMINED HER AND OBSERVED NO VISIBLE INJURIES.  YUNHEE REFUSED MEDICAL ATTENTION AND DID NOT WISH ME TO CONTACT HELP NOW.  DISNEY PERSONNEL ASSISTED BY MOVING HER TO ANOTHER ROOM IN THE HOTEL WHILE SHE MAKES ARRANGEMENTS TO RETURN TO HAWAII ON 3-29-07.  YUNHEE STATED THAT THERE HAVE BEEN FOUR OR FIVE OTHER INCIDENTS OF CHIHOON STRIKING HER IN HAWAII, BUT SHE HAS NEVER MADE A POLICE REPORT.

BECAUSE THE CHILDREN PRESENT I CONTACTED DCF BY FAX.  I ISSUED YUNHEE A DOMESTIC VIOLENCE PACKAGE AND ADVISED HER THAT A DOMESTIC VIOLENCE COUNSELOR WOULD FOLLOW UP.  I ISSUED A SUSPECT BOLO VIA TELETYPE FOR CHIHOON.

BASED ON MY INVESTIGATION, AND ON STATEMENTS BY YUNHEE HA, CHIHOON HA VIOLATED FLORIDA STATE STATUTE 784.03/741.30, DOMESTIC BATTERY, WHEN HE ATTACKED YUNHEE WITH HIS HANDS, AGAINST HER WILL, AND CAUSING OBVIOUS BODILY HARM.  YUNHEE AND CHIHOON HAVE BEEN MARRIED FOR SIX YEARS. CHIHOON HA WAS LATER CONTACTED BY D/S CHASSE AT THE RESORT AND PLACED INTO CUSTODY.  SEE D/S CHASSE'S SUPPLEMENT FOR FURTHER DETAILS.  HA WAS HELD ON $0 BOND AT THE OSCEOLA COUNTY JAIL. THERE IS NO FURTHER INFORMATION AT THIS TIME.

---

Sworn to and subscribed before me, this 27TH day of  March, 2007

Notary Public ☐ Law Enforcement or Corrections Officer ☒
Personally Known ☐ Produced Identification ☐
Type of Identification: _____

I swear/affirm the above statements are correct and true.

OFFICER'S SIGNATURE

**PEDULLA, VINCENT**
OFFICER'S PRINTED NAME (L,F)

Officer's Name Key: 1454

Officer's Bus  Phone No 407-348-2222

**ORIGINAL**



**OSCEOLA COUNTY**
**SHERIFF'S OFFICE**

**Continuation of:** ☒ Charging Affidavit
☐ FSAO

| Defendant Name. | HA, CHI HOON | Case Number | 07I029566 | Page | 01 | of | 01 |

ON 03/27/2007 AT APPROXIMATELY 1800 HOURS I RESPONDED TO THE WALT DISNEY ALLSTAR MUSIC RESORT 1801 WEST BUENA VISTA DR. UPON MY ARRIVAL, I MADE CONTACT WITH CHI HOON HA (ARRESTEE) WHO WAS STANDING OUTSIDE THE FRONT DESK AREA. MR. HA WAS COOPERATIVE AND COMPLIANT. MR. HA WAS READ HIS CONSTITUTIONAL (MIRANDA) WARNINGS WHICH HE WAIVED AND COMPLETED A SWORN WRITTEN STATEMENT ADMITTING TO HAVING A PHYSICAL DISTURBANCE WITH HIS WIFE, YUN HEE HA. BASED UPON THE PROBABLE CAUSE TRANSFERRED TO ME BY P/S PEDULLA FROM HIS INVESTIGATION OF AN ALLEGATION OF BATTERY (DOMESTIC VIOLENCE) I PLACED CHI HOON HA UNDER ARREST. NOTIFIED HIM OF THE CHARGE AND TRANSFERRED HIM TO THE OSCEOLA COUNTY JAIL WITHOUT FURTHER INCIDENT. MR. HA WAS ISSUED A TRESPASS WARNING TO STAY AWAY FROM THE ALLSTAR RESORT COMPLEX BY DISNEY STAFF.

Sworn to and subscribed before me, this 27th day of MARCH, 2007.

788

Notary Public ☐    Law Enforcement or Corrections Officer ☐

*Personally Known* ☒    *Produced Indentification* ☐

*Type of Identification.* _____

I swear/affirm the above statements are correct and true.

OFFICER'S SIGNATURE          OFFICER'S PRINTED NAME (L,F)
STOCKMAN #917

| Officer's Name Key: #917 | Officer's Bus Phone No. |

Rev 0402
SO – 03 – 08                    ORIGINAL

CASE NO._____

**STATE OF FLORIDA**

Plaintiff

-vs-

_HA, Chi Hoon_

Defendant.

FILED IN OFFICE
CLERK COUNTY COURT
OSCEOLA CO., FL

2001 MAR 28 A 7: 29

LARRY WHALEY
CLERK CIRCUIT COURT

CHARGES_____

_Battery_

_____

_____

## ADVICE TO DEFENDANT, FIRST APPEARANCE   F.R.C.P.3.130(A) (2)

1.    I have been advised:

   a.    That the Judge will advise me of the Charge(s), and the bond, if any, which may secure my release.

   b.    That I am not required to say anything and that anything I say may be used against me.

   c.    That if I am not represented by a lawyer, I have the right to counsel and if I am unable to afford counsel, counsel will be appointed, forthwith.

   d.    That I have a right to communicate with counsel, family or friends, and if necessary, means will be provided to enable me to do so.

   e.    That any waiver of counsel is limited to first appearance only, and shall not be construed to be a waiver of counsel for subsequent proceedings.

2.    ( )    I am financially able to afford a lawyer.  His name is _____

   ( )    **I WAIVE MY RIGHT TO REPRESENTATION BY COUNSEL (F.R.C.P.3.160(e).**

   (✓)    I am financially unable to afford a lawyer and I want one appointed for me.

### I HEREBY STATE THAT I MAY BE NOTIFIED AT THE FOLLOWING ADDRESS:

_____,

Street Address          City,          State          Zip
**TELEPHONE NUMBER**_____, and understand I must notify the Clerk of Court, Osceola County, Kissimmee, Florida, 34741, in writing of an address change and that if I fail to appear at any future proceedings, the Court will issue a **capias** for my arrest.

I HAVE RECEIVED A COPY OF THIS FIRST APPEARANCE SHEET.

_____        _____
Defendant Signature                    Witness