# EXHIBIT L

**IN THE COUNTY COURT FOR THE NINTH
JUDICIAL CIRCUIT IN AND FOR
OSCEOLA COUNTY, FL**

STATE OF FLORIDA
    VS.
CHIHOON HA

CASE NUMBER:    CM   07-DM-000257

### ORDER OF COMMITMENT (F.R.C.P. 3.120)

The above Defendant is committed to the custody of the Sheriff of Osceola County, Florida, upon the charge(s) made in the complaint.

Charge(s):
DOMESTIC BATTERY    Original Bond $ _Ø_  Set at $_2000_ Stayed ____ PTR ____ ROR ____

COMMENTS: _A.K.A. Mike Ha_

### ORDER SETTING APPEARANCE

The above Defendant will appear before the Osceola County Court in and for Osceola County, Florida,
for an ARRAIGNMENT    on 04/27/07 at  8:00 am in room 4A
for a JAIL ARRAIGNMEN on 04/05/07 at        in room

### ORDER OF PROBABLE CAUSE DETERMINATION

There ( ✓ )IS ( )IS NOT probable cause to believe the Defendant has committed the crime(s) charged
in the complaint, information or indictment filed in this cause.
(____) The Law Enforcement Officer has ____ hours to submit a supplemental Arrest Affidavit in support
of Probable Cause

### SPECIAL CONDITIONS OF ANY RELEASE

( ✓ ) NO Contact whatsoever with victim
( ) NO hostile or violent contact with victim
( ✓ ) DO NOT return to scene of offense/residence
( ) May return one time with law enforcement
     officer to retrieve belongings

( ✓ ) DO NOT consume any alcohol
( ✓ ) DO NOT possess or own any weapons or firearms
( ✓ ) BOND with conditions of PTR as to count(s) ____
( ) Drug conditions

Comments: _____
Victims Name & Address _Yun hee Ha — Shared Residence._

Any person who willfully violates a condition of pre-trial release provided in S. 903.047, when the original arrest was for an act of domestic violence as defined in S. 741.28, commits a misdemeanor of the first degree, punishable as provided in S. 755.082 or S. 775.083, and shall be held in custody until his or her first appearance.

### PROVISIONAL ORDER APPOINTING COUNSEL

This cause having come before the Court, and that the defendant has requested to be found indigent
pursuant to Sec. 27.52, Florida Statutes. The Court understands that the defendant's affidavit for
indigent status is still under review pursuant to Sec.27.52, Florida Statutes.
(    ) It is therefore provisionally ORDERED that the Public Defender (or conflict attorney _____ )
is temporarily appointed to represent the above named defendant. This appointment shall become permanent
upon the filing of a financial affidavit and final determination of indigent status. Defendant is hereby
ordered to pay a $40 application fee for appointment of counsel. Officials of the Osceola County Jail are
hereby ordered to deduct $40 from the defendant's jail account. If funds are not available at this time,
the defendant has two (2) weeks from this date to deposit $40 into said account or with Clerk of the Court.
The jail or the clerk must be provided with the name of the defendant and the case number to which the
deposit applies.

### CERTIFICATE BY JUDGE

I certify that the defendant was advised in compliance with F R C.P 3.130 (b) (2).

**DONE AND ORDERED THIS 28th day of Mar, 2007, by:** _____

**JUDGE CAROL E DRAPER**

**FILED IN OPEN COURT THIS 28th day of Mar, 2007, by: BA**    **(Deputy Clerk)**