# EXHIBIT M

IST

IST CIRCUIT COURT
STATE OF HAWAII
FILED

2009 JAN 26 AM 9: 54

nwh
M.N. TANAKA
CLERK

PETER B. CARLISLE        2209
Prosecuting Attorney
CHERYL Y. YAMAKI        7093
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street, 9th Floor
Honolulu, Hawaii  96813
Ph:  768-7400
Attorneys for State of Hawai'i

IN THE FAMILY COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| STATE OF HAWAI'I | ) FC-CR NO.   09 - 1 - 1085 |
| | ) |
| vs. | ) HARASSMENT |
| | ) (§711-1106(1)(a), H.R.S.) |
| CHI HOON HA, | ) (Police Report No. 09-027055) |
| | ) |
| Defendant. | ) COMPLAINT |

COMPLAINT

TO THE HONORABLE PRESIDING JUDGE OF THE ABOVE-ENTITLED COURT:

CHERYL Y. YAMAKI, Deputy Prosecuting Attorney for the City and County of Honolulu, State of Hawai'i charges as follows:

On or about January 22, 2009 in the City and County of Honolulu, State of Hawai'i, CHI HOON HA with intent to harass, annoy, or alarm, did strike, shove, kick, or otherwise touch YUN HEE HA in an offensive manner or subject YUN HEE HA to offensive physical contact, thereby committing the petty misdemeanor offense of Harassment in violation of Section 711-1106(1)(a) of the Hawaii Revised Statutes.

DATED at Honolulu, Hawai'i:  January 23, 2009.

STATE OF HAWAI'I

By PETER B. CARLISLE
Prosecuting Attorney

By _Chery M._
CHERYL Y. YAMAKI
Deputy Prosecuting Attorney
City and County of Honolulu

| STATE OF HAWAI'I FAMILY COURT FIRST CIRCUIT | BENCH WARRANT | CASE NUMBER FCCR NO. 09-1-1085 |
|---|---|---|

| STATE OF HAWAII<br><br>vs.<br><br>CHI HOON HA,<br><br>Defendant. | WARRANT FOR (NAME)  [  ] Male   [x] Female<br>YUN HEE HA, Complaining Witness<br>STATE IDENTIFICATION (SID) NO. A-_____ |
|---|---|
| | RESIDENT ADDRESS AND TELEPHONE NUMBER<br>3055 Puhala Rise<br>Honolulu, HI  96822 · Tel. 988-6189 |
| | BUSINESS ADDRESS AND TELEPHONE NUMBER<br>VIP Tours        Tel. 922-5678<br>2270 Kalakaua Ave. Ste. 707 & 709 Hon.96815 |
| | BIRTHDATE<br>1/17/70 | SOCIAL SECURITY NUMBER<br>xxx-xx-2932 |

TO: THE CHIEF OF POLICE, DEPUTY SHERIFF, OR ANY OFFICER AUTHORIZED By Law To Make Arrests In The State of Hawai'i.

YOU ARE HEREBY COMMANDED to arrest and bring the above named person before this Court at the date, time and place indicated below to answer the indicated charge.

I do hereby certify that this is a true, full and correct copy of the original on file in this office.

*CA*

Clerk, Family Court, First Circuit, State of Hawai'i

**DATE**

X FIRST _seven (7) days_
AFTER SERVICE, NOT A HOLIDAY

☐ _____

**TIME**

X 8:30 A.M. or ☐ _____

**PLACE OF HEARING**

FAMILY COURT, FIRST CIRCUIT
DISTRICT COURT BLDG., 8TH FLR.
1111 ALAKEA STEET, CTRM. 8D
HONOLULU, HAWAI'I  96813

**PRESIDING JUDGE** WILLIAM J. NAGLE III

CHARGE: CONTEMPT OF COURT FOR

FAILURE TO APPEAR AT
SCHEDULED HEARING
Bench Trial

ON _April 30, 2009_

AT _8:30 a.m._

BAIL AMOUNT $ 500

NOTE: This warrant shall not be executed between the hours of 10:00 p.m. to 7:00 a.m. on premises not open to the public, unless authorized in writing on the warrant by a Judge of this court.

| DATE ISSUED<br>APR 30  2009 | JUDGE *William J Nagle*  WILLIAM J. NAGLE III |
|---|---|

OFFICER'S NOTES AND PROOF OF SERVICE

| ARREST DATE | TIME | PLACE | FAMILY COURT FIRST CIRCUIT COURT STATE OF HAWAII **ISSUED** 1:30  o'clock P M |
|---|---|---|---|
| | | | APR 30  2009 |
| DATE SIGNED | | SERVING OFFICER'S SIGNATURE | C. SHIMODA Clerk |

