# EXHIBIT N

KEITH M. KANESHIRO 2027
Prosecuting Attorney
AMANDA FURMAN 9552
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street, 9th Floor
Honolulu, Hawaii 96813
Ph: 768-7400 / FAX No. 768-6471
Email: honprosdistrict@honolulu.gov
Attorneys for State of Hawaii

**Electronically Filed**
**FIRST CIRCUIT**
**1DTA-12-06790**
**14-NOV-2012**
**10:38 AM**

IN THE DISTRICT COURT OF THE FIRST CIRCUIT

HONOLULU DIVISION

STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAII<br><br>v.<br><br>CHI HOON HA,<br><br>Defendant. | Case No. _____<br><br>COUNT 1:<br>OPERATING A VEHICLE UNDER THE<br>INFLUENCE OF AN INTOXICANT<br>(§ 291E-61(a)(1) and/or (a)(3), (b)(2),<br>H.R.S.)<br>(Report/Citation No. 12143787)<br><br>COMPLAINT |

COMPLAINT

The undersigned Deputy Prosecuting Attorney of the City and County of Honolulu, State

of Hawaii charges:

On or about the 20th day of April, 2012, in the City and County of Honolulu, State of

Hawaii, CHI HOON HA did intentionally, knowingly or recklessly operate or assume actual

physical control of a vehicle upon a public way, street, road, or highway while under the

influence of alcohol in an amount sufficient to impair his normal mental faculties or ability to

care for himself and guard against casualty; and/or did operate or assume actual physical control

of a vehicle upon a public way, street, road, or highway with .08 or more grams of alcohol per

two hundred ten liters of breath, thereby committing the offense of Operating a Vehicle Under the Influence of an Intoxicant, in violation of Section 291E-61(a)(1) and/or (a)(3) of the Hawaii Revised Statutes. CHI HOON HA is subject to sentencing in accordance with Section 291E-61(b)(2) of the Hawaii Revised Statutes, where CHI HOON HA committed the instant offense within five years of a prior conviction for an offense under Section 291E-61 or Section 291E-4(a) of the Hawaii Revised Statutes.

Dated at Honolulu, Hawaii:  October 31, 2012.

STATE OF HAWAII

By KEITH M. KANESHIRO
Prosecuting Attorney

By   /s/ AMANDA FURMAN
AMANDA FURMAN
Deputy Prosecuting Attorney
City and County of Honolulu

2

KEITH M. KANESHIRO  2027
Prosecuting Attorney
AMANDA FURMAN  9552
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street, 9th Floor
Honolulu, Hawaii 96813
Ph: 768-7400 / FAX No. 768-6471
Email: honprosdistrict@honolulu.gov
Attorneys for State of Hawaii

IN THE DISTRICT COURT OF THE FIRST CIRCUIT

HONOLULU DIVISION

STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAII<br><br>v.<br><br>CHI HOON HA,<br><br>Defendant. | Case No. _____<br><br>COUNT 1:<br>OPERATING A VEHICLE UNDER THE INFLUENCE OF AN INTOXICANT (§ 291E-61(a)(1) and/or (a)(3), (b)(2), H.R.S.)<br>(Report/Citation No. 12143787)<br><br>PENAL SUMMONS |

PENAL SUMMONS

TO:    CHI HOON HA
       3055 Puhala Rise
       Honolulu, HI 96822
       808-927-3149

You are commanded to appear before the Presiding Judge at Honolulu District Court in

Courtroom 4B, 1111 Alakea Street, Honolulu, Hawaii, on the _____ day of _____,

20____, at 8:30 a.m., then and there to answer to the charge of committing the offense of

OPERATING A VEHICLE UNDER THE INFLUENCE OF AN INTOXICANT in violation of

Section 291E-61(a)(1) and/or (a)(3), (b)(2) of the Hawaii Revised Statutes, made against you

herein and to be further dealt with according to law.  Failure to obey this summons will render

you liable for prosecution for contempt.

GIVEN UNDER MY HAND this day _____.

_____
Clerk, District Court of the First Circuit

Unless authorized in writing by a judge of the District or Circuit Court, this summons may not be
personally delivered between the hours of 10:00 p.m. and 7:00 a.m. on premises not open to the public

2

**DISTRICT COURT OF THE FIRST CIRCUIT**                           **STATE OF HAWAI'I**

DIVISION: HONOLULU DIVISION   Wednesday, 21 August, 2013      08:30   TRAFFIC COURT Room: 10D

## NOTICE OF ENTRY OF JUDGMENT AND/OR ORDER AND PLEA/JUDGMENT Print:08:30

| Case No. | Date | Name | | | Citation/Report No. |
|---|---|---|---|---|---|
| 1DTA-12-06790 | 08/21/2013 | State v. Chi Hoon Ha | @143897 | | 12143787 |

| Also Case No. | Violation Section | Amended to | Driver's License No. | Veh. Plate No. |
|---|---|---|---|---|
| 11 (Count 1) | HRS 291E-61(a)(1)(3)(b)(2) | | | |

Traffic Infraction: [ ] Mitigation/Admit [ ] Contested Hearing/Denied [ ] Written Statement

Traffic Crime Plea: [ ] GUILTY  [ ] NO CONTEST  [ ] NOT GUILTY

The Court has:

[ ] Entered default judgment.
[ ] Entered judgment in favor of the State. (See below)
[ ] Entered judgment in your favor. (See below)
[ ] Vacated the judgment & set for Trial de Novo.

