UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ENRIQUE OSORIO-FRANCO, on behalf of himself and a class of similarly situated investors,<br><br>                       Plaintiff,<br><br>        v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>                     Defendants. | Case No.  1:22-cv-10292-VEC<br><br>(Consolidated Action)<br><br>STATEMENT OF THE SPECTRUM INVESTOR GROUP'S OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL |

Movant the Spectrum Investor Group[1] hereby respectfully states that it continues to oppose the appointment as Lead Plaintiff of competing movants Christiansen (Dkt. No. 24) and Ha (Dkt. No. 19), for the reasons set forth in its memorandum of law in further support of its motion for appointment as lead plaintiff and in opposition to the competing motions (the "Opposition Brief") (Dkt. No. 40).

Pursuant to the PSLRA, the deadline to seek appointment as Lead Plaintiff in this Action was February 3, 2023.  Accordingly, absent any superseding Order by the Court, pursuant to Local Civil Rule 6.1(b), any opposition briefs were due to be filed on February 17, 2023 (*i.e.*, 14 days later).  On February 17, 2023, the Spectrum Opposition Group, Christiansen, and Ha all duly filed submissions in opposition to the competing motions and/or in further support of their own motions. *See* Dkt. Nos. 40-41, 43-44.

Thereafter, on February 21, 2023, the Court entered an Order providing, in relevant part:

1. The applicants shall have until **March 3, 2023**, to submit rebuttal evidence as to the financial interest in the relief sought by the class and the adequacy and typicality of any of the other applicants, as well as any opposition to other applicants' selection of lead counsel.  Each applicant or group of applicants may make only one submission and each submission shall be no more than 10 pages, including any appendices or attorney declarations.

2. Each applicant or group of applicants may, but is not required to, submit a reply in support of their application by **March 8, 2023**.  Rebuttal submissions shall be limited to 5 pages, including any appendices or attorney declarations.

Dkt. No. 47.

The Spectrum Investor Group filed its Opposition Brief on February 17, 2023, and its submission does not exceed 10 pages in length.  *See generally* Dkt. No. 40.  Accordingly, the

---

[1] All capitalized terms herein are defined in the Spectrum Investor Group's moving or opposition briefs, unless otherwise indicated.  *See* Dkt. Nos. 33, 40.

1

Spectrum Investor Group does not interpret the Court's Order to require it to file any further or revised opposition submission at this time.

For the reasons stated in its Opposition Brief, the Spectrum Investor Group continues to oppose the competing Lead Plaintiff motions of Christiansen and Ha. The Spectrum Investor Group intends to file a reply in further support of its own motion on the March 8, 2023 deadline set by the Court.

Dated:  March 3, 2023

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
tprzybylowski@pomlaw.com

*Counsel for the Spectrum Investor Group and*
*Proposed Lead Counsel for the Class*

2