# EXHIBIT A

**SUPPLEMENTAL JOINT DECLARATION
IN SUPPORT OF LEAD PLAINTIFF MOTION**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, Peifa Xu, Shulan Zhen, and Ran Wang, respectfully submit this Joint Declaration in further support of our motion for appointment as Lead Plaintiffs and approval of our selection of Pomerantz LLP as Lead Counsel in the instant class action on behalf of investors in the securities of Spectrum Pharmaceuticals, Inc. pursuant to the Private Securities Litigation Reform Act of 1995.

2.      Each of us remains informed of the status of this litigation.  We are aware that, in addition to ourselves, three other putative Class members also filed motions seeking appointment as Lead Plaintiff.  We submit this Joint Declaration specifically to address speculation by a competing movant regarding our adequacy to serve as Lead Plaintiffs in this litigation.

3.      As we previously attested in our initial Joint Declaration, all three of us are friends and knew one another prior to this litigation.  *See* Dkt. No. 34-4 ¶¶ 2-4.  More specifically, the three of us have known one another for more than 10 years.  We were not introduced to one another by counsel.

4.      We have sought appointment jointly as Co-Lead Plaintiffs for the reasons set forth in our Joint Declaration.  *See id.* ¶¶ 6-7, 10-12.  We remain committed to serving jointly as Co-Lead Plaintiffs.  If the Court's preference is to appoint a single Class representative rather than a group, then each of us individually is prepared to serve as a sole Lead Plaintiff.

5.      Each of us is fully committed to participation in the discovery process in this litigation in all respects, including the production of documents and sitting for a deposition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this _2nd_ day of March, 2023.

_Peifa Xu_

Peifa Xu

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this _2nd_ day of March, 2023.

_Shulan Zhen_

Shulan Zhen

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this _2nd_ day of March, 2023.

_Ran Wang_

Ran Wang

2