**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, on behalf of himself and a class of similarly situated investors,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>Defendants. | Case No.: 1:22-cv-10292-VEC<br><br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF KEVIN P. BROUGHEL**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, KEVIN P. BROUGHEL, hereby declare pursuant to 28 U.S.C. § 1746 and Local Rule 7.1 as follows:

1.      I am a partner at Paul Hastings LLP, attorneys for Defendants Spectrum Pharmaceuticals, Inc. ("Spectrum" or "the Company") and Thomas J. Riga, Francois Lebel and Nora E. Brennan (the "Individual Defendants," and collectively with the Company, (the "Defendants")).

2.      Capitalized terms used herein have the same meanings ascribed to them in the Memorandum of Law in Support of Defendant's Motion to Dismiss filed herewith.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the FDA Briefing Document, prepared for the Oncologic Drugs Advisory Committee ("ODAC") Meeting September 22, 2022, in relation to NDA 215643, for poziotinib.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the Annual Report / Form 10-K filed by Spectrum with the Securities and Exchange Commission on March 17, 2022.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the Final Summary Minutes of the September 22-23, 2022 ODAC Meeting.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the September 26, 2022 cancernetwork.com article entitled "*FDA ODAC Vote Indicates Benefit of Poziotinib Does Not Outweigh Risk for HER2 Exon 20 Ins+ NSCLC.*"

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the Form 8-K filed by Spectrum regarding the March 17, 2022 Press Release issued by Spectrum.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of the May 12, 2022 Press Release issued by Spectrum.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of the March 31, 2022 Quarterly Report / Form 10-Q filed by Spectrum with the Securities and Exchange Commission on May 12, 2022.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of the June 30, 2022 Quarterly Report / Form 10-Q filed by Spectrum with the Securities and Exchange Commission on August 12, 2022.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of the transcript of Question & Answer Section / Jefferies Healthcare Conference – Fireside Chat held on June 9, 2022.

12.     Attached hereto as **Exhibit 10** is a true and correct copy of Spectrum's Second Quarter Earnings Call Transcript dated August 11, 2022.

13.     Attached hereto as **Exhibit 11** is a true and correct copy of Spectrum's First Quarter Earnings Call Transcript dated May 12, 2022.

2

14.    Attached hereto as **Exhibit 12** is a true and correct copy of the September 12, 2018 Press Release issued by Spectrum.

15.    Attached hereto as **Exhibit 13** is a true and correct copy of the August 14, 2017 Press Release issued by Spectrum.

16.    Attached hereto as **Exhibit 14** is a true and correct copy of the January 29, 2016 Press Release issued by Spectrum.

17.    Attached hereto as **Exhibit 15** is a true and correct copy of the August 14, 2012 Press Release issued by Spectrum.

18.    Attached hereto as **Exhibit 16** is a true and correct copy of the H.C. Wainwright & Co. Analyst Report regarding Spectrum dated May 13, 2022.

19.    Attached hereto as **Exhibit 17** is a true and correct copy of the JMP Analyst Report regarding Spectrum dated June 7, 2022.

20.    Attached hereto as **Exhibit 18** is a true and correct copy of the JMP Analyst Report regarding Spectrum dated August 12, 2022.

21.    Attached hereto as **Exhibit 19** is a true and correct copy of the JMP Analyst Report regarding Spectrum dated September 13, 2022.

22.    Attached hereto as **Exhibit 20** is a true and correct copy of the JMP Analyst Report regarding Spectrum dated September 21, 2022.

23.    Attached hereto as **Exhibit 21** is a true and correct copy of the transcript of Question & Answer Section / JMP Securities Life Sciences Conference held on June 16, 2022.

24.    Attached hereto as **Exhibit 22** is a true and correct copy of the April and June 2022 Statement of Changes in Beneficial Ownership / Form-4 filed by Francois Lebel with the Securities and Exchange Commission.

3

25.    Attached hereto as **Exhibit 23** are true and correct copies of the June 2022 Statements of Changes in Beneficial Ownership / Form 4 filed by Nora Brennan with the Securities and Exchange Commission.

I declare under penalty of perjury that the foregoing is true and correct o the best of my knowledge and believe.


Executed this 25th day of July, 2023                    *s/ Kevin P. Broughel*