# EXHIBIT 9

*09-Jun-2022*

# SPECTRUM PHARMACEUTICALS INC

*Jefferies Healthcare Conference - Fireside Chat*

# CORPORATE PARTICIPANTS

### Thomas J. Riga
*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

### Francois J. Lebel
*Executive Vice President & Chief Medical Officer*

*Spectrum Pharmaceuticals, Inc.*

# OTHER PARTICIPANTS

### Maury Raycroft
*Analyst*

*Jefferies LLC*

# MANAGEMENT DISCUSSION SECTION

### Maury Raycroft
*Analyst*

*Jefferies LLC*

[Abrupt Start]

................................................................................................................

### Maury Raycroft
*Analyst*

*Jefferies LLC*

...analyst at Jefferies. I'd like to welcome our guest today, Tom Riga, the President and CEO of Spectrum Pharmaceuticals and Francois Lebel, CMO at Spectrum Pharmaceuticals. Thanks so much for joining us today.

................................................................................................................

### Thomas J. Riga
*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Pleasure being here. Great to be live and back in New York.

................................................................................................................

Delivered by Intelligize. Copyright © 2023 FactSet Research Systems Inc. All rights reserved.

## Maury Raycroft

*Analyst*

*Jefferies LLC*

And for those who are new to the story, maybe if you can provide a one-minute intro highlighting your main products and ahead.

## Thomas J. Riga

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Yeah. So Spectrum is a company of 110 staff who are passionately looking to improve the lives of cancer patients. We find ourselves in a very exciting and busy time with two potential approvals in the next five months, two action dates with the FDA. We've taken measures in the company to prioritize the assets that we're going to be talking about, the late-stage assets. We've streamlined our operation and we're enthusiastic to be a part of the Jefferies Conference.

# QUESTION AND ANSWER SECTION

## Maury Raycroft                                                                                                Q

*Analyst*

*Jefferies LLC*

Great. And maybe starting off there with – you do have a PDUFA scheduled for HER2 exon 20 in non-small cell lung cancer and this is for poziotinib. That's scheduled for November 24 of this year and you've also got AdCom coming up in September. Maybe talk a little bit about that. I guess what are the main issues you think FDA wants to focus on for this AdCom and how is Spectrum preparing for this.

## Thomas J. Riga                                                                                              A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Yeah, so if we start with poziotinib, it's being studied in HER2 exon 20 insertion mutations in patients with non-small cell lung cancer. So this is a patient population that currently doesn't have an approved treatment available to them today. Poziotinib has received a Fast Track designation and an Accelerated Approval pathway with the FDA. The initial indication would be focused on previously treated HER2 exon 20 insertion mutation patients. This file will have an AdCom meeting, as you said.

I think the two main issues, we won't know ultimately until the AdCom gets closer but we believe the two main issues that we'll be prepared for that upon acceptance, FDA had some concerns regarding dosing. The registrational dose was with 16 milligrams QD and subsequent data that FDA has seen was dosing that does seem to show some improved tolerance at the 8 milligram BID dose. So I think there are dosing questions that exist.

And I think the other was the status of our confirmatory study. So upon an Accelerated Approval pathway, there is a necessary and required step for confirmatory study, which we announced at our last quarter earnings call. It's called the PINNACLE study, which is a large randomized study.

And in terms of preparation, this is an extensive process that we will be very prepared. That process has already kicked off. It's already ongoing and we will approach this with the magnitude of importance that we know that it is and are looking forward to the opportunity to share with both the AdCom and the FDA how poziotinib can really help a patient population in need.

## Maury Raycroft                                                                                                Q

*Analyst*

*Jefferies LLC*

Delivered by Intelligize. Copyright © 2023 FactSet Research Systems Inc. All rights reserved.

Got it and makes a lot of sense. And for dosing, we've seen some different data there for the different doses. Do you think you have enough data to support either the 16 mg QD dosing versus 8 mg BID dosing? And can you recap what the data is that you've seen for both dosing strategies so far, particularly in the HER2?

### Thomas J. Riga                                                           A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Yeah. So the basis of the filing is based off of the second cohort of our ZENITH20 study, so it was 90 patients. It was poziotinib 16 milligrams QD. So that is the basis of the filing and the base expectation that we have is that the drug was safe and effective in that population. It meant the pre-specified endpoint. So the point estimate was 27.8% of ORR, the primary endpoint of the study. The study had to beat the lower bound of 17%, which it did at 18.9%, and that is the basis of the filing for the NDA and ultimately what we believe is a safe and effective dose for this particular patient population.

