# EXHIBIT 16

# H.C.WAINWRIGHT&CO.

**Earnings Update**

Healthcare

**May 13, 2022**

## Spectrum Pharmaceuticals, Inc. (SPPI)
## Rating: Buy

Edward White
212-916-3976
ewhite@hcwresearch.com

## 1Q22 Results: Two Potential Approvals in 2H22;
## ODAC Meeting Set for Poziotinib in September

| Stock Data | 05/12/2022 |
|---|---|
| Price | $0.75 |
| Exchange | NASDAQ |
| Price Target | $10.00 |
| 52-Week High | $4.54 |
| 52-Week Low | $0.60 |
| Enterprise Value (M) | $44 |
| Market Cap (M) | $133 |
| Public Market Float (M) | 60.5 |
| Shares Outstanding (M) | 177.2 |
| 3 Month Avg Volume | 2,758,119 |
| Short Interest (M) | 11.77 |

| Balance Sheet Metrics | |
|---|---|
| Cash (M) | $89.2 |
| Total Debt (M) | $0.0 |
| Total Cash/Share | $0.50 |
| Book Value/Share | $3.84 |

| EPS ($) Diluted | | | |
|---|---|---|---|
| Full Year - Dec | 2021A | 2022E | 2023E |
| 1Q | (0.25) | (0.09)A | -- |
| 2Q | (0.32) | (0.13) | -- |
| 3Q | (0.21) | (0.14) | -- |
| 4Q | (0.26) | (0.01) | -- |
| FY | (1.02) | (0.37) | 0.06 |

| Revenue ($M) Diluted | | | |
|---|---|---|---|
| Full Year - Dec | 2021A | 2022E | 2023E |
| 1Q | 0.0 | 0.0A | -- |
| 2Q | 0.0 | 0.0 | -- |
| 3Q | 0.0 | 0.0 | -- |
| 4Q | 0.0 | 26.9 | -- |
| FY | 0.0 | 26.9 | 144.3 |



**Eflapegrastim PDUFA date September 9.** Eflapegrastim is the company's novel long-acting granulocyte colony stimulating factor (GCSF) intended to stimulate neutrophil production for the treatment of chemotherapy-induced neutropenia patients. As a reminder, eflapegrastim's BLA previously received a CRL citing deficiencies related to manufacturing at the drug manufacturing plant in South Korea. Remediation was also needed for the fill and finish line in California, which did not directly concern eflapegrastim and has since been completed. The BLA resubmission followed the remediation of manufacturing deficiencies at the drug substance facility. A PDUFA goal date of September 9, 2022, has been set. We anticipate a launch for eflapegrastim in the $2 billion GCSF market in late-2022 with $5M in sales this year, growing to sales of $170M in 2026.

**November 24 PDUFA for poziotinib, ODAC meeting on September 22-23.** Poziotinib is Spectrum's oral, irreversible, tyrosine kinase inhibitor targeting EGFR and HER2 exon 20 insertion mutation non-small cell lung cancer (NSCLC) patients. On February 11, 2022, Spectrum announced that its NDA for poziotinib was accepted for review by the FDA. The NDA acceptance was based on positive data from Cohort 2 (n=90) of the ZENITH20 trial. The registrational Cohort 2 consists of previously treated NSCLC patients with HER2 exon 20 insertion mutations. In Cohort 2, patients received an oral dose of 16mg poziotinib once daily. Cohort 2 met the pre-specified primary endpoint with an intent-to-treat confirmed objective response rate (ORR) of 27.8% and a confidence interval (CI) of 18.9-38.2% as the observed lower bound of 18.9% exceeded the pre-specified lower bound of 17%. The median duration of response (mDOR) was 5.1 months, and the median progression free survival (mPFS) was 5.5 months. According to management, the FDA has noted the importance of having substantial enrollment in a confirmatory trial at the time of approval and requested additional information on dosing. The company has initiated a confirmatory trial, Study SPI-POZ-301 (PINNACLE). This confirmatory study is designed to enroll 268 patients with previously treated NSCLC harboring HER2 exon 20 mutations. The design of the study randomizes patients 2:1 using 8mg poziotinib orally administered BID versus 75mg/m$^2$ of docetaxel administered intravenously every three weeks. The primary endpoint of this trial is PFS, and it is powered with a 95% CI to see if poziotinib is superior to docetaxel with a hazard ratio of ≤0.58. A futility analysis is expected to be performed by an Independent Data Monitoring Committee to evaluate PFS, which will be used to validate the size of this study. A PDUFA date of November 24, 2022, has been set. Additionally, the company announced that an ODAC meeting is scheduled for September 22-23, 2022, to discuss the submission. The company is currently preparing for the ODAC meeting, which could focus on understanding 8mg BID dosing versus 16mg QD dosing. We are not concerned by the ODAC meeting. We believe the PINNACLE study utilizing 8mg BID bodes well for the approval. We expect poziotinib approval in late 2022 with sales of $21.9M this year and sales of $328M in 2026E.

