# EXHIBIT 17

Biotechnology | Company Update
June 7, 2022

# Spectrum Pharmaceuticals, Inc. (SPPI)
Live From ASCO: ctDNA, a Potential Predictive Biomarker for Pozi

**MARKET OUTPERFORM**
Price: $0.83
Price Target: $4.00

**Reni J. Benjamin, PhD**
rbenjamin@jmpsecurities.com
(212) 906-3529

## INVESTMENT HIGHLIGHTS

- **We reiterate our Market Outperform rating and price target of $4 for Spectrum Pharmaceuticals based on a discounted earnings per share and revenue multiple analysis.** Recently, Spectrum presented a poster at the 2022 American Society of Clinical Oncology (ASCO) annual meeting describing the role of circulating tumor DNA (ctDNA) in HER2 exon 20 insertion mutations and responses in NSCLC patients treated with poziotinib (Poster #43, here). With the poziotinib's (pozi) NDA under review for HER2 exon 20 insertion in NSCLC (PDUFA date of November 24, 2022), eflapegrastim's (efla) BLA also under review for chemotherapy-induced neutropenia (PDUFA date of September 9, 2022), and a cash position of $71.5MM (pro forma), we believe Spectrum shares represent a unique investment opportunity, especially given the recent sell-off**.**

- **Key takeaways:**
  - **Levels of ctDNA could potentially predict NSCLC patient response to treatment.** Spectrum evaluated the levels of ctDNA in the peripheral blood of the patients using the Guardant360 74-gene liquid biopsy assay in 23 first- and second-line patients harboring HER2 exon 20 mutations. Based on the inclusion criteria, five patients were longitudinally evaluable, demonstrating pozi treatment resulted in reductions in HER2 exon 20 insertion mutations in ctDNA, preceded and correlated with the clinical tumor response.

  - **Conclusion and implications.** As a reminder, Spectrum presented ctDNA data at the 2021 AACR conference demonstrating a correlation with clinical response per RECIST v.1.1 (see our note here). The current data in this presentation builds upon the previous data by providing a longitudinal view of the correlation. These results provide further proof that serial monitoring of ctDNA could act as a potential predictive biomarker for treatment response and disease progression. However, an evaluation in a larger population is warranted to confirm the impact of Spectrum's findings. Given the recent excitement in the ctDNA space, we are looking forward to more data from additional patients to understand the impact of serial monitoring of the ctDNA as a potential predictive market for drug efficacy.

  - **Exon 20 insertion mutations were under spotlight at this year's ASCO** during an educational session titled, "Lung Cancer – Non Small Cell Metastatic." As shown in Figure 4, the efficacy of various exon 20-targeting molecules including FDA-approved mobocertinib and amivantamab were compared for various efficacy factors. While the relative efficacy data of pozi are lower than those of other molecules compared, we would like to remind the investors that pozi targets HER2 exon 20 mutations as opposed to the EGFR exon 20 mutations targeted by others.

### MARKET DATA

| | |
|---|---|
| Price | $0.83 |
| 52-Week Range: | $0.60 - $4.54 |
| Shares Out. (M): | 169.7 |
| Market Cap ($M): | $140.9 |
| Cash (M): | $89 |
| Cash/Share: | $0.53 |
| Enterprise Value (M): | $39 |
| Float (M): | 162.5 |
| LT Debt (M): | $0 |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $0.0 | $0.0A | $5.4 |
| | 2Q | $0.0 | $0.0 | $6.9 |
| | 3Q | $0.0 | $0.0 | $9.7 |
| | 4Q | $0.0 | $0.3 | $6.9 |
| | **FY** | **$0.0** | **$0.3** | **$28.9** |
| EPS | 1Q | ($0.25) | ($0.09)A | ($0.10) |
| | 2Q | ($0.32) | ($0.12) | ($0.09) |
| | 3Q | ($0.21) | ($0.12) | ($0.08) |
| | 4Q | ($0.26) | ($0.14) | ($0.09) |
| | **FY** | **($1.02)** | **($0.47)** | **($0.36)** |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE



## HIGHLIGHTS FROM THE ASCO CONFERENCE

**Title:** Circulating tumor DNA (ctDNA) in HER2 exon 20 insertion mutations and responses in NSCLC HER2 exon 20 insertion treated with poziotinib.

