# EXHIBIT 18

**JMP** A CITIZENS COMPANY

# Spectrum Pharmaceuticals, Inc. (SPPI)
## 2Q22 Update: Two Potential Approvals – Two Chances to Build Shareholder Value

**MARKET OUTPERFORM**
Price: $1.21
Price Target: $4.00

## INVESTMENT HIGHLIGHTS

**Reni J. Benjamin, PhD**
rbenjamin@jmpsecurities.com
(212) 906-3529

**Kishore Gangangari, PhD**
KGangangari@jmpsecurities.com
(212) 906-3504

- **We reiterate our Market Outperform rating and price target of $4 for Spectrum Pharmaceuticals based on a discounted EPS and revenue multiple analysis**. Recently, Spectrum reported 2Q22 financial results and provided key corporate and regulatory updates highlighting poziotinib's (pozi) and eflapegrastim's (efla) paths to approval. With the pozi NDA under review for HER2 exon 20 insertion in NSCLC (PDUFA date of November 24, 2022), efla's BLA also under review for chemotherapy-induced neutropenia (PDUFA date of September 9, 2022), and a cash position of $68.0MM, we believe Spectrum shares represent a unique investment opportunity, especially given the recent sell-off, with ~71% potential downside (bear case is $0.35) and ~396% potential upside (bull case is $6).

- **Key takeaways:**

  ○ **2Q22 financial results.** For 2Q22, Spectrum reported no revenue. R&D expense was $16.0MM, higher than our estimate of $10.8MM and the consensus estimate of $12.0MM. SG&A expenses were $9.4MM, lower than our estimate of $10.1MM and the consensus estimate of $14.1MM (Figure 1). The company reported 2Q22 EPS of ($0.17) compared to our estimate of ($0.12), and ended 2Q22 with approximately $68.0MM in cash and cash equivalents.

  ○ **Optimism mounts as we get closer to efla's PDUFA of September 9, 2022.** The FDA has completed the inspection of Hanmi's manufacturing facilities and Spectrum is currently in labelling discussions with the agency. While the BLA for efla was accepted by the FDA in chemotherapy-induced neutropenia, the company had previously received a CRL to rectify manufacturing-related deficiencies. Given the completed inspection, label discussions, and Hanmi's $20MM strategic equity investment in Spectrum, we are optimistic about efla's potential approval on its PDUFA date. The company noted that the preparations for the commercial launch are ongoing and will be launch-ready on the first day of approval.

  ○ **Pozi's data at ESMO – All eyes on the ODAC and PDUFA.** The FDA has scheduled an ODAC review on September 22 (link here) to discuss the pozi NDA for HER2 exon 20 insertion in NSCLC, with a subsequent PDUFA date of November 24. In preparation for an accelerated approval, Spectrum noted that it has initiated a 268-patient confirmatory trial, SPI-POZ-301 (PINNACLE). Furthermore, we expect to see data focused on patients harboring the G778_P780dup mutation, the second-most-prevalent mutation in HER2 exon 20 NSCLC, presented at the upcoming ESMO conference. If all goes well, we estimate a total of $297.8MM in risk-adjusted net sales at peak in 2028 from the U.S. and EU.

### MARKET DATA

| | |
|---|---|
| Price | $1.21 |
| 52-Week Range: | $0.60 - $2.53 |
| Shares Out. (M): | 175.6 |
| Market Cap ($M): | $212.5 |
| Cash (M): | $68 |
| Cash/Share: | $0.39 |
| Enterprise Value (M): | $114 |
| Float (M): | 140.8 |
| LT Debt (M): | $0 |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $0.0 | $0.0A | $5.4 |
| | 2Q | $0.0 | $0.0A | $6.9 |
| | 3Q | $0.0 | $0.0 | $9.7 |
| | 4Q | $0.0 | $0.3 | $6.9 |
| | **FY** | **$0.0** | **$0.3** | **$28.9** |
| EPS | 1Q | ($0.25) | ($0.09)A | ($0.13) |
| | 2Q | ($0.32) | ($0.17)A | ($0.12) |
| | 3Q | ($0.21) | ($0.15) | ($0.10) |
| | 4Q | ($0.26) | ($0.17) | ($0.12) |
| | **FY** | **($1.02)** | **($0.57)** | **($0.46)** |
| Previous FY | | NC | ($0.47) | ($0.36) |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE



**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**
This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification.

### FIGURE 1. 2Q22 Financial Results

| 2Q22 Variance Table values in ($'000s) except per share data | 2Q22 (A) | 2Q22 (E) | Consensus | % difference - Actual vs JMP | % difference - Actual vs Consensus |
|---|---|---|---|---|---|
| Revenue | - | - | - | - | - |
| R&D Expense | 16,007 | 10,776 | 12,030 | 49% | 33% |
| SG&A Expense | 9,385 | 10,067 | 14,130 | -7% | -34% |
| Operating Expense | 25,392 | 20,843 | 26,180 | 22% | -3% |
| EPS | (0.17) | (0.12) | (0.16) | 36% | 3% |

Source: JMP Securities LLC, Company filings

**Key takeaways from the conference call**

- **Restating business goals.** Spectrum reiterated its three business goals. Firstly, the company is focused on gaining FDA approval for two late-stage assets, efla and pozi. Secondly, the company is focused on reducing the cash burn. Finally, the company is focused on ensuring commercial success of both products post launch. The company noted that multiple business development discussions are always in progress, and that its ex-U.S. business opportunities will be focused on pozi. As a reminder, Spectrum has worldwide rights for efla less China, Korea, and Japan, and worldwide rights to pozi.

  **Commercial preparation.** Spectrum has kicked off its commercial readiness efforts. The commercial leadership and infrastructure necessary for the launch are in place and ready to address key customers and prescribers. Launch will be powered with the help of a seasoned leadership team. Importantly, both products would be launched with a single salesforce, as one team. The company has begun expansion of the frontline salesforce. The company noted that there will be an incremental 25 FTEs, taking the total commercial infrastructure to 40. The company is ready to engage with key accounts, group purchase organizations, specialty pharmacies, and third-party payers.

**Pozi**

- **Pozi's PDUFA.** The PDUFA date for pozi is set for November 24, 2022. The NDA for pozi was based on Cohort 2 of the ZENITH20 trial, which enrolled patients with locally advanced or metastatic NSCLC HER2 exon 20 insertion mutations who failed prior treatment. The company expects ~2,300 new cases every year in the US (Figure 2).

  During the call, the company noted while the QD dosing data included in the submission is from Cohort 2, the company has submitted all the data up to May of this year including Cohort 4 data, providing the FDA with extensive modeling and exposure studies in support of BID dosing.

