# EXHIBIT 19

**JMP** A CITIZENS COMPANY

Biotechnology | Company Update
September 13, 2022

# Spectrum Pharmaceuticals, Inc. (SPPI)
Rolvedon Commercial Launch on the Heels of Impressive Data for Pozi at ESMO

**MARKET OUTPERFORM**
Price: $1.26
Price Target: $4.00

**Reni J. Benjamin, PhD**
rbenjamin@jmpsecurities.com
(212) 906-3529

**Kishore Gangangari, PhD**
KGangangari@jmpsecurities.com
(212) 906-3504

## INVESTMENT HIGHLIGHTS

- **We reiterate our Market Outperform rating and price target of $4 for Spectrum Pharmaceuticals based on a discounted earnings per share and revenue multiple analysis.** Recently, the FDA approved Rolvedon (eflapegrastim-xnst injection, efla) in chemotherapy-induced febrile neutropenia. In addition, the company presented a poster detailing the activity of poziotinib (pozi) in HER2 insertion G778 GSP mutation bearing NSCLC patients at the 2022 ESMO meeting. With a commercial product soon to be launched, a pozi NDA under review for HER2 exon 20 insertion in NSCLC (PDUFA date of November 24, 2022), and a cash position of $68.0MM, we believe Spectrum shares represent a unique investment opportunity and would be buyers of the stock, especially given the current valuation.

**Key takeaways:**

- **Rolvedon secures an FDA approval.** The FDA granted full approval to efla to decrease the incidence of infection, as manifested by febrile neutropenia, in adult patients with non-myeloid malignancies receiving myelosuppressive anti-cancer drugs associated with clinically significant incidence of febrile neutropenia, making it the first novel long-acting GCSF (LA-GCSF) product approved in over 20 years.

- **Clean label.** Rolvedon received a similar approval to Neulasta, which is not surprising given that the approval was based on the Phase 3 ADVANCE (NCT02643420) and RECOVER (NCT02953340) trials, wherein non-inferiority was demonstrated when compared to pegfilgrastim in 643 early-stage breast cancer patients for the management of neutropenia due to myelosuppressive chemotherapy. In both studies, Rolvedon demonstrated not just a non-inferiority in mean duration of severe neutropenia (DSN) in all four cycles and a similar safety profile to pegfilgrastim, but also superiority in some cases, which we expect to be beneficial for Spectrum's marketing efforts.

- **Commercial team ready to launch the product in 4Q22.** The company noted that fulfillment of customary, pre-launch regulatory requirements such as 21-day mandatory product release testing for injections, would push the drug launch into early 4Q22. However, the company also noted that the drug lots have arrived in the U.S. and that the commercial team is in place to engage with key stakeholders immediately. The company reiterated a total addressable market of ~$2B.

- **100% ORR in genetically defined sub-populations treated with poziotinib.** Spectrum presented data the ESMO 2022, wherein a 100% ORR (all PRs) was demonstrated in 14 patients with HER2 G778 GSP insertion. In light of the pending ODAC panel on September 22, 2022, we are encouraged by the data in the subpopulation. Given that there are no other drugs targeting HER2 exon20 mutations patients and efficacy of 100% was seen in a genetic subset, we remain optimistic about pozi's approval in HER2 exon 20 insertion mutant NSCLC.

## MARKET DATA

| | |
|---|---|
| Price | $1.26 |
| 52-Week Range: | $0.60 - $2.53 |
| Shares Out. (M): | 175.6 |
| Market Cap ($M): | $221.3 |
| Cash (M): | $68 |
| Cash/Share: | $0.39 |
| Enterprise Value (M): | $114 |
| Float (M): | 140.8 |
| LT Debt (M): | $0 |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $0.0 | $0.0A | $5.4 |
| | 2Q | $0.0 | $0.0A | $6.9 |
| | 3Q | $0.0 | $0.0 | $9.7 |
| | 4Q | $0.0 | $0.3 | $6.9 |
| | **FY** | **$0.0** | **$0.3** | **$28.9** |
| EPS | 1Q | ($0.25) | ($0.09)A | ($0.13) |
| | 2Q | ($0.32) | ($0.17)A | ($0.12) |
| | 3Q | ($0.21) | ($0.15) | ($0.10) |
| | 4Q | ($0.26) | ($0.17) | ($0.12) |
| | **FY** | **($1.02)** | **($0.57)** | **($0.46)** |

