# EXHIBIT 20



# Spectrum Pharmaceuticals, Inc. (SPPI)

## FDA's Briefing Document Negative As Expected

**MARKET OUTPERFORM**
Price: $0.66
Price Target: $4.00

**Reni J. Benjamin, PhD**
rbenjamin@jmpsecurities.com
(212) 906-3529

**Kishore Gangangari, PhD**
KGangangari@jmpsecurities.com
(212) 906-3504

## INVESTMENT HIGHLIGHTS

• **We reiterate our Market Outperform rating and price target of $4 for Spectrum Pharmaceuticals based on a discounted earnings per share and revenue multiple analysis.** Yesterday, the FDA released the briefing document (link to full document here) for poziotinib's (pozi) upcoming Oncologic Drugs Advisory Committee (ODAC) Meeting at 9 a.m. on September 22, 2022 (live telecast can be accessed here). Despite the preliminary concerns highlighted by the FDA reviewers, we are cautiously optimistic that there still maybe a way for the company to thread the fine line between the risk/reward benefit and positively influence the advisory committee's recommendation on September 22. With a commercial product launched in the $2.3B G-CSF space, the pozi NDA under review for HER2 exon 20 insertion in NSCLC (PDUFA date of November 24, 2022), and a cash position of $68.0MM, we believe the drop in Spectrum shares yesterday has created a unique investment opportunity with the current valuation ignoring the value of the newly approved Rolvedon as well as eliminating any value for pozi, both of which could provide upside from current levels and minimize downside risk.

**Key Takeaways:**

• **FDA review committee's take**. In the briefing document, the FDA expressed four major concerns: 1) pozi's low overall response rate (ORR) of 28% and minimal duration of response (DOR) of 5.1 months, as compared to newly approved Enhertu; 2) poorly tolerated safety profile at the current proposed dosage (16 mg QD) with 57% of patients experiencing dose reductions and 85% of patients experiencing grade 3-4 adverse events; 3) inadequate dosage optimization throughout the development program; and 4) the confirmatory trial has not enrolled any patients. Based on these concerns, the FDA is inviting the advisory committee to discuss and examine if the benefits of pozi outweigh its risks for patients with NSCLC HER2 exon 20 insertion mutations.

• **Reasons for cautious optimism.** NSCLC harboring HER2 alterations is a distinct molecular subtype and there are no FDA approved therapies specifically targeting the indication. As noted, recently approved Enhertu was provided a fast-track approval in NSCLC with HER2 mutation as a 2L therapy across broad subtypes. Despite the approval, an unmet need exists to advocate for pozi, given no specific treatment options for known genetic subtypes, Enhertu's side effect profile resulting in a black box warning, and IV route of administration. Furthermore, recent data at ESMO 2022 demonstrated an 85.7% ORR (all PRs) in 12/14 evaluable patients with HER2 G778 GSP insertion. Also, pozi's rate of interruptions and dose reductions could potentially be mitigated in patients receiving alternative dosages as demonstrated by data from 8 mg BID dosing. In our opinion, pozi's efficacy is better than other approved 2L oral molecules with safety comparable to second-generation TKIs.

### MARKET DATA

| | |
|---|---|
| Price | $0.66 |
| 52-Week Range: | $0.60 - $2.53 |
| Shares Out. (M): | 175.6 |
| Market Cap ($M): | $115.9 |
| Cash (M): | $68 |
| Cash/Share: | $0.39 |
| Enterprise Value (M): | $114 |
| Float (M): | 140.8 |
| LT Debt (M): | $0 |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $0.0 | $0.0A | $5.4 |
| | 2Q | $0.0 | $0.0A | $6.9 |
| | 3Q | $0.0 | $0.0 | $9.7 |
| | 4Q | $0.0 | $0.3 | $6.9 |
| | **FY** | **$0.0** | **$0.3** | **$28.9** |
| EPS | 1Q | ($0.25) | ($0.09)A | ($0.13) |
| | 2Q | ($0.32) | ($0.17)A | ($0.12) |
| | 3Q | ($0.21) | ($0.15) | ($0.10) |
| | 4Q | ($0.26) | ($0.17) | ($0.12) |
| | **FY** | **($1.02)** | **($0.57)** | **($0.46)** |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE



**FDA concerns in detail**

In the following section, we evaluate each of the FDA's concerns in detail and provide our take on each.

