# EXHIBIT 21

*16-Jun-2022*

# SPECTRUM PHARMACEUTICALS INC

*JMP Securities Life Sciences Conference*

# CORPORATE PARTICIPANTS

Unverified Participant

Thomas J. Riga
*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Francois J. Lebel
*Executive Vice President & Chief Medical Officer*

*Spectrum Pharmaceuticals, Inc.*

# MANAGEMENT DISCUSSION SECTION

Unverified Participant

Excellent. Welcome, everyone to the second day at the JMP Securities Life Sciences Conference. It's my pleasure to welcome Spectrum Pharmaceuticals. Spectrum is one of our favorite and unique names. It's a company that's on the of becoming commercial stage company. Here to tell us about the company, Tom Riga, who is the new CEO; and then Francois Lebel, the CMO, is here as well on the stage.

# QUESTION AND ANSWER SECTION

Unverified Participant                                                                                    Q

And as you know, our format is typically to chat two to five minutes about the company. But besides providing an overview of Spectrum, you're a new CEO, Tom. We'd love to also know why you took the job.

Thomas J. Riga                                                                                            A
*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Delivered by Intelligize. Copyright © 2023 FactSet Research Systems Inc. All rights reserved.

Yes. It's great to be hear live in New York at JMP. So, I'll say a little bit about Spectrum and why I ultimately took the position of CEO of the company. So, we're a small clinical-stage biotech company, who is on the cusp of actually not one, but two FDA approvals with action dates in the next five months. Pretty unprecedented. In my 25 years of experience, I haven't had that opportunity. We have one product that's under a Fast Track designation and accelerated approval pathway for lung cancer. And another resubmitted BLA for – it's a long-acting G-CSF to enter a really exciting market. So, we have a team of passionate professionals who focus our time and energy on addressing unmet needs in cancer. And we're really enthusiastic about what's coming here later this year as pivot from just a clinical-stage company to commercial aspects of launching these products to patients in need.

So, why I took the job and why I'm excited about this company is, having watched it prior to joining and being in the company prior to taking the job is success is not streamlined. And I'm intimate with the realities both for the company and the development aspects of what  look like. And I think we find ourselves in a very advantageous position to have two action dates coming, to ultimately bring these products into patients, to reward our staff for the exhausted efforts of getting us to this point, and our shareholders that are staying with us.

So, I think when I look at the company, one is about the assets and two is about the fundamentals. And why I took the job , given the macro environment of the biotechnology field right now, I think it's really important to be disciplined in the decisions that you make, because cash is king right now. So, we've spent time on the fundamentals of our business. We reorganized the company earlier in January. We've made strategic choices to really prioritize the assets that we have in front of FDA today and look to bolster our partnerships and collaborations.

So for example, we're at the investigator level for our PMR, whether it be our collaborators with places like MD Anderson, we really strengthen those partnerships. And I think look no further than the place where the two assets that we have originated, which is from Hanmi Pharmaceuticals. I think their excellent development engine really was the founder of these assets. And now to have the opportunity to bring them to fruition, we really wanted to strengthen that partnership, and we have. So we have – the Hanmi has made a direct investment into the company. We've renegotiated our supply and license agreements for the assets that will set us up for success post-approval. We even have the Head of Strategy of our partner company now on our board.

So, we've made changes to both our executive leadership team, welcoming a new CFO, as well as to our Board of Directors to really streamline the company to focus on ultimately gaining approval to two really important assets for not only the company, but for the cancer community. And we're really enthusiastic about the back half of the year.

---

### Unverified Participant                                                                    Q

I think one of the things that you had mentioned when we previously talked was you didn't just come into this blind. You were previously at the company.

---

### Thomas J. Riga                                                                             A
*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Yeah.

---

### Unverified Participant                                                                    Q

You have to remind us what your previous position was. And then when you were offered the position, you didn't just sign at the dotted line, you went to visit Hanmi, you spent time with them ultimately before making the decision, right?

---

### Thomas J. Riga                                                                             A
*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Delivered by Intelligize. Copyright © 2023 FactSet Research Systems Inc. All rights reserved.

