UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>Defendants. | ECF CASE<br><br>Civil Case No.: 1:22-cv-10292 (VEC)<br><br>Consolidated With:<br><br>1:22-cv-10677 (VEC)<br>1:23-cv-00767 (VEC) |

### DECLARATION OF JAMES J. BEHA II

JAMES J. BEHA II hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1.      I am a partner at the law firm Baker Botts L.L.P., and I am counsel to Defendants Spectrum Pharmaceuticals, Inc., Thomas, J. Riga, Francois J. Lebel, and Nora E. Brennan in the above-captioned matter.

2.      I am an attorney admitted to practice law in the State of New York, and am admitted to practice in this Court.

3.      I am over 21 years of age and otherwise competent to make this declaration.  My statements herein are based on my personal knowledge.

4.      Attached hereto as **Exhibit 24** is a true and correct copy of Spectrum Pharmaceuticals, Inc.'s May 17, 2022 Earnings Call Transcript.

2

5.      Attached hereto as **Exhibit 25** is a true and correct copy of the Hearing Transcript for a Meeting of the U.S. Food and Drug Administration's Oncologic Drugs Advisory Committee, dated September 22, 2022.

6.      Attached hereto as **Exhibit 26** is a true and correct copy of the Jefferies Financial Group Inc. Analyst Report concerning Spectrum Pharmaceuticals, Inc., dated May 13, 2022.

7.      Attached hereto as **Exhibit 27** is a true and correct copy of Spectrum Pharmaceuticals, Inc.'s Form 4's for Thomas J. Riga, dated March 16, 2022 and June 23, 2022.

Executed this 6th day of October, 2023       */s/ James J. Beha II*
                        James J. Beha II