# EXHIBIT 26

# Jefferies

**EQUITY RESEARCH**
Spectrum Pharmaceuticals, Inc. (SPPI)

## Spectrum Pharmaceuticals

# 1Q: Ph.III Design and Adcom Update for Pozi; 2 Potential Launches By 2023

May 13, 2022

## Key Takeaway

**SPPI 1Q press release revealed scheduled adcom (in Sept'22) ahead of pozi's Nov 24th PDUFA. Co thinks the adcom could focus on optimal dosing; also, the co disclosed the confirmatory ph.III design for pozi (8mg BID; n=268; 2:1 vs docetaxel) in HER2 mut 2L NSCLC -- co says they have started trial (nothing on CT.gov yet) w/ 100+ sites planned. SPPI also has 9/9/22 PDUFA for eflapegrastim for neutropenia/CIN, <u>making it possible for SPPI to have 2 launches by 2023.</u>**

**Pozi will have an oncologic drugs advisory committee (ODAC or 'adcom') meeting Sep 22-23rd prior to their 11/24/22 PDUFA; co thinks dosing will be basis of discussions.** We believe the ODAC discussion could lead to recommendations on how to weigh SPPI's different dosing data and potentially what should ultimately go into the label for the drug; recall, for dosing, SPPI has data in cohort 4 (note here) and cohort 5 (note here) demonstrating better dose intensity/fewer AEs w/ 8mg BID vs 16mg QD.

**SPPI's 1Q also announced alignment w/ FDA on confirmatory ph.III (n=268; 2:1 vs docetaxel) design, which will assess pozi 8mg BID in 2L HER2 exon20 NSCLC w/ primary endpt mPFS; the confirmatory study is an important moving part, b/c FDA has iterated the importance of having the confirmatory trial 'substantially enrolled' by the time of approval.** We suspect FDA could be simply gauging enrollment in the confirmatory, or it is possible FDA may want to incorporate blinded/unblinded safety/efficacy data into their final decision in Nov'22.

**SPPI believes their cohort 2 16mg QD dosing data (basis for accelerated approval path; note here) would be sufficient to stand on its own for approval (we expect to be base-case scenario); however, given pozi's better overall profile w/ 8mg BID and FDA aim to optimize dose selection, we suspect FDA would 'ideally' like to determine if 8mg BID is 'the best' dose prior to launch.** It is not entirely clear how much the 8mg BID data that SPPI currently has or how much the new data SPPI _will get_ from the confirmatory will influence adcom and FDA decision-making.

**For the pozi ph.III, it seems like co decided to go w/ 2L study vs 1L, in part, due to easier enrollment and clear/attainable bar w/ docetaxel (also won't compete w/ Enhertu ph.III in 1L HER2 mut).** Co said pts will likely have received plat chemo +/- CPI depending on region, and could have received other "experimental" tx, including Enhertu, which has an expected 3Q22 PDUFA, likely prior to SPPI's ODAC (note here). Though not much docetaxel data in HER2mut pt pop, co sees mPFS as likely ≤4mos; study is powered 95% to see two-sided p<0.05 for mPFS difference. Futility analysis to be performed too (# events/timing unknown).

**W/ eflapegrastim PDUFA 9/9/22, SPPI is looking at 2 potential approvals by 2023 -- co is prepping for launch but seem open to partnering.** Co talked about CIN mkt; they feel good about competing, given novel long-acting G-CSF MOA vs other biosimilars.

### Estimate Change

USA | Biotechnology

| | |
|---|---|
| RATING | **BUY** |
| PRICE | $0.75^ |
| MARKET CAP | $127.3M |
| PRICE TARGET (PT) | $7.00 |
| UPSIDE SCENARIO PT | $24.00 |
| DOWNSIDE SCENARIO PT | $0.50 |

^Prior trading day's closing price unless otherwise noted.

