UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STEVEN B. CHRISTIANSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>Defendants. | Case No. 1:22-cv-10292 (VEC) (Consolidated) |

## JOINT STIPULATION OF DISMISSAL OF ITEM 303 CLAIMS

Lead Plaintiff Steven B. Christiansen and Defendants Spectrum Pharmaceuticals, Inc. ("Spectrum"), Thomas J. Riga ("Riga"), Francois J. Lebel ("Lebel"), and Nora Brennan ("Brennan") (the "Parties") stipulate as follows:

1. Lead Plaintiff's Consolidated Class Action Complaint (ECF No. 67) ("Complaint") asserts claims against Spectrum, Riga, Lebel, and Brennan under Section 10(b) of the Securities Exchange Act of 1934 ("Section 10(b)") and SEC Rule 10b-5 ("Rule 10b-5"), and claims under Section 20(a) against Riga, Lebel and Brennan.

2. Paragraphs 135 and 147 of the Complaint allege claims based on alleged omissions from the management discussion and analysis ("MD&A") sections of Spectrum's Form 10-Q filings of information allegedly subject to a duty to disclose under Item 303 of SEC Regulation S-K ("Item 303"). *See* Compl. ¶¶135, 147.

3. In its January 23, 2024 Opinion and Order, the Court found that because Defendants did not move to dismiss the Complaint as to statements contained in the MD&A sections of

Spectrum's Form 10-Qs, the Court dismissed "any claim against Brennan other than those based on the MD&A sections of Spectrum's" Form 10-Qs, i.e., the Item 303 claims. *See* ECF No. 91 at 33 n.30, 34.

4.  After the Court issued its January 23, 2024 Opinion and Order, the United States Supreme Court held that omissions' claims cannot support a claim under the Exchange Act: "[t]he failure to disclose information required by Item 303 can support a Rule 10b–5(b) claim only if the omission renders affirmative statements made misleading." *See Macquarie Infrastructure Corp. v. Moab Partners, L.P.*, 601 U.S. 257, 265 (2024).

5.  In light of the Supreme Court's decision in *Macquarie Infrastructure Corp. v. Moab Partners, L.P.*, the Parties agree that (i) Lead Plaintiff's Item 303 claims against Spectrum, Riga and Lebel should be dismissed without prejudice and (ii) Lead Plaintiff's Item 303 claims against Brennan should be dismissed with prejudice.

Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate that:

A.  Claims in the above-captioned consolidated action (the "Action") against Defendants Spectrum, Riga, and Lebel based on or arising from any alleged violation of Item 303 alleged in paragraphs 135 and 147 of the Complaint are hereby dismissed without prejudice.

B.  All remaining claims in the Action against Brennan are hereby dismissed with prejudice.

C.  Nothing in this stipulation should be construed in any way to affect the remaining claims alleged against Spectrum, Riga or Lebel in the Complaint and that were sustained by the Court's January 23, 2024 Opinion and Order.

D.      Each party shall bear its own attorneys' fees, costs, and expenses with respect to any claims subject to this stipulation

E.      Brennan has no claims or causes of action against Lead Plaintiff or Lead Counsel relating to the claims alleged or that could have been alleged against her in the Action, and agrees not to assert any claims or causes of action against Lead Plaintiff or Lead Counsel relating to the assertion of any claims alleged against her.

Dated: June 3, 2024

**KAPLAN FOX & KILSHEIMER LLP**
*/s/ Jeffrey P. Campisi*

Jeffrey P. Campisi
800 Third Avenue, 38th Floor
New York, NY 10022
T: (212) 687-1980
F: (212) 687-7714
jcampisi@kaplanfox.com

*Lead Counsel for Lead Plaintiff Steven B.*
*Christiansen and the Proposed Class*

**BAKER BOTTS LLP**
*/s/ James J. Beha II*

James J. Beha II
30 Rockefeller Plaza
New York, NY 10112
T: (212) 408-2500
F: (212) 259-2510
jim.beha@bakerbotts.com

*Counsel for Defendants Spectrum*
*Pharmaceuticals, Inc., Francois J.*
*Lebel, and Thomas J. Riga*

3