October 15, 2024

<u>**VIA ECF**</u>
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:    *Christiansen v. Spectrum Pharmaceuticals, Inc.*,
              **1:22-cv-10292-VEC (S.D.N.Y.)**

Dear Judge Caproni:

      We represent the parties in the above-captioned matter. Pursuant to the Court's order dated February 15, 2024, we write to provide the Court with a joint status update. *See* ECF No. 98. Since our last update to the Court, defendants have produced additional documents in response to lead plaintiff's request for production.

                                                    Respectfully submitted,

<u>*/s/ Jeffrey P. Campisi*</u>                    <u>*/s/ James J. Beha II*</u>

Jeffrey P. Campisi                         James J. Beha II
Kaplan Fox & Kilsheimer LLP        Baker Botts LLP

*Counsel for Lead Plaintiff Steven B.*     *Counsel for Defendants Spectrum*
*Christiansen*                                *Pharmaceuticals, Inc., Francois J. Lebel, and*
                                             *Thomas J. Riga*

cc: All counsel of record (by ECF)