UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, and FRANCOIS J. LEBEL,<br><br>Defendants. | Case No. 1:22-cv-10292 (VEC)<br><br>Consolidated with:<br>Case No. 1:22-cv-10677 (VEC);<br>Case No. 1:23-cv-00767 (VEC)<br><br>Related to: 1:24-cv-08138 (VEC) |

**NOTICE OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES AND APPOINTMENT OF CLASS COUNSEL**

PLEASE TAKE NOTICE that Lead Plaintiff Steven B. Christiansen and additional plaintiff Nisar Sami Ayoub ("Plaintiffs") hereby move this Court for an Order: (1) certifying this action to proceed as a class action pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure; (2) appointing Plaintiffs as Class Representatives; and (3) appointing Kaplan Fox & Kilsheimer LLP as Class Counsel.

In support of this motion, Plaintiffs submit the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel, and Declaration of Jeffrey P. Campisi in Support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel and the exhibits attached thereto, dated October 30, 2024. Plaintiffs also submit herewith a proposed form of the order.

Dated: October 30, 2024

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

*/s/ Jeffrey P. Campisi*
Robert N. Kaplan
Jeffrey P. Campisi
Brandon Fox
Chang Hahn
800 Third Avenue, 38th Floor
New York, NY 10022
T: (212) 687-1980
F: (212) 687-7714
rkaplan@kaplanfox.com
jcampisi@kaplanfox.com
bfox@kaplanfox.com
chahn@kaplanfox.com

*Lead Counsel for Lead Plaintiff Steven B. Christiansen and the Proposed Class, and Counsel for Additional Plaintiff Nizar Sami Ayoub*

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on October 30, 2024, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

                                                       */s/ Jeffrey P. Campisi*
                                                       Jeffrey P. Campisi