**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA and FRANCOIS J. LEBEL,<br><br>Defendants. | Case No. 1:22-cv-10292 (VEC)<br><br>Consolidated with:<br>Case No. 1:22-cv-10677 (VEC);<br>Case No. 1:23-cv-00767 (VEC)<br><br>Related to: 1:24-cv-08138 (VEC) |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES AND APPOINTMENT OF CLASS COUNSEL**

I, JEFFREY P. CAMPISI, declare under the penalty of perjury the following:

1. I am admitted to practice before this Court, and a partner of the law firm Kaplan Fox & Kilsheimer LLP, court-appointed Lead Counsel.

2. I respectfully submit this Declaration in Support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel.

3. Attached hereto are true and correct copies of the following documents cited in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel:

> **Exhibit A:** Expert Report of Cynthia L. Jones, CFA, dated October 22, 2024;
>
> **Exhibit B:** Firm resume of Kaplan Fox & Kilsheimer LLP;
>
> **Exhibit C:** May 16, 2022 JMP Securities Report, Spectrum Pharmaceuticals, Inc. (SPPI) 1Q22 Update – One ODAC Panel and Two PDUFAs in 2022;
>
> **Exhibit D:** May 13, 2022 Jefferies Report, Spectrum Pharmaceuticals, 1Q: Ph.III Design and Adcom Update for Pozi; 2 Potential Launches By 2023;

2

**Exhibit E:**  Defendants' Objections and Responses to Lead Plaintiff's Requests for Admission;

**Exhibit F:**  FDA Briefing Document, Oncologic Drugs Advisory Committee Meeting September 22, 2022, NDA 215643, Drug Name: Poziotinib, Applicant: Spectrum Pharmaceuticals, Inc.;

**Exhibit G:**  September 20, 2022 Jefferies Report, Spectrum Pharmaceuticals, Pozi Adcom Briefing Docs Highlight Weaknesses; Co's Arguments On 9/22;

**Exhibit H:**  September 23, 2022 Jefferies Report, Spectrum Pharmaceuticals, Based on Negative Pozi Adcom, We Anticipate CRL; Next Steps For Pozi Unclear.

4.    Counsel has added yellow highlighting to Exhibits C-H to highlight the part of the respective exhibit cited in Plaintiffs' accompanying Memorandum of Law.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on October 30, 2024.

*/s/ Jeffrey P. Campisi*
Jeffrey P. Campisi

2