YPL

| STATE OF HAWAI'I<br><br>FAMILY COURT OF THE<br>FIRST CIRCUIT | [ ] JUDGMENT OF CONVICTION AND SENTENCE;<br>NOTICE OF ENTRY<br>[ ] JUDGMENT OF ACQUITTAL; NOTICE OF ENTRY<br>[ ] ORDER GRANTING DAG/DANC PLEA<br>[✓] ORDER *of Dismissal Without Prejudice* | FC-CR NO. **09-1-1085**<br><br>POLICE REPORT NO. **09-027055**<br><br>BW NO. |
|---|---|---|

| STATE OF HAWAI'I vs. (DEFENDANT) **Chi Hoon HA**<br>SSN: **X X X - X X - 5044**<br>DOB: **5-25-69** (Date of hearing: **JUL 1 0 2009** ) | ORIGINAL CHARGE:<br>[ ] HRS 709-906<br>[ ] HRS 586-4<br>[ ] HRS 586-11 | [✓] HRS **711-1106/1a** |
|---|---|---|

**DEFENDANT'S PLEA: [ ] GUILTY [ ] NOT GUILTY [ ] NO CONTEST     [ ] JURY VERDICT     [ ] JUDGE FINDINGS**

**DEFENDANT IS CONVICTED AND FOUND/PLED GUILTY          [ ] AS CHARGED (See Original Charge(s) above)**
**[ ] OF THE AMENDED CHARGE OF: [ ] HRS 707-712 (Assault 3rd)     [ ] HRS 711-1106 (Harassment)     [ ] HRS _____**

**FINAL JUDGMENT AND SENTENCE OF THE COURT:**
[ ] **PROBATION:**   [ ]_____MONTHS [ ]_____ YEAR(S).  See terms and conditions attached.  .
[ ] **JAIL:** Defendant shall be committed to the custody of the Director of the Dept. of Public Safety to serve a period of **Imprisonment** of
   [ ]_____ DAYS  [ ]_____ YEAR(S) [ ]with [ ]in addition to [ ]credit for time served.  Mittimus shall issue [ ] FORTHWITH
   [ ] EFFECTIVE_____;  Defendant to report to 1111 Alakea St., Ctrm 8 ___ on _____ at _____ .m.
[ ] **PAY** [ ] CVCC fee $_____   [ ] PROBATION service fee $_____   [ ] TRO fine $150.00   [ ]_____
   on or before _____.
[ ] This sentence shall run  [ ] concurrent  [ ] consecutive with FC-CR _____

[ ] **ORDER GRANTING MOTION FOR DAG/DANC PLEA:**  IT IS HEREBY ORDERED that Defendant's Motion for Deferred
   Acceptance of Guilty/No Contest Plea be granted and further proceedings in this case be deferred for the period of [ ]_____MONTH
   [ ]_____YEAR(S) commencing as of the date of this order, unless sooner discharged by order of the court, upon condition that the
   Defendant comply with all of the terms and conditions of deferral set forth in the attached document.
[ ] **PAY**  [ ] CVCC fee $_____

**FIREARMS PROHIBITION:**  You are further informed that you are prohibited from owning, possessing, controlling or transferring ownership of any firearm or
                    ammunition pursuant to HRS § 134-7 and federal law.

[✓] **ORDER OF DISMISSAL:** Charges are hereby dismissed  [ ] with  [✓] without  prejudice.

[ ] **JUDGMENT OF ACQUITTAL:** Defendant is Acquitted and found Not Guilty after trial.

[✓]  **State**  's Motion to Continue is  [✓] denied  [ ] granted.
[ ] **Defendant is ordered to appear on** _____ at [x] 8:30 a.m.  [ ] 1:30 p.m. at 1111 Alakea St., Courtroom 8_D_, for
   [ ]     Bench     trial [ ] a Proof of Compliance hearing, unless excused by your probation officer prior to this hearing date.
[✓] **BAIL** is [ ] confirmed [ ] increased [ ] reduced  to $_____   [ ] Defendant is remanded back/taken into custody.
**$500**   [ ] set aside; Defendant released on own recognizance     [✓] returned to postee _____
         [ ] Defendant held without bail pursuant to HRS _____   [ ]_____

**OTHER:** _____

In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you need a reasonable accommodation for a
disability covered by federal or state law, please contact the ADA Coordinator at the Family Court, First Judicial Circuit, Director's Office at PHONE
NO. 539-4400, FAX 539-4402 or TTY 539-4853, at least ten (10) working days prior to your proceeding.

| Date:<br>**JUL 1 0 2009** | Judge:<br>**WILSON M. N. LOO** | Signature |
|---|---|---|

**NOTICE OF ENTRY:** THIS JUDGMENT/ORDER HAS
BEEN ENTERED AND COPIES MAILED OR DELIVERED
BY THE UNDERSIGNED CLERK: **C. SHIMODA**

[x] Defendant [✓] Cashier [ ] ASB [ ] Cellblock [ ] OCCC
[ ] HPD Firearms Unit [ ] HCJDC [ ] Division
[x] DPA **Wendy Hanakahi**
[x] Deft.'s Atty. **Don's Lum**_____ [✓] DPD
Rev. 10/05

FAMILY COURT OF THE
FIRST CIRCUIT
STATE OF HAWAI'I
FILED
**10:30** o'clock **A** .M.

**JUL 1 0 2009**
**C. SHIMODA**
CLERK