TRIAL HAD:   [ ] FOUND GUILTY       [ ] FOUND NOT GUILTY

JAIL   Hours/Days ____   Hours/Days ____  [ ] Concurrent
       Months ____   Suspended ____  Months ____  [ ] Consecutive
       Year ____      Year ____  [ ] Credit

| FINE/JUDGMENT | | Days | Suspended | Days | | LICENSE | Days | [ ] Absolute |
|---|---|---|---|---|---|---|---|---|
| $ | Suspended | Months / Year | Sentence | Months / Year | | [ ] SUSPENDED [ ] REVOKED | Months / Year | [ ] 30 days absolute; may drive 60 days to and from work; work related purposes and class only [ ] Concurrent with Administrative Revocation |

| Restitution | CICF | PFA | DE | DUI DE | CPRC | NTF | CTC | SFE | ADF | R20 | SGF | Other Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |

[ ] DAGP (Deferred Acceptance of Guilty Plea)      Days ____
[ ] DANCP (Deferred Acceptance of Nolo Contendere)  Months ____
[ ] PROBATION  (See attached form)                  Year ____

CONDITIONS: *State ready Unable to contact Defendant*

*Magistrate fee*

FISCAL USE: *Defense req-cont.-granted*

*bench warrant under advisement*

[ ] Demanded Jury Trial
[ ] Waived Jury Trial  [ ] Signed & Filed
[ ] Waived Presence of Defendant
[ ] Waived Reading of the Charge
[ ] Waived Right to Counsel
[ ] Waived Speedy Trial & Rule 48
[ ] Retained Own Counsel
[ ] Requested Interpreter, Language:

Referred to:

[ ] Adult Community Service and Restitution Unit _____ Hours
[ ] District Court Probation

Driver Education:         [ ] Alcohol Assessment
  [ ] 10 hours AARP Minimum   [ ] 14 hours AARP Minimum
  [ ] Driver Improvement Course  [ ] CPRC Course
[ ] Need Not Return if Complied  [ ] Public Defender (See Back)

[ ] Discharged
[ ] Dismissed [ ] With Prejudice [ ] Without Prejudice
[ ] No Further Action Taken
[ ] Nolle Prosequi
[ ] Stricken

```
1DTA-12-06790      HN3-1200002301-692
State v. Chi Hoon Ha          1 Page
State of Hawaii  08/21/2013 08:30 AM
Honolulu DC Legal Documents      ONE0
```

*3 weeks*

[ ] Penal Summons by  [ ] Judicial Services  [ ] TVB
Bail Forfeiture $ _____ & No Further Action
Bail Forfeiture $ _____ & Bench Warrant $ _____
Bond Forfeiture $ _____ & Bench Warrant $ _____
Bail Forfeiture $ _____ of _____ Set Aside

BAIL        [ ] Custody       [ ] Aggregate
SET         [ ] No Bail Set    [ ] Cash Only
AT $        [ ] Release to Appear  [ ] Refund Bail

BAIL/BOND POSTED     RECEIPT NO./BONDSMAN

OFFICER/BADGE/ID#

ATTORNEY  *Gengo Bunke*

Ha, Chi Hoon
Def's Signature _____     Address: _____

| RETURN COURT DATE FOR: | DATE/FLOOR/COURTROOM | TIME |
|---|---|---|
| PAYMENT | | |
| SENTENCE | | |
| PROOF OF COMPLIANCE | | |
| DAGP/DANCP | 9/18/13 | 830 |
| ARRAIGNMENT/PLEA & TRIAL/TRIAL DE NOVO | | Traffic |
| HEARING *Status-w witness* | 10D | |
| COMMITTED TO CIRCUIT | | |

TRANSFERRED TO: [ ] 'EWA [ ] HONOLULU
[ ] KĀNE'OHE [ ] WAHIAWĀ [ ] WAI'ANAE

Phone No.: _____ (home) _____   (work) Judge/Clerk: ____ D Lo ____ / K Suzuki

Reprographics (05/12)                    COURT COPY

1D-V-10

**DISTRICT COURT OF THE FIRST CIRCUIT**
DIVISION: HONOLULU DIVISION  Friday, 27 December, 2013

**STATE OF HAWAI'I**
08:30  TRAFFIC COURT  Room: 10D
Print: 08:30

## NOTICE OF ENTRY OF JUDGMENT AND/OR ORDER AND PLEA/JUDGMENT

| Case No. 1DTA-12-06790 | Date 12/27/2013 | Name State v. Chi Hoon Ha | | @143897 | Citation/Report No. 12143707 |
|---|---|---|---|---|---|

| Also Case No. 13 (Count 1) | Violation Section HRS 291E-61(a)(1)(3)(b)(2) | Amended to | Driver's License No. | Veh. Plate No. |
|---|---|---|---|---|

| Traffic Infraction: [ ] Mitigation/Admit [ ] Contested Hearing/Denied [ ] Written Statement | Traffic Crime Plea: [ ] GUILTY [ ] NO CONTEST [ ] NOT GUILTY |
|---|---|