Subsequently, there was a lot of work based on some pharmacokinetic modeling based on the half-life of the asset but could you improve tolerance by giving the drug twice daily versus QD. So there has been now what's growing data set of BID dosing and I think that dose – that data could be characterized as having some improvements in the on-target toxicities associated with poziotinib. So it's a tyrosine kinase inhibitor with some very targeted and expected adverse events that are showing an improvement to the degree of about a third from some of the targeted assays of special interest.

### Maury Raycroft                                                          Q

*Analyst*

*Jefferies LLC*

Got it. I guess is there anything additional that you know heading into this AdCom on what questions could look like around the dosing and potentially additional analyses you might do to support the dosing ?

### Thomas J. Riga                                                           A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

So there's quite a body of evidence that has been provided to FDA in addition to the second cohort, so Cohort 5. FDA has requested to see data from our dose. It's basically another cohort of the ZENITH20 study where there was both BID and QD patients who were dosed as well as really a dose-finding work that ranged anywhere from 0.5 milligrams all the way up north of 30 milligrams a day. So there's a pretty significant body of evidence that helps categorize the drug and all of that data has been shared with FDA.

### Maury Raycroft                                                          Q

*Analyst*

*Jefferies LLC*

Got it. Okay. And for the Cohort 5 that you mentioned, how much data from that cohort is included in the filing?

### Thomas J. Riga                                                           A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

So we haven't shared publicly the absolute number of patients that's still enrolling, so periodically when updates are given, but that body is continuing to grow as patients enroll. And I think it's generally supportive of what we've seen in the base filing. So as we look at that data set, it is supportive of what we initially filed for and for the base indication.

### Maury Raycroft                                                          Q

*Analyst*

*Jefferies LLC*

Delivered by Intelligize. Copyright © 2023 FactSet Research Systems Inc. All rights reserved.

Got it. Okay. And you mentioned the Phase 3 study which you have alignment on, which is a 2:1 design versus docetaxel. Based on the primary endpoint of PFS with roughly 268 patients, I guess what else can you share about the study design and can you talk about your powering assumptions?

## Thomas J. Riga                                                                                                          A
*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Yes. So this is a study that was announced that we initiated earlier this year. It's called the PINNACLE study. It's 268 patients, randomized 2:1 between poziotinib at the 8 milligram BID dose and docetaxel given every three weeks. Primary endpoint will be PFS. Secondary endpoint, overall response, disease control rate, overall survival. Obviously, safety and tolerances are also endpoints for that study. This will be up to 150 sites around the world. The plan is over 20 countries and four continents. So obviously, this is a pretty big focus of the company. I have Dr. Lebel with me who's fresh off of a European tour of opening sites as well as ASCO. So, there is a concerted effort within the company to make sure this study is well on its way.

## Maury Raycroft                                                                                                          Q
*Analyst*

*Jefferies LLC*

Got it. And you've shown around 5.5 months on PFS with poziotinib in these patients. What do you think is the efficacy bar for docetaxel in this study and how confident are you that you can clear that bar?

## Thomas J. Riga                                                                                                          A
*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Yeah. So docetaxel, there's obviously a lot of literature and studies done on docetaxel. But as it relates to the HER2 exon 20 insertion mutation population, prospective data is thin. So a lot of it is retrospective use and looking at post-hoc analyses for this particular mutation. But as we look at the data, the range of PFS for docetaxel is in the three- to four-month range and if we called that 3.5 months as a PFS would be our point estimate for the data that we've seen. I think the hazard ratio of this study is 0.58 and based on what we know about the drug, we are looking forward to seeing that result.

## Maury Raycroft                                                                                                          Q
*Analyst*

*Jefferies LLC*

Got it. Makes sense. And then the FDA is talking about having the Phase 3 substantially enrolled by the PDUFA date. Have you had any new interactions with FDA recently where you can better define what substantially means?

## Thomas J. Riga                                                                                                          A
*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Yeah. I think that is – it's an important requirement and we have had the discussion. And I think the direct answer was that it's a multifactorial decision. I think the spirit of that guidance is that the company is showing urgent and progressive due diligence on enrolling in that study and we believe we'll be able to show that at ODAC, our progress. But if there is a number of substantial, is it 30% enrolled, 50% enrolled, there is not a hard number and we've asked that direct question. It's a multifactorial answer.