---

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 7 - 8 of this report.

Spectrum Pharmaceuticals, Inc.                                                                                                May 13, 2022

**Up next for poziotinib after the 2L PDUFA date, potential submission in 1L.** Results from Cohort 4 of the ZENITH trial were presented at ESMO TAT on March 7, 2022. The results included 70 first-line patients with NSCLC with HER2 exon 20 insertion mutations who received 16mg of poziotinib daily, given as 16mg once daily (n=48) or 8mg twice daily (n=22) of oral poziotinib. The primary endpoint of the study is ORR evaluated centrally by an independent image review committee using RECIST 1.1 criteria. Cohort 4 had a confirmed ORR of 41% (29/70) (95% CI:30%-54%) per RECIST 1.1 criteria, including one complete response. The disease control rate was 73%. The mDOR was 5.7 months, and mPFS was 5.6 months. The evaluable patient population had an ORR of 50% (29/58). The primary endpoint was met since the observed lower bound of 30% exceeded the pre-specified lower bound of 20%. The observed safety profile of poziotinib was consistent with the TKI class. Tolerability, dose reductions, and interruptions improved with BID dosing. Cohort 4 was designed as a registrational trial. Cohort 4 is separate from the 2L FDA submission and would require a separate filing with the FDA. For 1L treatment, the company needs to speak with the FDA to discuss the path forward. The company could potentially be able to file an sNDA with the current data, or it might be required to run a Phase 3 study. The focus for poziotinib after 2L and 1L NSCLC monotherapy is on areas for greater potential commercial success such as poziotinib in combination with KRAS inhibitors, a combination that has shown synergy in preclinical trials.

**1Q22 results.** Spectrum reported 1Q22 GAAP EPS of ($0.09), versus our estimate of ($0.19). We are increasing our FY22 GAAP EPS estimate to ($0.37) from ($0.51). For 1Q22, SG&A expense was $9.9M and R&D expense was $4.2M, versus our estimates of $16.3M and $17.8M, respectively. We note that there was an $11.2M non-cash reversal charge benefiting Spectrum related to revisions to the licensing and supply agreements with Hanmi (128940-KR; not rated). The company received a $20M strategic equity investment from Hanmi in January. Spectrum ended 1Q22 with $89.2M in cash plus marketable securities. Management believes the current cash position could fund operations into 2023.

**Reaffirm Buy.** Our $10 price target is based on a sum-of-the-parts analysis based on probability-adjusted revenue forecasts for Rolontis and poziotinib. We use the net present value of our revenue forecast through 2026, apply a 70% POS for Rolontis, a 70% POS for poziotinib, and our YE22 fully diluted net cash estimate of $0.26/share. We assume a 25% discount rate for the NPV of the pipeline and a P/S multiple of 3x. We use a 25% discount rate for the pipeline as it is above the marketed products discount rate due to development risks, but within the typical range of 15-25% for products in development. Our P/S multiple of 3x is within Spectrum's peers of 2-5x. We project revenues of $170M for Rolontis and revenues of $328M for poziotinib in 2026.

**Risks:** (1) commercial; (2) regulatory; (3) clinical; (4) manufacturing; (5) financial; (6) liability; and (7) intellectual property.