**Abstract Number:** 3051

**Description:** Pozi is an oral tyrosine kinase inhibitor (TKI) in development for NSCLC patients harboring HER2 exon 20 insertion mutations by inhibition of RAS/RAF pathway (Figure 1). Pozi treatment also increases HER2 receptor expression on the surface of tumor cells harboring exon 20 mutations. ctDNA is a tumor-derived fragmented DNA released into the plasma primarily by apoptosis or necrosis of tumor cells. The levels of ctDNA in plasma samples permit temporal assessment of tumor mutational status and tumor burden during therapy.

### FIGURE 1. Poziotinib MOA and ctDNA

 

*Source: Thiagalingam et. al. ASCO Annual Meeting 2022*

**Methods:** Spectrum isolated and assessed serial plasma samples for changes in HER2 exon 20 insertion mutations and other driver mutations in 23 first- and second-line patients from SPI-POZ-202 Cohorts 4 & 5 who received 16 mg QD dose of pozi, comparing to clinical response. The changes in variant allele fraction (VAF%) of HER2 exon 20 insertion somatic alterations at baseline and longitudinal plasma samples beyond cycle 3 day 1 (C3D1) in responders were associated with tumor response per RECIST1.1.

Seven patients had serial testing through C7D1, permitting assessment of ctDNA dynamics and comparison to clinical responses. In sub-analysis, 5/7 met the inclusion criteria of plasma samples at baseline and longitudinal beyond C3D1, demonstrated a PR at C3D1, and sufficient ctDNA samples were available for analysis. The patient baseline demographics of all patients are shown in Figure 2.

**FIGURE 2. Summary of Baseline Demographics of All Patients and Responders**

*Summary of baseline demographics of 23 patients with HER2 exon 20 insertion mutations*

| Patient Characteristics | HER2 exon 20 ins |
|---|---|
| Age, median (range) | 62 (43-79) |
| Female/Male | 10 /13 |
| White/Asian/Black | 16 / 5 / 2 |
| Histological types | |
| Adenocarcinomas | 23 |
| Stage (n) | I (2) / IV (21) |
| ECOG status: 0/1 | 7 /16 |
| Smoker/nonsmoker | 3 / 20 |
| Prior therapy ≥1 | 3 |
| Tumor tissue genotype | 23 |
| Guardant360 ctDNA | 21 |

*Summary of baseline demographics of the 5 responding patients*

| Patient Characteristics | HER2 exon 20 ins |
|---|---|
| Age, median (range) | 62 (53-72) |
| Female/Male | 4 / 1 |
| White/Asian/Black | 3 / 2 / 0 |
| Histological types | |
| Adenocarcinomas | 5 |
| Stage (n) | IV (5) |
| ECOG status: 0/1 | 0 / 5 |
| Smoker/nonsmoker | 0 / 5 |
| Prior therapy ≥1 | 1 |
| Tumor tissue genotype | 5 |
| Guardant360 ctDNA | 5 |

*Source: Thiagalingam et. al. ASCO Annual Meeting 2022*

**Results:** Data showed that pozi treatment resulted in reductions in HER2 exon 20 insertion mutations in ctDNA (Figure 3). Furthermore, the reductions preceded and correlated with the clinical tumor response. Additionally, increases in ctDNA HER2 exon 20 insertion mutations were observed prior to confirmation of tumor escape.

The data from five evaluable patients is shown in Figure 3, the disease burden with time correlated with tumor ctDNA in plasma. Spectrum reported that in pozi-treated patients with advanced NSCLC harboring exon 20 insertion mutations, baseline ctDNA presence was associated with the tumor tissue genotyping with a concordance of 95%.

Tumor escape correlating to progressive disease (PD) was observed in three patients. The disease progression correlated with increases in target HER2 exon 20 insertion VAF in the plasma. Interestingly, in one patient treated with pozi at 16 mg QD (Patient ID 13) who had a CR, there were no detectable levels of the HER2 exon 20 insertion in ctDNA at C3D1 and the ctDNA levels continued through C16. This patient's responses correlated with patient tumor response of SD at C2, which then became PR through C9 and CR through C17.