**FIGURE 2. NSCLC Mutations**



*Source: Company Presentation, August 2022*

- **Pozi's confirmatory trial starts.** Spectrum announced that it initiated the randomized confirmatory trial following discussions with the FDA. The PINNACLE trial will enroll 268 previously treated NSCLC patients with HER2 exon 20 insertion mutations, randomized 2:1 (Figure 3). The trial is a global multi-center trial with 100-150 sites across 20 countries and will investigate 8 mg pozi BID versus 75 mg/m$^2$ docetaxel administered every three weeks (Q3W). Patients will be evaluated at week six and every six weeks thereafter. Notably, after treatment, patients can cross over into the pozi arm.

The primary endpoints will be PFS along with, OS, ORR, DOR, DCR, and safety as secondary endpoints. The trial will be conducted as a superiority trial versus docetaxel. The company disclosed that an HR of 0.58 will be necessary for success, evaluated using a low-sided log ranked test. There will be a futility analysis that an independent data monitoring committee will review.

**FIGURE 3. Global PINNACLE Study**



*Source: Company Presentation, August 2022*

During the conference call, the company expressed confidence that it will be able to beat the PFS of docetaxel, which is around three months, given the PFS seen by pozi should be around 5.5 months (Cohort 2 (16 mg QD) data). Of note, we have not seen the PFS of pozi in BID dosing yet. Furthermore, there is limited information on the average docetaxel PFS in scientific and medical literature, which is on the order of four months or less. If the pozi BID's PFS closely resembles the QD dosing, we believe the HR of 0.58 (~1.7 months improvement) could be achievable.

- **In preparation for the ODAC meeting.** The FDA will be hosting an independent oncologic drug advisory committee (ODAC) meeting from September 22 to 23 to discuss various oncological drugs, of which the pozi NDA will be reviewed during the first session at 9:00 a.m. on the September 22. Earlier this year, two drugs targeting exon 20 EGFR mutations were approved, amivantamab and mobocertinib, and neither of the drugs received an ODAC meeting. During the meeting, the FDA will likely have additional questions on overall risk-benefit, dosing, clinical relevance, and significance of pozi in the indication in select group of NSCLC patients and treatment landscape, and will want to hear from industry experts regarding the DOR.

- **Upcoming presentation.** The company will be presenting at the 2022 ESMO conference during September 9-13 in Paris, and will demonstrate preliminary high level of activity for poziotinib in patients with a G778_P780dup mutation, the second-most-prevalent mutation in HER2 exon 20 NSCLC. The company noted that the data is from Cohort 2 and 4 of the ZENITH20 trial.

**Efla**

- **Efla's PDUFA.** BLA for efla is currently under active review with a PUDUFA date of September 9, 2022. The company noted that the FDA had completed the Hanmi plant preapproval inspection in early July to examine the GMP practices, quality management system, manufacturing processes, and overall state of process control. The inspection resulted in two observations (one with respect to temperature mapping and second requiring updating the in-process labeling procedure) that have been resolved. The labeling discussions with FDA are ongoing.

- **Market opportunity for efla.** During the call, Spectrum noted that efla would be the first novel product in the granulocyte colony stimulating factor (G-CSF) market in about 20 years. Based on recent prescription data of the competitors and extensive market research of competitive landscape, Spectrum assessed a total market size of the $2B market (Figure 4). During our previous call with the management, the company noted that old innovator products still comprise 60% of the market, and biosimilars the remaining 40%. While G-CSF products have been recently experiencing declining prices, the company did not disclose its pricing strategy, nor declare a price. The further details will be available during the launch.

**FIGURE 4. LA-GCSF Market Opportunity**



Source: Company Presentation, August 2022

- **LA-GCSF business segmentation.** When we asked about the market opportunity, the company noted that currently around 1.1MM units of LA-GCSF are administered every year. Spectrum provided an insight into the GCSF business segments with 32% business coming from clinics and rest in hospitals (28% 340B hospitals and 30% non-340B hospitals) (Figure 5). Each segment has its own pain points and triggers, we believe the company's pricing strategy will tailor to access most of the market.

**FIGURE 5. LA-GCSF Segmentation**



Source: Company Presentation, August 2022

**Clinical Data**

**Efla – Data Refresh in light of resubmitted BLA**

## ADVANCE and RECOVER

The pivotal Phase III ADVANCE (NCT02643420) and RECOVER (NCT02953340) trials of efla vs. pegfilgrastim in early-stage breast cancer patients completed in November 2018 and July 2019, respectively.

The trials were designed to be identical and were both multicenter, randomized, active-controlled, open-label trials that enrolled early-stage breast cancer patients who received docetaxel and cyclophosphamide chemo every 21 days for four cycles. Patients were randomized 1:1 to receive efla (n =196 [ADVANCE] + 118 [RECOVER] = 314) or pegfilgrastim (n = 210 [ADVANCE] + 119 [RECOVER] = 329). Patients were treated with adjuvant/neo-adjuvant docetaxel and cyclophosphamide on Day 1 and a single subcutaneous dose of efla (13.2 mg/0.6 mL [3.6 mg G-CSF]) or pegfilgrastim (6 mg) on Day 2 of each cycle.

Key inclusion criteria for both trials included: 1) Stage I to IIIA early-stage breast cancer; 2) ECOG performance status ≤2; 3) adequate bone-marrow function prior to chemo (absolute neutrophil count [ANC] ≥ 1.5 x $10^9$/L, platelets ≥100 x $10^9$/L, and hemoglobin >9g/dL); and 4) adequate renal function.

Key exclusion criteria included: 1) known sensitivity to E coli-derived products, L-asparaginase, somatropin growth hormone, or recombinant interferon α-2b; 2) active infection or ongoing use of anti-infectives; 3) prior bone marrow or stem cell transplant; and 4) any other malignancy within five years prior to enrollment.

The primary endpoint of both trials was the duration of severe neutropenia (DSN) based on a central laboratory assessment of ANC over the first 21-day cycle of chemo. Severe neutropenia was defined as ANC < 0.5 x $10^9$/L.

Secondary endpoints included DSN in Cycles 2, 3, and 4, time to ANC recovery, depth of ANC nadir, and incidence of febrile neutropenia (FN) in Cycle 1.

**Patient Characteristics**

Of the 196 patients randomized to the efla treatment arm of the ADVANCE trial, 86% completed Cycle 4 of treatment and 72% completed the 12-month follow-up visit. Similarly, 85% of the 210 patients in the pegfilgrastim control arm completed Cycle 4 and 69% completed the 12-month follow-up visit. In total, 28 patients discontinued treatment in the efla arm (9 due to AEs) and 30 discontinued in the pegfilgrastim arm (10 due to AEs).

Out of the 118 patients randomized to the efla treatment arm of the RECOVER trial, 88% completed Cycle 4 of treatment and 81% completed the 12-month follow-up visit. Similarly, 86% of the 119 patients in the pegfilgrastim control arm completed Cycle 4 and 71% completed the 12-month follow-up visit. In total, 14 patients discontinued treatment in the efla arm (4 due to AEs) and 16 discontinued in the pegfilgrastim arm (9 due to AEs).