*Source: Company reports and JMP Securities LLC*

## STOCK PRICE PERFORMANCE



## HIGHLIGHTS FROM OUR CALL WITH MANAGEMENT

- **Market opportunity for efla.** Spectrum reiterated that efla is the first novel product to be approved in the granulocyte colony stimulating factor (G-CSF) market in about 20 years. Spectrum also reiterated a total market size of the $2B market (Figure 1), and company noted that there are seven other competitors in the market, including the recent approval of a biosimilar Stimufend (Fresenius Kabi). During our previous call with the management, the company noted that old innovator products still comprise 60% of the market, and biosimilars the remaining 40%. While G-CSF products have been recently experiencing a decline in prices and sales (Figure 2, 3), the company did not disclose its pricing strategy nor declare a price. Management did, however, comment that the price would be less than Neulasta and more than biosimilars. The further details on pricing will be available as the product reaches distribution channels.

### FIGURE 1. LA-GCSF Market Opportunity



*Source: Company Presentation, August 2022*

### FIGURE 2. LA-GCSF Market Opportunity By Sales Volume (Script Data)



*Source: IQVIA*



**FIGURE 3. LA-GCSF Market Opportunity By Units Volume (Script Data)**



*Source: IQVIA*

- **LA-GCSF business segmentation.** The company noted that currently around 1.1MM units of LA-GCSF are administered every year with 32% of business coming from clinics and the rest in hospitals (28% 340B hospitals and 30% non-340B hospitals) (Figure 3). While each segment has its own drivers, we believe the company's pricing strategy will be able to address most of the market.

Currently, 113 systems represent 50% of the 1.1MM G-CSF units that are distributed every year and most decision-making is centralized. Around 40% of units are dispensed through Medicare and 25% through non-restrictive commercial payers, and the company plans to concentrate its efforts on covering 65% of the market. The company further noted that the distribution is primary conducted by three GPOs affiliated with three big corporations – McKesson, AmeriSource-Bergen and Cardinal Health. Spectrum plans to engage closely with the GPOs and strategically work with pricing.

**FIGURE 4. LA-GCSF Segmentation**



*Source: Company Presentation, August 2022*

- **Commercial preparation.** During our call with the management, it was noted that the commercial readiness efforts have been kicked off. The commercial leadership and infrastructure necessary for the launch are in place and ready to address key customers and prescribers. The launch will be powered with the help of a seasoned leadership team. Importantly, both efla and pozi would be launched with a single sales force, as one team, comprising 40 sales personnel. The company currently has 15 FTEs on board, and continues to extend offers to the remaining 25 FTEs. Spectrum is ready to engage with key accounts, group purchase organizations, specialty pharmacies and third party payers.

## Spectrum At ESMO

- **Trial Design**

  The ZENITH20 trial (NCT03318939) is a multi-cohort, open-label Phase 2 pivotal study. In October 2017, Spectrum began enrolling patients, with sites in the U.S., Canada, and Europe. The trial is designed to include seven cohorts, the first four of which are independently powered for a pre-specified statistical analysis with a primary endpoint of ORR, and the remaining three cohorts (5-7) are exploratory.

  However, the focus of the trial are the Cohorts 2 and 4 given that both the cohort data is submitted to the FDA for the NDA. Cohort 2 patients were previously treated and received 16 mg poziotinib once a day (QD) and Cohort 4 patients were treatment naïve and treated with 16 mg QD or 8 mg twice a day poziotinib (BID). The focus of the presentation was to assess the effects of poziotinib in patients with the HER2 ex20ins G778 mutation in both Cohort 2 and Cohort 4.

**FIGURE 5. Trial Design**



*Source: Company Presentation, August 2022*

- **Patient Characteristics**

Of the 170 patients enrolled in the study (90 in Cohort 2 and 80 in Cohort 4), 14 patients had the HER2 G778 GSP insertion (7 in each cohort). As shown in Figure 5, the median age was 59 years and patients had a median of two therapies (range 1-5).