Figure 1 shows the data supporting pozi's NDA. The primary efficacy and safety data are from the 90 patients enrolled in Cohort 2 of the ZENITH20 trial, which enrolled patients with locally advanced or metastatic NSCLC HER2 exon 20 insertion mutations who failed a prior treatment. Ongoing Cohort 5 data with various dosages including 8 mg BID are used to support the primary data. However, the safety data are pooled from multiple cohorts of the study to include 482 patients in total.

**FIGURE 1. Studies Supporting the NDA**

| Study ID/ Status | Patient population | Study design | Poziotinib dosage | Endpoint |
|---|---|---|---|---|
| **Primary efficacy and safety data** | | | | |
| SPI-POZ-202 (ZENITH20) Cohort 2 N=90 Enrollment complete | Locally advanced or metastatic NSCLC with HER2 exon 20 insertion mutations | Non-randomized, activity estimating | 16 mg QD | ORR |
| **Supportive efficacy and safety data** | | | | |
| SPI-POZ-202 Cohort 5 N=118 Ongoing | Locally advanced or metastatic NSCLC with EGFR or HER2 exon 20 insertion mutations | Non-randomized, activity estimating | 16 mg QD (N=22) 8 mg BID (N=18) 12 mg QD (N=23) 6 mg BID (N=20) 10 mg QD (N=35) | ORR |
| **Supportive safety data** | | | | |
| SPI-POZ-202 Cohorts 1, 3, 4, 6, 7 N=253 Ongoing | Locally advanced or metastatic NSCLC with EGFR acquired or activating mutations, EGFR exon 20 insertion mutations, or HER2 exon 20 insertion mutations | Non-randomized, activity estimating | 16 mg QD | ORR |

Source: FDA clinical review

**Table 4: Summary of efficacy and safety populations**

| Analysis Population | Poziotinib Dose | | Overall |
|---|---|---|---|
| | **16 mg daily** | **8 mg BID** | |
| Efficacy | 90 | 0 | 90 |
| Safety | 368 | 114 | 482 |

Source: FDA clinical review

*Source: FDA Briefing Document, 09/20/2022*

**FDA's concern 1: Limited response with poor durability**

Cohort 2 met its primary endpoint and demonstrated an ORR of 27.8% (18.9-38.2% at 95% confidence interval) (Figure 2). The median DOR was 5.1 months, with a median follow up of 8.3 months. The DCR was 70% and the median PFS was 5.5 months. At the 2020 ESMO, it was revealed that limiting the group to the 74 efficacy evaluable patients (as opposed to as-treated patients), the ORR increased to 35.1% and the DCR to 82.4%, although the DOR, PFS, and median time on treatment (3.7 months) were the same.

**FIGURE 2. Efficacy Summary (Cohort 2)**

Table 6: Primary efficacy results from ZENITH20 Cohort 2

| Efficacy parameter | Primary efficacy population N=90 | Prior chemo/IO N=59 |
|---|---|---|
| ORR by BICR, % (95% CI) | 28 (19, 38) | 25 (15, 38) |
| Median DOR, mos. (95% CI) | 5.1 (4.2, 5.5) | 5.1 (3.1, 6.6) |
| % responders with DOR ≥ 6 mos. | 24% | 20% |

Source: FDA statistical review

*Source: FDA Briefing Document, 09/20/2022*

As shown in Figure 3, the FDA compares pozi's efficacy to selected efficacy data from approved therapies. The FDA notes that the agency provided an approval to fam-trastuzumab deruxtecan-nxki (Enhertu) for the treatment of patients with NSCLC whose tumors have activating HER2 (ERBB2) mutations which include the HER2 exon 20 mutations that Spectrum is seeking an approval for. The reported ORR of 58% (95% CI: 43, 71) and a median DOR of 8.7 months (95% CI: 7.1, not estimable [NE]) in 52 patients were reported in patients who received Enhertu 5.4 mg/kg.

Furthermore, the FDA compared some second-line therapies such as single-agent chemotherapy, combinations of chemotherapy including docetaxel and ramucirumab, and anti-PD- 1/PD-L1 therapies if not already received, demonstrating an ORR ranging from 6-23% and a median DOR of ~6 months with chemotherapy and ~16 months with anti-PD-(L)1 therapies.