Yeah. I think being measured and being – making that decision is not one I took lightly. But once that decision's made, you look at the decision calculus and you take it on enthusiastically. I not only went to Korea to meet with our partner, I also traveled to Houston to meet with MD Anderson, met with KOLs to just really look at where we've been and what has been the track of the assets, and what is the probability of success of ultimately getting them to the finish line. And I think at the end of that decision, it was clear to me, in my 25 years of doing this, it is a pretty unprecedented opportunity to both get the NDA and BLA submitted and resubmitted, accepted by FDA, working through the regulatory process and ultimately preparing to commercialize puts us in a really good spot.

### Unverified Participant                                                                          Q

So, before we talk about the products individually, let's talk just in general how are you preparing for what could be not one, but two launches right at the end of this year. Tell us a little bit about the sales force? Do you need two separate sales teams, or is there sufficient overlap? Do you only start hiring aggressively once the approvals are in hand? How should we be thinking about it?

### Thomas J. Riga                                                                                   A
*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Yeah. So first, it's a challenge that we accept with open arms, pending FDA approvals, having two approvals within a few months of each other is a challenge, but it's one that we accept willingly. And our preparation efforts have been pretty exhaustive, and we're ready to commercialize the products. We have a really seasoned and talented core commercial leadership team that has spent the time to study both of these spaces. And as I evaluate the ecosystem of oncology as it aggregates where clinics and practices and hospitals are aggregating, centralized decision making is happening more regularly, and I do believe there is a post-COVID kind of lingering effect of access in those issues. So, I think where that comes out ultimately is there is an efficiency of how you can commercialize these programs. And we intend to use both data, analytics and our seasoned team to really launch both products with one sales force, because we think we can ultimately achieve our goals under one group.

### Unverified Participant                                                                          Q

And just in terms of size, in terms of when they are hired or are they already on board?

### Thomas J. Riga                                                                                   A
*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

So, we – when we reorganized in January, we reduced the size of the company by 30%. Our efforts to continue to optimize both our cash runway as well as our workforce focused on our development assets, that work continues. But despite those efforts, we maintained a core leadership infrastructure that's scalable. So the way we're looking at this is, as we will launch the product with the team that we have today. And we will look to add as we get into the launch and get further into the regulatory process.

### Unverified Participant                                                                          Q

So let's dive into it.

### Thomas J. Riga                                                                                   A
*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Sure.

### Unverified Participant                                                                          Q

Delivered by Intelligize. Copyright © 2023 FactSet Research Systems Inc. All rights reserved.

Efla, as I call it, it's – you had one bite at the apple. It's the second bite at the apple. The first time, you got the response from the FDA. No issues with the clinical trial design at all, but it was more on the manufacturing side. You guys could just kind of take us through, have all the boxes been checked, the T's crossed, the I's dotted? How confident are you? And then maybe in a bigger picture perspective too, can you talk us through the G-CSF market right now, because we have biosimilars, we have – it's quite complicated, right? So how does this come in and fit it?

## Thomas J. Riga                                                                    A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Yeah, let's take those one at a time. I think first is kind of historical perspective. So two large Phase 3 studies of over 600 patients, non-inferiority, head to head against the innovator product Neulasta was the basis of the filing. And to your point, the initial time that was reviewed by the FDA exhaustively. And safety and efficacy of that product has been vetted quite extensively.

To your point, there was a CRL specific to the drug substance facility in Korea. That's ultimately our partner Hanmi at their bio plant. So, the gating item to approval is ultimately passing that PAI. So first thing's first, we want to make sure that we get the product over the finish line and get it approved. So we haven't announced the specific date of the inspection, but we do confirm and we do believe that the September 9 date will stand. And to our knowledge, FDA is conducting inspections in Korea, and we're obviously looking forward to that event. So, there's been a lot of exhaustive efforts to remediate the Form 483 observations. But at the end of the day, that facility has the pass for us to gain the approval, and we're looking forward to that opportunity and expect an action date on September 9. So I think that's first thing's first.

I think when we talk about the G-CSF market, that's something I grew up with throughout my career. I've spent a lot of time in supportive care. So, we study that pretty exhaustively, still sits at a $2 billion market independent of biosimilar penetration. If you look at that space, the innovator still holds about 60% of the market and the biosimilars are holding at about 40%. We believe that having a novel non-biosimilar product, it will be the first novel product in over 20 years, offers some advantages to enable us to compete not only with the biosimilar, but also with the innovative products. So we're looking at the landscape across the board as an opportunity for us to offer a compelling value proposition.