**FY Dec**

| USD | 2020A | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| EPS | (1.29) | (1.02) | ↑(0.62) | ↑0.00 |
| _Prev._ | | | _(0.74)_ | _(0.07)_ |

Maury Raycroft, Ph.D. *
Equity Analyst
(212) 323-3990
mraycroft@jefferies.com

Kevin Strang, Ph.D. *
Equity Associate
(212) 284-8128
kstrang@jefferies.com

Farzin Haque, Ph.D. *
Equity Associate
+1 (212) 778-8349
fhaque@jefferies.com

Chloe Maulloo, Ph.D. *
Equity Associate
+1 (212) 323-3373
cmaulloo@jefferies.com

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 6 to 11 of this report.**

* Jefferies LLC / Jefferies Research Services, LLC

# Jefferies

**Financials:** $89.2M cash (into 2023); OpEx $14.1M (one-time; vs our $28.3M). **Model changes:** adjusted expenses; **PT** stays $7.

**Up next: 9/9/22** eflapegrastim PDUFA; **Sept'22** adcom for pozi in 2L+ HER2 exon20 NSCLC; **11/24/22** PDUFA for 2L HER2 exon20 mut NSCLC.

---

# Jefferies

**EQUITY RESEARCH**
**Spectrum Pharmaceuticals, Inc. (SPPI)**

## SPECTRUM PHARMACEUTICALS (SPPI)

| Estimates | | | | |
|---|---|---|---|---|
| **USD** | **2020A** | **2021A** | **2022E** | **2023E** |
| Rev. (MM) | 0.0 | 0.0 | 3.5 | 187.3 |
| *Previous* | | | | |
| Consensus EPS | - | - | ↑ (0.63) | ↓ (0.19) |
| *Previous* | | | (0.66) | (0.11) |
| EPS | | | | |
| Q1 | (0.36) | (0.25) | ↑ (0.09)A | - |
| *Previous* | | | *(0.18)* | |
| Q2 | (0.28) | (0.32) | ↑ 0.18 | - |
| *Previous* | | | *(0.20)* | |
| Q3 | (0.37) | (0.21) | ↑ (0.15) | - |
| *Previous* | | | *(0.16)* | |
| Q4 | (0.29) | (0.26) | ↑ (0.19) | - |
| *Previous* | | | *(0.20)* | |
| FY Dec | (1.29) | (1.02) | ↑ (0.62) | ↑ 0.00 |
| *Previous* | | | *(0.74)* | *(0.07)* |

| Valuation | | | | |
|---|---|---|---|---|
| | **2020A** | **2021A** | **2022E** | **2023E** |
| P/Rev | | | 36.4x | 0.7x |

| Market Data | |
|---|---|
| 52-Week Range: | $4.54 - $0.60 |
| ADV MM (USD) | 1.53 |
| Float (%) | 93.9% |

| Financial Summary | |
|---|---|
| Long-Term Debt (MM) | NA |
| Cash & ST Invest. (MM) | $89.2 |

## The Long View

### Scenarios

#### Base Case

- SPPI pushes forward with response to Rolontis CRL, and FDA eventually approves drug w/ commercialization/launch late in 2022.
- Pozi filing and PDUFA goes well in 2L HER2 exon20 NSCLC, w/ confirmatory trial enrolling on pace.
- Cohort 6 (Tagrisso failures) succeeds w/ potential for a niche oppty for pozi.
- SPPI potentially sells/partners poziotinib.
- Price Target: $7 (blends DCF & EPS multiple).

#### Upside Scenario

- Talks w/ FDA lead to support an accelerated approval path for cohort 4.
- Pozi combo w/ KRAS G12Ci yields promising data and moves quickly into clinic.
- Rolontis's uptake is better than expected.
- Price Target: $24 (using a blend of DCF & EPS multiple).