The Court has:

[ ] Entered default judgment.
[ ] Entered judgment in favor of the State. (See below)
[ ] Entered judgment in your favor. (See below)
[ ] Vacated the judgment & set for Trial de Novo.

TRIAL HAD:  [ ] FOUND GUILTY      [ ] FOUND NOT GUILTY

| JAIL | Hours/Days | | Hours/Days | [ ] Concurrent |
|---|---|---|---|---|
| | Months | Suspended | Months | [ ] Consecutive |
| | Year | | Year | [ ] Credit |

| FINE/JUDGMENT $ | Suspended | Days Months Year | Suspended Sentence | Days Months Year | LICENSE [ ] SUSPENDED [ ] REVOKED | Days Months Year | [ ] Absolute [ ] 30 days absolute; may drive 60 days to and from work; work related purposes and class only [ ] Concurrent with Administrative Revocation |
|---|---|---|---|---|---|---|---|

| Restitution $ | CICF $ | PFA $ | DE $ | DUI DE $ | CPRC $ | NTF $ | CTC $ | SFE $ | ADF $ | R20 $ | SGF $ | Other Fees $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

[ ] DAGP (Deferred Acceptance of Guilty Plea)
[ ] DANCP (Deferred Acceptance of Nolo Contendere)
[ ] PROBATION (See attached form)

Days
Months
Year

CONDITIONS: R&F motion by Defense Stipulated

[ ] Demanded Jury Trial
[ ] Waived Jury Trial  [ ] Signed & Filed
[ ] Waived Presence of Defendant
[ ] Waived Reading of the Charge
[ ] Waived Right to Coun
[ ] Waived Speedy Trial
[ ] Retained Own Counse
[ ] Requested Interpreter.

FISCAL USE:

8/17/13
Re-filed case

```
10TA-12-06790      HN3-1200002393-317
State v. Chi Hoon Ha          1 Page
State of Hawaii  12/27/2013 08:30 AM
Honolulu DC Legal Documents   JNEJ
```

Referred to:
[ ] Adult Community Service and Restitution Unit _____ Hours
[ ] District Court Probation

Driver Education:
[ ] 10 hours AARP Minimum   [ ] Alcohol Assessment
[ ] Driver Improvement Course   [ ] 14 hours AARP Minimum
[ ] Need Not Return if Complied   [ ] CPRC Course
[ ] Discharged   [ ] Public Defender (See Back)
[✓] Dismissed [✓] With Prejudice [ ] Without Prejudice
[ ] No Further Action Taken
[ ] Nolle Prosequi
[ ] Stricken

FILED
DISTRICT COURT
FIRST CIRCUIT
LEGAL DOCUMENTS BRANCH
M. WADA
CLERK _____
DATE / TIME  DEC 27 2013 4:30 pm

[ ] Penal Summons by [ ] Judicial Services [ ] TVB
Bail Forfeiture $ _____ & No Further Action
Bail Forfeiture $ _____ & Bench Warrant $ _____
Bond Forfeiture $ _____ & Bench Warrant $ _____
Bail Forfeiture $ _____ of _____ Set Aside

| BAIL SET AT $ | [ ] Custody [ ] No Bail Set [ ] Release to Appear | [ ] Aggregate [ ] Cash Only [ ] Refund Bail |
|---|---|---|

BAIL/BOND POSTED    RECEIPT NO. /BONDSMAN

OFFICER/BADGE/ID#

ATTORNEY  George Burke

| RETURN COURT DATE FOR: | DATE / FLOOR / COURTROOM | TIME |
|---|---|---|
| PAYMENT | | |
| SENTENCE | | |
| PROOF OF COMPLIANCE | | |
| DAGP/DANCP | | |
| ARRAIGNMENT PLEA & TRIAL/TRIAL DE NOVO | | |
| HEARING: | | |
| COMMITTED TO CIRCUIT COURT | | |
| TRANSFERRED TO: [ ] 'EWA [ ] HONOLULU [ ] KĀNE'OHE [ ] WAHIAWĀ [ ] WAI'ANAE | | |

Ha, Chi Hoon
Def's Signature _____

Address: _____

Phone No.: _____ (home) _____

(work) Judge/Clerk: P Wong / S Wu

Reprographics (05/12)

**COURT COPY**

1D-V-103