## Maury Raycroft                                                                                                          Q
*Analyst*

*Jefferies LLC*

Got it. And for the study timeline to complete enrollment, what are you saying about that? How long is it going to take and how long have similar studies taken to fully enroll?

Delivered by Intelligize. Copyright © 2023 FactSet Research Systems Inc. All rights reserved.

## Thomas J. Riga

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

A

So given the prevalence of this population and what we've seen and know about our own study, this is going to take several years to complete. But we will be urgent in our approach and I think opening the sites around the world is certainly going to help with that given that will be across 20 different countries.

## Maury Raycroft

*Analyst*

*Jefferies LLC*

Q

Got it. And let's see, just thinking about the landscape for this patient population, another ADC drug in HER2 filed or an ADC drug in HER2 filed next DNA for HER2 mutant non-small cell lung cancer. How does this expanded label impact the commercial market share for in HER2? And can you compare and contrast their data with your data ?

## Thomas J. Riga

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

A

Yeah. Neither of them are approved yet. Our focus is to ultimately get ours approved. But we believe that if approved, we would be the first drug approved specifically for the HER2 exon 20 patient population.

If you look at the data from – in HER2, that is more into the realm of the HER2 population in lung cancer. So that's including things like exon 19, exon 21 deletions, extracellular mutations. So it's really difficult to compare apples to apples the performance of the two drugs. There's no question that is a very good drug, especially in breast cancer and what we just saw at ASCO. But as it relates to lung cancer, I think we are confident in our position with what poziotinib could potentially bring to that patient population, being that is an oral drug, I guess, contrasting with a IV product.

And I think finally, when you look at the tolerance, because efficacy is one question and tolerability becomes another, I think when you look at poziotinib, the adverse events are very predictable. They're manageable, they're reversible, they're almost expected of what you would see with a tyrosine kinase inhibitor: rash, diarrhea, paronychia, things that are, I think, well-known of the class. I think other drugs in development, you start dealing with things like ILDs and the pneumonitis issues that are associated with that where ours had a very low rate.

So I think all of this will come down to a healthy balance between efficacy and tolerance. And I think globally, having two drugs that could be while different indications, new solutions for a population that needs it is generally a good thing.

## Maury Raycroft

*Analyst*

*Jefferies LLC*

Q

Yeah. Makes sense. And then, I think, with – in HER2, the ILD risk is definitely something to take seriously. And with their program, they're going after front-line non-small cell lung cancer in their Phase 3 but you're focused on the second-line opportunity despite meeting the response rate bar and Cohort 4 which is front-line non-small cell lung cancer. I guess what are some of the drivers as to why you chose this strategy and do you think pozi could ultimately get used in the second-line or third-line post in HER2 or maybe in patients with baseline ILD or pulmonary issues?

## Thomas J. Riga

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

A

So when we think about our decisions strategically, I think it's one that's based on pragmatism and risk, right? So our data at the time has always been anchored in the second-line HER2 exon 20 population and doing the confirmatory study to ultimately gain a full approval was in our best strategic interest.

Delivered by Intelligize. Copyright © 2023 FactSet Research Systems Inc. All rights reserved.

Now, we do have the positive data from Cohort 4 that post-approval would be subject for future regulatory discussions with FDA. As it relates to how it will be used with ILD risk and which drug would get used first or which drug would be used second, I think that's a little bit putting the cart before the horse. But I do think physicians and patients will certainly take seriously some of those risks that you mentioned and weigh out the options. But we are obviously focused on gaining our initial approval and then expanding from there, depending on the relative risk and how we view the market at the time.

## Maury Raycroft                                                        Q

*Analyst*

*Jefferies LLC*

Makes sense. And if you did plan to pursue front-line opportunity at some point, you've got the Cohort 4 data so you'd basically speak with KOLs in the space and potentially have a meeting with FDA and make that decision.

## Thomas J. Riga                                                        A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Yeah. And I think the same that we've done with some of the other decisions in the company. We will look at what does the clinical data tell us, what is the unmet need in the patient prevalence and what do we think the relative risk is, and ultimately make that decision contrasted against the other development opportunities that we see with the asset going forward.

## Maury Raycroft                                                        Q

*Analyst*

*Jefferies LLC*

Got it. And let's see, I guess aside from HER2 exon 20, so I know primary focus is on the initial approval but wondering if there's other larger lung mutational populations that you've looked at with poziotinib where poziotinib could potentially be used.