Spectrum Pharmaceuticals, Inc.                                                                                                  May 13, 2022

## Income Statement: Spectrum Pharmaceuticals (SPPI)

| | FY 2021 | | | | FY 2022E | | | | | FY 2020 | FY 2021 | FY 2022E | FY 2023E | FY 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q21 Mar | 2Q21 Jun | 3Q21 Sept | 4Q21 Dec | 1Q22 Mar | 2Q22E Jun | 3Q22E Sept | 4Q22E Dec | | Dec | Dec | Dec | Dec | Dec |
| **Revenues** | | | | | | | | | | | | | | |
| Product revenue | - | - | - | - | - | - | - | 26,875 | | - | - | 26,875 | 144,250 | 275,000 |
| Total revenue | - | - | - | - | - | - | - | 26,875 | | - | - | 26,875 | 144,250 | 275,000 |
| **Operating expenses:** | | | | | | | | | | | | | | |
| Cost of sales | - | - | - | - | - | - | - | 3,225 | | - | - | 3,225 | 16,589 | 27,500 |
| Selling, general and administrative  (GAAP) | 14,315 | 14,957 | 12,243 | 18,891 | 9,870 | 9,771 | 10,885 | 12,367 | | 60,357 | 60,406 | 42,893 | 55,676 | 61,244 |
| Research and development   (GAAP) | 19,371 | 29,114 | 20,850 | 17,962 | 4,193 | 13,469 | 13,604 | 13,944 | | 109,377 | 87,297 | 45,209 | 59,958 | 64,455 |
| Stock-based compensation expense (Non GAAP) | (4,213) | (4,360) | (4,114) | (4,917) | (2,995) | (4,949) | (5,215) | (5,603) | | (17,819) | (17,604) | (18,763) | (20,170) | (21,683) |
| Other Non GAAP adjustments | (42) | (47) | (107) | (139) | (34) | - | - | - | | (199) | (335) | (34) | - | - |
| Selling, general and administrative  (Non GAAP) | 11,476 | 11,907 | 9,211 | 10,217 | 7,525 | 7,297 | 8,277 | 8,365 | | 47,161 | 42,811 | 31,464 | 45,591 | 50,403 |
| Research and development (Non GAAP) | 17,955 | 27,757 | 16,749 | 16,719 | 2,061 | 10,994 | 10,996 | 11,142 | | 75,608 | 79,180 | 35,193 | 49,873 | 53,613 |
| **Total operating expenses** | 33,686 | 44,071 | 33,093 | 36,853 | 14,063 | 23,240 | 24,488 | 29,535 | | 169,734 | 147,703 | 91,327 | 132,223 | 153,199 |
| **Total operating expenses (Non-GAAP)** | 29,431 | 39,664 | 25,960 | 26,936 | 9,586 | 18,291 | 19,273 | 19,507 | | 122,769 | 121,991 | 66,657 | 95,464 | 104,016 |
| **Gain (loss) from operations** | (33,686) | (44,071) | (33,093) | (36,853) | (14,063) | (23,240) | (24,488) | (2,660) | | (169,734) | (147,703) | (64,452) | 12,027 | 121,801 |
| **Gain (loss) from operations (Non-GAAP)** | (29,431) | (39,664) | (25,960) | (26,936) | (9,586) | (18,291) | (19,273) | 7,368 | | (122,769) | (121,991) | (39,782) | 48,786 | 170,984 |
| **Other income (expense)** | | | | | | | | | | | | | | |
| Interest income, net | 84 | 26 | 11 | 41 | 11 | 10 | 8 | 6 | | 1,342 | 162 | 35 | 17 | 21 |
| Change in fair value of contingent consideration related to acquisitions | - | - | - | - | - | - | - | - | | - | - | - | - | - |