**FIGURE 3. Response and ctDNA**





Source:  Thiagalingam et. al. ASCO Annual Meeting 2022

On a related note, exon 20 insertion mutations were under spotlight at this year's ASCO during an educational session titled, "Lung Cancer – Non Small Cell Metastatic." As shown in Figure 4, the efficacy of various exon 20-targeting molecules including FDA-approved mobocertinib and amivantamab were compared for various efficacy factors. While the relative efficacy data of pozi are lower than those of other molecules compared, we would like to remind the investors that pozi targets HER2 exon 20 mutations as opposed to the EGFR exon 20 mutations targeted by others, and the data from pozi is from Cohort 1 clinical trials presented at AACR 2020; the data has since been updated. The NDA submission is based on Cohort 2 data (n=90), where an ORR of 27.8%, DCR of 70%, and an mPFS of 5.5 months were observed. At ESMO 2021, we have seen QD dosing data from 48 patients and the updated results feature BID-dosing data from 22 patients (Cohort 4). Overall (n=70), a 41% ORR, and 73% DCR were observed.

Additionally as shown in Figure 5, Dr. Tan also provided an overview of current and emerging strategies to overcome resistance to the third-generation TKIs. While not a direct apples-to-apples comparision, the data forms a good baseline for comparision and sets relatable benchmarks for drug development and potential approval. As a reminder, Spectrum is awaiting pozi's approval on November 24, 2022 in HER2 exon 20 insertion in NSCLC and currently, there is no FDA-approved therapy for patients with NSCLC harboring HER2 exon 20 insertion mutations.



**FIGURE 4. Exon 20 Competitive Landscape**




## Targeting EGFR exon 20 insertions

| | Drug | Class | Structure | n | ORR | PFS | DoR |
|---|---|---|---|---|---|---|---|
| | Afatinib[1] (retrospective) | Pan-HER TKI | Quinazoline-based | 70 | 24.3% | - | 11.9 m |
| | Poziotinib[2] | Pan-HER TKI | Quinazoline-based | 115 | 14.8% | 4.2 m | 7.4 m |
| | Osimertinib[3,4,5] | 3G EGFR TKI | Pyrimidine-based | 20 (80 mg) 21 (160 mg) 24 (160 mg) | 5% 24% 27% | 3.6 m 9.6 m 5.5 m | - - 8.2 m |
| FDA Accelerated Approval | Mobocertinib[6] | EGFR TKI | Pyrimidine-based | 114 | 28% | 7.3 m | 17.5 m |
| | Amivantamab[7] | EGFR-MET Bispecific Ab | Duobody monovalent IgG1 | 81 | 40% | 8.3 m | 11.1 m |
| | Sunvozertinib[8] | EGFR TKI | Pyrimidine-based | 56 | 41.1% | Not mature | Not mature |
| | CLN-081[9] | EGFR TKI | Pyrimidine-based | 73 | 38.4% | 10 m | 10 m |



Afatinib    Poziotinib    Osimertinib    Mobocertinib    Sunvozertinib    CLN-081

[1]Yang JC JTO 2020; [2]Le X et al, AACR 2020; [3]Veggel B et al, Ann Oncol 2018; [4]Piotrowska Z et al, ESMO 2020; [5]Zwierenga et al. ESMO 2021; [7]Zhou C et al, JAMA Onc 2021; [8]Park K et al, JCO 2021; [9]Wang et al, Can Disc 2022; [9]Yu et al ASCO 2022

2022 ASCO ANNUAL MEETING    #ASCO22    PRESENTED BY: Dr Daniel SW Tan, National Cancer Centre Singapore    Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.    ASCO AMERICAN SOCIETY OF CLINICAL ONCOLOGY KNOWLEDGE CONQUERS CANCER

*Source: Dr. Tan DSW, Lung Cancer – Non Small Cell Metastatic Education Session. ASCO Annual Meeting 2022*