Patient characteristics were balanced across the efla and pegfilgrastim arms in both the ADVANCE and RECOVER trials. The majority of patients in all arms were relatively healthy with ECOG0 performance



status (71% in the ADVANCE efla arm; 70% in the ADVANCE pegfilgrastim arm; 84% in the RECOVER efla arm; 76% in the RECOVER pegfilgrastim arm).

Additionally, the majority of patients were treated in the adjuvant setting (83% in the ADVANCE efla arm; 83% in the ADVANCE pegfilgrastim arm; 84% in the RECOVER efla arm; 77% in the RECOVER pegfilgrastim arm).

### Efficacy

The results determined that the mean DSN was $0.24\pm0.581$ days for efla (n = 314) compared to $0.36\pm0.789$ days for pegfilgrastim (n = 329), demonstrating non-inferiority (p < 0.0001). This non-inferiority was maintained for all four treatment cycles (p < 0.0001 for each) (Figure 6). While no superiority claims can be made by the company because the trial was designed and powered for non-inferiority, a slightly higher percentage of patients treated with efla saw no severe neutropenia (84% in ADVANCE and 80% in the RECOVER) than those treated with pegfilgrastim (76% in ADVANCE and RECOVER).  The efla arm did show a 6.5% (95% confidence interval: 0.2%, 13%) absolute risk reduction, as defined as the difference between the percentage of patients who experienced severe neutropenia (17.5% in the combined efla arms vs. 24% in the combined pegfilgrastim arms).

The rate of FN was comparable (3.2% in the combined efla arms vs. 3% in the combined pegfilgrastim arms), as were the incidence of neutropenic complications (5.7% in the combined efla arms vs. 5.8% in the combined pegfilgrastim arms).

### FIGURE 6. Neutropenia Reduction (ADVANCE and RECOVER) Trials



*Source: Company Presentation*

### FIGURE 7. Efla Efficacy



*Source: Company Presentation*

**JMP** A CITIZENS COMPANY

**Safety**

With respect to safety, efla demonstrated a higher incidence of any AEs (83%) vs. pegfilgrastim (70%) in the ADVANCE trial (Figure 8), although the numbers were closer in the RECOVER trial (63% for efla vs. 61% for pegfilgrastim; Figure 9).

In ADVANCE, there was a higher incidence of grade 3 bone pain (characteristic of G-CSFs) for the efla arm (5% vs. <1%). In RECOVER, the incidence of grade 3/4 bone pain was only slightly higher for efla (2% vs. 1%).

Overall, we do not view efla's slightly elevated incidence of AEs as a significant impediment to potential approval or post-approval uptake and consider the safety profile to be in line with general expectations for a clinically active G-CSF compound.

### FIGURE 8. Adverse Events (ADVANCE)

| Adverse event | Eflapegrastim ($n = 197$), $n$ (%) | | Pegfilgrastim ($n = 208$), $n$ (%) | |
|---|---|---|---|---|
| | Any grade | Grade 3[a] | Any grade | Grade 3[a] |
| Any event | 164 (83) | 36 (18) | 146 (70) | 22 (11) |
| Bone pain | 63 (32) | 9 (5) | 67 (32) | 1 (<1) |
| Arthralgia | 38 (19) | 4 (2) | 26 (13) | 1 (<1) |
| Back pain | 32 (16) | 4 (2) | 24 (12) | 0 |
| Myalgia | 30 (15) | 0 | 19 (9) | 0 |
| Increased WBC count | 25 (13) | 0[b] | 15 (7) | 0 |
| Headache | 23 (12) | 0 | 18 (9) | 1 (<1) |
| Pain | 22 (11) | 1 (1) | 23 (11) | 3 (1) |
| Fatigue | 17 (9) | 2 (1) | 22 (11) | 0 |
| Nausea | 16 (8) | 0 | 11 (5) | 0 |
| Diarrhea | 15 (8) | 0 | 11 (5) | 1 (<1) |
| Pyrexia | 13 (7) | 1 (1) | 17 (8) | 0 |
| Hypersensitivity reaction[c] | 13 (7) | 2 (1) | 15 (7) | 3 (1) |
| Lymphopenia | 12 (6) | 10 (5) | 6 (3) | 5 (2) |
| Increased neutrophil count | 11 (6) | 0 | 6 (3) | 0 |
| Pain in extremity | 11 (6) | 1 (1) | 13 (6) | 0 |
| Dizziness | 9 (5) | 0 | 5 (2) | 0 |

Abbreviation: WBC, white blood cell.
[a]No grade 4 events reported.
[b]Although one event was reported as grade 3 by the study site, the patient's actual white blood cell count was $35.6 \times 10^9$ per L, below the threshold of $>100 \times 10^9$ per L required for a grade 3 event by CTCAE v 4.03.
[c]Includes swollen tongue, hypersensitivity, rash, rash generalized, rash maculopapular, and urticaria.

*Source: Schwartzberg et al., The Oncologist, 2020*

### FIGURE 9. Adverse Events (RECOVER)

| | Eflapegrastim $n = 117$ $n$ (%) | | Pegfilgrastim $n = 118$ $n$ (%) | |
|---|---|---|---|---|
| | Any grade | Grade 3/4 | Any grade | Grade 3/4 |
| Any event | 74 (63) | 16 (14) | 72 (61) | 8 (7) |
| Bone pain | 40 (34) | 2 (2) | 45 (38) | 1 (1) |
| Myalgia | 17 (15) | 2 (2) | 11 (9) | 0 |
| Diarrhea | 12 (10) | 2 (2) | 0 | 0 |
| Back pain | 11 (9) | 2 (2) | 5 (4) | 1 (1) |
| Pyrexia | 10 (9) | 0 | 9 (8) | 1 (1) |
| Arthralgia | 9 (8) | 1 (1) | 7 (6) | 1 (1) |
| Nausea | 9 (8) | 0 | 3 (3) | 0 |
| WBC count increased | 9 (8) | 4[a] (3) | 3 (3) | 1[a] (1) |
| Headache | 8 (7) | 1 (1) | 7 (6) | 1 (1) |
| Fatigue | 7 (6) | 0 | 10 (8) | 1 (1) |
| Pain in extremity | 7 (6) | 0 | 4 (3) | 0 |
| Lymphocyte count decreased/ lymphopenia | 2 (2) | 2 (2) | 6 (5) | 6 (5) |

[a]Patients' WBC values were $<100 \times 10^9$/L, the criterion required for CTCAE version 4.03 Grade 3 WBC increased.

*Source: Cobb et al., Cancer Medicine, 2020*

**Pozi - ZENITH20 Trial**

**Trial Design**

The ZENITH20 trial (NCT03318939) is a multi-cohort, open-label Phase 2 pivotal study. In October 2017, Spectrum began enrolling patients, with sites in the U.S., Canada, and Europe. The trial is designed to include seven cohorts, the first four of which are independently powered for a pre-specified statistical analysis with a primary endpoint of ORR, and the remaining three cohorts (5-7) are exploratory.