## FIGURE 6. Patient Characteristics

|  | Cohort 2 and Cohort 4 n=14 |
|---|---|
| **Age (years)** |  |
| Median (range) | 59 (34–80) |
| **Sex (male, n, %)** | 6 (42.9) |
| **Race, n (%)** |  |
| Asian | 2 (14.3) |
| White | 11 (78.6) |
| Other | 1 (7.1) |
| **Smoking status, n (%)** |  |
| Former | 6 (42.9) |
| Never | 8 (57.1) |
| **ECOG PS, n (%)** |  |
| 0 | 6 (42.9) |
| 1 | 8 (57.1) |
| **Prior lines of therapy** |  |
| Median (range) | 2[a] (1–5) |

ECOG = Eastern European Oncology Group; PS = performance status; SD = standard deviation
a)    For previously treated patients only

*Source: Le X., et. al., ESMO 2022*

- **Efficacy**

Of the 14 patients with mutations, 12 were evaluable. One patient discontinued due to an AE (unspecified) prior to any post-baseline scan and one had incomplete data. All 12 patients had a partial response PR (with an ORR or 100%). The median DoR was 5.5 months and median PFS was 7.8 months.

## FIGURE 7. Efficacy – Response Summary

|  | Previously treated (C2), n=7 | Treatment naïve (C4), n=7 |
|---|---|---|
| **Best Overall Response, n (%)** |  |  |
| Complete Response | 0 | 0 |
| Partial Response | 7 (100) | 5 (71.4) |
| Stable Disease | 0 | 0 |
| Progressive Disease | 0 | 0 |
| Not Evaluable | 0 | 2 (28.6) |
| **Objective Response Rate, % (95% CI)** | 100 (59.0, 100) | 71.4 (29.0, 96.3) |
| **Duration of response, months** |  |  |
| Median (Range) | 5.3 (2.9, 6.6) | 8.9 (4.6, 14.1) |
| **Progression-Free Survival, months** |  |  |
| Median (Range) | 7.6 (3.7, 11.1) | 9.8 (0.03, 14.9) |

C2 = Cohort 2; C4 = Cohort 4; CI = confidence interval.

*Source: Le X., et. al., ESMO 2022*

As shown in Figure 7, most patients across both cohorts demonstrated a reduction in tumor size from baseline.

**FIGURE 8. Efficacy – Spider Plot**



*Source: Le X., et. al., ESMO 2022*

Most patients (9/12) had an initial response observed at the end of Cycle 1 (Figure 8) and target lesions decreased from baseline in both cohorts and ranged between 33% and 72% (Figure 9).

**FIGURE 9. Efficacy – Swimmer Plot Showing Duration of Response**



Swimmer plot for individual responders showing the duration of dosing and response.

*Source: Le X., et. al., ESMO 2022*



**FIGURE 10.   Efficacy – Best Overall Response**



Best percentage change from baseline in target lesion size (based on RECIST Guidelines, v1.1 by BICR) in patients with advanced NSCLC and HER2 exon 20 insertions (evaluable population, n=12). BICR, blinded independent committee review; ex20ins, exon 20 insertion; NSCLC, non-small cell lung cancer; RECIST, response evaluation criteria in solid tumors.

*Source: Le X., et. al., ESMO 2022*

**Safety**

The company noted that the frequency of adverse events (AEs) were consistent with the overall population in ZENITH20 (see below for reference) and that the AEs were similar to other drugs in the TKI class. No pneumonitis was reported in this subset of patients.

**Safety (Cohort 2)**

While the overall toxicity profile was similar to those of other second-generation EGFR-targeting TKIs with rash and diarrhea as the most common TRAEs (Figure 10), and only 12% of the patients discontinued due to AEs, the dose reductions and interruptions previously discussed suggest that the 16 mg QD dosing regimen is not tolerated well enough by patients. Consequently, we view the company's efforts to minimize AEs via more aggressive steroid use and an 8 mg BID dose as key to unlocking poziotinib's potential and improving outcomes for patients.