**FIGURE 3. Selected Efficacy Data from Approved Therapies to Treat 2L NSCLC**

Table 1: Approved therapies for patients with NSCLC in the second-line setting

| Drug | Indication | Selected efficacy results |
|---|---|---|
| **Single agent antibody-drug conjugate** | | |
| Fam-trastuzumab-deruxtecan-nxki* | Unresectable or metastatic NSCLC whose tumors have activating HER2 (ERBB2) mutations and who have received a prior systemic therapy | ORR 58% (95% CI: 43, 71) |
| **Anti-PD-(L)1 therapies** | | |
| Nivolumab | Metastatic NSCLC with progression on or after platinum-based chemotherapy | Squamous NSCLC: ORR 20% (95% CI: 14, 28) Non-squamous NSCLC: ORR 19% (95% CI: 15, 24) |
| Pembrolizumab | Metastatic NSCLC whose tumors express PD-L1 (TPS ≥1%) as determined by an FDA-approved test, with disease progression on or after platinum-containing chemotherapy. | ORR 19% (95% CI: 15, 23) |
| Atezolizumab | Metastatic NSCLC with disease progression during or following platinum-containing chemotherapy | ORR 14% (95% CI: 11, 17) |
| **Single agent chemotherapy** | | |
| Docetaxel | Locally advanced or metastatic NSCLC after platinum therapy failure | ORR 6% (95% CI: 2.3, 11.3) |
| Pemetrexed | Locally advanced or metastatic non-squamous NSCLC after prior chemotherapy | ORR 9% (95% CI: 6, 13) |
| **Combination chemotherapy** | | |
| Docetaxel plus ramucirumab | Metastatic NSCLC with disease progression on or after platinum-based chemotherapy | ORR 23% (95% CI: 20, 26) |

Source: FDA clinical review. *Fam-trastuzumab-deruxtecan-nxki is under accelerated approval and therefore not considered available therapy per FDA Guidance for Industry: Expedited Programs for Serious Conditions- Drugs and Biologics, May 2014

*Source: FDA Briefing Document, 09/20/2022*

**JMP's take on efficacy.** Enhertu's efficacy is impressive, in our view. However, the FDA in its analysis does not mention the black box label on Enhertu's label, with warnings of the risk of interstitial lung disease (ILD) and pneumonitis, including fatal cases (ILD in 12% breast and NSCLC patients on the study, 1% fatal) that were reported during the trial. Furthermore, by the virtue of being an ADC, Enhertu is not devoid of severe AEs. Neutropenia was observed in 65% of breast cancer and NSCLC patients of which 16% were Grade 3 or 4 (febrile neutropenia in 1.1%) and left ventricular ejection fraction (LVEF) decrease was reported in 3.6% of patients, of which 0.4% were Grade 3. The safety profile of Enhertu in NSCLC alone is shown in Figure 4.

Furthermore, Enhertu is a biologic and needs an intravenous administration as opposed to pozi's oral route of administration. Also, given Enhertu's efficacy, we see a potential for pozi to be utilized in later line therapies, potentially after Enhertu failure.

**FIGURE 4. Enhertu Safety Profile in NSCLC**

Table 9: Common Adverse Reactions (≥10% All Grades or ≥2% Grades 3 or 4) in Patients with Unresectable or Metastatic HER2-Mutant NSCLC in DESTINY-Lung02

| Adverse Reactions | ENHERTU 5.4 mg/kg N=101 | |
| --- | --- | --- |
| | All Grades % | Grades 3 or 4 % |
| **Gastrointestinal Disorders** | | |
| Nausea | 61 | 3.0 |
| Constipation | 31 | 1.0 |
| Vomiting[a] | 26 | 2.0 |
| Diarrhea | 19 | 1.0 |
| Stomatitis[b] | 12 | 0 |
| **Blood and Lymphatic System Disorders** | | |
| Anemia | 34 | 10 |
| **General Disorders and Administration Site Conditions** | | |
| Fatigue[c] | 32 | 4.0 |
| **Metabolism and Nutrition Disorders** | | |
| Decreased appetite | 30 | 1.0 |
| **Skin and Subcutaneous Tissue Disorders** | | |
| Alopecia | 21 | 0 |
| **Musculoskeletal and Connective Tissue Disorders** | | |
| Musculoskeletal pain[d] | 15 | 1.0 |

Events were graded using NCI CTCAE version 5.0.
a Including vomiting and retching
b including mucosal inflammation and stomatitis
c Including asthenia, fatigue, and malaise
d Including back pain, musculoskeletal stiffness, musculoskeletal chest pain, arthralgia, musculoskeletal pain, myalgia, and pain in extremity

*Source: Modified from Enhertu FDA Label*

With respect to the other comparative therapies shown in Figure 3, firstly we notice that none of those therapies are indicated for HER2 exon 20 mutations, and furthermore the ORRs are all lower than that of pozi. Similarly, no other recently approved therapy in NSCLC (Figure 5) with long DORs is approved in HER2 EGFR exon 20 mutations.