So, when you mentioned the biosimilars, they are inevitably tied at the access and reimbursement level to the innovator product, which – that's a challenge we're not going to face. We will have the unilateral ability to price, to discount, to navigate the market independently because of being an – because we are a novel product. So that market has been pretty consistent at about 1.1 million units annually across the United States, split out into three specific segments of the business. That's clinic, 340B hospitals as well as non-340B hospitals. And we've really spent a lot of time studying the drivers of decision making, which are different in each of those functional areas, and believe we have a compelling value proposition for each of them when we marry our profile on our offering against the drivers of what ultimately we see as the decision access of how they make their choice.

## Unverified Participant                                                           Q

And when we – when investors are trying to get a good sense of this, I mean, the fact that the innovator product is still at 60% is quite amazing. But if we try to figure out what's the bottom line, sort of, revenues for sales that one could be getting right with a new product coming in, you would look at the biosimilars, I guess, right? And then, it'll probably be upside from there. Is that a fair way to kind of look at it or would you look at it differently?

## Thomas J. Riga                                                                    A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

So this – the way the – because the biosimilars in this particular market, it's behaving different than I think many would have expected on the outset. So, of the biosimilars that have entered the market, essentially only two have garnered relevant share, and the others really have not. So, when you look at the makeup of that 40%, two are capturing the lion's share of it. And when we evaluate how they approach the market independently, the successful brands have treated it just as a brand. So, you would expect if it was more of a generic model, it would be just a price decline and a price game to the bottom, where I think what we're seeing more is the complete offering, the biosimilars that have made the strategic choice to treat it as a brand and offer customers what you would expect as a true brand, whether it's patient support materials, whether it's customer facing representatives, how they contract with the group purchasing organizations, those that have treated it as such have found much more success than those who have not. And I think when we approach this market as a branded product that is novel, I think our formula should garner some success.

Delivered by Intelligize. Copyright © 2023 FactSet Research Systems Inc. All rights reserved.

## Unverified Participant                                                                Q

Got it. Once this gets approved, just as we think about the commercial strategy as well as reimbursements, right, I mean, that's probably the key right there. What can you tell us in terms of – and how those discussions might be going right now and ultimately where it'll settle out?

## Thomas J. Riga                                                                         A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Yeah. So I think when you talk about the reimbursement dynamic, it's ever changing, right. You've got the group purchasing organization, you've got the end user, you've got the third party payers. I think value based care is a big topic within the space today. And how you fit and how you navigate your offerings to really choose and be disciplined about who your ultimate customers is a really important choice. So we've spent a lot of time in preparation efforts to evaluate what are the tailored contracts that are being effective within the market, what are the payers ultimately expect when they see it. Do you choose to play in some of those areas and say no to others? And how do you ultimately address the drivers of the people making those decisions? Because as I look at and our team looks at the G-CSF market, we are seeing that customers more and more are being faced with using multiple growth vectors within their individual businesses, given each of the different stakeholders and how that's derived. So when you see multiple products being utilized under one roof, we see that as an opportunity, because there is a place for you to carve out your spot to ultimately be successful with the asset. And that's what we intend to do.

## Unverified Participant                                                                Q

Got it. And then, we also have – switching gears to your NDA...

## Thomas J. Riga                                                                         A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Yeah.

## Unverified Participant                                                                Q

...poziotinib. I look at the space and we spoke with a doc yesterday, key opinion leader, who's in kind of like the Phase 1 unit trials here at Mount Sinai. There's a lot of different questions, right, within this HER2 exon 20 insertion mutant space in non-small cell lung cancer. We have a proxy of that with the EGFR space, right, in there, one can say there – they're somewhat relative or related. To kind of take us through the value proposition here with poziotinib, it seems quite unique, doesn't seem like there are any competitors, although people have been trying to use their EGFR inhibitors for the HER2 mutant as well. But you guys are quite unique. Maybe just take us through what you think is the real value proposition?