#### Downside Scenario

- Rolontis runs into a manufacturing/regulatory roadblock and is not approved.
- FDA asks for additional studies for 2L HER2 exon20 NSCLC or confirmatory trial is not enrolled substantially enough, and pozi is not approved by PDUFA date.
- Safety/efficacy concerns for pozi in additional ZENITH20 cohorts.
- Price Target: $0.50 (using a blend of DCF & EPS multiple).

### Investment Thesis / Where We Differ

- SPPI has a derisked asset, rolontis, that has demonstrated non-inferiority to Neulasta in chemo-induced neutropenia and can potentially capture even a small fraction of the >$4B Neulasta mkt.
- Management has extensive experience at AMGN, with valuable understanding of Neulasta, bringing commercial know-how and relevant channel relationships for rolontis.
- Poziotinib is a targeted-oncology agent that has shown activity and could succeed in an ongoing multicohort trial.
- The company recently in-licensed IO assets/platform that broaden pipeline diversity and potential.

### Catalysts

- **9/9/22** Eflapegrastim PDUFA
- **Sept'22** Adcom for pozi in 2L+ HER2 exon20 NSCLC
- **11/24/22** PDUFA for 2L HER2 exon20 mut NSCLC.

---

May 13, 2022

Please see important disclosure information on pages 6 - 11 of this report.

# Jefferies

## Milestones and Pipeline

| Milestones | Product | Event | Timeline |
|---|---|---|---|
| | Poziotinib | PDUFA for 2L HER2 exon20 mut NSCLC | 11/24/2022 |
| | | Adcom (ODAC) | 9/22-9/23, 2022 |
| | Eflapegrastim | PDUFA | 9/9/2022 |

| Pipeline | Product | Indication(s) | Status |
|---|---|---|---|
| | Poziotonib | EGFR/HER2  Exon 20 insertion mutation + locally adv or met NSCLC | NDA filed |
| | Eflapegrastim | Chemotherapy-induced neutropenia (ADVANCE & RECOVER) | NDA filed |
| | | Chemotherapy-induced neutropenia same-day dosing in breast cancer | Phase I |
| | anti-CD20-IFNa | NHL (including DLBCL) | Phase I |

Source: Company reports; Jefferies estimates

---

Please see important disclosure information on pages 6 - 11 of this report.