## Thomas J. Riga                                                        A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Yeah. So our development team, and I'm sure Francois can comment, is quite enthusiastic about the potential to develop the asset in other areas of unmet need in lung cancer beyond the initial indication. Obviously, the data needs to support it and close engagement with FDA, but there are rational combinations that we believe could make sense and there is really good preclinical evidence to support some of the rational combinations.

I think last year, at the triple meeting, there was some good preclinical evidence of G12C in combination with poziotinib given its pan-HER kind of attributes that are unique even at low doses. Even in the EGFR space, I think there are some VEGF rational combinations that could make sense, and there was even some work out of MD Anderson in the ADC population.

So, I think all of those are kind of down the line post gaining the initial approval that we will explore and kind of put it through our process to make sure we're making wise, strategic both investments as well as energy to ultimately help patients with unmet need.

## Maury Raycroft                                                        Q

*Analyst*

*Jefferies LLC*

Got it. And have you made a decision to show data from Cohort 6 and 7? Or can you provide an update on those cohorts, how they're doing?

## Thomas J. Riga                                                        A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Delivered by Intelligize. Copyright © 2023 FactSet Research Systems Inc. All rights reserved.

We actually – so the patients that are on drug are continuing to stay on drug that will support but we've made the strategic decision to stop enrollment of those cohorts similar to the decision we made in EGFR. And really primarily that's a business choice. When you look at the prevalence of that population, we just looked at that and said what is the endgame there. And given that it didn't meet the criteria that we put in place, we said we're going to stop that enrollment, similar to the decision we made in the EGFR population to stop our development in at least new patients enrolled in that population as well.

## Maury Raycroft                                                                                                                Q

*Analyst*

*Jefferies LLC*

Got it. Okay. And you've shown some CNS data for poziotinib. Just wondering if you can characterize what you've seen so far and when's the next time that you're going to show CNS data and maybe talk about how it compares to your competitors' CNS data.

## Thomas J. Riga                                                                                                                A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Sure. Francois, you want to take this one? .

## Francois J. Lebel                                                                                                             A

*Executive Vice President & Chief Medical Officer*

*Spectrum Pharmaceuticals, Inc.*

Sure. So as we analyze the sub-analysis, if you want, of Cohort 1, 2 to 3 at the time to look at does pozi cross the blood-brain barrier and does it – is it active against CNS metastasis of lung cancer. For those of you who may not know, I mean a quarter to a third of the patient with lung cancer will have CNS metastasis and that's a particularly difficult thing to treat. You can use gamma knife, et cetera, but often, you have to resort to old brain radiation and patient are left with some form of dementia, et cetera, and therefore avoiding the radiation is always desirable.

So when we did the analysis, it showed that pozi had significant activity and that actually the rate of progression was the same as peripherally a meaning in the lung and other side of metastasis. So that's very encouraging. And we also seen some pretty dramatic response in CNS, including some CRs including in the brainstem and space. And these are very tough to treat. So we were very pleased with the data so far. We will continue to focus on this and we have not disclosed where or when we're going to present the information, but we'll give an update at some point in an appropriate scientific venue.

## Maury Raycroft                                                                                                                Q

*Analyst*

*Jefferies LLC*

Got it. And is this data – is it an important part of the filing for poziotinib?

## Francois J. Lebel                                                                                                             A

*Executive Vice President & Chief Medical Officer*

*Spectrum Pharmaceuticals, Inc.*

It's an element in the filing. We're not seeking that indication, if you want, specifically for CNS but the FDA is certainly aware of our data as it relates to CNS activity.

## Maury Raycroft                                                                                                                Q

*Analyst*

*Jefferies LLC*

Delivered by Intelligize. Copyright © 2023 FactSet Research Systems Inc. All rights reserved.

Got it. And you've got another program that's – has a PDUFA scheduled for September 9, 2022, your Rolontis program. Just wondering if there's a status update you can share on that and are there any more FDA inspections in the South Korea plant that are pending and any specifics on that that you could share.

## Thomas J. Riga
A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Maury, I was waiting for you to say eflapegrastim. I wanted to see if you could actually pronounce it.

## Maury Raycroft
Q

*Analyst*

*Jefferies LLC*

Hey .