| Other income (expense) | (2,081) | (5,876) | 9 | (2,943) | (1,334) | - | - | - | | (2,940) | (10,891) | (1,334) | (1,334) | (1,334) |
| Adjustments to other expense (Non-GAAP) | 2,072 | 6,197 | 94 | 3,389 | 1,329 | - | - | - | | 3,520 | 11,752 | 1,329 | - | - |
| **Total other income** | (1,997) | (5,850) | 20 | (2,902) | (1,323) | 10 | 8 | 6 | | (1,598) | (10,729) | (1,299) | (1,317) | (1,313) |
| **Loss from continuing operations before income taxes** | (35,683) | (49,921) | (33,073) | (39,755) | (15,386) | (23,230) | (24,480) | (2,654) | | (171,332) | (158,432) | (65,751) | 10,710 | 120,488 |
| **Loss from continuing operations before income taxes (Non-GAAP)** | (29,356) | (39,317) | (25,846) | (26,449) | (9,580) | (18,281) | (19,265) | 7,374 | | (120,847) | (120,968) | (39,752) | 47,469 | 169,671 |
| Benefit for income taxes from continuing operation | 7 | (16) | - | 5 | (16) | - | - | - | | 60 | (4) | - | - | - |
| **Loss from continuing operations** | (35,676) | (49,937) | (33,073) | (39,750) | (15,402) | (23,230) | (24,480) | (2,654) | | (171,272) | (158,436) | (65,751) | 10,710 | 120,488 |
| **Loss from continuing operations (Non-GAAP)** | (29,356) | (39,317) | (25,846) | (26,449) | (9,580) | (18,281) | (19,265) | 7,374 | | (120,847) | (120,968) | (39,752) | 47,469 | 169,671 |
| Income from discontinued operations, net of income taxes | (21) | (195) | (11) | 36 | (40) | - | - | - | | 10,404 | (191) | - | - | - |
| **Net loss** | (35,697) | (50,132) | (33,084) | (39,714) | (15,442) | (23,230) | (24,480) | (2,654) | | (160,868) | (158,627) | (65,751) | 10,710 | 120,488 |
| **Net loss (Non-GAAP)** | (29,377) | (39,512) | (25,846) | (26,413) | (9,620) | (18,281) | (19,265) | 7,374 | | (110,443) | (121,159) | (39,752) | 47,469 | 169,671 |
| **Basic and diluted loss per share:** | | | | | | | | | | | | | | |
| **Loss per common share from continuing operations** | **(0.25)** | **(0.32)** | **(0.21)** | **(0.26)** | **(0.09)** | **(0.13)** | **(0.14)** | **(0.01)** | | **(1.38)** | **(1.02)** | **(0.37)** | **0.06** | **0.67** |
| **Loss per common share from continuing operations (Non-GAAP)** | **(0.20)** | **(0.25)** | **(0.16)** | **(0.17)** | **(0.06)** | **(0.10)** | **(0.11)** | **0.04** | | **(0.97)** | **(0.78)** | **(0.22)** | **0.26** | **0.94** |
| Income per common share from discontinued operations | (0.00) | (0.00) | (0.00) | 0.00 | (0.00) | - | - | - | | 0.08 | (0.00) | - | - | - |
| Net loss per common share (GAAP) | **(0.25)** | **(0.32)** | **(0.21)** | **(0.26)** | **(0.09)** | **(0.13)** | **(0.14)** | **(0.01)** | | **(1.29)** | **(1.02)** | **(0.37)** | **0.06** | **0.67** |
| **Weighted-average common shares outstanding, basic and diluted** | 145,372 | 155,243 | 159,262 | 154,680 | 169,735 | 180,087 | 180,087 | 180,087 | | 124,387 | 154,862 | 177,499 | 180,087 | 180,087 |