**FIGURE 5. Beyond Exon 20 Molecules Targeting TKI Resistance**



## Current & emerging strategies to overcome resistance to 3G TKI

| Class/ Target | Agent | Trial | N= | Selection | ORR | PFS | DoR |
|---|---|---|---|---|---|---|---|
| Chemotherapy | Plt-pemetrexed[1] | AURA3 | 140 | T790M+ (post 1/2G TKI) | 31% (24-40) | 4.4 m (4.2-5.6) | 4.1 m (3.0-5.6) |
| cMET | Savolitinib | TATTON (Cohort B1) | 69 | Post-3G TKI/ MET FISH, NGS, IHC3+ | 30% (20-43) | 5.4 m (4.1-8.0) | 7.9 m (4.0-10.5) |
| | Amivantamab | CHRYSALIS | 121 | Post 3G; post-plt | 19% (12-27) | 4.2 m (4.2-12.6) | 5.9 m (4.2-12.6) |
| | Amivantamab-Lazertinib | CHRYSALIS CHRYSALIS-2 | 45 29 47 | Osi resistant, chemo naïve Post-osi; post-plt Heavily pre-treated | 36% (22-51) 41% (24-61) 21% (11-36) | 4.9 m (5.3-NR) NR NR | 9.6 m (5.3-NR) NR NR |
| ADCs | Patritumab HER3 | HERTHENA Lung01 | 57 44 | Post EGFR TKI +/- chemo Post Osi, post chemo | 39% (26-52) 39% (24-55) | 8.2 m (4.4-8.3) 8.2 m (4.0-NE) | 6.9 m (3.1-NE) 7.0 m (3.1-NE) |
| | Dato-DXd Trop2 | TROPION Lung01 | 34 | 85% EGFR M+ (69% post-osi) 41% prior IO; 82% >/= 3 lines | 35% (12/39) | NR | 9.5 m (3.3-NE) |
| Immunotherapy | PD1/ PDL1 monotherapy | Pembrolizumab Durvalumab | 74 74 | TPS 50% / TPS 1-49% PDL1>25% (EGFR/ALK) | 20% / 8.7% 14.1% | NR | NR |
| | Chemo-IO | Pac-Cb-Atezo | 45 | Post TKI failure | 35.6% (21.9-51.2) | 6.9 m (5.7-8.2) | 5.6 m (2.6-15.2) |
| | Chemo-IO-VEGF | IMpower150 ORIENT-31 | 34 148 | Post TKI failure Post TKI failure | 71% (52.5-84.9) 43.9% (35.8-52.3) | 10.2 m (7.9-15.2) 6.9 m (6.0-9.3) | 11.1 m (2.8-18.0) 8.3 m (5.4-12.1) |

Mok et al. NEJM 2017; Sequist et al. TLO 2020; Leighl et al. ESMO 2021; Shu et al. ESMO 2021; Janne et al. ASCO 2021; Garon EB et al. ESMO 2021; Hellman et al. WCLC 2015; Garassino et al. TLO 2018; Reck et al. Lancet Resp Med 2019; Lu et al. ESMO Virtual Plenary 2021

2022 ASCO ANNUAL MEETING    #ASCO22    PRESENTED BY: Dr Daniel SW Tan, National Cancer Centre Singapore    Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.    ASCO AMERICAN SOCIETY OF CLINICAL ONCOLOGY KNOWLEDGE CONQUERS CANCER

*Source: Dr. Tan DSW, Lung Cancer – Non Small Cell Metastatic Education Session. ASCO Annual Meeting 2022*

## Upcoming Milestones

- Potential approval of efla in chemotherapy-induced neutropenia (September 9, 2022).

- FDA to host an independent oncologic drug advisory committee (ODAC) meeting to discuss pozi (September 22-23, 2023).

- Potential approval of pozi in HER2 exon 20 insertion mutant NSCLC (November 24, 2022).

## Valuation

We value biotechnology companies based on the blend of a discounted earnings per share and revenue multiple analysis. First, we evaluate the universe of profitable biotechnology companies and derive a revenue multiple range and EPS multiple range based on how these companies trade in both bear and bull markets. To that end, we have ascertained a range of a 6x-10x revenue multiple and a 24x-30x earnings per share multiple.