**FIGURE 10.   Trial Design**



*Source: Company Presentation, August 2022*

**Cohort 2**

**Patient Characteristics**

The majority of patients (59%) were non-smokers and a relatively high proportion (12%) were Asian or female (58%) (Figure 11). The median number of treatments that patients had seen prior to enrollment was 2, with the largest number of patients (46%) having seen chemo and IO checkpoint inhibitors. 61% of patients had the A775_G776InsYVMA mutation, which was the most common.

**FIGURE 11.    Baseline Patient and Tumor Characteristics – Cohort 2**

| Disposition | N=90, n (%) |
|---|---|
| Treated | 90 (100) |
| Ongoing | 4 (4) |
| Age, median (range) | 60 (25-86) |
| Female / Male, n | 58 / 32 |
| White /Asian / Others, n | 70 / 12 / 8 |
| Smoker / Non-Smoker, n | 31 / 59 |
| Number of therapies, median (range) | 2 (1-6) |
| Chemotherapy only | 22 (24) |
| Chemo / IO checkpoint inhibitors | 41 (46) |
| Chemo / HER2 therapy / IO checkpoint inhibitors | 17 (19) |
| Others | 10 (11) |
| Mutations: A775_G776InsYVMA / Others, n | 61 / 29 |

*Source: Socinski, 2020 ESMO*

**Efficacy (Cohort 2)**

Cohort 2 met its primary endpoint with an ORR of 27.8% (18.9-38.2% at 95% confidence interval) (Figure 12). The DCR was 70% and the median PFS was 5.5 months. The median DOR was 5.1 months, with a median follow up of 8.3 months. At ESMO, it was revealed that limiting the group to the 74 efficacy evaluable patients (as opposed to as-treated patients), the ORR increased to 35.1% and the DCR to 82.4%, although the DOR, PFS, and median time on treatment (3.7 months) were the same.

**FIGURE 12.    Efficacy Summary (Cohort 2)**

| | As-Treated (N=90) | Evaluable (N= 74) |
|---|---|---|
| Objective Response Rate (ORR), n (%) | 25 (27.8) | 26 (35.1) |
| 95% Confidence Interval | 18.9 - 38.2 | 24.4 - 47.1 |
| Disease Control Rate (DCR) , n (%) | 63 (70.0) | 61 (82.4) |
| Duration of Response (months) (range) | 5.1 (1 - 12.3+) | 5.1 (1 - 12.3+) |
| Median follow up of responders (months) | 8.3 | 8.3 |
| Median time on treatment (months) (range) | 3.7 (0 - 16.6) | 3.7 (0 - 16.6) |
| Progression-free Survival (months) (range) | 5.5 (0 - 13.1+) | 5.5 (1 - 13.1+) |

Primary endpoint of ORR met (Lower bound of 95% CI >17%)

*Source: Socinski, 2020 ESMO*

**FIGURE 13.   Efficacy Summary (Cohort 2)**

Cohort 2 met Primary Efficacy Endpoint: Observed lower bound of 18.9% exceeded the pre-specified lower bound of 17%

|  | Intent to treat (N=90) N (%) |
|---|---|
| **Objective Response Rate (ORR**) 95% Confidence Interval | 27.8% (18.9 – 38.2%) |
| **Disease Control Rate (DCR**=CR+PR+SD) | 70% |
| **Duration of Response**, Median (months) | 5.1 |
| **Progression-free Survival**, Median (months) | 5.5 |

*Source: Company Presentation, December 2021*

The waterfall plot revealed that 74% of the patients achieved some tumor reduction, with a median percent tumor reduction of 22% (Figure 14).

**FIGURE 14.   Waterfall Plot Comparison (Cohort 2)**



*Source: Socinski, 2020 ESMO*

## Safety (Cohort 2)

While the overall toxicity profile was similar to those of other second-generation EGFR-targeting TKIs with rash and diarrhea as the most common TRAEs (Figure 15), and only 12% of the patients discontinued due to AEs, the dose reductions and interruptions previously discussed suggest that the 16 mg QD dosing regimen is not tolerated well enough by patients. Consequently, we view the company's efforts to minimize AEs via more aggressive steroid use and an 8 mg BID dose as key to unlocking poziotinib's potential and improving outcomes for patients.

**FIGURE 15.    Summary of Exposure and Safety**

|  | N=90, n (%) | | |
| --- | --- | --- | --- |
| Treatment-related AE | 88 (98) | | |
| Treatment-related Serious AE | 13 (14) | | |
| Dose interruptions | 78 (87) | | |
| Dose reductions | 70 (78) | | |
| AE related permanent discontinuation | 11 (12) | | |

| Preferred Term (PT) | N=90, n (%) | | |
| --- | --- | --- | --- |
| | Any Grade | Grade 3 | Grade 4 |
| Diarrhea | 74 (82) | 23 (26) | 0 |
| Rash | 61 (68) | 27 (30) | 0 |
| Stomatitis / Mucosal Inflammation | 59 (66) | 20 (22) | 1 (1) |
| Paronychia | 34 (38) | 1 (1) | 0 |
| Pneumonitis | 1 (1) | 0 | 0 |

*Source: Socinski, 2020 ESMO*

**FIGURE 16.   Cohort 2 Safety**

## Safety Profile for Cohort 2 In-line with TKIs

- Cohort 2 starting dose 16 mg QD

- Safety profile was in-line with the type of adverse events seen with other second-generation EGFR TKIs

- Grade 3 incidence of rash was 30%

- Grade 3 incidence of diarrhea was 26%

- 11 patients (12%) permanently discontinued study due to adverse events

*Source: Company Presentation, Dec 2021*

**Cohort 4:**

**Patient Characteristics**

On March 7, 2022, Spectrum reported positive data from pozi's ZENITH20 trial Cohort 4 at the 2022 European Society for Medical Oncology Targeted Anticancer Therapies Congress (ESMO-TAT). The results presented are from the Cohort 4, with treatment-naïve HER2 exon 20 insertion mutant positive NSCLC patients (N=70) treated with 8 mg BID (n=22) and 16 mg QD (n=48) dose pozi.

The median age of the treatment population was 60 years and consisted of 37 female (53%) and 33 male (47%) patients. Of the 70 patients enrolled, 14 were still on treatment.

**Cohort 4 Efficacy**

**Comparable efficacy of 8 mg BID to 16 mg QD pozi dosing.** Overall (n=70), a 41% ORR, and 73% DCR were observed. The ITT duration of response (DOR) was 5.7 months (range 1.2-19.1+) and the median progression free survival (mPFS) was 5.6 months (range 0-20.2+).

We view these data as good news given that study met its primary endpoint exceeding the pre-specified lower bound of 20%, which, in our opinion, could lead to an sNDA filing in front-line NSCLC patients with HER2 Exon 20 insertion mutations.

However, when calculated as a percent of 58 evaluable patients, an ORR of 50% (n=29/58) was noted (Figure 17). These data are in line with the previously reported data, which showed a clinically meaningful efficacy in treatment naïve NSCLC HER2 exon 20 mutations with once daily dosing where 44% (n=21) ORR was observed (48% when unconfirmed responses were included).