**FIGURE 11.    Summary of Exposure and Safety**

|  | N=90, n (%) |
|---|---|
| Treatment-related AE | 88 (98) |
| Treatment-related Serious AE | 13 (14) |
| Dose interruptions | 78 (87) |
| Dose reductions | 70 (78) |
| AE related permanent discontinuation | 11 (12) |

| Preferred Term (PT) | N=90, n (%) | | |
|---|---|---|---|
|  | Any Grade | Grade 3 | Grade 4 |
| Diarrhea | 74 (82) | 23 (26) | 0 |
| Rash | 61 (68) | 27 (30) | 0 |
| Stomatitis / Mucosal Inflammation | 59 (66) | 20 (22) | 1 (1) |
| Paronychia | 34 (38) | 1 (1) | 0 |
| Pneumonitis | 1 (1) | 0 | 0 |

*Source: Socinski, 2020 ESMO*

**Safety (Cohort 4)**

We are further encouraged by the comparative safety data, and we reiterate that BID dosing would potentially help pozi succeed in the market upon approval.

In Cohort 4, 83% (n=58/70) of patients had drug interruptions when taken together. However, while 90% drug interruptions were seen in the QD dose, BID dosing showed 68% drug interruptions, a decrease of 22%. Furthermore, the median days for the first interruption were 19 for QD dosing, while it was 26 days for BID dosing, indicating a longer potential for duration on the potentially approved therapy with BID dosing. Similar trend was seen in the dose reductions as well, where 79% dose reductions were seen in QD dosing and 64% reductions were observed in BID dosing. In our opinion, however, while we are encouraged by the reduced drug interruptions and dose reductions in the BID dosing group compared to the QD group, the overall  interruptions and reductions are still relatively high.

Similar levels of Grade ≥3 TRAEs were observed between the QD and BID dosing levels. The most common treatment related Grade ≥ 3 AEs were rash (30%), stomatitis (19%), diarrhea (14%), paronychia (7%) and pneumonitis (3%). The greatest benefit from the BID dosing was observed in the rash reduction (almost halved), where rashes of Grade ≥3 were seen in 35% in QD dosing compared to 18% in BID dosing.

**FIGURE 12.    Exposure and Safety**

|  | QD (n=48) | BID (n=22) | Total (N=70) |
|---|---|---|---|
| Drug interruption, n (%) | 43 (90%) | 15 (68%) | 58 (83%) |
| Median days to first interruption | 19 | 26 | 23 |
| Dose reduction, n (%) | 38 (79%) | 14 (64%) | 52 (74%) |
| Median days to first reduction | 36 | 33 | 36 |
| Treatment-related AEs (TRAEs), n (%), ≥Grade 3 | 33 (69%) | 15 (68%) | 48 (69%) |
| Grade ≥3 TRAEs of special interest, n (%) |  |  |  |
| Diarrhea | 7 (15%) | 3 (14%) | 10 (14%) |
| **Rash** | **17 (35%)** | **4 (18%)** | **21 (30%)** |
| Stomatitis / Mucosal Inflammation | 10 (21%) | 3 (14%) | 13 (19%) |
| Paronychia | 4 (8%) | 1 (5%) | 5 (7%) |
| Pneumonitis | 1 (2%) | 1 (5%) | 2 (3%) |

Grade 4 TRAEs were reported in 2 patients in the BID cohort (*hypokalemia, hyponatremia*).
MedDRA preferred terms shown.

*Source: Sun S., ESMO TAT 2022 Presentation*

**Data Comparison to Cohort 2 and Cohort 4**

In Figure 12, we compare the HER2 G778 GSP insertion data to the full Cohort 2 and Cohort 4 efficacy data that is submitted to the FDA. As shown, the data in the genetically defined subpopulation is far superior (100% ORR) to the data in either of the cohorts (28% and 41% in Cohort 2 and Cohort 4 respectively). In addition to the ORR, both the DOR (5.3, 8.9 months) and PFS (7.6 and 9.8 months) are significantly longer as well. Given the data we are encouraged by the subgroup analysis and could potentially impact the ODAC panel positively.