**FIGURE 5.  Selected Efficacy Data from Approved Therapies in NSCLC**

| Drug name | Target | ORR (%) (95% CI) | mDOR (mos.) (95% CI) | Year of approval |
| --- | --- | --- | --- | --- |
| Fam-trastuzumab deruxtecan-nxki | HER2 | 58 (43, 71) | 8.7 (7.1, NE) | 2022 |
| Mobocertinib | EGFR exon 20 insertion | 28 (20, 37) | 17.5 (7.4, 20.3) | 2021 |
| Amivantamab | EGFR exon 20 insertion | 40 (25, 51) | 11.1 (6.9, NE) | 2021 |
| Sotorasib | KRAS G12C | 36 (28, 45) | 10 (1.3, 11.1) | 2021 |
| Selpercatinib | RET | 64 (54, 73) | 17.5 (12, NE) | 2020 |
| Lorlatinib | ALK | 48 (42, 55) | 12.5 (8.4, 23.7) | 2018 |
| Osimertinib | EGFR T790M | 59 (54, 64) | NR | 2015 |

*Source: FDA Briefing Document, 09/20/2022*

Finally as shown in Figure 6, we compare pozi's data presented at ESMO 2022 in HER2 G778 GSP insertion data with the full Cohort 2 and Cohort 4 efficacy data that are submitted to the FDA. As shown, the data in the genetically defined subpopulation is far superior (85.7% ORR (all PRs) in 12/14 evaluable) to the data in either of the cohorts (28% and 41% in Cohort 2 and Cohort 4, respectively). In addition to the ORR, both the DOR (5.3, 8.9 months) and PFS (7.6 and 9.8 months) are significantly longer as well. Given the data, we are encouraged by the subgroup analysis that could potentially impact the ODAC panel positively.

### FIGURE 6. Poziotinib Data Comparison

| | Cohort 2 | | | Cohort 4 | | |
|---|---|---|---|---|---|---|
| | ESMO 2020 | ESMO 2020 | ESMO 2022 | ESMO TAT 2022 | | ESMO 2022 |
| | As Treated | Evaluable | HER2 G778 GSP Insertion | All | Evaluable | HER2 G778 GSP Insertion |
| N | 90 | 74 | 7 | 70 | 58 | 7 |
| ORR | 28% | 35% | 100% | 41% | 50% | 71.4% |
| DCR | 70% | 82% | 100% | 73% | - | 71.4% |
| DOR months | 5.1 | 5.1 | 5.3 | 5.7 | | 8.9 |
| Median Follow up of responders in months | 8.3 | 8.3 | - | - | - | - |
| Median time on treatment | 3.7 | 3.7 | - | 4.5 | - | - |
| PFS months | 5.5 | 5.5 | 7.6 | 5.6 | | 9.8 |

*Source: JMP Securities Analysis*

**FDA's concern 2: Poor tolerability at the proposed dosage**

The FDA noted that pozi's current 16 mg dosage was associated with a high rate of Grade 3-4 AEs, SAEs, and AEs leading to treatment interruption and dose reduction (Figure 7). The most common AEs were diarrhea, mucositis, and rash contributed to the high incidence of interruption and dose reductions. Additionally, the FDA pointed to three fatal events of ILD/pneumonitis at the 16 mg QD dosage and one fatal event of ILD/pneumonitis at the 8 mg BID dosage.