## Thomas J. Riga                                                                         A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Yeah. I think there's a -it's just right side of the brain and left side of the brain when you go from supportive care to therapeutic oncology, and specifically into the arena of oncogenic driver mutations within non-small cell lung cancer. So, we believe that poziotinib offers a unique benefit in the HER2 exon 20 insertion mutation space, where there is currently no approved treatments for that specific mutation today.

So, to your point, there are EGFR exon 20 insertion mutation products that have not panned out well in the HER2 space. And when we look at this particular mutation, HER2 represents about 4% of lung cancer. Exon 20 insertion mutations are a subset of that about 2.3% of non-small cell lung cancer. And that is a really difficult to treat mutation. And in a place where poziotinib has demonstrated efficacy in the second line previously treated population with that specific mutation, which is where the NDA is under active review with FDA.

Delivered by Intelligize. Copyright © 2023 FactSet Research Systems Inc. All rights reserved.

So there are products in development in HER2. There is an ADC that's currently under development by Daiichi. There are some earlier stage products, but as we look at the HER2 exon 20 insertion mutation space, we believe that poziotinib has the potential to be the first indicated specifically for exon 20, which when you think about what the prognosis for that particular population is, it's pretty grim. And I think solutions are needed. So having products one and potentially two products that could potentially offer those patients a solution in the next coming months is pretty exciting.

And when you talk about analogs, that prevalence, if you look whether it be ALK or you look at EGFR, I do think there are analogs within similar patient prevalence numbers that one could look at and see why we're enthusiastic about what that product could ultimately mean for first patients, but ultimately for a spectrum, our employees and our shareholders.

## Unverified Participant                                                        Q

So, poziotinib, typically when we talk about it invokes certain responses from investors and like, one, is, of course, the toxicity profile, which you guys are actually have learned through your clinical development that changing up the dosing a little bit seems to improve that considerably. As you're thinking about that, how do you implement that potentially into the label? Or is this something where the label kind of comes out the way it is based on the current dosing and that subsequently needs to get modified for ?

## Thomas J. Riga                                                               A
*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Well, let's ask the good doctor to engage in this one. I think it's a great question.

## Francois J. Lebel                                                            A
*Executive Vice President & Chief Medical Officer*

*Spectrum Pharmaceuticals, Inc.*

Yeah. So you're right, there is some toxicity. But as a physician for more than 30 years and – in general, drugs that work have toxicity. And in the class of tyrosine kinase inhibitor, the toxicity you see manifested with which is typical of the class. You will see rash, stomatitis, paranoiaca. And actually, there's a point a number of years ago when people identified early in the development of the class, they said that if you don't get the rash, the drug won't work. And so this is important. It's what's called on target toxicity. It means when you get the rash, it means you're blocking the class, the HER receptor.

And the question and the key things that you have to do is find the sweet spot between getting the best toxicity profile, meaning you can control it and the best efficacy. And that's called a therapeutic index. And that's why we spend some time by changing dosing, going to BID and exploring many dose between 0.5 milligrams a day to 32 milligram. So we really look and explore a large array of dose to try to fine tune that.

So, we landed for the PMR on 8 milligrams BID, which we think gives us the best profile. And that results in roughly 30% of the rash is reduced. The other component I want to talk about is on-target toxicity, this is very important. This is not idiosyncratic toxicity, meaning when the physician speaks to the patient, right, and says, we're going to give you this drug either in a trial or eventually, if it's approved, you want to be able to tell the patient what to expect, and you can tell them what to expect and you tell them what you're going to do, if they get those toxicities.

And poziotinib is beautiful from that side, that it's very predictable what you're going to get. And you know exactly and the clinician know exactly what to do when that occurs. So for us, that's very, very important. It makes it manageable. So that's key. When you have a drug for a bad disease, you want to make sure the patient understand it's manageable and you going to get and achieve the result you want.

There's other drug and sometimes they have off-target toxicity, and that's much harder because you have to tell that to the patient. If I give you this drug, we could end up with this or that. And we're not exactly sure how we're going to manage that, but we'll be there with you. So we think that's the advantage. We're not going to deny there's some toxicity, but we think it's really manageable and we think that's quite important.

## Unverified Participant                                                        Q

And I guess one other thing is the number of patients. You mentioned a couple of statistics there. We were again talking with some KOLs and they feel that it's a pretty rare patient population.