## INCOME STATEMENT

| Spectrum Pharmaceuticals, Inc. | 2021A | 2022 1QA | 2QE | 3QE | 4QE | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (In Millions $, except per share data) | | | | | | | | | | | | | | | | |
| **Revenues** | | | | | | | | | | | | | | | | |
| Legacy pipeline revenues | | | | | | | | | | | | | | | | |
| Rolontis | $0.0 | - | - | - | 2.5 | $2.5 | $128.1 | $238.3 | $317.6 | $367.7 | $406.4 | $427.1 | $447.6 | $455.2 | $450.2 | $445.6 |
| Poziotinib | - | - | - | - | 1.0 | $1.0 | $59.2 | $91.4 | $113.1 | $145.8 | $174.2 | $204.1 | $223.9 | $242.9 | $235.6 | $220.8 |
| Other Revenues | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenues** | $0.0 | $0.0 | $0.0 | $0.0 | $3.5 | $3.5 | $187.3 | $329.7 | $430.7 | $513.4 | $580.6 | $631.2 | $671.5 | $698.1 | $685.8 | $666.5 |
| **Operating Expenses** | | | | | | | | | | | | | | | | |
| COGS | $0.0 | - | - | - | $0.5 | $0.5 | $28.1 | $49.4 | $64.6 | $77.0 | $87.1 | $94.7 | $100.7 | $104.7 | $102.9 | $100.0 |
| *% of revenue* | | | | | *15%* | *15%* | *15%* | *15%* | *15%* | *15%* | *15%* | *15%* | *15%* | *15%* | *15%* | *15%* |
| R&D | 87.297 | $4.2 | $16.9 | $17.1 | $17.2 | $55.39 | $58.2 | $63.98 | $70.4 | $77.4 | $85.2 | $93.7 | $103.0 | $113.3 | $124.7 | $137.1 |
| SG&A | 60.406 | $9.9 | $12.3 | $12.7 | $18.4 | $53.3 | $93.2 | $102.5 | $112.8 | $118.4 | $124.4 | $127.5 | $130.7 | $133.9 | $137.3 | $140.7 |
| Amortization of intangibles | 0.000 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Operating expenses** | $147.7 | $14.1 | $29.2 | $29.8 | $36.1 | $109.2 | $179.5 | $216.0 | $247.8 | $272.9 | $296.6 | $315.8 | $334.4 | $352.0 | $364.8 | $377.8 |
| **Net Operating Income (Expense)** | ($147.7) | ($14.1) | ($29.2) | ($29.8) | ($32.6) | ($105.7) | $7.8 | $113.7 | $182.9 | $240.6 | $284.0 | $315.4 | $337.1 | $346.1 | $321.0 | $288.6 |
| **Other Income (Expense)** | | | | | | | | | | | | | | | | |
| Interest income | 1.7 | 0.0 | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest expense | $0.16 | 0.0 | - | - | - | $0.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other expense, net | ($10.9) | ($1.3) | ($4.0) | $3.2 | ($5.3) | ($7.4) | ($7.4) | ($7.4) | ($7.4) | ($7.4) | ($7.4) | ($7.4) | ($7.4) | ($7.4) | ($7.4) | ($7.4) |
| **Total Other Income (Expense)** | ($10.7) | ($1.3) | ($4.0) | $3.2 | ($5.3) | ($7.4) | ($7.4) | ($7.4) | ($7.4) | ($7.4) | ($7.4) | ($7.4) | ($7.4) | ($7.4) | ($7.4) | ($7.4) |
| Income before taxes | ($158.4) | ($15.4) | ($33.2) | ($26.6) | ($37.9) | ($113.11) | $0.4 | $106.3 | $175.5 | $233.2 | $276.6 | $308.0 | $329.7 | $338.7 | $313.6 | $281.2 |
| Taxes | $0.00 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.1 | $22.3 | $36.9 | $49.0 | $58.1 | $64.7 | $69.2 | $71.1 | $65.8 | $59.1 |
| *Tax Rate* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *21%* | *21%* | *21%* | *21%* | *21%* | *21%* | *21%* | *21%* | *21%* | *21%* |
| Income from discontinued ops (net of tax) | ($0.2) | (0.0) | - | - | - | ($0.0) | | | | | | | | | | |
| **Net Income (Loss)** | ($158.6) | ($15.44) | ($33.20) | ($26.60) | ($37.93) | ($113.1) | $0.3 | $83.9 | $138.6 | $184.2 | $218.5 | $243.3 | $260.5 | $267.6 | $247.7 | $222.2 |
| **Basic EPS** | (1.02) | (0.09) | (0.18) | (0.15) | (0.19) | (0.62) | 0.00 | 0.40 | 0.66 | 0.88 | 1.03 | 1.15 | 1.22 | 1.25 | 1.15 | 1.03 |
| Shares outstanding (Basic) | 154.9 | 169.7 | 180.1 | 180.3 | 194.9 | 181.3 | 195.9 | 196.9 | 197.9 | 198.9 | 199.9 | 200.9 | 201.9 | 202.9 | 203.9 | 204.9 |
| Shares outstanding (Diluted) | 168.4 | 181.2 | 191.6 | 191.8 | 206.4 | 192.8 | 207.4 | 208.4 | 209.4 | 210.4 | 211.4 | 212.4 | 213.4 | 214.4 | 215.4 | 216.4 |

Source: Company reports; Jefferies estimate

# Jefferies

## Company Description

**Spectrum Pharmaceuticals**

Spectrum Pharmaceuticals is a biotechnology company focused on developing and commercializing hematology and oncology drugs. SPPI has an established commercial franchise of six niche hematology/oncology products: Fusilev, Folotyn, Beleodaq, Zevalin, Marqibo, and Evomela. The key pipeline assets are rolontis, a long-lasting G-CSF for the treatment of chemotherapy-induced neutropenia (two positive Ph. IIIs reported); poziotinib (currently in Ph. II studies in metastatic breast cancer sponsored by SPPI and Hanmi and Exon 20 NSCLC at the MD Anderson Cancer Center and by SPPI); and Qapzola for bladder cancer (in Ph. III).