## Thomas J. Riga
A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Yeah. That's the long-acting G-CSF product that has a PDUFA date on September 9 and that product did receive a CRL that was based off of, as you point out, the drug substance facility in Korea. So, the clinical program was over 600 patients, head-to-head against neulasta. It was under a SPA with FDA, went through a full regulatory review in the initial filing. The CRL was really confined post our Type A meeting to the drug substance facility in Korea and that is a gating item ultimately to gaining approval.

So, we've worked very closely with our partner, Hanmi. That partnership today is, I think, better than it's ever been. Just the companies are very in strategic sync of the importance of gaining this approval, both for their facility as it relates to their future aspirations for that facility as well as ultimately our product here in the US.

So we haven't said when that inspection will occur, but we do know FDA is conducting inspections in Korea, which is typically a question we receive given the history where COVID caused some challenges with them getting there. So today, we don't have an indication that that would be delayed and we're expecting that September 9 date to hold, but as always, in some of these crazy times, those things we'll always keep a very close eye on it. But today, we're not expecting any delay to action on the 9th.

## Maury Raycroft
Q

*Analyst*

*Jefferies LLC*

Got it. And you potentially have two launches by the end of the year. How are you thinking about sizing for the sales team or teams given that these are two different indications? And how do you expect SG&A to ramp into second half of 2022 and 2023 if you launch these both on your own?

## Thomas J. Riga
A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

First of all, let me just say that I get really excited, two products by the end of the year. Yes, these are wonderful challenges that we accept with open arms and somewhat unprecedented, I would imagine.

So as I think about the oncology commercial space, I think there's a lot that's happened and changed that really grounds our strategy and perspective on SG&A and how we will approach this market. And what I mean by that specifically is there's a lot of consolidation within oncology just given the nature of the economics and the way oncology is run today. There's been a lot of consolidation that puts central decision-makers in one central location in many instances around the country.

Delivered by Intelligize. Copyright © 2023 FactSet Research Systems Inc. All rights reserved.

I think there's also been a lot of post-COVID impact that will impact access to customers. So having a very lean infrastructure commercially that is fueled by people that have the customer connectivity necessary to get to those decision-makers, whether it be for eflapegrastim or for poziotinib, is going to be very important. So we have capped the base infrastructure of our commercial team and we are thrilled to have the opportunity for them to really enter the market. There will be some nominal increases at the FTE level that we would expect but our view is not to create an army of sales reps that you typically may have seen two or three years ago. We think we could do this very efficiently, very lean. But inevitably there will be some ramp as the launch activity happens on the back end of 2022 and certainly in 2023.

## Maury Raycroft                                                                 Q

*Analyst*

*Jefferies LLC*

Got it. And is there anything you can update us on regarding ongoing partnership discussions?

## Thomas J. Riga                                                                 A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Yes. Well, partnerships are kind of a big bucket but, yes, we have a – it's in our bones. It's how Spectrum started and it actually sits well within my background. So we're always engaged, whether it be for development collaborations to ultimately advance our programs. When we have something material to say, we will make an announcement on that but those are of really important strategic interest to us and those conversations are ongoing.

I think the other partnership question could be of are you going to do it yourself or is there a different way to approach it. Our business plan is to launch these products ourselves, but I think on a sidecar of that, there is always receptivity to have conversations that we think ultimately would benefit the patients that we aspire to treat and our shareholders. So I think those conversations are definitely not something that we would turn away from.

## Maury Raycroft                                                                 Q

*Analyst*

*Jefferies LLC*

Got it. I mean can you say if that kind of an update would happen before one of the PDUFAs or potentially after or...

## Thomas J. Riga                                                                 A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Given the close proximity, our focus is bringing our products across the finish line to get them to the patients they need and preparing to launch them commercially ourselves. So, there are a number of milestones that we would see internally that we would make some hiring triggers on how we would actually go about executing that would make logical time points to see what's happening on the partnership side. But for right now, our focus is let's get these two drugs approved. We're really enthusiastic to do that and we think we have the infrastructure needed for us to launch the products.

## Maury Raycroft

*Analyst*

*Jefferies LLC*

Great. Well, Tom, Francois, thanks so much for joining us today.

## Thomas J. Riga

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Delivered by Intelligize. Copyright © 2023 FactSet Research Systems Inc. All rights reserved.

Thanks for the time.

## Francois J. Lebel

*Executive Vice President & Chief Medical Officer*

*Spectrum Pharmaceuticals, Inc.*

Thank you.

Delivered by Intelligize. Copyright © 2023 FactSet Research Systems Inc. All rights reserved.