*Source: Company reports and H.C. Wainwright estimates.*

Spectrum Pharmaceuticals, Inc.                                                                                                                May 13, 2022

**Balance Sheet: Spectrum Pharmaceuticals (SPPI)**

| | FY 2021 | | | | FY 2022E | | | | | FY 2020 | FY 2021 | FY 2022E | FY 2023E | FY 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q21 | 2Q21 | 3Q21 | 4Q21 | 1Q22 | 2Q22E | 3Q22E | 4Q22E | | | | | | |
| | Mar | Jun | Sept | Dec | Mar | Jun | Sept | Dec | | Dec | Dec | Dec | Dec | Dec |
| *Assets* | | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | | |
| Cash and cash equivalents | 69,521 | 114,573 | 107,435 | 88,539 | 78,679 | 63,432 | 54,146 | 49,379 | | 46,009 | 88,539 | 49,435 | 59,025 | 182,095 |
| Marketable securities | 93,336 | 44,244 | 26,160 | 12,108 | 10,535 | 10,535 | 535 | 535 | | 134,016 | 12,108 | 535 | 535 | 535 |
| Accounts receiveable, net | 64 | - | - | - | - | - | - | 5,375 | | 67 | - | 5,375 | 18,850 | 25,936 |
| Other receivables | 2,795 | 3,532 | 3,863 | 1,028 | 639 | 639 | 639 | 639 | | 2,394 | 1,028 | 639 | 639 | 639 |
| Inventory | - | - | - | - | - | - | - | 3,359 | | - | - | 3,359 | 14,425 | 27,500 |
| Prepaid expenses and other current assets | 3,491 | 3,357 | 2,540 | 2,277 | 3,328 | 6,350 | 6,691 | 6,772 | | 4,161 | 2,277 | 6,772 | 9,699 | 10,568 |
| **Total current assets** | **169,207** | **165,706** | **139,998** | **103,952** | **93,181** | **80,956** | **62,011** | **66,059** | | **186,647** | **103,952** | **66,115** | **103,173** | **247,273** |
| Property and equipment, net | 3,613 | 3,580 | 507 | 455 | 418 | 457 | 496 | 535 | | 3,577 | 455 | 535 | 691 | 847 |
| Other assets | 4,363 | 4,327 | 4,415 | 4,636 | 4,348 | 4,348 | 4,348 | 4,348 | | 4,327 | 4,636 | 4,348 | 4,348 | 4,348 |
| Facility and equipment under lease | 1,824 | 1,432 | 2,881 | 2,505 | 2,107 | 2,107 | 2,107 | 2,107 | | 2,247 | 2,505 | 2,107 | 2,107 | 2,107 |
| **Total assets** | **179,007** | **175,045** | **147,801** | **111,548** | **100,054** | **87,868** | **68,962** | **73,049** | | **196,798** | **111,548** | **73,105** | **110,319** | **254,575** |
| *Liabilities and stockholders' equity* | | | | | | | | | | | | | | |
| **Current liabilities** | | | | | | | | | | | | | | |
| Accounts payable | 42,412 | 50,295 | 48,982 | 41,258 | 32,575 | 33,833 | 34,650 | 36,791 | | 43,771 | 41,258 | 36,791 | 48,266 | 55,923 |
| Accrued payroll and benefits | 4,967 | 6,404 | 8,290 | 11,971 | 6,633 | 6,633 | 6,633 | 6,633 | | 9,375 | 11,971 | 6,633 | 6,633 | 6,633 |
| **Total current liabilities** | **47,379** | **56,699** | **57,272** | **53,229** | **39,208** | **40,466** | **41,283** | **43,424** | | **53,146** | **53,229** | **43,424** | **54,899** | **62,556** |
| Other long-term liabilities | 9,189 | 9,758 | 11,065 | 10,766 | 5,590 | 5,590 | 5,590 | 5,590 | | 9,409 | 10,766 | 5,590 | 5,590 | 5,590 |
| **Total liabilities** | **56,568** | **66,457** | **68,337** | **63,995** | **44,798** | **46,056** | **46,873** | **49,014** | | **62,555** | **63,995** | **49,014** | **60,489** | **68,146** |
| **Total stockholders' equity (deficit)** | **122,439** | **108,588** | **79,464** | **47,553** | **55,256** | **41,813** | **22,089** | **24,036** | | **134,243** | **47,553** | **24,092** | **49,830** | **186,430** |
| **Total liabilities and stockholders' equity** | **179,007** | **175,045** | **147,801** | **111,548** | **100,054** | **87,868** | **68,962** | **73,049** | | **196,798** | **111,548** | **73,105** | **110,319** | **254,575** |

*Source: Company reports and H.C. Wainwright estimates.*

Spectrum Pharmaceuticals, Inc.                                                                                    May 13, 2022