Applying a 28x P/E multiple to our probability-adjusted 2027E earnings per share of $0.49 and discounting by 30% over 4.6 periods, we obtain a fair value of $4.10 per share. Applying an 8x revenue multiple to our probability-adjusted 2027E revenues of $253.5MM and discounting by 30% over 4.6 periods, we obtain a $2.97 per share fair value. Averaging the results from these two methods, adding 1Q23E cash per share of ~$0.63, we derive a fair value of $4.17, which we round to $4 (Figure 6).

### FIGURE 6. Blended Discounted Earnings per Share and Revenue Multiple Analysis

| | | Discount Rate | | | Discounted Earnings Analysis | |
|---|---|---|---|---|---|---|
| | | 10% | 20% | 30% | | |
| P/E Multiple | 24 | $7.62 | $5.10 | $3.52 | Estimated 2027 EPS | $0.49 |
| | 26 | $8.26 | $5.52 | $3.81 | Year | 2023 |
| | 28 | $8.89 | $5.95 | $4.10 | Periods (years) | 4.6 |
| | 30 | $9.53 | $6.37 | $4.40 | Fair value | $4.10 |
| | | | | | | |
| | | | | | Discounted Revenue Analysis | |
| | | | | | Estimated 2027 Revenues (000s) | $ 253,472 |
| | | | | | Year | 2023 |
| | | 10% | 20% | 30% | Periods (years) | 4.6 |
| Revenue Multiple | 4 | $3.22 | $2.15 | $1.49 | Shares outstanding (000s): | 202,467 |
| | 6 | $4.83 | $3.23 | $2.23 | Fair value | $2.97 |
| | 8 | $6.44 | $4.31 | $2.97 | | |
| | 10 | $8.05 | $5.38 | $3.72 | Average Fair Value Combining Both Methods | $3.54 |
| | 12 | $9.66 | $6.46 | $4.46 | Cash/Share | $0.63 |
| | | | | | Average Fair Value Including Cash Per Share | $4.17 |

*Source: JMP Securities LLC*

## Company Description

Spectrum Pharmaceuticals is a biopharmaceutical company based in Irvine, California. The company is focused on acquiring, developing, and commercializing novel, targeted pharmaceuticals in the oncology space. The company has three drugs in development: 1) Rolontis, a novel long-lasting G-CSF for chemotherapy-induced neutropenia; 2) poziotinib, a novel TKI being tested in genetically-defined subpopulations of NSCLC; and 3) anti-CD20-IFN$\alpha$, an antibody-interferon fusion molecule being tested in NHL.

## Investment Risks

Risks to our investment thesis and valuation include clinical development, competitive, regulatory, financial, and sector.

Clinical development risk. Drug development is a risky and capital-intensive endeavor. The majority of drugs that enter clinical development fail to reach the market. Competitive risk. There are other drugs on the market and in development for the indications that Spectrum's programs address. A lack of differentiating clinical data for Spectrum's drugs and/or approval of competitive drugs may adversely impact the sales potential of the company's products.

Regulatory risk. Spectrum, like all other drug development companies, is reliant upon the FDA's pace of evaluating new drugs and the agency's willingness to approve new drugs.

Financial risks. While Spectrum is currently well-funded with cash, cash equivalents, and short-term investments, the company may require additional equity financing in the form of a secondary offering or non-dilutive capital to complete the development and commercialization of its assets.

Sector risk. Valuation of biotechnology stocks is subject to investor assessments of the prospects of the underlying companies and investor tolerance for risk and confidence in the prospects of biotechnology stocks as a group. Therefore, Spectrum's stock price may fall even while the company meets or exceeds investor expectations.

**JMP**
A CITIZENS COMPANY

## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Reni J. Benjamin, PhD

**JMP Securities Disclosures:**

JMP Securities, a Citizens Company, currently makes a market in the security of Spectrum Pharmaceuticals, Inc.

JMP Securities, a Citizens Company, expects to receive OR intends to seek compensation for investment banking services from Spectrum Pharmaceuticals, Inc. in the next 3 months.

For disclaimer details, please click on link. JMP Disclaimer

For applicable disclosures on companies mentioned in this report, please refer to the JMP Facts and Disclosures page in the report link above.