**FIGURE 17.   Efficacy in Front-Line NSCLC HER2 EXON 20 Insertions**

| | Treated (N=70) |
|---|---|
| **Treatment Ongoing**, n (%) | 14 (20%) |
| **Age**, median (range), years | 60 (27-88) |
| **Female / Male**, n | 37 / 33 |
| **Duration of Treatment**, median (range), months | 4.5 (<1-21) |
| **Objective Response Rate (ORR)**, n (%)<br>95% CI | 29 (41%)<br>30%-54% |
| **ORR in Evaluable Population (n=58)**, n (%)<br>95% CI | 29 (50%)<br>37%-63% |
| **Disease Control Rate (DCR)**, n (%)<br>95% CI | 51 (73%)<br>61%-83% |
| **Duration of Response (DOR)**, median (range), months | 5.7 (1.2-19.1+) |
| **Progression-free Survival (PFS)**, median (range), months | 5.6 (0-20.2+) |

Efficacy data based on central review using RECIST 1.1

*Source: Sun S., ESMO TAT 2022 Presentation*

More importantly, we are encouraged to see similar efficacy profile between the QD and the BID dosing groups (Figure 18 insert). While BID dosing generated 36.4% (8/22) PRs and 31.8% SDs (7/22), it compares to 2.1% CRs (1/48), 41.7% PRs (20/48), and 31.3% SDs. Summing up, we calculate a DCR of 68.2%. Of the 18 patient BID data provided in the waterfall plot, 11 patients are still on therapy (3 others from QD dosing). In our opinion, given that six of the 11 patients have exhibited a PR, there remains a potential for deepening of responses.

**FIGURE 18.   Clinical Response Spider Plot (RECIST v1.1)**



- 73% of patients achieved disease control and clinically meaningful reduction in tumor size
- 14 patients (20%) are still on therapy

*Source: Sun S., ESMO TAT 2022 Presentation*

**Cohort 4 Safety**

We are further encouraged by the comparative safety data, and we reiterate that BID dosing would potentially help pozi succeed in the market upon approval.

In Cohort 4, 83% (n=58/70) of patients had drug interruptions when taken together. However, while 90% drug interruptions were seen in the QD dose, BID dosing showed 68% drug interruptions, a decrease of 22%. Furthermore, the median days for the first interruption were 19 for QD dosing, while it was 26 days for BID dosing, indicating a longer potential for duration on the potentially approved therapy with BID dosing. A similar trend was seen in the dose reductions as well, where 79% dose reductions were seen in QD dosing and 64% reductions were observed in BID dosing. In our opinion, however, while we are encouraged by the reduced drug interruptions and dose reductions in the BID dosing group compared to the QD group, the overall  interruptions and reductions are still relatively high.

Similar levels of Grade ≥3 TRAEs were observed between the QD and BID dosing levels. The most common treatment related Grade ≥ 3 AEs were rash (30%), stomatitis (19%), diarrhea (14%), paronychia (7%), and pneumonitis (3%). The greatest benefit from the BID dosing was observed in the rash reduction (almost halved), where rashes of Grade ≥3 were seen in 35% in QD dosing compared to 18% in BID dosing.

**FIGURE 19.    Exposure and Safety**

| | QD (n=48) | BID (n=22) | Total (N=70) |
|---|---|---|---|
| Drug interruption, n (%) | 43 (90%) | 15 (68%) | 58 (83%) |
| Median days to first interruption | 19 | 26 | 23 |
| Dose reduction, n (%) | 38 (79%) | 14 (64%) | 52 (74%) |
| Median days to first reduction | 36 | 33 | 36 |
| Treatment-related AEs (TRAEs), n (%), ≥Grade 3 | 33 (69%) | 15 (68%) | 48 (69%) |
| Grade ≥3 TRAEs of special interest, n (%) | | | |
| Diarrhea | 7 (15%) | 3 (14%) | 10 (14%) |
| **Rash** | **17 (35%)** | **4 (18%)** | **21 (30%)** |
| Stomatitis / Mucosal Inflammation | 10 (21%) | 3 (14%) | 13 (19%) |
| Paronychia | 4 (8%) | 1 (5%) | 5 (7%) |
| Pneumonitis | 1 (2%) | 1 (5%) | 2 (3%) |

Grade 4 TRAEs were reported in 2 patients in the BID cohort (*hypokalemia, hyponatremia*).
MedDRA preferred terms shown.

*Source: Sun S., ESMO TAT 2022 Presentation*

**Potential Combination Strategy with Pozi**

- The company has previously noted that HER2+ exon 20 is just the beginning, which comprise ~1.5% of all lung cancers. Furthermore, even if a small portion of estimated 25K patients could be captured as a combination therapy, that would translate to good revenues. As a reminder, the company is no longer pursuing EGFR+ exon 20 mutations in NSCLC given the approval of two new molecules (amivantamab and mobocertinib) in the indication in 2021. The company reiterated the preclinical data presented at the Virtual International Conference on Molecular Targets and Cancer Therapeutics (AACR-NCI-EORTC Triple Meeting 2021).

As shown in Figure 20, pan-HER inhibition by pozi resulted in greater synergy with KRAS$^{G12C}$ inhibitors than EGFR and EGFR/HER2 inhibitors, erlotinib and afatinib. Given these results, we are expecting pozi and KRAS$^{G12C}$ inhibitors (sotorasib and adagrasib) to be studied as a combination therapy given the current preclinical studies in G12C PDX models at tolerable doses.

**FIGURE 20.    Synergistic Effect of Poziotinib, Sotorasib, and Adagrasib**



Source: Jacqulyne Robichaux, AACR-NCI-EORTC Virtual International Congress

**Pozi at ASCO 2022**

Spectrum

presented a poster at the 2022 American Society of Clinical Oncology (ASCO) annual meeting describing the role of circulating tumor DNA (ctDNA) in HER2 exon 20 insertion mutations and responses in NSCLC patients treated with poziotinib (Poster #43, here, see our full note here)

ctDNA is a tumor-derived fragmented DNA released into the plasma primarily by apoptosis or necrosis of tumor cells. The levels of ctDNA in plasma samples permits temporal assessment of tumor mutational status and tumor burden during therapy.

**Methods:** Spectrum isolated and assessed serial plasma samples for changes in HER2 exon 20 insertion mutations and other driver mutations in 23 first- and second-line patients from SPI-POZ-202 / ZENITH20 Cohorts 4 & 5 who received 16 mg QD dose of pozi, comparing to clinical response. The changes in variant allele fraction (VAF%) of HER2 exon 20 insertion somatic alterations at baseline and longitudinal plasma samples beyond cycle 3 day 1 (C3D1) in responders were associated with tumor response per RECIST1.1.