**FIGURE 13.    Data Comparison**

| | Cohort 2 | | | Cohort 4 | | |
|---|---|---|---|---|---|---|
| | ESMO 2020 | ESMO 2020 | ESMO 2022 | ESMO TAT 2022 | | ESMO  2022 |
| | As Treated | Evaluable | HER2 G778 GSP insertion | All | Evaluable | HER2 G778 GSP insertion |
| N | 90 | 74 | 7 | 70 | 58 | 7 |
| ORR | 28% | 35% | 100% | 41% | 50% | 100% |
| DCR | 70% | 82% | 100% | 73% | - | 100% |
| DOR months | 5.1 | 5.1 | 5.3 | 5.7 | - | 8.9 |
| Median Follow up of responders in months | 8.3 | 8.3 | - | - | - | - |
| Median time on treatment | 3.7 | 3.7 | - | 4.5 | - | - |
| PFS months | 5.5 | 5.5 | 7.6 | 5.6 | - | 9.8 |

*Source: JMP Securities Analysis*

## Upcoming Milestones

- FDA to host an independent oncologic drug advisory committee (ODAC) meeting to discuss pozi (September 22, 2023).

- Potential approval of pozi in HER2 exon 20 insertion mutant NSCLC ( November 24, 2022).

- Potential to present data at the 2022 ESMO conference demonstrating preliminary high level of activity for poziotinib in patients with a G778_P780dup mutation from Cohort 2 and 4 of the ZENITH20 trial (September 9-13, 2022).

**FIGURE 14.   Spectrum Clinical Pipeline**

| Drug | Indication | Stage |
|------|------------|-------|
| Eflapegrastim | Chemotherapy-Induced Neutropenia (RECOVER, ADVANCE) | Approved |
| | Same-day dosing | Phase 1 |
| | Pediatric patients treated with myelosuppressive chemotherapy | Preclinical |
| Poziotinib | Previously treated EGFR exon 20 insertion mutation positive non-small cell lung cancer (NSCLC) | Deprioritized |
| | Previously treated HER2 exon 20 insertion mutation positive NSCLC | NDA |
| IGN002 (Interferon/CD20 Monoclonal Antibody Fusion Protein) | Refractory Non-Hodgkin Lymphoma (NHL) | Deprioritized |

*Source: JMP Securities LLC, Company filings*

## Valuation

We value biotechnology companies based on the blend of a discounted earnings per share and revenue multiple analysis. First, we evaluate the universe of profitable biotechnology companies and derive a revenue multiple range and EPS multiple range based on how these companies trade in both bear and bull markets. To that end, we have ascertained a range of a 6x-10x revenue multiple and a 24x-30x earnings per share multiple.

Applying a 28x P/E multiple to our probability-adjusted 2027E earnings per share of $0.42 and discounting by 30% over 4.4 periods, we obtain a fair value of $3.68 per share. Applying an 8x revenue multiple to our probability-adjusted 2027E revenues of $253.5MM and discounting by 30% over 4.4 periods, we obtain a $3.25 per share fair value. Averaging the results from these two methods, adding 1Q23E cash per share of ~$0.42, we derive a fair value of $3.88, which we round to $4 (Figure 24).

**FIGURE 15.   Blended Discounted Earnings per Share and Revenue Multiple Analysis**

|  |  | Discount Rate | | | | Discounted Earnings Analysis | |
|---|---|---|---|---|---|---|---|
|  |  | **10%** | **20%** | **30%** |  |  |  |
| P/E Multiple | 24 | $6.57 | $4.48 | $3.16 | Estimated 2027 EPS | | $0.42 |
|  | 26 | $7.12 | $4.86 | $3.42 | Year | | 2023 |
|  | 28 | $7.66 | $5.23 | $3.68 | Periods (years) | | 4.4 |
|  | 30 | $8.21 | $5.61 | $3.94 | Fair value | | **$3.68** |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  | Discounted Revenue Analysis | | |
|  |  |  |  |  | Estimated 2027 Revenues (000s) | $ | 253,472 |
|  |  |  |  |  | Year | | 2023 |
|  |  | **10%** | **20%** | **30%** | Periods (years) | | 4.4 |
| Revenue Multiple | 4 | $3.38 | $2.31 | $1.62 | Shares outstanding (000s): | | 197,467 |
|  | 6 | $5.07 | $3.46 | $2.44 | Fair value | | **$3.25** |
|  | 8 | $6.76 | $4.61 | $3.25 |  |  |  |
|  | 10 | $8.45 | $5.77 | $4.06 | **Average Fair Value Combining Both Methods** | | **$3.46** |
|  | 12 | $10.14 | $6.92 | $4.87 | **Cash/Share** | | **$0.42** |
|  |  |  |  |  | **Average Fair Value Including Cash Per Share** | | **$3.88** |