### FIGURE 7. Poziotinib Safety Review by the FDA

Table 9: Overall summary of safety

| Safety parameter, % | ZENITH20 16 mg QD (N=368) | ZENITH20 8 mg BID (n=114) |
|---|---|---|
| All-causality AEs | | |
| Grade 3-4 | 79 | 68 |
| Grade 5 | 7 | 1.8 |
| SAEs | 42 | 34 |
| AEs leading to treatment interruption | 83 | 58 |
| AEs leading to dose reduction | 57 | 33 |
| AEs leading to treatment discontinuation | 18 | 18 |

Source: FDA clinical review; adae.jmp

*Source: FDA Briefing Document, 09/20/2022*

**JMP's take on pozi's tolerability**

Firstly, while acknowledging the AEs with pozi, we would like to remind the investors that the overall toxicity profile was similar to those of other second-generation EGFR-targeting TKIs with rash and diarrhea as the most common TRAEs, and lower % of the patients discontinuing due to AEs. The dose reductions and interruptions previously discussed suggest that the 16 mg QD dosing regimen is not tolerated well enough by patients. Consequently, we view the company's efforts to minimize AEs via more aggressive steroid use and an 8 mg BID dose as key to unlocking pozi's potential and improving outcomes for patients.

We are further encouraged by the comparative safety data, and we reiterate that BID dosing would potentially help pozi succeed in the market upon approval (Figure 8). In Cohort 4, 83% (n=58/70) of patients had drug interruptions when taken together (QD+BID). However, while 90% drug interruptions were seen in the QD dose, BID dosing showed 68% drug interruptions, a decrease of 22%.

Similar levels of Grade ≥3 TRAEs were observed between the QD and BID dosing levels. The most common treatment related Grade ≥ 3 AEs were rash (30%), stomatitis (19%), diarrhea (14%), paronychia (7%) and pneumonitis (3%). The greatest benefit from the BID dosing was observed in the rash reduction (almost halved), where rashes of Grade ≥3 were seen in 35% in QD dosing compared to 18% in BID dosing.

### FIGURE 8. Exposure and Safety

| | QD (n=48) | BID (n=22) | Total (N=70) |
|---|---|---|---|
| Drug interruption, n (%) | 43 (90%) | 15 (68%) | 58 (83%) |
| Median days to first interruption | 19 | 26 | 23 |
| Dose reduction, n (%) | 38 (79%) | 14 (64%) | 52 (74%) |
| Median days to first reduction | 36 | 33 | 36 |
| Treatment-related AEs (TRAEs), n (%), ≥Grade 3 | 33 (69%) | 15 (68%) | 48 (69%) |
| Grade ≥3 TRAEs of special interest, n (%) | | | |
| Diarrhea | 7 (15%) | 3 (14%) | 10 (14%) |
| **Rash** | **17 (35%)** | **4 (18%)** | **21 (30%)** |
| Stomatitis / Mucosal Inflammation | 10 (21%) | 3 (14%) | 13 (19%) |
| Paronychia | 4 (8%) | 1 (5%) | 5 (7%) |
| Pneumonitis | 1 (2%) | 1 (5%) | 2 (3%) |

Grade 4 TRAEs were reported in 2 patients in the BID cohort (*hypokalemia, hyponatremia*).
MedDRA preferred terms shown.

*Source: Sun S., ESMO TAT 2022 Presentation*

Furthermore, the median days for the first interruption were 19 for QD dosing, while it was 26 days for BID dosing, indicating a longer potential for duration on the potentially approved therapy with BID dosing. Similar trend was seen in the dose reductions as well, where 79% dose reductions were seen in QD dosing and 64% reductions were observed in BID dosing. In our opinion, while we are encouraged by the reduced drug interruptions and dose reductions in the BID dosing group compared to the QD group, the overall interruptions and reductions are still relatively high.

 
**FDA's concern 3 (and 4). Inadequate dose optimization and potential delays in data for dose optimization due to delays in enrolling confirmatory trials.**

Spectrum analyzed various dosing levels for pozi during the clinical trials that led to disparate doses being investigated in a single-arm study for accelerated approval. Given multiple doses, the FDA expressed a concern that the 16 mg QD dose appeared to be inadequately optimized for both the efficacy and safety.

The FDA analyzed the exposure-response (E-R) data and concluded that the while the efficacy levels were corelated with the maximum blood concentrations at the steady state (Cmax,ss) of pozi, the efficacy was relatively flat over the average blood concentrations at the steady state (Cave,ss). Furthermore, the Cave,ss were correlated with the safety profile. The results indicate that, based on the data available, it cannot be clearly determined if one dose was better than the other, specifically, if 16 mg QD is the most appropriate dosage for treatment. The FDA noted that there is not enough data submitted to the FDA based on which the FDA could conclude if an alternative dosage can maintain efficacy while mitigating toxicities. However, with the evolving data from Cohort 5 and future data from the confirmatory trial, there is potential to prove if the alternative doses may improve the tolerability of the drug while providing similar efficacy.