## Thomas J. Riga                                                               A

Delivered by Intelligize. Copyright © 2023 FactSet Research Systems Inc. All rights reserved.

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Yeah.

**Unverified Participant**                                                    Q

But just like we were discussing beforehand, it kind of depends on where you fit in terms of seeing patients. Are you a Phase 1 unit trial investigator who only gets the worst of the worst and you might not see or you somebody who sees patients. So I'd love to just get a sense as to how you're viewing that patient market.

**Thomas J. Riga**                                                            A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Commercially?

**Unverified Participant**                                                    Q

Yes.

**Thomas J. Riga**                                                            A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

So, I think the approach commercially with patient population that is as rare as something that we're talking about here requires some deep analytics and partnerships with NGS testing companies as well as other claims data that helps you really understand where the population exists. And I think as testing rates continue to elevate both within the community and they're typically mainstay within academic centers, that helps you identify where to spend your time, energy and resources. And I think a key component to how we will approach commercializing an asset that has a population with that type of prevalence.

So, I think it's making sure that there's awareness, being advocates for testing rates and ultimately educating the ultimate end user on the solution because today there isn't one. Today, there is currently no drug approved. So when they get their NGS test and they see the platform of mutations, having HER2 be called out within that population will be important. And I do think that's an advantage of having hopefully two products ultimately in that space will increase both testing rates and awareness.

**Unverified Participant**                                                    Q

Is this something that you might have to develop your own sort of diagnostic forward? Or you could work with like a Foundation Medicine or is it almost automatic where, you know what, right now, it's kind of grouped with all other mutations. But as soon as this is approved, they know how to kind of separate it out?

**Thomas J. Riga**                                                            A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

So, I think there's two things there. One is regulatory and the other is commercial. From a regulatory standpoint, we have a companion diagnostic that gets submitted with our NDA that we've partnered with Thermo Fisher, which is a tissue based companion diagnostic. But ultimately, once the products are commercialized, whether it be academic centers who have their own NGS platform or they're using, whether it be Foundation, Guardant, Caris, there's a number of players within the space that give those offerings that platform would then have that mutation indicated on their platform.

**Unverified Participant**                                                    Q

Delivered by Intelligize. Copyright © 2023 FactSet Research Systems Inc. All rights reserved.

Okay. Sort of in the last, call it, 30 seconds or so that we have left, one, ex-US opportunities, how are you thinking about it for both products? And then two, obviously, we know the two key drivers for 2022. That's like pretty well spelled out. We know the date on or before, but what is the cash position and what's the runway for that with that cash position?

## Thomas J. Riga                                                                                    A

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

So, let me try to hit all three of those. I think ex-US, I think it's a very different question depending on the brand. So, if we're talking about Efla, the G-CSF, that's already launched in Korea by our partner. We don't have rights for that product in Korea, China or Japan, but we see that as a – the initial start is a US focus, and I think that's going to be where our attention goes. With poziotinib, we see that as much more of a global opportunity, where we have rights everywhere in the world with the exception of Korea and China. And those discussions for partnerships are actively underway. But our focus is clearly gaining US approval. So I think that's how we see that.

As it relates to cash position, we finished the first quarter at $89.2 million, just under $90 million of cash in marketable securities. I think that gets us through the regulatory events, and it gets us into 2023. So we find ourselves in a pretty good spot as it relates there. And then I think to your point of what's to come in the back half of the year, I think there's really three dates that are important. I think one is September 9. That's the action date for efla. There's an ODAC meeting for poziotinib on September 22 or September 23, and then ultimately November 24 is the action date for poziotinib. So I think those three dates are going to be very important as we look to the back half of the year. And we're enthusiastic about what's to come.

## Unverified Participant

Excellent. Well, thank you guys very much for coming. And really appreciate it.

## Thomas J. Riga

*President, Chief Executive Officer & Director*

*Spectrum Pharmaceuticals, Inc.*

Thanks.

## Francois J. Lebel

*Executive Vice President & Chief Medical Officer*

*Spectrum Pharmaceuticals, Inc.*

Thank you.

Delivered by Intelligize. Copyright © 2023 FactSet Research Systems Inc. All rights reserved.