## Company Valuation/Risks

**Spectrum Pharmaceuticals**

Our $7 price target blends DCF and probability-adjusted EPS. Risks include lack of efficacy, toxicity, commercial delays, regulatory, and competition.

## Analyst Certification:

I, Maury Raycroft, Ph.D., certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Kevin Strang, Ph.D., certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Farzin Haque, Ph.D., certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Chloe Maulloo, Ph.D., certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

(Article 3(1)e and Article 7 of MAR)

| | |
|---|---|
| Recommendation Completion | May 13, 2022 , 09:47 ET. |
| Recommendation Distributed | May 13, 2022 , 09:47 ET. |

## Company Specific Disclosures

Jefferies Group LLC makes a market in the securities or ADRs of Spectrum Pharmaceuticals, Inc.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus



20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

<u>**Jefferies Franchise Picks**</u>

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

# Jefferies

EQUITY RESEARCH
Spectrum Pharmaceuticals, Inc. (SPPI)



**Rating and Price Target History for: Spectrum Pharmaceuticals, Inc. (SPPI) as of 05-12-2022**

| 12/27/2019 BUY:$13.00 | 03/04/2020 BUY:$14.00 | 05/11/2020 BUY:$13.00 | 08/11/2020 BUY:$15.00 | 03/31/2021 BUY:$14.00 | 05/14/2021 BUY:$12.00 |

| 08/13/2021 BUY:$8.00 | 03/18/2022 BUY:$7.00 |

**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

Legend:

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

## Distribution of Ratings

| Distribution of Ratings | | | | | | |
|---|---|---|---|---|---|---|
| | | | IB Serv./Past12 Mos. | | JIL Mkt Serv./Past12 Mos. | |
| | Count | Percent | Count | Percent | Count | Percent |
| BUY | 1994 | 62.57% | 135 | 6.77% | 28 | 1.40% |
| HOLD | 1064 | 33.39% | 21 | 1.97% | 2 | 0.19% |
| UNDERPERFORM | 129 | 4.05% | 0 | 0.00% | 0 | 0.00% |



**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Germany:** Jefferies GmbH, which is authorized and regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht, BaFin-ID: 10150151; registered office: Bockenheimer Landstr. 24, 60232 Frankfurt a.M., Germany; telephone: +49 (0) 69 719 1870

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East), Mumbai 400 051, India; Tel +91 22 4356 6000.

**Australia:** Jefferies (Australia) Securities Pty Limited (ACN 610 977 074), which holds an Australian financial services license (AFSL 487263) and is located at Level 22, 60 Martin Place, Sydney NSW 2000; telephone +61 2 9364 2800.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies GmbH, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and/or Jefferies GmbH and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL and Jefferies GmbH allows its analysts to undertake private consultancy work. JIL and Jefferies GmbH's conflicts management policy sets out the arrangements JIL and Jefferies GmbH employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL, Jefferies GmbH and their affiliates, may make a market or provide liquidity in the

May 13, 2022
Please see important disclosure information on pages 6 - 11 of this report.

9



financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act 2001 (Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report is issued and/or approved for distribution by, or on behalf of, Jefferies (Australia) Securities Pty Ltd. It is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Corporations Act"), in connection with their consideration of any investment or investment service that is the subject of this report. This report may contain general financial product advice. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs.

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

May 13, 2022

Please see important disclosure information on pages 6 - 11 of this report.

10



This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities. This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2022 Jefferies Group LLC