## Cash Flow Statement: Spectrum Pharmaceuticals (SPPI)

| | FY 2020 Dec | FY 2021 Dec | FY 2022E Dec | FY 2023E Dec | FY 2024E Dec |
|---|---|---|---|---|---|
| **Cash flows from operating activities:** | | | | | |
| Gain (loss) from continuing operations | (171,272) | (158,436) | (65,751) | 10,710 | 120,488 |
| Income from discontinued operations, net of income taxes | 10,404 | (192) | - | - | - |
| **Net income (loss)** | (160,868) | (158,628) | (65,751) | 10,710 | 120,488 |
| *Adjustments to reconcile net loss to net cash used in operating activities:* | | - | | | |
| Depreciation and amortization | 261 | 286 | 292 | 492 | 692 |
| Stock-based compensation | 17,819 | 19,841 | 13,974 | 14,673 | 15,406 |
| Loss on disposal of manufacturing equipment | - | 3,057 | 3 | - | - |
| Impairment of second source manufacturer | 28,197 | - | - | - | - |
| Non-cash lease expense | 1,540 | 1,624 | 1,432 | 1,432 | 1,432 |
| Other non-cash items | 220 | 393 | 462 | - | - |
| Unrealized gains from transactions denominated in foreign currency | 495 | 460 | - | - | - |
| Realized gain on mutual funds | (232) | (630) | (645) | - | - |
| Bad debt expense (recovery) | 389 | (80) | - | - | - |
| Change in deferred tax liabilities | - | - | - | - | - |
| Recognized gain on commercial product portfolio transaction | - | - | - | - | - |
| Income tax recognition on unrealized gain on available-for-sale securities | - | - | - | - | - |
| Realized gain on sale of stock | (1,408) | (5,722) | - | - | - |
| Unrealized loss (gain) on stock holdings | 4,487 | 17,266 | - | - | - |
| Unrealized loss (gain) on marketable securities | - | - | 1,538 | - | - |
| Change in fair value of contingent consideration | - | - | - | - | - |
| *Changes in operating assets and liabilities:* | | | | | |
| Accounts receivable | - | 66 | (5,375) | (13,475) | (7,086) |
| Inventory | - | - | (3,359) | (11,066) | (13,075) |
| Other receivables | 7,165 | 1,444 | 387 | - | 639 |
| Prepaid expenses and other | 1,159 | 1,884 | 2,393 | (4,495) | (2,927) |
| Accounts payable and other accrued obligations | (22,053) | (3,513) | (5,728) | 11,475 | 7,657 |
| Other assets | (317) | (310) | 288 | - | - |
| Accrued payroll and benefits | 1,689 | 2,596 | (5,338) | - | - |
| FOLOTYN development liabilitiy | - | - | - | - | - |
| Contract liabilities | - | - | - | - | - |
| Other long-term liabilities | (172) | 480 | (3,996) | - | - |
| **Net cash used in operating activities** | (121,629) | (119,486) | (69,423) | 9,746 | 123,227 |
| **Cash flows from investing activities:** | | | | | |
| Proceeds from commercial product portfolio transaction | - | - | - | - | - |
| Proceeds from sale of stock | 3,954 | 5,974 | 287 | - | - |
| Purchases of property and equipment | (5,535) | (221) | (156) | (156) | (156) |
| Proceeds from sale of property and equipment | - | - | - | - | - |
| Purchase of mutual funds | - | - | - | - | - |
| Redemption of mutual funds | - | - | - | - | - |
| Proceeds from sale of mutual funds | - | - | - | - | - |
| Purchase of investment available-for-sale securities | (89,382) | (16,856) | (625) | - | - |
| Proceeds from maturity of investment securities | 109,035 | 119,814 | 10,805 | - | - |
| **Net cash provided by (used in) investing activities** | 18,072 | 108,711 | 10,311 | (156) | (156) |
| **Cash flows from financing activities:** | | | | | |
| Issuance of common shares to Hanmi Pharmaceutical Co., Ltd. | - | - | 20,000 | - | - |
| Net proceeds from issuance of common stock | 69,665 | - | - | - | - |
| Proceeds from employees for exercises of stock options | 13 | 4 | - | - | - |
| Proceeds from sale of common stock under an at-the-market sales agreement | 14,902 | 52,621 | - | - | - |
| Net proceeds from shares issued under employee stock plan | 650 | 685 | - | - | - |
| **Net cash provided by financing activities** | 85,230 | 53,310 | 20,000 | - | - |
| Effect of exchange rate | (82) | (5) | 8 | - | - |
| **Net increase (decrease) in cash and cash equivalents** | (18,409) | 42,530 | (39,104) | 9,590 | 123,071 |
| **Cash and cash equivalents** | | | | | |
| Cash and cash equivalents at beginning of period | 64,418 | 46,009 | 88,539 | 49,435 | 59,025 |
| **Cash and cash equivalents at end of period** | 46,009 | 88,539 | 49,435 | 59,025 | 182,095 |