**JMP Securities Investment Opinion Definitions:**
Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of June 7, 2022)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 278 | 69.67% | Buy | 278 | 69.67% | 88 | 31.65% |
| MARKET PERFORM | Hold | 94 | 23.56% | Hold | 94 | 23.56% | 19 | 20.21% |
| MARKET UNDERPERFORM | Sell | 0 | 0.00% | Sell | 0 | 0.00% | 0 | 0% |
| COVERAGE IN TRANSITION | | 27 | 6.77% | | 27 | 6.77% | 3 | 11.11% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 399 | 100% | | 399 | 100% | 110 | 27.57% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.



Rating and Price Target History for: Spectrum Pharmaceuticals, Inc. (SPPI) as of 06-06-2022

Created by: BlueMatrix



**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2022. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

## RESEARCH PROFESSIONALS

### FINANCIAL SERVICES

**Alternative Asset Managers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
|     Michael W. Falco | (212) 906-3562 |
| Brian McKenna | (212) 906-3545 |

**Commercial Finance**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
|     Kevin Fultz, CFA | (415) 835-8962 |

**Consumer Finance/Financial Technology**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
|     Zachary Oster | (212) 906-3507 |

**Insurance**
| | |
|---|---|
| Matthew J. Carletti | (312) 768-1784 |
|     Karol Chmiel | (312) 768-1786 |
|     David Samar | (312) 768-1785 |

**Investment Banks & Brokers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
|     Michael W. Falco | (212) 906-3562 |
| Brian McKenna | (212) 906-3545 |

**Mortgage Finance**
**REITs: Agency, Hybrid, & Commercial Mortgage**
| | |
|---|---|
| Steven C. DeLaney | (212) 906-3517 |
|     Chris Muller | (212) 906-3559 |
| Trevor Cranston, CFA | (415) 869-4431 |
| Mikhail Goberman | (212) 906-3543 |

### HEALTHCARE

**Biotechnology & Biopharma**
| | |
|---|---|
| Reni J. Benjamin, PhD | (212) 906-3529 |
|     Anthony Murphy, PhD | (212) 906-3561 |
|     Kishore Gangangari, PhD | (212) 906-3504 |
| Jason N. Butler, PhD | (212) 906-3505 |
| Silvan Tuerkcan, PhD | (212) 906-3546 |
| Roy Buchanan, PhD | (212) 906-3509 |
| Jonathan Wolleben | (312) 768-1788 |

**Medical Devices & Supplies**
| | |
|---|---|
| David Turkaly | (212) 906-3563 |
|     Daniel W. Stauder | (212) 906-3535 |

### REAL ESTATE

**Housing & Land Development**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |
|     Alex Wilson | (415) 869-4401 |

**REITs**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |
|     Alex Wilson | (415) 869-4401 |
| Mitchell Germain | (212) 906-3532 |
|     Jyoti Yadav | (646) 797-5636 |

**R.E. Services & Tech**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |
|     Alex Wilson | (415) 869-4401 |

### TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**

**Cybersecurity**
| | |
|---|---|
| Trevor Walsh | (415) 835-3934 |
|     Rustam Kanga | (415) 835-3914 |

**IT Infrastructure**
| | |
|---|---|
| Erik Suppiger | (415) 835-3918 |

**InsurTech**
| | |
|---|---|
| Matthew J. Carletti | (312) 768-1784 |
| Andrew Boone | (415) 835-3902 |

**Internet & Digital Media**
| | |
|---|---|
| Andrew Boone | (415) 835-3902 |
|     Matthew Condon | (617) 235-8502 |
| Nicholas Jones | (212) 906-3528 |

**Software**
| | |
|---|---|
| Patrick Walravens | (415) 835-8943 |
|     Joey Marincek | (415) 869-4418 |
|     Aaron Kimson | (415) 835-8944 |
| Joe Goodwin | (415) 869-4477 |

## ADDITIONAL CONTACTS

| | | |
|---|---|---|
| **Thomas R. Wright** | **James O'Day** | **600 Montgomery Street, Suite 1100** |
| **Director of Equities** | **Head of Sales** | San Francisco, CA 94111 |
| (212) 906-3599 | (617) 235-8506 | www.jmpsecurities.com |