**Results:**  Data showed that pozi treatment resulted in reductions in HER2 exon 20 insertion mutations in ctDNA (Figure 21). Furthermore, the reductions preceded and correlated with the clinical tumor response. Additionally, increases in ctDNA HER2 exon 20 insertion mutations were observed prior to confirmation of tumor escape. The data from five evaluable patients is shown in Figure 21, the disease burden with time correlated with tumor ctDNA in plasma

Tumor escape correlating to progressive disease (PD) was observed in three patients. The disease progression correlated with increases in target HER2 exon 20 insertion VAF in the plasma. Interestingly, in one patient treated with pozi at 16 mg QD (Patient ID 13) who had a CR, there were no detectable levels of the HER2 exon 20 insertion in ctDNA at C3D1 and the ctDNA levels continued through C16. This patient's responses correlated with patient tumor response of SD at C2 which then became PR through C9 and CR through C17.

**FIGURE 21.    Response and ctDNA**





Longitudinal changes in ctDNA HER2 exon 20 insertion in responders to poziotinib treatment.

*Source: Thiagalingam et. al. ASCO Annual Meeting 2022*

## Upcoming Milestones

- Potential approval of efla in chemotherapy induced neutropenia (September 9, 2022).

- FDA to host an independent oncologic drug advisory committee (ODAC) meeting to discuss pozi (September 22-23, 2023).

- Potential approval of pozi in HER2 exon 20 insertion mutant NSCLC ( November 24, 2022).

- Potential to present data at the 2022 ESMO conference demonstrating preliminary high level of activity for poziotinib in patients with a G778_P780dup mutation from Cohort 2 and 4 of the ZENITH20 trial (September 9-13, 2022).

### FIGURE 22.    Spectrum Clinical Pipeline

| Drug | Indication | Stage |
|------|-----------|-------|
| Eflapegrastim | Chemotherapy-Induced Neutropenia (RECOVER, ADVANCE) | BLA re-submitted |
| | Same-day dosing | Phase 1 |
| | Pediatric patients treated with myelosuppressive chemotherapy | Preclinical |
| Poziotinib | Previously treated EGFR exon 20 insertion mutation positive non-small cell lung cancer (NSCLC) | Deprioritized |
| | Previously treated HER2 exon 20 insertion mutation positive NSCLC | NDA |
| IGN002 (Interferon/CD20 Monoclonal Antibody Fusion Protein) | Refractory Non-Hodgkin Lymphoma (NHL) | Deprioritized |

*Source: JMP Securities LLC, Company filings*

## Financials

No major changes to the model were made.

### FIGURE 23.    Financial Summary Guidance

| Estimate Updates<br>values in ($'000s) except per share data | 2022E (JMP Updated Estimates) | 2022E (JMP Prior Estimates) | 2027E (JMP Updated Estimates) | 2027E (JMP Prior Estimates) |
|------|------|------|------|------|
| **Revenue** | 281 | 281 | 253,472 | 253,472 |
| COGS | 7 | 7 | 6,337 | 6,337 |
| R&D Expense | 52,455 | 36,683 | 76,869 | 50,991 |
| SG&A Expense | 41,420 | 43,495 | 59,798 | 72,892 |
| **Operating Expense** | **93,881** | **80,185** | **143,004** | **130,220** |
| **EPS** | **(0.57)** | **(0.47)** | **0.42** | **0.49** |

*Source: JMP Securities LLC, Company filings*

## Valuation

We value biotechnology companies based on the blend of a discounted earnings per share and revenue multiple analysis. First, we evaluate the universe of profitable biotechnology companies and derive a revenue multiple range and EPS multiple range based on how these companies trade in both bear and bull markets. To that end, we have ascertained a range of a 6x-10x revenue multiple and a 24x-30x earnings per share multiple.

Applying a 28x P/E multiple to our probability-adjusted 2027E earnings per share of $0.42 and discounting by 30% over 4.4 periods, we obtain a fair value of $3.68 per share. Applying an 8x revenue multiple to our probability-adjusted 2027E revenues of $253.5MM and discounting by 30% over 4.4 periods, we obtain a $3.25 per share fair value. Averaging the results from these two methods, adding 1Q23E cash per share of ~$0.42, we derive a fair value of $3.88, which we round to $4 (Figure 24).

**FIGURE 24.    Blended Discounted Earnings per Share and Revenue Multiple Analysis**

| | | Discount Rate | | | | |
|---|---|---|---|---|---|---|
| | | 10% | 20% | 30% | **Discounted Earnings Analysis** | |
| | 24 | $6.57 | $4.48 | $3.16 | Estimated 2027 EPS | $0.42 |
| | 26 | $7.12 | $4.86 | $3.42 | Year | 2023 |
| P/E Multiple | 28 | $7.66 | $5.23 | $3.68 | Periods (years) | 4.4 |
| | 30 | $8.21 | $5.61 | $3.94 | Fair value | **$3.68** |
| | | | | | | |
| | | | | | **Discounted Revenue Analysis** | |
| | | | | | Estimated 2027 Revenues (000s) | $   253,472 |
| | | | | | Year | 2023 |
| | | 10% | 20% | 30% | Periods (years) | 4.4 |
| | 4 | $3.38 | $2.31 | $1.62 | Shares outstanding (000s): | 197,467 |
| Revenue Multiple | 6 | $5.07 | $3.46 | $2.44 | Fair value | **$3.25** |
| | 8 | $6.76 | $4.61 | $3.25 | | |
| | 10 | $8.45 | $5.77 | $4.06 | **Average Fair Value Combining Both Methods** | **$3.46** |
| | 12 | $10.14 | $6.92 | $4.87 | **Cash/Share** | **$0.42** |
| | | | | | **Average Fair Value Including Cash Per Share** | **$3.88** |

Source: JMP Securities LLC

## Bull-Base-Bear Scenarios

In all scenarios, we assume efla to have a probability of success of 0%.

In our bull scenario, we assume that pozi performs well and increase our probability of success to 70%. This results in a fair value of $6.

In our bear scenario, we assume pozi fails and is not approved, decreasing the probability of success to 0%. This results in a fair value of $0.35.

**FIGURE 25.    Bull/Base/Bear Analysis**

| Probability of Success | | | |
|---|---|---|---|
| | **Bull** | **Base** | **Bear** |
| **Eflapegrastim** | 0% | 0% | 0% |
| **Poziotinib (HER2 exon 20 insertion mutant NSCLC)** | 70% | 50% | 0% |
| | | | |
| **Estimated Revenues ($MM; 2027)** | 355 | 253 | 0 |
| **Estimated Diluted EPS (2027)** | $0.65 | $0.46 | $0.00 |
| **Fair Value** | $6 | $4 | $0.35 |
| Return | 396% | 231% | -71% |

Source: JMP Securities LLC

In Figure 26, we chart Spectrum's closing price over the previous 12 months and the price that we project the company could achieve in 12 months in our bull, base, and bear case scenarios.