*Source: JMP Securities LLC*

## Company Description

Spectrum Pharmaceuticals is a biopharmaceutical company based in Irvine, California. The company is focused on acquiring, developing, and commercializing novel, targeted pharmaceuticals in the oncology space. The company has three drugs in development: 1) Rolontis, a novel long-lasting G-CSF for chemotherapy-induced neutropenia; 2) poziotinib, a novel TKI being tested in genetically-defined subpopulations of NSCLC; and 3) anti-CD20-IFN$\alpha$, an antibody-interferon fusion molecule being tested in NHL.

## Investment Risks

Risks to our investment thesis and valuation include clinical development, competitive, regulatory, financial, and sector.

Clinical development risk. Drug development is a risky and capital-intensive endeavor. The majority of drugs that enter clinical development fail to reach the market. Competitive risk. There are other drugs on the market and in development for the indications that Spectrum's programs address. A lack of differentiating clinical data for Spectrum's drugs and/or approval of competitive drugs may adversely impact the sales potential of the company's products.

Regulatory risk. Spectrum, like all other drug development companies, is reliant upon the FDA's pace of evaluating new drugs and the agency's willingness to approve new drugs.

Financial risks. While Spectrum is currently well-funded with cash, cash equivalents, and short-term investments, the company may require additional equity financing in the form of a secondary offering or non-dilutive capital to complete the development and commercialization of its assets.

Sector risk. Valuation of biotechnology stocks is subject to investor assessments of the prospects of the underlying companies and investor tolerance for risk and confidence in the prospects of biotechnology stocks as a group. Therefore, Spectrum's stock price may fall even while the company meets or exceeds investor expectations.

## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Reni J. Benjamin, PhD and Kishore Gangangari, PhD

**JMP Securities Disclosures:**

JMP Securities, a Citizens Company, currently makes a market in the security of Spectrum Pharmaceuticals, Inc.

JMP Securities, a Citizens Company, expects to receive OR intends to seek compensation for investment banking services from Spectrum Pharmaceuticals, Inc. in the next 3 months.

For disclaimer details, please click on link. JMP Disclaimer

For applicable disclosures on companies mentioned in this report, please refer to the JMP Facts and Disclosures page in the report link above.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of September 13, 2022)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 290 | 68.56% | Buy | 290 | 68.56% | 66 | 22.76% |
| MARKET PERFORM | Hold | 107 | 25.30% | Hold | 107 | 25.30% | 21 | 19.63% |
| MARKET UNDERPERFORM | Sell | 0 | 0.00% | Sell | 0 | 0.00% | 0 | 0% |
| COVERAGE IN TRANSITION | | 25 | 5.91% | | 25 | 5.91% | 2 | 8.00% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 423 | 100% | | 423 | 100% | 89 | 21.04% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.



Rating and Price Target History for: Spectrum Pharmaceuticals, Inc. (SPPI) as of 09-12-2022



Created by: BlueMatrix



**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2022. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

## RESEARCH PROFESSIONALS

### FINANCIAL SERVICES

**Alternative Asset Managers**
| | |
|---|---|
| Brian McKenna | (212) 906-3545 |
| Devin Ryan | (212) 906-3578 |

**Commercial Finance (BDCs)**
| | |
|---|---|
| Kevin Fultz, CFA | (415) 835-8962 |
| Devin Ryan | (212) 906-3578 |

**Consumer Finance**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Zachary Oster | (212) 906-3507 |

**Investment Banks & Brokers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |
| Michael W. Falco | (212) 906-3562 |

**Insurance**
| | |
|---|---|
| Matthew J. Carletti | (312) 768-1784 |
| Karol Chmiel, CFA | (312) 768-1786 |
| David Samar | (312) 768-1785 |