Given the requirement of a confirmatory trial to generate additional data to support an accelerated approval, Spectrum initiated a randomized confirmatory trial following discussions with the FDA. The PINNACLE trial will enroll 268 previously treated NSCLC patients with HER2 exon 20 insertion mutations, randomized 2:1. The trial is a global multi-center trial with 100-150 sites across 20 countries and will investigate 8 mg pozi BID versus 75 mg/m$^2$ docetaxel administered every three weeks (Q3W). Patients will be evaluated at week six and every six weeks thereafter. Notably, after treatment, patients can cross over into the pozi arm.

The FDA expressed concern that given that there were no patients enrolled in the study as of July 28, 2022 and the results not being anticipated until 2026 (no interim assessment is required), it would be difficult to assess if the right dosage form is chosen for both the accelerated approval and the confirmatory trial.

**JMP's take on inadequate dosing**

The FDA's concerns are fully valid with respect to the dosage and the study design to conclusively determine the appropriate dose which balances the efficacy and safety of pozi.

While the PK/PD data appear inconclusive to determine the appropriate dosage to improve safety while maintaining efficacy, we believe that the trial results shown above demonstrate that the 8 mg BID dose appears to improve the safety profile of pozi while not affecting the efficacy in patients.

Lastly, we are aware that HER2 exon 20 patients are rare, representing only 2-4% of all metastatic NSCLC patients. Given such rarity, the initial recruitment is expected to be difficult. We look forward to the ODAC panel meeting and potential recruitment updates from Spectrum to see if there have been any recruitments in August and September, 2022. Spectrum estimates to enroll two patients per month for the first year, and eight patients per month thereafter, resulting in a primary analysis 47 months after study initiation in 2026. If the company was able to enroll at least four patients in the past two months, we would consider that a success, alleviating the FDA's concerns over study enrollment.

## Upcoming Milestones

- Potential approval of pozi in HER2 exon 20 insertion mutant NSCLC ( November 24, 2022).

- Quarterly sales updates for efla (3Q22, 4Q22).

### FIGURE 9.  Spectrum Clinical Pipeline

| Drug | Indication | Stage |
|---|---|---|
| Eflapegrastim | Chemotherapy-Induced Neutropenia (RECOVER, ADVANCE) | Approved |
| | Same-day dosing | Phase 1 |
| | Pediatric patients treated with myelosuppressive chemotherapy | Preclinical |
| Poziotinib | Previously treated EGFR exon 20 insertion mutation positive non-small cell lung cancer (NSCLC) | Deprioritized |
| | Previously treated HER2 exon 20 insertion mutation positive NSCLC | NDA |
| IGN002 (Interferon/CD20 Monoclonal Antibody Fusion Protein) | Refractory Non-Hodgkin Lymphoma (NHL) | Deprioritized |

Source: JMP Securities LLC, Company filings

## Valuation

We value biotechnology companies based on the blend of a discounted earnings per share and revenue multiple analysis. First, we evaluate the universe of profitable biotechnology companies and derive a revenue multiple range and EPS multiple range based on how these companies trade in both bear and bull markets. To that end, we have ascertained a range of a 6-10x revenue multiple and a 24-30x earnings per share multiple.

Applying a 28x P/E multiple to our probability-adjusted 2027E earnings per share of $0.42 and discounting by 30% over 4.4 periods, we obtain a fair value of $3.68 per share. Applying an 8x revenue multiple to our probability-adjusted 2027E revenues of $253.5MM and discounting by 30% over 4.4 periods, we obtain a $3.25 per share fair value. Averaging the results from these two methods, adding 1Q23E cash per share of ~$0.42, we derive a fair value of $3.88, which we round to $4 (Figure 10).