*Source: Company reports and H.C. Wainwright estimates.*

Spectrum Pharmaceuticals, Inc.                                                                                    May 13, 2022

**Valuation: Spectrum Pharmaceuticals (SPPI)**

| | 2022E | 2023E | 2024E | 2025E | 2026E | Total | POS | NPV $ | NPV/Share |
|---|---|---|---|---|---|---|---|---|---|
| **Proprietary Pipeline Revenue Estimates** | | | | | | | | | |
| **Poziotnib** | $21.9 | $96.3 | $175.0 | $262.5 | $328.1 | $861.9 | | | |
| **Eflapegrastim** | $5.0 | $48.0 | $100.0 | $140.0 | $170.0 | $458.0 | | | |
| **Total Revenue** | **$26.9** | **$144.3** | **$275.0** | **$402.5** | **$498.1** | **$1,319.9** | | | |
| **Net Present Value** | | | | | | | | | |
| **Poziotnib** | $21.9 | $96.3 | $175.0 | $262.5 | $328.1 | $861.9 | 70% | **$603.3** | **$2.20** |
| **Eflapegrastim** | $5.0 | $48.0 | $100.0 | $140.0 | $170.0 | $458.0 | 70% | **$320.6** | **$1.17** |
| **Total Revenue** | **$26.9** | **$144.3** | **$275.0** | **$402.5** | **$498.1** | **$1,346.8** | | | |
| | | | | | | | | **Pipeline NPV** | **$3.38** |
| | | | | | | | | **P/S Multiple** | **3.0** |
| | | | | | | | | **Net Cash** | **$0.26** |
| | | | | | | | | **Price Target** | **$10** |

*Source: Company reports and H.C. Wainwright estimates.*

Spectrum Pharmaceuticals, Inc.                                                                May 13, 2022

**Important Disclaimers**

This material is confidential and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply to unsubscribe@hcwresearch.com and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

**RETURN ASSESSMENT**
**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.
**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.
**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.



Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of May 11, 2022 | | | | |
|---|---|---|---|---|
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 567 | 87.91% | 162 | 28.57% |
| Neutral | 56 | 8.68% | 14 | 25.00% |
| Sell | 2 | 0.31% | 0 | 0.00% |
| Under Review | 20 | 3.10% | 3 | 15.00% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Edward White , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of Spectrum Pharmaceuticals, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of April 30, 2022 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of Spectrum Pharmaceuticals, Inc..

Neither the research analyst nor the Firm knows or has reason to know of any other material conflict of interest at the time of publication of this research report.

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

The Firm or its affiliates did receive compensation from Spectrum Pharmaceuticals, Inc. for investment banking services within twelve months before, and will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

H.C. Wainwright & Co., LLC managed or co-managed a public offering of securities for Spectrum Pharmaceuticals, Inc. during the past 12 months.

The Firm does not make a market in Spectrum Pharmaceuticals, Inc. as of the date of this research report.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. This research report is not intended to provide tax advice or to be used to provide tax advice to any person. Electronic versions of H.C. Wainwright & Co., LLC research reports are made available to all clients simultaneously. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co., LLC. Additional information available upon request.

H.C. Wainwright & Co., LLC does not provide individually tailored investment advice in research reports. This research report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this research report.

H.C. Wainwright & Co., LLC's and its affiliates' salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies that reflect opinions that are contrary to the opinions expressed in this research report.

H.C. Wainwright & Co., LLC and its affiliates, officers, directors, and employees, excluding its analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives (including options and warrants) thereof of covered companies referred to in this research report.

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

Securities and other financial instruments discussed in this research report: may lose value; are not insured by the Federal Deposit Insurance Corporation; and are subject to investment risks, including possible loss of the principal amount invested.