**FIGURE 26.   Bull-Base-Bear Projection**



*Source: Thomson Reuters, JMP Securities LLC*

August 12, 2022

Spectrum Pharmaceuticals, Inc. (SPPI)

## FIGURE 27.   Income Statement (Quarterly)

**Spectrum Pharmaceuticals Income Statement**
in thousands, except per share data

| | FY21A | 1Q22A | 2Q22A | 3Q22E | 4Q22E | FY22E | 1Q23E | 2Q23E | 3Q23E | 4Q23E | FY23E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | |
| Eflapegrastim | - | - | - | - | - | - | - | - | - | - | - |
| Poziotinib | - | - | - | - | 281 | 281 | 5,380 | 6,917 | 9,683 | 6,917 | 28,896 |
| | | | | | | | | | | | |
| **Total Revenues** | $ - | $ - | $ - | $ - | $ 281 | $ 281 | $ 5,380 | $ 6,917 | $ 9,683 | $ 6,917 | $ 28,896 |
| | | | | | | | | | | | |
| **Operating expenses:** | | | | | | | | | | | |
| COGS | - | - | - | - | 7 | 7 | 134 | 173 | 242 | 173 | 722 |
| Research and Development | 87,297 | 4,193 | 16,007 | 16,087 | 16,167 | 52,455 | 16,248 | 16,330 | 16,411 | 16,493 | 65,482 |
| Selling, general and administrative | 60,406 | 9,870 | 9,385 | 9,573 | 12,592 | 41,420 | 12,617 | 12,642 | 12,668 | 12,693 | 50,620 |
| **Total Operating Expenses** | 147,703 | 14,063 | 25,392 | 25,660 | 28,766 | 93,881 | 29,000 | 29,145 | 29,321 | 29,359 | 116,824 |
| **Net Income (loss) from operations** | $ (147,703) | $ (14,063) | $ (25,392) | $ (25,660) | $ (28,485) | $ (93,600) | $ (23,620) | $ (22,228) | $ (19,637) | $ (22,442) | $ (87,928) |
| **Non-operating income (expense)** | | | | | | | | | | | |
| Interest income, net | 163 | 11 | 117 | 0 | 0 | 128 | 0 | 0 | 0 | 0 | 0 |
| Other income (expense), net | (10,892) | (1,334) | (3,757) | 0 | 0 | (5,091) | 0 | 0 | 0 | 0 | 0 |
| **Total non-operating (expense) income, net** | (10,729) | (1,323) | (3,640) | 0 | 0 | (5,091) | 0 | 0 | 0 | 0 | 0 |
| **Loss from continuing operations before income taxes** | (158,432) | (15,386) | (29,032) | (25,660) | (28,485) | (98,691) | (23,620) | (22,228) | (19,637) | (22,442) | (87,928) |
| (Provision) benefit from income taxes from continuing operations | (4) | (16) | (13) | - | - | (29) | - | - | - | - | - |
| **Loss from continuing operations** | $ (158,436) | $ (15,402) | $ (29,045) | $ (25,660) | $ (28,485) | $ (98,592) | $ (23,620) | $ (22,228) | $ (19,637) | $ (22,442) | $ (87,928) |
| Income from continuing operations | (192) | - | (3) | - | - | (3) | - | - | - | - | - |
| **Net income (loss)** | $ (158,628) | $ (15,402) | $ (29,048) | $ (25,660) | $ (28,485) | $ (98,595) | $ (23,620) | $ (22,228) | $ (19,637) | $ (22,442) | $ (87,928) |
| Net loss per share - basic | ($1.02) | ($0.09) | ($0.17) | ($0.15) | ($0.17) | ($0.57) | ($0.13) | ($0.12) | ($0.10) | ($0.12) | ($0.46) |
| Net loss per share - diluted | ($1.02) | ($0.09) | ($0.17) | ($0.15) | ($0.17) | ($0.57) | ($0.13) | ($0.12) | ($0.10) | ($0.12) | ($0.46) |
| Weighted-average number of common shares - basic | 154,862 | 169,735 | 175,567 | 171,937 | 171,987 | 172,306 | 182,037 | 192,087 | 192,137 | 192,187 | 189,612 |
| Weighted-average number of common shares - diluted | 154,862 | 169,735 | 175,567 | 171,937 | 171,987 | 172,306 | 182,037 | 192,087 | 192,137 | 192,187 | 189,612 |

*Source: JMP Securities LLC, Company filings*



JMP
A CITIZENS COMPANY

**FIGURE 28.   Income Statement (Annual)**

**Spectrum Pharmaceuticals Income Statement**
in thousands, except per share data

| | FY21A | FY22E | FY23E | FY24E | FY25E | FY26E | FY27E |
|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | |
| Eflapegrastim | - | - | - | - | - | - | - |
| Poziotinib | - | 281 | 28,896 | 76,974 | 122,021 | 184,543 | 253,472 |
| **Total Revenues** | $ - | $ 281 | $ 28,896 | $ 76,974 | $ 122,021 | $ 184,543 | $ 253,472 |
| | | | | | | | |
| **Operating expenses:** | | | | | | | |
| COGS | - | 7 | 722 | 1,924 | 3,051 | 4,614 | 6,337 |
| Research and Development | 87,297 | 52,455 | 65,482 | 66,802 | 68,148 | 72,650 | 76,869 |
| Selling, general and administrative | 60,406 | 41,420 | 50,620 | 51,026 | 52,471 | 56,041 | 59,798 |
| % Sequential change | 0% | -31% | 22% | 1% | 3% | 7% | 7% |
| % of revenues | | | 175% | 66% | 43% | 30% | 24% |
| **Total Operating Expenses** | 147,703 | 93,881 | 116,824 | 119,752 | 123,670 | 133,304 | 143,004 |
| **Net Income (loss) from operations** | $ (147,703) | $ (93,600) | $ (87,928) | $ (42,778) | $ (1,649) | $ 51,239 | $ 110,468 |
| **Non-operating income (expense)** | | | | | | | |
| Interest income, net | 163 | 128 | 0 | 0 | 0 | 0 | 0 |
| Other income (expense), net | (10,892) | (5,091) | 0 | 0 | 0 | 0 | 0 |
| **Total non-operating (expense) income, net** | (10,729) | (5,091) | 0 | 0 | 0 | 0 | 0 |
| **Loss from continuing operations before income taxes** | (158,432) | (98,691) | (87,928) | (42,778) | (1,649) | 51,239 | 110,468 |
| (Provision) benefit from income taxes from continuing operations | (4) | (29) | - | - | (990) | (13,143) | (28,335) |
| **Loss from continuing operations** | $ (158,436) | $ (98,592) | $ (87,928) | $ (42,778) | $ (2,639) | $ 38,096 | $ 82,133 |
| Income from continuing operations | (192) | (3) | - | - | - | - | - |
| **Net income (loss)** | $ (158,628) | $ (98,595) | $ (87,928) | $ (42,778) | $ (2,639) | $ 38,096 | $ 82,133 |
| Net loss per share - basic | ($1.02) | ($0.57) | ($0.46) | ($0.22) | ($0.01) | $0.20 | $0.43 |
| Net loss per share - diluted | ($1.02) | ($0.57) | ($0.46) | ($0.22) | ($0.01) | $0.19 | $0.42 |
| Weighted-average number of common shares - basic | 154,862 | 172,306 | 189,612 | 192,312 | 192,512 | 192,712 | 192,912 |
| Weighted-average number of common shares - diluted | 154,862 | 172,306 | 189,612 | 192,312 | 192,512 | 197,067 | 197,467 |

*Source: JMP Securities LLC, Company filings*

August 12, 2022

**Spectrum Pharmaceuticals, Inc. (SPPI)**

JMP
A CITIZENS COMPANY

## Company Description

Spectrum Pharmaceuticals is a biopharmaceutical company based in Irvine, California. The company is focused on acquiring, developing, and commercializing novel, targeted pharmaceuticals in the oncology space. The company has three drugs in development: 1) Rolontis, a novel long-lasting G-CSF for chemotherapy-induced neutropenia; 2) poziotinib, a novel TKI being tested in genetically-defined subpopulations of NSCLC; and 3) anti-CD20-IFN$\alpha$, an antibody-interferon fusion molecule being tested in NHL.