**Mortgage & Real Estate Finance**
**Residential Mortgage REITs**
**Mortgage Operating Companies**
| | |
|---|---|
| Steven C. DeLaney | (212) 906-3517 |
| Trevor Cranston, CFA | (415) 869-4431 |
| Mikhail Goberman | (212) 906-3543 |

**Commercial Mortgage REITs**
**Commercial R.E. Finance**
| | |
|---|---|
| Steven C. DeLaney | (212) 906-3517 |
| Chris Muller, CFA | (212) 906-3559 |

**Financial Technology**
**Consumer FinTech**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |
| Michael W. Falco | (212) 906-3562 |
| David Scharf | (415) 835-8942 |
| Zachary Oster | (212) 906-3507 |

**Enterprise FinTech**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |
| Michael W. Falco | (212) 906-3562 |
| Patrick Walravens | (415) 835-8943 |
| Joey Marincek | (415) 869-4418 |

**Digital Assets**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |
| Michael W. Falco | (212) 906-3562 |
| Kevin Fultz, CFA | (415) 835-8962 |

**InsurTech**
| | |
|---|---|
| Matthew J. Carletti | (312) 768-1784 |
| Karol Chmiel, CFA | (312) 768-1786 |
| Andrew Boone, CFA | (415) 835-3902 |
| Matthew Condon, CFA | (617) 235-8502 |

**PaymenTech**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Zachary Oster | (212) 906-3507 |

### HEALTHCARE

**Biotechnology & Biopharma**
| | |
|---|---|
| Reni J. Benjamin, PhD | (212) 906-3529 |
| Kishore Gangangari, PhD | (212) 906-3504 |
| Jason N. Butler, PhD | (212) 906-3505 |
| Jose Lora | (212) 906-3511 |
| Silvan Tuerkcan, PhD | (212) 906-3546 |
| Roy Buchanan, PhD | (212) 906-3509 |
| Jonathan Wolleben | (312) 768-1788 |
| Catherine Okoukoni | (646) 797-5637 |

**Medical Devices & Supplies**
| | |
|---|---|
| David Turkaly | (212) 906-3563 |
| Daniel W. Stauder, CFA | (212) 906-3535 |

### REAL ESTATE

**Equity REITs**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |
| Ryan Treais | (415) 869-4411 |
| Mitchell Germain | (212) 906-3532 |
| Jyoti Yadav | (646) 797-5636 |

**Residential**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |
| Ryan Treais | (415) 869-4411 |

### TECHNOLOGY

**Cybersecurity**
| | |
|---|---|
| Trevor Walsh | (415) 835-3934 |
| Rustam Kanga | (415) 835-3914 |

**Communication Equipment & IT Infrastructure**
| | |
|---|---|
| Erik Suppiger | (415) 835-3918 |

**Internet & Digital Media**
| | |
|---|---|
| Andrew Boone, CFA | (415) 835-3902 |
| Matthew Condon, CFA | (617) 235-8502 |
| Nicholas Jones | (212) 906-3528 |
| Timothy Shubsda | (212) 906-3532 |

**Software**
| | |
|---|---|
| Patrick Walravens | (415) 835-8943 |
| Joe Goodwin | (415) 869-4477 |
| Joey Marincek | (415) 869-4418 |
| Aaron Kimson, CFA | (415) 835-8944 |
| Owen Hobbs | (415) 835-3961 |

### CONSUMER

**Gaming, Online Gaming & Gaming Technology**
| | |
|---|---|
| Jordan Bender | (212) 906-3526 |
| Eric Ross | (646) 797-5635 |

## ADDITIONAL CONTACTS

| | | |
|---|---|---|
| **Thomas R. Wright** | **James O'Day** | **600 Montgomery Street, Suite 1100** |
| **Director of Equities** | **Head of Sales** | San Francisco, CA 94111 |
| (212) 906-3599 | (617) 235-8506 | www.jmpsecurities.com |