**FIGURE 10.    Blended Discounted Earnings per Share and Revenue Multiple Analysis**

|  |  | Discount Rate | | | Discounted Earnings Analysis | | |
|---|---|---|---|---|---|---|---|
|  |  | **10%** | **20%** | **30%** |  |  |  |
| **P/E Multiple** | 24 | $6.57 | $4.48 | $3.16 | Estimated 2027 EPS |  | $0.42 |
|  | 26 | $7.12 | $4.86 | $3.42 | Year |  | 2023 |
|  | 28 | $7.66 | $5.23 | $3.68 | Periods (years) |  | 4.4 |
|  | 30 | $8.21 | $5.61 | $3.94 | Fair value |  | **$3.68** |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  | Discounted Revenue Analysis | | |
|  |  |  |  |  | Estimated 2027 Revenues (000s) | $ | 253,472 |
|  |  |  |  |  | Year |  | 2023 |
| **Revenue Multiple** |  | **10%** | **20%** | **30%** | Periods (years) |  | 4.4 |
|  | 4 | $3.38 | $2.31 | $1.62 | Shares outstanding (000s): |  | 197,467 |
|  | 6 | $5.07 | $3.46 | $2.44 | Fair value |  | **$3.25** |
|  | 8 | $6.76 | $4.61 | $3.25 |  |  |  |
|  | 10 | $8.45 | $5.77 | $4.06 | **Average Fair Value Combining Both Methods** |  | **$3.46** |
|  | 12 | $10.14 | $6.92 | $4.87 | **Cash/Share** |  | **$0.42** |
|  |  |  |  |  | **Average Fair Value Including Cash Per Share** |  | **$3.88** |

*Source: JMP Securities LLC*

## Company Description

Spectrum Pharmaceuticals is a biopharmaceutical company based in Irvine, California. The company is focused on acquiring, developing, and commercializing novel, targeted pharmaceuticals in the oncology space. The company has three drugs in development: 1) Rolontis, a novel long-lasting G-CSF for chemotherapy-induced neutropenia; 2) poziotinib, a novel TKI being tested in genetically-defined subpopulations of NSCLC; and 3) anti-CD20-IFN$\alpha$, an antibody-interferon fusion molecule being tested in NHL.

## Investment Risks

Risks to our investment thesis and valuation include clinical development, competitive, regulatory, financial, and sector.

Clinical development risk. Drug development is a risky and capital-intensive endeavor. The majority of drugs that enter clinical development fail to reach the market. Competitive risk. There are other drugs on the market and in development for the indications that Spectrum's programs address. A lack of differentiating clinical data for Spectrum's drugs and/or approval of competitive drugs may adversely impact the sales potential of the company's products.

Regulatory risk. Spectrum, like all other drug development companies, is reliant upon the FDA's pace of evaluating new drugs and the agency's willingness to approve new drugs.

Financial risks. While Spectrum is currently well-funded with cash, cash equivalents, and short-term investments, the company may require additional equity financing in the form of a secondary offering or non-dilutive capital to complete the development and commercialization of its assets.

Sector risk. Valuation of biotechnology stocks is subject to investor assessments of the prospects of the underlying companies and investor tolerance for risk and confidence in the prospects of biotechnology stocks as a group. Therefore, Spectrum's stock price may fall even while the company meets or exceeds investor expectations.

![JMP A CITIZENS COMPANY]

## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Reni J. Benjamin, PhD and Kishore Gangangari, PhD

**JMP Securities Disclosures:**

JMP Securities, a Citizens Company, currently makes a market in the security of Spectrum Pharmaceuticals, Inc.

JMP Securities, a Citizens Company, expects to receive OR intends to seek compensation for investment banking services from Spectrum Pharmaceuticals, Inc. in the next 3 months.

For disclaimer details, please click on link. JMP Disclaimer

For applicable disclosures on companies mentioned in this report, please refer to the JMP Facts and Disclosures page in the report link above.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of September 21, 2022)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 294 | 69.01% | Buy | 294 | 69.01% | 69 | 23.47% |
| MARKET PERFORM | Hold | 107 | 25.12% | Hold | 107 | 25.12% | 21 | 19.63% |
| MARKET UNDERPERFORM | Sell | 0 | 0.00% | Sell | 0 | 0.00% | 0 | 0% |
| COVERAGE IN TRANSITION | | 25 | 5.87% | | 25 | 5.87% | 2 | 8.00% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 426 | 100% | | 426 | 100% | 92 | 21.60% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.