## Investment Risks

Risks to our investment thesis and valuation include clinical development, competitive, regulatory, financial, and sector.

Clinical development risk. Drug development is a risky and capital-intensive endeavor. The majority of drugs that enter clinical development fail to reach the market. Competitive risk. There are other drugs on the market and in development for the indications that Spectrum's programs address. A lack of differentiating clinical data for Spectrum's drugs and/or approval of competitive drugs may adversely impact the sales potential of the company's products.

Regulatory risk. Spectrum, like all other drug development companies, is reliant upon the FDA's pace of evaluating new drugs and the agency's willingness to approve new drugs.

Financial risks. While Spectrum is currently well-funded with cash, cash equivalents, and short-term investments, the company may require additional equity financing in the form of a secondary offering or non-dilutive capital to complete the development and commercialization of its assets.

Sector risk. Valuation of biotechnology stocks is subject to investor assessments of the prospects of the underlying companies and investor tolerance for risk and confidence in the prospects of biotechnology stocks as a group. Therefore, Spectrum's stock price may fall even while the company meets or exceeds investor expectations.

![JMP A CITIZENS COMPANY]

## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Reni J. Benjamin, PhD and Kishore Gangangari, PhD

**JMP Securities Disclosures:**

JMP Securities, a Citizens Company, currently makes a market in the security of Spectrum Pharmaceuticals, Inc.

JMP Securities, a Citizens Company, expects to receive OR intends to seek compensation for investment banking services from Spectrum Pharmaceuticals, Inc. in the next 3 months.

For disclaimer details, please click on link. JMP Disclaimer

For applicable disclosures on companies mentioned in this report, please refer to the JMP Facts and Disclosures page in the report link above.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of August 12, 2022)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 291 | 69.45% | Buy | 291 | 69.45% | 72 | 24.74% |
| MARKET PERFORM | Hold | 101 | 24.11% | Hold | 101 | 24.11% | 17 | 16.83% |
| MARKET UNDERPERFORM | Sell | 0 | 0.00% | Sell | 0 | 0.00% | 0 | 0% |
| COVERAGE IN TRANSITION | | 27 | 6.44% | | 27 | 6.44% | 3 | 11.11% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 419 | 100% | | 419 | 100% | 92 | 21.96% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.



Rating and Price Target History for: Spectrum Pharmaceuticals, Inc. (SPPI) as of 08-11-2022

Created by: BlueMatrix



**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2022. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

## RESEARCH PROFESSIONALS

### FINANCIAL SERVICES

**Alternative Asset Managers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Michael W. Falco | (212) 906-3562 |
| Brian McKenna | (212) 906-3545 |

**Commercial Finance**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Kevin Fultz, CFA | (415) 835-8962 |

**Consumer Finance/Financial Technology**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Zachary Oster | (212) 906-3507 |

**Insurance**
| | |
|---|---|
| Matthew J. Carletti | (312) 768-1784 |
| Karol Chmiel | (312) 768-1786 |
| David Samar | (312) 768-1785 |

**Investment Banks & Brokers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Michael W. Falco | (212) 906-3562 |
| Brian McKenna | (212) 906-3545 |

**Mortgage Finance**
**REITs: Agency, Hybrid, & Commercial Mortgage**
| | |
|---|---|
| Steven C. DeLaney | (212) 906-3517 |
| Chris Muller | (212) 906-3559 |
| Trevor Cranston, CFA | (415) 869-4431 |
| Mikhail Goberman | (212) 906-3543 |

### HEALTHCARE

**Biotechnology & Biopharma**
| | |
|---|---|
| Reni J. Benjamin, PhD | (212) 906-3529 |
| Anthony Murphy, PhD | (212) 906-3561 |
| Kishore Gangangari, PhD | (212) 906-3504 |
| Jason N. Butler, PhD | (212) 906-3505 |
| Silvan Tuerkcan, PhD | (212) 906-3546 |
| Roy Buchanan, PhD | (212) 906-3509 |
| Jonathan Wolleben | (312) 768-1788 |

**Medical Devices & Supplies**
| | |
|---|---|
| David Turkaly | (212) 906-3563 |
| Daniel W. Stauder | (212) 906-3535 |

### REAL ESTATE

**Housing & Land Development**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |
| Ryan Treais | (415) 869-4411 |

**REITs**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |
| Ryan Treais | (415) 869-4411 |
| Mitchell Germain | (212) 906-3532 |
| Jyoti Yadav | (646) 797-5636 |

**R.E. Services & Tech**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |
| Ryan Treais | (415) 869-4411 |

### TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**

**Cybersecurity**
| | |
|---|---|
| Trevor Walsh | (415) 835-3934 |
| Rustam Kanga | (415) 835-3914 |

**IT Infrastructure & Communication Equipment**
| | |
|---|---|
| Erik Suppiger | (415) 835-3918 |

**InsurTech**
| | |
|---|---|
| Matthew J. Carletti | (312) 768-1784 |
| Andrew Boone | (415) 835-3902 |

**Internet & Digital Media**
| | |
|---|---|
| Andrew Boone | (415) 835-3902 |
| Matthew Condon | (617) 235-8502 |
| Nicholas Jones | (212) 906-3528 |

**Software**
| | |
|---|---|
| Patrick Walravens | (415) 835-8943 |
| Joey Marincek | (415) 869-4418 |
| Aaron Kimson | (415) 835-8944 |
| Owen Hobbs | (415) 835-3961 |
| Joe Goodwin | (415) 869-4477 |

### CONSUMER

**Gaming, Online Gaming & Gaming Technology**
| | |
|---|---|
| Jordan Bender | (212) 906-3526 |

## ADDITIONAL CONTACTS

| | | |
|---|---|---|
| **Thomas R. Wright** | **James O'Day** | **600 Montgomery Street, Suite 1100** |
| **Director of Equities** | **Head of Sales** | San Francisco, CA 94111 |
| (212) 906-3599 | (617) 235-8506 | www.jmpsecurities.com |