Rating and Price Target History for: Spectrum Pharmaceuticals, Inc. (SPPI) as of 09-20-2022

Created by: BlueMatrix



**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2022. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.



Spectrum Pharmaceuticals, Inc. (SPPI)

**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

## RESEARCH PROFESSIONALS

### FINANCIAL SERVICES

**Alternative Asset Managers**
| | |
|---|---|
| Brian McKenna | (212) 906-3545 |
| Devin Ryan | (212) 906-3578 |

**Commercial Finance (BDCs)**
| | |
|---|---|
| Kevin Fultz, CFA | (415) 835-8962 |
| Devin Ryan | (212) 906-3578 |

**Consumer Finance**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Zachary Oster | (212) 906-3507 |

**Investment Banks & Brokers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |
| Michael W. Falco | (212) 906-3562 |

**Insurance**
| | |
|---|---|
| Matthew J. Carletti | (312) 768-1784 |
| Karol Chmiel, CFA | (312) 768-1786 |
| David Samar | (312) 768-1785 |

**Mortgage & Real Estate Finance**
**Residential Mortgage REITs**
**Mortgage Operating Companies**
| | |
|---|---|
| Steven C. DeLaney | (212) 906-3517 |
| Trevor Cranston, CFA | (415) 869-4431 |
| Mikhail Goberman | (212) 906-3543 |

**Commercial Mortgage REITs**
**Commercial R.E. Finance**
| | |
|---|---|
| Steven C. DeLaney | (212) 906-3517 |
| Chris Muller, CFA | (212) 906-3559 |

**Financial Technology**
**Consumer FinTech**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |
| Michael W. Falco | (212) 906-3562 |
| David Scharf | (415) 835-8942 |
| Zachary Oster | (212) 906-3507 |

**Enterprise FinTech**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |
| Michael W. Falco | (212) 906-3562 |
| Patrick Walravens | (415) 835-8943 |
| Joey Marincek | (415) 869-4418 |

**Digital Assets**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |
| Michael W. Falco | (212) 906-3562 |
| Kevin Fultz, CFA | (415) 835-8962 |

**InsurTech**
| | |
|---|---|
| Matthew J. Carletti | (312) 768-1784 |
| Karol Chmiel, CFA | (312) 768-1786 |
| Andrew Boone, CFA | (415) 835-3902 |
| Matthew Condon, CFA | (617) 235-8502 |

**PaymenTech**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Zachary Oster | (212) 906-3507 |

### HEALTHCARE

**Biotechnology & Biopharma**
| | |
|---|---|
| Reni J. Benjamin, PhD | (212) 906-3529 |
| Kishore Gangangari, PhD | (212) 906-3504 |
| Jason N. Butler, PhD | (212) 906-3505 |
| Jose Lora | (212) 906-3511 |
| Silvan Tuerkcan, PhD | (212) 906-3546 |
| Roy Buchanan, PhD | (212) 906-3509 |
| Jonathan Wolleben | (312) 768-1788 |
| Catherine Okoukoni | (646) 797-5637 |

**Medical Devices & Supplies**
| | |
|---|---|
| David Turkaly | (212) 906-3563 |
| Daniel W. Stauder, CFA | (212) 906-3535 |

### REAL ESTATE

**Equity REITs**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |
| Ryan Treais | (415) 869-4411 |
| Mitchell Germain | (212) 906-3532 |
| Jyoti Yadav | (646) 797-5636 |

**Residential**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |
| Ryan Treais | (415) 869-4411 |

### TECHNOLOGY

**Cybersecurity**
| | |
|---|---|
| Trevor Walsh | (415) 835-3934 |
| Rustam Kanga | (415) 835-3914 |

**Communication Equipment & IT Infrastructure**
| | |
|---|---|
| Erik Suppiger | (415) 835-3918 |

**Internet & Digital Media**
| | |
|---|---|
| Andrew Boone, CFA | (415) 835-3902 |
| Matthew Condon, CFA | (617) 235-8502 |
| Nicholas Jones | (212) 906-3528 |
| Timothy Shubsda | (212) 906-3532 |

**Software**
| | |
|---|---|
| Patrick Walravens | (415) 835-8943 |
| Joe Goodwin | (415) 869-4477 |
| Joey Marincek | (415) 869-4418 |
| Aaron Kimson, CFA | (415) 835-8944 |
| Owen Hobbs | (415) 835-3961 |

### CONSUMER

**Gaming, Online Gaming & Gaming Technology**
| | |
|---|---|
| Jordan Bender | (212) 906-3526 |
| Eric Ross | (646) 797-5635 |

## ADDITIONAL CONTACTS

| | | |
|---|---|---|
| **Thomas R. Wright** | **James O'Day** | **600 Montgomery Street, Suite 1100** |
| **Director of Equities** | **Head of Sales** | San Francisco, CA 94111 |
| (212) 906-3599 | (617) 235-8506 | www.jmpsecurities.com |