# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


STEVEN B. CHRISTIANSEN, on behalf of
Himself and a class of similarly situated investors,

                       Plaintiff,                          22-CV-10292 (VEC)

       -against-

SPECTRUM PHARMACEUTICALS, INC.,
THOMAS J. RIGA, and FRANCOIS J. LEVEL

                   Defendants.


**EXPERT REPORT OF CYNTHIA L. JONES, CFA**

# Table of Contents

I.      Introduction.................................................................................................................... 1

II.     Qualifications................................................................................................................. 2

III.    Summary of Opinions ................................................................................................... 3

IV.     Spectrum Pharmaceuticals, Inc...................................................................................... 4

V.      Defining an Efficient Market........................................................................................ 5

VI.     Examination of Market Efficiency Factors for Spectrum Common Stock........................... 9

        A.      Spectrum's Shares Were Actively Traded by Numerous Market Participants........ 10

        B.      Spectrum's Stock Was Consistently Covered by Security Analysts During the Class Period .................................................................................................................. 11

        C.      Spectrum's Shares Traded Through Numerous Market Makers During the Class Period .................................................................................................................. 13

        D.      Spectrum Filed a Form S-3 Registration Statement Prior to the Class Period and Effected Class Period Stock Sales Pursuant to the Registration Statement............. 14

        E.      Empirical Facts Show a Cause-and-Effect Relationship Between Unexpected Corporate Events and a Rapid Response in SPPI's Share Price.............................. 16

VII.    Examination of Additional Market Efficiency Indicators ...................................................... 21

        A.      Spectrum's Market Capitalization Placed It Among the Micro-Cap Sector of the Universe of Stocks.................................................................................................. 21

        B.      Spectrum's Public Float Was Sufficiently Large .................................................... 23

        C.      Spectrum's Bid-Ask Spreads Neither Support Nor Undermine A Finding of Efficiency................................................................................................................ 24

VIII.   Class-wide Damages Are Subject to A Common Methodology ....................................... 27

IX.     Summary and Conclusions ............................................................................................... 30

## I.        **Introduction**

1.       I am a Principal with Pershing Economics, LLC ("Pershing"), an independent valuation and advisory firm I founded in 2023. My office is located in Port St. Lucie, Florida. I provide forensic and financial analyses and related capital markets consulting to Pershing's clients. I have frequently been called upon to prepare reports and to testify as an expert in actions brought pursuant to federal and state securities laws on matters including: (1) market efficiency; (2) the materiality of information; (3) loss causation and damages; (4) the valuation of publicly traded and privately held securities; and (4) the quantum of economic damages sustained by investors.

2.       I have been asked by Counsel to analyze the market for the common stock of Spectrum Pharmaceuticals, Inc. ("Spectrum" "SPPI" or "the Company") during the period May 12, 2022 through September 22, 2022 ("the Class Period") and to determine whether Spectrum's common stock traded in an efficient market.  The NASDAQ ticker for Spectrum's shares was SPPI.[1]  A graph of the daily closing share price and reported trading volume appears on Exhibit No. 1.[2]

3.       I have also been asked whether a common damage methodology could be applied to compensate purchasers of Spectrum's shares on a class-wide basis, assuming Defendants are found liable for alleged violations of the Securities Exchange Act of 1934 ("Exchange Act").

4.       A summary of the materials that I have reviewed and rely upon appears in Exhibit No. 2.  These documents include, but are not limited to:

---

[1] Spectrum's shares were acquired in a merger with Assertio Holdings announced in April 2023.
[2] Source: S&P Capital IQ.

1

a.  Lead Plaintiff's Consolidated Class Action Complaint For Violations Of The Federal Securities Laws filed in this action on May 30, 2023 (the "Complaint");

b.  Opinion & Order on Motions to Dismiss filed in this action on January 23, 2024;

c.  Public disclosures made by the Company, including press releases and periodic reports to shareholders filed with the Securities Exchange Commission ("SEC");

d.  News articles in the general and financial press about Spectrum; and

e.  Various market data for Spectrum common stock.

5.      Pershing is being compensated in this matter based on the number of hours expended at the rates charged for personnel, which range from $175 to $400 per hour, plus out-of-pocket expenses.  My hourly rate is $400, and my compensation is not in any way contingent upon the outcome of this matter.

## II.      Qualifications

6.      I graduated from North Carolina State University with a bachelor's degree in Economics and Business Management and hold a Master's of Business Administration in Finance from Rutgers University.

7.      I have been professionally active as a financial analyst for more than thirty years.  I have achieved the professional designation of Chartered Financial Analyst ("CFA") and am a member of the CFA Institute.  The CFA program is a globally recognized standard for measuring the competence and integrity of financial analysts. Its curriculum develops and reinforces a fundamental knowledge of investment principles. The curriculum includes Ethical and Professional Standards, Quantitative Methods, Economics, Financial Statement Analysis, Corporate Finance, Analysis of Debt Investments, Analysis of Equity Investments, Analysis of Derivatives, Analysis of Alternative Investments, Portfolio Management and Performance

2

Measurement and Attribution.  A candidate's ability to apply these principles at a professional level is measured through three levels of examination which must be passed in succession.  I participate in the CFA Institute's continuing education program, and I am a member of the CFA Society New York.  A copy of my curriculum vitae is attached as Exhibit No. 3.

8.    The past 25 years of my career has largely been dedicated to capital markets consulting and expert analytics in securities and commercial litigation matters, including valuation and economic damages.  I have been retained to provide opinions on the value of equity securities, corporate debt securities, mutual funds, real estate investment trusts, and other financial instruments.  I have been found qualified to testify on matters including market efficiency, materiality, causation and damages.  A complete list of matters in which I have provided oral or written testimony within the past four years is attached as Exhibit No. 4.

**III.    Summary of Opinions**

9.    Based upon my professional knowledge and experience, as well as my review and analyses of the documents and data listed in Exhibit No. 2, it is my opinion that during the Class Period: (1) the market in which Spectrum's common shares traded was open and well-developed; (2) information about the Company was readily available and widely disseminated to investors; and (3) the price of Spectrum's shares rapidly reflected new, relevant publicly available information concerning the Company.  Therefore, it is my opinion that the market for the common stock of Spectrum during the Class Period can properly be characterized as efficient.

10.    As discussed below, courts often rely on a number of factors to assess the efficiency of the market for common stocks, including the five factors outlined in Cammer v. Bloom, 711 F. Supp. 1264, (D.N.J. 1989) ("Cammer").  I have set forth a summary of the Cammer factors that I considered in analyzing the efficiency of the market for Spectrum in Exhibit No. 5.

3

11. Some courts also rely on additional factors, including public float, the size of the bid-ask spread for the common stock, and the company's market capitalization in assessing market efficiency, as outlined in Krogman v. Sterritt et al., 202 F.R.D. 467, 478 (N.D. Tex 2001) ("Krogman"). Further, herein, I analyze the Krogman factors as well.

12. It is also my opinion that should a trier of fact find Defendants liable for damages as alleged in the Complaint, damages can be calculated on a class-wide basis using a common methodology.

## IV. Spectrum Pharmaceuticals, Inc.

13. Spectrum was founded in 1987 and during the relevant period[3] was headquartered in Boston, Massachusetts. The Company described itself as a "biopharmaceutical company focused on acquiring, developing, and commercializing novel and targeted oncology therapies. Spectrum has a strong track record of successfully executing across the biopharmaceutical business model, from in-licensing and acquiring differentiated drugs, clinically developing novel assets, successfully gaining regulatory approvals and commercializing in a competitive healthcare marketplace."[4] Spectrum did not generate any revenue because it had no approved therapies on the market. However, at the beginning of the relevant period, Spectrum had two drugs in the late stages of development: 1) eflapegrastim (Rolvedon) for the treatment of chemotherapy-induced neutropenia; and 2) poziotinib, a tyrosine kinase inhibitor for the treatment of non-small cell lung cancer tumors.[5] Analysts following the Company at the time made investment recommendations and prepared price targets for the stock based upon the probability of success ("POS") for each of

---

[3] Throughout this report I make reference to the "relevant period" which includes the Class Period, as well as a period of several months prior to and following the Class Period.
[4] Spectrum Form 8-K, September 12, 2022.
[5] Spectrum Form 10-K, March 18, 2022.

these two developmental drug therapies.  During the Class Period, Rolvedon received FDA approval.

14.    As of May 9, 2022, there were approximately 180 million common shares of SPPI issued and outstanding.[6] Spectrum's shares were listed for trading on the NASDAQ Global Market ("NASDAQ GM").

15.    Based on the Complaint and the Court's January 23, 2024 Opinion & Order, it is my understanding that Plaintiff alleges that during the Class Period, the Company made certain representations to the investment community that were false and misleading, and/or omitted disclosures of truthful information, causing Spectrum's share price to be artificially inflated.  Specifically, Plaintiff alleges that during the Class Period, Defendants made materially false and misleading statements relating to Spectrum's Phase III trial study for poziotinib ("the Pinnacle Study"), namely representations that (1) the Company and the FDA were aligned with respect to the dosage for and design of the Pinnacle Study, and (2) patients were enrolled in the Pinnacle Study.  Plaintiff alleges that corrective information entered the market, beginning on September 20, 2022, causing a decline in the price of Spectrum's shares.[7]

16.    In the next section, I will discuss what it means for a security to trade in an "efficient market".

## V.    Defining an Efficient Market

17.    The concept of an "efficient" market evolved from the Ph.D. dissertation of Eugene Fama.[8]  Dr. Fama made the argument that, in an active market that includes many well-informed

---

[6] Spectrum Form 10-Q, May 12, 2022.
[7] Consolidated Class Action Complaint, ¶¶ 30-37.
[8] Fama, Eugene F., "Random Walks in Stock Market Prices," *Financial Analysts Journal*, Vol. 21, September/October 1965, pp. 55-60.

and intelligent investors, securities prices will reflect all available information. If the market is efficient, an investment methodology for choosing a portfolio of securities cannot be expected to *consistently* outperform an appropriate comparative benchmark – for example, a randomly selected portfolio of securities with a similar risk profile.

18. According to The Efficient Market Hypothesis (the "EMH") there are three forms of market efficiency — weak, semi-strong and strong. The three forms of efficient markets are distinguished by the degree of information that is reflected in securities prices.

19. The weak form postulates that security prices reflect information about their past prices, and therefore it is impossible to earn *consistent* profits by studying past returns, alone. The market is said to "have no memory" regarding past prices.[9] One common methodology for determining whether the market for a security is at least weak-form efficient is to statistically analyze whether there is independence in successive price changes. If a security is weak-form efficient, there should be no statistically significant relationship between today's price change and yesterday's price change. If a significant relationship does exist, it is a condition known as "autocorrelation" and may be a sign of inefficiency. However, the mere presence of autocorrelation alone does not render a market inefficient. The non-random price return patterns must be persistent and large enough to be considered "economically meaningful" where one could consistently earn superior returns, after transactions costs, to that of a simple buy-and-hold strategy.[10]

---

[9] *See, e.g.*, Malkiel, Burton G., "The Efficient Market Hypothesis and Its Critics," *Journal of Economic Perspectives*, Vol.17, No. 1 (2003), pp. 59-82.

[10] *See, e.g.*, Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, Vol. 25, No. 2, Papers and Proceedings of the Twenty-eighth Annual Meeting of the American Finance Association New York, N.Y. December 28-30, 1969 (May, 1970), pp. 383-417.

20.     A common methodology for determining whether the market for a security is *weak-form* efficient is to statistically analyze whether there is independence in successive price changes, meaning that yesterday's price movement is not predictive of today's price movement.  I performed a regression analysis of Spectrum's daily stock price returns (the "y", or dependent variable) against its one-day lag returns (the "x", or independent variable) during the period May 12, 2022 through September 21, 2022[11] to test whether the returns were random or whether the previous day's return was a reliable predictor of today's return.[12]  The results of this regression analysis indicated no significant correlation, as shown in the statistical summary in Table 1, below.[13]  In other words, the price of Spectrum's shares followed a "random walk" and satisfied the criteria for weak-form efficiency.

| *Regression Statistics* | | | *Coefficients* | *Standard Error* | *t Stat* | *P-value* |
|---|---|---|---|---|---|---|
| Multiple R | 0.166 | Intercept | 0.001 | 0.007 | 0.107 | 0.915 |
| R Square | 0.028 | One-day L | 0.164 | 0.103 | **1.592** | 0.115 |
| Adjusted R Square | 0.017 | | | | | |
| Standard Error | 0.063 | | | | | |
| Observations | 91 | | | | | |

21.     The "Multiple R," commonly expressed as "r," is the correlation coefficient and measures the strength of the relationship between two variables.  It assumes a value of -1 (perfect negative correlation) to +1 (perfect positive correlation), thus values around zero show no meaningful correlation.[14]  In this case, the correlation is only 0.166, indicating no meaningful correlation.  The "R-square" shown in Table 1 is the measure of the "goodness of fit" of the model and defines how much of the variation in Spectrum's share price return each day is explained by

---

[11] Due to a trading halt, there was no trading on September 22, 2022, the last day of the Class Period.

[12] My analysis uses the daily and one-day lag returns for the Class Period, a methodology consistent with a test for autocorrelation set forth in the previously cited Fama article, "Efficient Capital Markets: A Review of Theory and Empirical Work."

[13] The t-statistic on the X variable coefficient was less than 1.96 which is the threshold for statistical significance at the 95% level of confidence.

[14] https://statistics.laerd.com/statistical-guides/pearson-correlation-coefficient-statistical-guide.php.

the variation in the price return on the previous day.  It assumes a value between 0, indicating no predictive value in the equation, and 1, indicating perfect predictive value.  In this case, the R-square was 0.028, or 2.8 percent.  The absolute value of the t-statistic for the one-day lag return coefficient (x variable) of 1.59 is less than 1.96, which is the threshold for statistical significance at the five percent confidence level, meaning the one-day lag returns are not a reliable predictor of the daily returns.  Thus, based on this analysis, there is sufficient empirical evidence to conclude that Spectrum's successive price changes were independent and therefore the market for its shares was at least weak-form efficient during the Class Period.

22.     At the other end of the spectrum is the perfectly efficient market, also known as "strong-form efficient," where prices reflect all information about a security, including non-public information.  Market participants and academics generally agree that strong-form efficiency is an ideal, but has very little real-world existence.[15]  I will therefore turn my attention to the issue of whether the market for Spectrum's stock was *semi-strong form* efficient, which is the efficiency standard effectively adopted by the U.S. Supreme Court in Basic, Inc. v. Levinson as the foundation for assertion of the fraud on the market theory that Plaintiff is relying on in this action.[16]

23.     In markets that are semi-strong efficient, security prices reflect all *publicly available* information.[17]  The speed with which security prices adjust to new information depends upon the nature of the new information and how quickly investors can digest the implications of the information.  I agree with Dr. Fama and others that the rapid inclusion of new, relevant information in the price of a security is a reliable indication of market efficiency:

---

[15] Jensen, Michael C. "Some Anomalous Evidence Regarding Market Efficiency." *Journal of Financial Economics*, Vol. 6, Nos. 2/3 (1978), pp. 95-101.
[16] Basic, Inc. v. Levinson, 485 U.S. 224, 108 S. Ct. 978 (1988).
[17] Fama, Eugene F. "Efficient Capital Markets: A Review of Theory and Empirical Work," p.383.

*The typical result in event studies on daily data is that, on average, stock prices seem to adjust within a day to event announcements. The result is so common that this work now devotes little space to market efficiency. The fact that quick adjustment is consistent with efficiency is noted, and then the studies move on to other issues.*[18]

24.     Focusing on the same characteristic as underlies semi-strong form efficiency, The Supreme Court in Basic stated: "The fraud on the market theory is based on the hypothesis that, in an open and developed market, the price of a company's stock is determined by the available material information regarding the company and its business."[19]

25.     The remainder of my discussions and opinions regarding the efficiency of the market for Spectrum's shares during the Class Period refer to efficiency in the semi-strong form.   In the next section, I will discuss the market for Spectrum's common stock.

**VI.     Examination of Market Efficiency Factors for Spectrum Common Stock**

26.     As stated above, many courts have relied upon the existence of certain criteria that are indicative of an efficient market for a particular security.  In Cammer, the Court discussed five characteristics, applicable to common stock, that were positively related to an inference of market efficiency:[20]

    a.    an active trading market; turnover measured by average weekly trading of two percent or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; one percent would justify a substantial presumption;

    b.    a significant number of securities analysts following and reporting on the subject security;

    c.    the presence of numerous market makers;

---

[18] Fama, Eugene F. "Efficient Capital Markets II." *Journal of Finance,* Vol 46, No. 5 (1991), pp. 1575–1617.

[19] Basic, 108 S. Ct. at 989. In Halliburton Co. v. Erica P. John Fund, Inc., 134 S. Ct. 2398 (2014), the Supreme Court reaffirmed this efficiency standard.

[20] Cammer, 717 F.Supp. at 1286.

9

      d.      the ability of the Company to file a Form S-3 Registration Statement in connection with public offerings; and

      e.      the existence of empirical facts showing a cause-and-effect relationship between unexpected corporate events and financial releases and an immediate response in the stock price.

27.     In my opinion, the first four factors are descriptive of the structural foundation for liquidity and the availability of information about the subject company. The fifth factor tests the cause-and-effect relationship between the dissemination of new, relevant information and changes in the price of the security.

28.     It is generally agreed that no single factor or characteristic of a security can either affirmatively qualify or disqualify the market for a security from being defined as "efficient" or "inefficient" but rather each factor should be weighed accordingly in making an overall assessment of market efficiency.

> *In line with the reasoning of many courts, we believe that no single factor by itself is determinative of market efficiency for a stock and that the determination should be based on the preponderance of combined evidence from the various indicators of efficiency discussed above. Likewise, no single factor provides sufficient evidence to conclude market inefficiency.*[21]

The next section of this report will discuss the efficiency of the market for Spectrum's shares during the Class Period in the context of these five factors.

### A. Spectrum's Shares Were Actively Traded by Numerous Market Participants

29.     For measuring turnover in common stocks, Cammer sets forth certain thresholds, measured by average weekly trading volume as a percentage of total shares outstanding, that are indicative of market efficiency. It states that turnover of two percent or more of the outstanding shares would justify a *strong presumption* that the market for the security is an efficient one; and

---

[21] Bhole, Surana, and Torchio, "Benchmarking Market Efficiency Factors For Securities Litigation," *Univ. Illinois Law Review Online 96*, May 4, 2020 (hereafter, "Bhole, et. al"), p.113.

10

that one percent would justify a *substantial presumption*.[22]  I use these as guidelines in analyzing the turnover of Spectrum's shares on the NASDAQ market.

30.    I examined the weekly trading volume of Spectrum's shares during the Class Period, including the 20 weeks ended May 13, 2022 through September 23, 2022.[23]  I calculated turnover as the weekly trading volume divided by the total shares outstanding.  During the Class Period Spectrum's stock traded approximately 17.9 million shares per week.  The Company had, on average, approximately 184.3 million shares outstanding throughout this time period.  I calculated turnover each week based on the average weekly trading volume divided by the number of shares outstanding at the end of each week.  On average, turnover in Spectrum's shares was 9.7%, exceeding the Cammer threshold for a "strong presumption" of market efficiency.  A table of these results is set forth in Exhibit No. 6 and a graphical display is attached as Exhibit No. 7.

31.    It is my opinion that the robust turnover in the Company's shares during the Class Period supports a finding that the market was active and efficient.

**B.  Spectrum's Stock Was Consistently Covered by Security Analysts During the Class Period**

32.    Research coverage by security analysts is thought to provide meaningful information about public companies to the market, and aid investors in making investment decisions. "Coverage by analysts, thus, increases market efficiency as research provided by these professionals who expend considerable resources is reflected in stock prices through trading activity."[24] In order to gauge the depth of coverage of SPPI during the Class Period, I obtained a list of the analyst reports for SPPI that were archived by Refinitiv,[25] a list of which is contained in

---

[22] Cammer, 711 F. Supp. p. 1286.
[23] Data source: S&P Capital IQ.
[24] Bhole et. al, p.103.
[25] Refinitiv is a global provider of financial market data and the successor to Thomson Reuters Financial; https://www.refinitiv.com.

Exhibit No. 8. I then requested and received from Plaintiff's counsel a compendium of the SPPI analyst reports that were issued during the relevant period. These are listed in Exhibit No. 2. I note that the dates of the analyst reports obtained through Counsel and those listed by Refinitiv are slightly different, however, there is some overlap as many of these reports are one and the same.

33. As shown on Exhibit No. 2, there were at least 25 research reports published about Spectrum during the Class Period by analyst firms including Jefferies, Cantor Fitzgerald, H.C. Wainwright & Co., and JMP Securities. The depth of analyst coverage shows that informed research about the Company was widely available to Spectrum's investors. These reports, which detailed information about the Company's financial condition, pharmaceutical trial results, and prospects for gaining FDA approval, contained important information pertinent to the Company's shareholders.

34. The Company also hosted regular conference calls with the investment community in conjunction with the release of its quarterly financial results throughout the Class Period. Such conference calls were held on May 12, 2022 (Q1 2022 results) and August 11, 2022 (Q2 2022 results). In addition, the Company made several presentations during the Class Period at investment analyst and industry conferences, including those hosted by H.C. Wainwright & Co. (May 24, 2022), Jefferies (June 9, 2022), JMP Securities (June 16, 2022), and the European Society for Medical Oncology (September 9, 2022).

35. The Cammer decision does not specifically quantify what constitutes a "significant" number of analysts. It is my opinion, however, that the numerous published research reports, and company-specific interaction with the investment community, reflects consistent coverage of Spectrum throughout the Class Period, supporting a finding of efficiency for the market for Spectrum's shares.

12

C. **Spectrum's Shares Traded Through Numerous Market Makers During the Class Period**

36.     Cammer, in quoting Bromberg & Lowenfels, states that "[w]e think that, at a minimum, there should be a presumption – probably conditional for class determination – that certain markets are developed and efficient for virtually all the securities traded there: the New York and American Stock Exchanges, the Chicago Board Options Exchange and the NASDAQ National Market System."[26,27]  As previously discussed, Spectrum's shares were listed on the NASDAQ Global Select Market during the Class Period.  Academic research has confirmed that listing on major exchanges, including the NYSE and NASDAQ, confers a relative liquidity advantage to a security.[28]

37.     Cammer discusses the presence of numerous market makers facilitating trading in a security as an indicator of a liquid and functioning market.  The subject security in the Cammer decision was not listed on a national exchange but traded over-the-counter.  NASDAQ describes itself as "a unique market organization that provides a competitive trading environment and efficient, low-cost execution of orders. There are multiple market participants, including market makers, order-entry firms and electronic communications networks (ECNs) that utilize NASDAQ's trading services."[29]  Market makers on the NASDAQ exchange are member firms that buy and sell securities for their own account as well as for customer accounts. [30]

38.     Cammer provides that ten market makers would justify substantial presumption of efficiency, while five would justify a more modest presumption.  Clearly, with a listed security for

---

[26] Cammer, 717 F.Supp. at p. 79.
[27] Bromberg & Lowenfels, Securities Fraud and Commodities Fraud, § 8.6 (Aug. 1988).
[28] See, e.g.: Sanger, Gregory C. and McConnell, John J., "Stock Exchange Listings, Firm Value, and Security Market Efficiency: The Impact of NASDAQ," *Journal of Financial and Quantitative Analysis*, Vol. 21, No. 1 March 1986, pp. 1-25.
[29] https://nasdaqtrader.com/Trader.aspx?id=MarketMakerProcess.
[30] Id.

13

which price and volume information is readily available, as in the case of Spectrum, the quantum of market makers is less relevant.

39.    I obtained a report known as the Broker Activity Summary ("BAS") from Bloomberg.  It lists each of the firms, including broker dealers, market makers, ECNs, and order-entry firms that facilitated trading in Spectrum's common stock during the Class Period.  The firms are listed by what is known as an MPID, or "market participant ID," which is a four-digit alpha numeric code, as well as by firm name.  The BAS report also includes the number of shares purchased and sold by each market participant.  A summary of that report is attached as Exhibit No. 9.

40.    Counting the unique MPID's, I observe that there were 63 firms that made a market, or facilitated trading, in Spectrum's shares during the period May 2022 through September 2022, with combined gross volume in excess of 98 million shares.[31]  This figure compares favorably with the ten market makers cited by Cammer that would justify a substantial presumption of market efficiency.

41.    In my opinion, Spectrum's stock listing on NASDAQ, and the prevalence of competing firms, including market makers in Spectrum's shares, weighs in favor of a finding that there was an efficient market for the Company's shares during the Class Period.

**D.  Spectrum Filed a Form S-3 Registration Statement Prior to the Class Period and Effected Class Period Stock Sales Pursuant to the Registration Statement**

42.    One of the Cammer factors indicative of the breadth of information in the market about a company is its ability to file a Form S-3 Registration Statement when it effects a public offering of its securities.  In 1982, the Securities and Exchange Commission adopted a comprehensive revision to the rules and forms governing the registration of securities under the

---

[31] Reflects only those broker dealers with volume in excess of 1,000 shares.

Securities Act of 1933, which allowed certain filers to deliver registration documents on a

"streamlined" basis if sufficient information was already in the public market regarding that

company.[32]

> Form S-3, **in reliance on the efficient market theory**, allows maximum use of incorporation by reference of Exchange Act reports and requires the least disclosure to be presented in the prospectus and delivered to investors. Generally, the Form S-3 prospectus will present the same transaction-specific information as will be presented in a Form S-1 or S-2 prospectus. Information concerning the registrant will be incorporated by reference from Exchange Act reports. The prospectus will not be required to present any information concerning the registrant unless there has been a material change in the registrant's affairs which has not been reported in an Exchange Act filing or the Exchange Act reports incorporated by reference do not reflect certain restated financial statements or other financial information.[33]

(Emphasis added)

43.    Approximately nine months prior to the beginning of the Class Period, on July 13,

2021, Spectrum filed a Form S-3 registration statement in conjunction with its proposed shelf

offering of the Company's securities. Per the filing, "This prospectus relates to the common stock,

preferred stock, debt securities, warrants for debt or equity and units consisting of the foregoing

that we may sell from time to time in one or more transactions." The maximum amount of

securities to be sold pursuant to this registration statement was $300 million, including $150

million in common stock. During the Class Period, pursuant to this registration statement and an

"at the market" sales agreement with its underwriters, Spectrum sold approximately 5.6 million

shares, for net proceeds of $4.9 million in the second quarter of 2022, and 18.9 million shares, for

net proceeds of $21.6 million shares in the third quarter of 2022.[34]

---

[32] SEC Release No. 33-6383 (March 3, 1982) [47 FR 11382].
[33] Id.
[34] Spectrum Pharmaceuticals, Inc. Forms 10-Q filed August 12, 2022 and November 14, 2022.

44.     Thus, the Company's ability to effect sales of common stock during the Class Period pursuant to the Form S-3 registration statement filed prior to the Class Period is consistent with the market efficiency factor set forth in Cammer and the efficient market theory according to the framework established by the SEC.

**E.  Empirical Facts Show a Cause-and-Effect Relationship Between Unexpected Corporate Events and a Rapid Response in SPPI's Share Price**

45.     Financial economists generally agree that one of the most important indications of market efficiency is whether the price of a security responds rapidly to new, relevant information. For common stocks, relevant information may include earnings announcements, changes in dividend policy, merger and acquisition related information, financing strategies, and other information impacting the equity value of the firm.  The fifth Cammer factor states as follows:

> *[O]ne of the most convincing ways to demonstrate efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price.*[35]

46.     To test whether the price of Spectrum's shares responded rapidly when new information about the Company entered the market, I conducted an Event Study.  Fama, Fisher, Jensen and Roll pioneered the use of Event Studies in their 1969 paper regarding the adjustment of stock prices to announcements of stock splits.[36]  Event Studies involve the examination of security price behavior following announcements of relevant events.  The subject security's price return is typically compared to a "normal" or "expected" return, which can be defined by a regression equation.  The "residual" or "abnormal" return – the actual return minus the expected return – is measured for statistical significance.  If the abnormal return is outside of the expected range of

---

[35] Cammer, 711 F. Supp. At 1291.
[36] Fama, Eugene F., Fisher, Lawrence, Jensen, Michael C., and Roll, Richard, "The Adjustment of Stock Prices to New Information," *International Economic Review*, Vol. 10, No. 1 (February 1969).

16

returns, one may conclude that the event of interest contributed to the abnormal price return. Many courts consider Event Studies to be "the most reliable way of demonstrating market efficiency."[37]

47.    Generally, the first step of an Event Study involves identification of the events of interest and definition of the event window.  For example, A. Craig MacKinlay explains that if one were concerned about the information content of corporate earnings announcements, the event will be the earnings announcement and the event window will be confined to the announcement day.[38] In my Event Study, I have used daily price returns and limited the "event window" to a single day.

> *When the announcement of an event can be dated to the day, daily data*
> *allow precise measurement of the speed of the stock-price response – the*
> *central issue for market efficiency.*[39]

48.    The next step involves forming a hypothesis as to whether the information is important enough to change the market's perception as to the value of the security – *i.e.*, is it economically significant.  The null hypothesis that is tested is "that the event has no impact on the behavior of returns."[40]

49.    The final step involves measuring the abnormal price return.  This is generally done using a market model.  A market model tests the relationship between the subject company's stock price returns and the returns to a general market or industry index.  The model may take the form of a regression equation, which defines, mathematically, how the subject company's stock price "behaves" relative to the changes in the market or industry index.  It defines a "normal" or

---

[37] *See, e.g.*: George v. China Automotive Systems, Inc., No.11 Civ. 7533 (KBF), 2013 WL3357170 (S.D.N.Y. July 3, 2013).

[38] MacKinlay, A. Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature*, Vol. 35, No. 1 (1997) (hereafter "MacKinlay"), pp. 13-39.

[39] Fama, Eugene F., "Efficient Capital Markets: II," *The Journal of Finance*, Vol. 46, No. 5 (December 1991).  I have used single-day event windows in my analysis here to be consistent with the academic literature, however, in some cases a longer event window may be appropriate.

[40] MacKinlay, p.21.

17

"expected" range of price returns for the subject company stock relative to the market or industry index. Using the regression equation, one can predict the daily stock price return for the subject company's stock on an event day based on the returns to the market or industry index on that day. The abnormal or residual price return is the difference between the expected return and the actual return. Finally, the abnormal return is tested to determine whether the null hypothesis of "no significant price change" on event days should be rejected.

50.     In theory, in a properly functioning market, security prices should respond to new, relevant information as it is disclosed, and should show little to no response in the absence of same. For purposes of my event study here, I define the events of interest to include days upon which new information entered the market which altered the probability of success ("POS") for Spectrum's two developmental drug therapies, Rolvedon and poziotinib. I reviewed the analyst reports that were published immediately following the events of interest which indicated a change in the price target for the stock based upon the probability of success for these two therapies. There were three such events of interest during the Class Period, as follows.

| Event Date | Event | Analyst Price Target/Recommendation Changes |
|---|---|---|
| 9/12/2022 | Friday 9/9/2022, after the close, Spectrum announced it received FDA approval for Rolvedon. | H.C. Wainwright increased POS for Rolvedon to 100% from 70%; increased PT to $12 from $10. |
| 9/20/2022 | FDA briefing document cites concerns regarding poziotinib. | H.C. Wainwright lowered POS for poziotinib to 50% from 70%; decreased PT to $9 from $12. |
| 9/23/2023 | FDA panel votes 9-4 current benefits of poziotinib do not outweigh risks. | H.C. Wainwright lowered POS for poziotinib to 15% from 50%; decreased PT to $6 from $9. Jefferies lowered PT to $3.50 from $7.00 citing CRL expected from FDA on poziotinib. B. Riley lowered PT to $1.50 from $4.00 citing poziotinib concerns. |

51.     The next step involves the creation of a market model (regression equation), which defines the linear relationship between the daily returns to the subject security (the "dependent" variable), and the market in general (the "independent" variable). This relationship is defined through a regression analysis. In the present case, I utilized the daily returns to the NASDAQ

18

Composite Index, ("COMP") as the independent variable, and the daily returns to SPPI as the dependent variable.[41]

52.     A market model such as the one that I employed here is a generally accepted, widely used method to obtain estimates of abnormal returns.[42] I performed a regression analysis of the daily price returns for SPPI against the NASDAQ Composite Index for the period beginning November 10, 2021 through May 11, 2022. This period pre-dates the Class Period by approximately six months and is known as the control period.

53.     Using the coefficients from the regression equations and the returns to the NASDAQ Composite Index, I calculated a predicted return for each of the three event days, set forth in the table above. I subtracted the actual return from the predicted return to arrive at the abnormal return on each event day. I employed standard statistical tests to test for significant abnormal returns, meaning the abnormal return was statistically different from zero. If the abnormal return had a t-statistic with absolute value of 1.96 or greater, I concluded that the abnormal return was statistically significant at the five percent level.[43,44] If an abnormal return is statistically significant

---

[41] The NASDAQ Composite Index constituents traded on the NASDAQ Stock Market. The index includes companies in sectors such as energy, materials, industrials, consumer discretionary, consumer staples, health care, financials, information technology, telecommunication services, and utilities. All NASDAQ domestic and international based common type stocks listed on the NASDAQ Stock Market are included in the index. The security types included are American Depositary Receipts (ADRs), common stock, limited partnership interests, ordinary shares, real estate investment trusts (REITs), Shares of Beneficial Interest (SBIs), and tracking stocks. The index does not include closed-end funds, convertible debentures, exchange traded funds, preferred stocks, rights, warrants, units and other derivative securities. The NASDAQ Composite Index is managed by NASDAQ National Market system (NasdaqNM) and was formed on February 5, 1971. (S&P Capital IQ).

[42] MacKinlay, p. 15.

[43] This refers to the two "tails" of data under the far left and far right of a bell-shaped curve. 95 percent of the area under the bell curve occurs within approximately two standard deviations of the mean, with 2.5 percent remaining on the far left and 2.5 percent remaining on the far right.

[44] A t-statistic with absolute value of 1.96 or greater indicates that such a residual return was independent of the benchmark indices with 95 percent confidence.

19

at the five percent level this means that only a five percent likelihood exists that the security's

normal random price fluctuation could have caused such a large abnormal price movement.[45]

54.     The results of my event study appear in the table below.[46]

| Event Date | Event | Price Return | Residual Return | T-stat | Stat Sig 95% |
|---|---|---|---|---|---|
| 9/12/2022 | Friday 9/9/2022, after the close, Spectrum announced it received FDA approval for Rolvedon. | -2.70% | -4.38% | (0.64) | NO |
| 9/20/2022 | FDA briefing document cites concerns regarding poziotinib. | -37.46% | -35.86% | (5.28) | YES |
| 9/23/2023 | FDA panel votes 9-4 current benefits of poziotinib do not outweigh risks. | -32.65% | -29.80% | (4.39) | YES |

55.     I observed a statistically significant price change following two of the three events of

interest I identified using the criteria set forth above.  With regard to the September 12, 2022 FDA

approval of Rolvedon, there was no statistically significant price movement when measured from

close-to-close, however, after the close of trading on September 9, 2022, Dow Jones reported as

follows:

> "Spectrum Pharmaceuticals Inc. shares rose 12% to $1.46 in after-hours trading Friday after the company said that its Rolvedon injection was approved by the Food and Drug Administration. Trading resumed at 4:50 p.m. EDT after being halted at 3:46 p.m. EDT."[47]

56.     Thus, while the close-to-close price return was not statistically significant, there is

contemporaneous commentary in the financial press that the market responded to the new

information regarding Rolvedon.

---

[45] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Litigation Services Handbook: The Role of the Financial Expert, edited by Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans, John Wiley & Sons, Inc., (6th, 2017), Ch. 27, p.11.

[46] I performed the same analysis using the returns to the NASDAQ Biotechnology Index as the independent variable. There was virtually no difference in the results as compared to the NASDAQ Composite Index.

[47] Dow Jones Newswire, "Spectrum Pharmaceuticals Shares Rise 12% on FDA Approval of Rolvedon," September 9, 2022 16:57:44.

57.   In my opinion, my event study analysis provides evidence that Spectrum's share price responded rapidly to new, material information as it entered the market.

## VII.   Examination of Additional Market Efficiency Indicators

58.   Some courts have considered three factors in addition to the five Cammer factors when assessing market efficiency:[48]

a.   the Company's market capitalization;

b.   float, which is the percentage of shares held by the public rather than insiders; and

c.   the bid-ask spread for stock transactions.

I have examined these additional indicators of market efficiency and discuss below, bearing in mind that "[these] factors should be used as an analytical tool rather than as a checklist."[49]

### A.   Spectrum's Market Capitalization Placed It Among the Micro-Cap Sector of the Universe of Stocks

59.   Market capitalization has been cited by various courts as an indicator of market efficiency; however, an objective threshold has not been quantified.  Quoting the court in Krogman, "[m]arket capitalization, calculated as the number of shares multiplied by the prevailing share price, may be an indicator of market efficiency, because there is a greater incentive for stock purchasers to invest in more highly capitalized corporations."[50]  I have examined Spectrum's equity market capitalization during the Class Period.  As previously discussed, SPPI shares were listed for trading on the NASDAQ Global Select Market.  The Company's equity market capitalization (shares outstanding multiplied by the market price) was approximately $139 million

---

[48] *See, e.g.*: Krogman v. Sterritt et al., 202 F.R.D. 467, 478 (N.D. Tex 2001), (hereafter, "Krogman").
[49] Billhofer v. Flamel Techs, S.A., 281 F.R.D. 150 (S.D.N.Y. 2012).
[50] Krogman.

at the beginning of the Class Period, increased to approximately $256 million in August, 2022, and

declined to approximately $80 million at the end of the Class Period.



60.    To put this in context, I compared Spectrum's market capitalization to the universe of

listed public companies.  The Center for Research in Security Prices ("CRSP") performs studies

each year of the breakdown in all NYSE, NYSE American ("AMEX"),[51] and NASDAQ stocks by

size.  As of year-end 2022, the market capitalization of the smallest (9th and 10th decile) stocks in

the universe ranged from $2 million to $373.9 million.[52]  These are considered to be "micro-cap"

stocks. Spectrum's market capitalization was within that range during the Class Period.

Historically, micro-cap stocks comprise approximately 38% of the universe of all publicly listed

stocks studied by CRSP.

61.    Spectrum's relatively small market capitalization did not impede its ability to raise

capital. In fact, during the Class Period, Spectrum was able to sell approximately 23 million shares

---

[51] The American Stock Exchange was purchased by NYSE Euronext in 2008 and is now known as NYSE American.

[52] Kroll Cost of Capital Navigator.

of common stock to investors, receiving proceeds of approximately $25 million.[53]  In addition,

despite the disappointing FDA briefing document on poziotinib, the Company was able to secure a

$65 million loan facility.[54]  Thus, the ability to raise capital during the Class Period indicates that

its market capitalization was not an impediment to its ability to attract capital.  Thus, Spectrum's

market capitalization does not, in my opinion, weigh for or against a finding of market efficiency

for the stock.

### B. Spectrum's Public Float Was Sufficiently Large

62.  It is generally accepted that a high level of public common stock ownership may

contribute to a finding of market efficiency.[55]  There were approximately 181 million SPPI shares

outstanding at the beginning of the Class Period.  According to the Company's Schedule 14-A

Proxy Statement, filed April 27, 2022, insiders of the Company, including its officers and directors

as well as Hanmi Pharmaceuticals, owned approximately 16.9 million common shares, or 9.4% of

its total common shares outstanding.[56] That means that the vast majority (90.6%) of the

outstanding common shares were held by the public, including private investors, investment

companies, and institutional investors.

63.  In considering whether a company's stock is "widely held," the sophistication level of

holders may also be important, as institutional investors, including banks, pension funds, hedge

funds, and mutual funds, are considered to be "professional" investors who deploy significant

resources to closely monitor and analyze economic and industry conditions as well as individual

companies and their securities.  Large institutional investors are required to file quarterly reports

---

[53] Source: Spectrum Pharmaceuticals, Inc. Forms 10-Q as of June 30, 2022 and September 30, 2022.
[54] See, *e.g.*, Spectrum Pharmaceuticals, Inc. Form 8-K September 23, 2022.
[55] Krogman, 202 F.R.D. at 478.
[56] As of April 8, 2022.

listing their holdings with the SEC, known as Form 13F.[57]  Several capital markets data providers, including S&P Capital IQ compile the Form 13F data for equity securities and make it available to their subscribers.  I obtained a report from S&P Capital IQ of the institutions holding SPPI shares, by quarter.  These data show that as of the quarter ended March 31, 2022, institutional investors including BlackRock, Inc. and The Vanguard Group, owned approximately 70% of SPPI's shares.  These data are set forth in Exhibit No. 10.  Sufficiently large ownership by the investing public, including institutional investors, demonstrates that the market for the common stock was "impersonal" and "well-developed" as described by the Supreme Court in <u>Basic</u>.[58]

C. **<u>Spectrum's Bid-Ask Spreads Neither Support Nor Undermine A Finding of Efficiency</u>**

64.    The size of a company's bid-ask spread has also been cited as an indicator of market efficiency.[59]  The bid-ask spread is a trading cost extracted by liquidity providers in the market for securities.  The bid-ask spread is essentially the difference between the highest price that a buyer is willing to pay for an asset and the lowest price that a seller is willing to accept to sell it. The ask price generally exceeds the bid price.  The difference between the two is known as the bid-ask spread.  The size of the spread often determines the "quality" of the market.[60]  High trading costs, reflected by relatively wider bid-ask spreads, dampen liquidity and reduce market quality.  Narrow bid-ask spreads are a sign that trading costs are low, and the market is liquid and efficient.[61]

---

[57] Institutional investment managers that use the United States mail (or other means or instrumentality of interstate commerce) in the course of their business and that exercise investment discretion over $100 million or more in Section 13(f) securities (generally exchange-traded (*e.g.*, NYSE, AMEX) or NASDAQ-quoted stocks, equity options and warrants, shares of closed-end investment companies, and certain convertible debt securities) must file Form 13F. See Section 13(f)(1) of the Securities Exchange Act; https://www.sec.gov/divisions/investment/13ffaq.htm.

[58] <u>Basic</u>, 485 U.S. pp. 241, 249 n.28.

[59] <u>Krogman</u>, 202 F.R.D. at 478.

[60] See, *e.g.*: Bessembinder, Hendrik, and Venkataraman, Kumar, "Bid-Ask Spreads: Measuring Trade Execution Costs in Financial Markets," *Encyclopedia of Quantitative Finance*, March 2009.

[61] "The Functioning of Financial Markets," by Larry Harris, PhD, CFA, <u>CFA Institute Investment Foundations</u>, CFA Institute, (3rd, 2016), Ch. 15; also, Bhole, et. al, p.104.

24

65.   I obtained closing bid and ask prices for SPPI during the Class Period from S&P Capital IQ.  I calculated the bid-ask spread using the midpoint of the closing bid and ask prices, as follows:

**Bid-ask spread = (ask price – bid price)/(average of bid and ask price)**

66.   There were 92 observations (*i.e.*, closing bid and ask prices) between May 12, 2022 and September 22, 2022, inclusive.  The average and median bid-ask spreads for SPPI were less than $0.01 per share, or 0.76% and 0.79%, respectively.  These results are set forth in Exhibit No. 11.

67.   A study of bid-ask spreads conducted by Bhole et al., using the NYSE and NASDAQ universe of stocks over the three-year period 2016 – 2018 shows the bid-ask spread for the 25th, 50th, and 75th, percentiles of all stocks in the sample was 0.04%, 0.14%, and 0.75%, respectively.  Thus, SPPI's bid-ask spread is at the high end of the range of bid-ask spreads for the stocks in the Bhole study.

68.   Several Courts have found that bid-ask spreads of certain securities which were considerably higher than SPPI's average of 0.76% did not preclude a finding of market efficiency.[62]  In re Teva Securities Litigation, for example, the Court found that an average bid-ask spread of 2.66% [as compared to 5.6% in Krogman], weighed moderately in favor of a finding of market efficiency.[63]

69.   I compared the bid-ask spread for SPPI to a contemporaneous sample of other biotechnology company stocks.  Academic research in this area supports that bid-ask spreads are highly correlated with firm size, and that, in general, larger capitalization stocks tend to have

---

[62] See, *e.g.*:  Petrie v. Elec. Game Card, Inc., 308 F.R.D. 336, 356 (C.D. Cal. 2015), with an average bid-ask spread of 2.91%; and Cheney v. Cyberguard Corp., 213 F.R.D. 484, 501 (S.D. Fla. 2003) with an average bid-ask spread of 2.44%.
[63] In re Teva Securities Litigation, 2021 WL 872156, at *17 (D. Conn. Mar. 9, 2021).

25

relatively lower bid-ask spreads than lower capitalization stocks.[64]  Conversely, the bid-ask spreads for lower priced stocks tend to be higher than those of larger capitalization peers.  As discussed herein, Spectrum's market capitalization was relatively small, and its stock traded at less than $1.00 per share for the majority of the Class Period.

70.   I note that Spectrum's Compensation Committee approved a group of 20 publicly traded companies recommended by its consultant, that it considered to be "peers" for purposes of comparative executive compensation.[65]  According to the Proxy Statement, the committee "focused on selecting a comparable sized, industry affiliated, peer group of companies operating within the biotechnology or pharmaceutical industries."[66]

71.   I obtained the closing bid and ask prices for the peer companies identified in the Company's Proxy Statement and calculated the bid-ask spreads, using the same methodology that was applied to SPPI.[67]  I then calculated the average and median bid-ask spreads for the Class Period, which ranged from 0.07% to 1.40% for the average; and 0.06% to 1.16% for the median. The average and median of the sample group's bid-ask spreads were 0.45% and 0.20%, respectively.  SPPI's average and median bid-ask spreads of 0.76% and 0.79% were higher than those of the sample group.  A summary of this analysis is set forth in Exhibit No. 12.

72.   As previously noted, SPPI's stock price traded at less than $1.00 per share during most of the Class Period.  I analyzed the average bid-ask spreads for the four peer stocks which also traded at less than $1.00 per share for a portion of the Class Period.  These smaller peer bid-ask

---

[64] Chung, K.H., Zhang, H. "A simple approximation of intraday spreads using daily data," *Journal of Financial Markets*, Vol. 17, 2014, pp. 94-120. Available at: http://dx.doi.org/10.1016/j.finmar.2013.02.004.
[65] Spectrum Pharmaceuticals, Inc. Schedule 14-A Proxy Statement filed April 27, 2022.
[66] Id., p. 61.
[67] Viela Bio, Inc. was no longer trading at the time of the relevant period.

spreads ranged from 0.58% to 1.40%, commensurate with the average for SPPI of 0.76%. The results of this analysis are set forth below.

|  | Bid-Ask Average | Bid-Ask Median |
|---|---|---|
| Akebia Therapeutics, Inc. (NasdaqCM:AKBA) | 0.79% | 0.69% |
| Clovis Oncology, Inc. (OTCPK:CLVS.Q) | 0.58% | 0.60% |
| CytoDyn Inc. (OTCPK:CYDY) | 1.40% | 1.16% |
| Epizyme, Inc. (NasdaqGM:EPZM) | 0.72% | 0.67% |

73. To summarize, SPPI's bid-ask spreads were larger in magnitude than the median of the universe of NYSE and NASDAQ spreads, in general, as described in academic literature, and the bid-ask spreads of its industry peers. However, when accounting for share price, SPPI's bid-ask spreads were comparable to those of its industry peers, and in absolute terms the spread averaged less than $0.01 per share. In addition, SPPI's bid-ask spreads were considerably lower than those of securities which certain Courts have determined traded in efficient markets. Therefore, it is my opinion that the bid-ask spreads for SPPI, neither strongly support nor undermine a finding of market efficiency.

## VIII.    Class-wide Damages Are Subject to A Common Methodology

74. I was asked by Counsel to consider whether damages could be calculated on a class-wide basis for purchasers of the Company's common shares pursuant to violations of §10(b) of the Exchange Act and SEC Rule 10b-5 promulgated thereunder. In my opinion, damages can be calculated on a class-wide basis using a broadly accepted methodology, known as an "out-of-pocket" loss calculation, based on the amount of artificial inflation in the price of the stock for each day of the Class Period, which resulted directly from the dissemination of allegedly false and misleading information.

75. Artificially inflated stock prices may occur when Defendants affirmatively disseminate false or misleading information to investors; or when material information is omitted

27

or withheld from the investing public.  In this case, Plaintiff alleges that Defendants made false and misleading statements regarding the Company's phase III clinical trial for poziotinib, specifically representations that (1) the Company and the FDA were aligned with respect to the dosage for and design of the Pinnacle Study, and (2) patients were enrolled in the Pinnacle Study.  The alleged false and misleading information disseminated to the investment community caused Spectrum's shares to trade at artificially inflated prices during the Class Period.[68]  The amount of artificial inflation can be measured as the residual increase in the price of the stock when affirmative false or misleading statements are made, or the residual decrease in the price of the stock when corrective information enters the market, dissipating the inflation in the stock price.[69]  Gold et al., [2017] write about how this methodology is generally accepted and widely used:

> *The amount of the security price declines on these curative disclosure dates serve as a basis for measuring the inflation earlier in the class period. The logic of the argument is that when the company disclosed the corrective information on the curative disclosure dates, the security's price declined by an amount of X dollars or Y percent, which indicates the decline that would have occurred had the market known the information earlier in the class period.[70]*

76.    The amount of artificial inflation can be determined on a daily basis using the historical stock price data and the Event Study methodology, previously described herein, which isolates that portion of the price impact that can be attributed to the fraudulent information.  Price impact is the measure of inflation, from the time the misrepresentation(s) was made, through the

---

[68] Complaint ¶151.

[69] "Price impact can be shown either by an increase in price following a fraudulent public statement or a decrease in price following a revelation of the fraud." *Erica P. John Fund, Inc. v. Halliburton Co.*, 718 F.3d 423, 434 (5th Cir. 2013), vacated and remanded on other grounds, *Halliburton II*, 134 S. Ct. 2398 (U.S. 2014).

[70] *See,* "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold, et al., Litigation Services Handbook; The Role of the Financial Expert, edited by Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans, John Wiley & Sons, Inc., (6th, 2017), Ch. 27, p.12.

28

date(s) that information enters the market correcting the misinformation.  This method creates an inflation ribbon, which can be adjusted during the Class Period, to reflect a) that the amount of artificial inflation dissipates as the truth becomes known to investors; b) the amount of artificial inflation may increase or decrease depending upon the economic significance of the fraudulent information throughout the Class Period.

77.  In some cases, non-fraud related information enters the market on the same day as corrective disclosures, contributing to changes in the price of the stock.  This is referred to as "confounding information."  Confounding information may have a positive or negative impact on the price of the stock.  Event studies, in combination with fundamental valuation methods, may be applied to isolate only the fraud-related price impact, and to quantify the appropriate amount of inflation.

78.  Once the amount of artificial inflation is determined for each day of the Class Period, it can be applied to class members' actual purchase and sale transactions using a single common formula, consistent with Plaintiff's theory of liability.

79.  Thus, each Class member's damages under Section 10(b) can be computed in the same way, common to all Class members, using readily available daily price information, in accordance with widely used and generally accepted methodologies and the PSLRA.[71]

80.  Based on my review of Plaintiff's allegations in this case, potential damages sustained by purchasers of Spectrum's shares during the Class Period can be calculated using a common damages methodology and can be applied on a class-wide basis.

---

[71] Private Securities Litigation Reform Act of 1995.

## IX.   Summary and Conclusions

81.  I considered the factors outlined under <u>Cammer</u> and <u>Krogman</u> which are used to weigh the indicia of market efficiency.  Considering the analyses I performed, it is my opinion that the market for Spectrum's shares can properly be characterized as efficient during the Class Period. My opinion is supported by the analyses and observations detailed above, including that:

a.  The shares were actively traded.  Turnover, measured as the average weekly volume divided by the number of shares outstanding, significantly exceeded the threshold of one to two percent during the Class Period.

b.  There were numerous analysts covering Spectrum's common stock and issuing research reports to the investment community throughout the Class Period. There was a consistent flow of information during the Class Period between analysts, the Company, and investors by virtue of investor presentations and regular earnings teleconferences with the investment community.

c.  Spectrum filed a Form S-3 prior to the beginning of the Class Period and issued shares of common stock during the Class Period pursuant to that registration statement.

d.  There were numerous Market Participants facilitating trading in Spectrum's shares during the Class Period, including large well-known firms such as Morgan Stanley, Barclays, and Goldman Sachs.  The number of unique Market Participants with substantial gross volumes well exceeded the benchmark of ten market makers considered adequate to demonstrate an efficient market.

e.  My Event Study analysis demonstrated that there was a cause and effect relationship between Spectrum's stock price and new information regarding the probability of success for Spectrum's two developmental drug therapies, Rolvedon and poziotinib.

f.  SPPI's public float far exceeded that of the shares held by officers, directors and affiliates of the Company.

82.  It is also my opinion that class-wide damages, pursuant to violations of §10(b) of the Exchange Act and SEC Rule 10b-5 promulgated thereunder, sustained by purchasers of Spectrum's shares during the Class Period, are subject to a common methodology.  Were a finding of liability rendered, class-wide damages can be determined based on an "out-of-pocket" loss calculation, using the Event Study methodology to determine the amount of artificial inflation in

30

the price of the shares for each day during the Class Period.  Subject to the PSLRA limitations, the amount of per share artificial inflation would then be applied to each class member's purchase and sale transactions to determine individual damages using a common formula.

83.  I hold the opinions expressed above to a reasonable degree of certainty.


_____
     Cynthia L. Jones, CFA
     October 22, 2024

31



**EXHIBIT NO. 1**
Spectrum Pharmaceuticals, Inc.
Daily Price and Volume
May 2, 2022 - September 30, 2022

**EXHIBIT NO. 2**
**Documents and Information Reviewed or Relied Upon**

**Legal**

Consolidated Class Action Complaint For Violations Of The Federal Securities Laws dated May 30, 2023

Opinion & Order dated January 23, 2024

Memorandum of Law In Support of Lead Plaintiff's Motion For Class Certification And Appointment Of Class Representative And Appointment Of Class Counsel (Draft)

Basic, Inc. v. Levinson, 485 U.S. 224 (1988)

Billhofer v. Flamel Techs, S.A., 281 F.R.D. 150 (S.D.N.Y. 2012)

Bromberg & Lowenfels, Securities Fraud & Commodities Fraud, § 8.6

Cammer v. Bloom, 711 F. Supp 1264, 1292 (D.N.J. 1989)

Cheney v. Cyberguard Corp., 213 F.R.D. 484, 501 (S.D. Fla. 2003)

Erica P. John Fund, Inc. v. Halliburton Co., 718 F.3d 423, 434 (5th Cir. 2013)

George v. China Auto. Sys., Inc., No. 11 Civ. 7533 (KBF), 2013 WL 3357170 (S.D.N.Y. July 3, 2013)

Halliburton II, 34 S.Ct. 2398 (U.S. 2014)

Krogman v. Sterritt et al., 202 F.R.D. 467, 478 (N.D. Tex. 2001)

Petrie v. Elec. Game Card, Inc., 308 F.R.D. 336, 356 (C.D. Cal. 2015)

In re Teva Securities Litigation, 2021 WL 872156, at *17 (D. Conn. Mar. 9, 2021)

**Academic Research and Articles**

Bessembinder, Hendrik, and Venkataraman, Kumar, "Bid-Ask Spreads: Measuring Trade Execution Costs in Financial Markets," *Encyclopedia of Quantitative Finance*, March 2009

Bhole, Surana, and Torchio, "Benchmarking Market Efficiency Factors For Securities Litigation," *Univ. Illinois Law Review Online 96*, May 4, 2020

Chung, K.H., and Zhang, H. "A simple approximation of intraday spreads using daily data," Journal of Financial Markets (2013), available at: http://dx.doi.org/10.1016/j.finmar.2013.02.004

Fama, Eugene F. "Efficient Capital Markets II," *Journal of Finance*, Vol 46, No. 5 (1991)

Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, Vol. 25, No. 2, Papers and Proceedings of the Twenty-eighth Annual Meeting of the American Finance Association New York, N.Y. December, 28-30, 1969 (May, 1970)

Fama, Eugene F., Fisher, Lawrence, Jensen, Michael C., and Roll, Richard, "The Adjustment of Stock Prices to New Information," *International Economic Review*, Vol. 10, No. 1, February 1969

Fama, Eugene F., "Random Walks in Stock Market Prices," *Financial Analysts Journal*, Vol. 21, September/October
1965

Harris, Larry PhD, CFA, "The Functioning of Financial Markets," CFA Institute Investment Foundations, CFA Institute, (3rd, 2016), Ch. 15

Jensen, Michael C. "Some Anomalous Evidence Regarding Market Efficiency," *Journal of Financial Economics*, Vol. 6, Nos. 2/3 (1978)

Litigation Services Handbook, 6th Ed., The Role of the Financial Expert, Edited by Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans, John Wiley & Sons, 2017

MacKinlay, A. Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature* Vol. 35, No. 1 (1997)

Malkiel, Burton G., "The Efficient Market Hypothesis and Its Critics," *Journal of Economic Perspectives*, Vol.17, Number 1, (2003)

Sanger, Gregory C. and McConnell, John J., "Stock Exchange Listings, Firm Value, and Security Market Efficiency: The Impact of NASDAQ," *Journal of Financial and Quantitative Analysis*, Vol. 21, No. 1 (March 1986)

**Spectrum Pharmaceuticals, Inc. SEC Filings**

Form 10-K (March 18, 2022)
Forms 10-Q (May 12, 2022; August 12, 2022; November 14, 2022)
Forms 8-K (May 12, 2022; May 17, 2022; June 10, 2022; June 23, 2022; August 3, 2022; August 11, 2022; September 12, 2022; September 23, 2022)
Form DEF 14A (April 27, 2022)
Form S-3 (July 13, 2021)

**Spectrum Earnings Teleconference Transcripts**

May 12, 2022; August 11, 2022

**Historical Market and Pricing Data**

Historical daily price and reported trading volume data for SPPI (S&P Capital IQ)

Quarterly SPPI shares held by 13F Filers (Institutional Investors)

Historical daily closing bid price and ask price for SPPI as well as peer group companies

Historical index level data for the NASDAQ Composite Index and NASDAQ Biotechnology Index

Broker Activity Summary for SPPI from Bloomberg

SPPI shares outstanding and equity market capitalization

Duff & Phelps 2019 Cost of Capital: Annual U.S. Guidance and Examples, Chapter 7: The CRSP Decile Studies and the Risk Premium Report Studies – A Comparison

Compendium of news articles sourced from Bloomberg LP provided by plaintiff's counsel

**Analyst Reports Obtained Through Counsel**

| **JMP Securities** | **H.C. Wainwright** |
|---|---|
| 5/15/2022 | 3/18/2022 |
| 6/6/2022 | 3/30/2022 |
| 6/16/2022 Conference transcript | 5/13/2022 |
| 6/21/2022 | 5/24/2022 Conference transcript |
| 8/11/2022 | 5/27/2022 |
| 8/12/2022 | 8/12/2022 |
| 9/13/2022 | 9/12/2022 |
| 9/21/2022 | 9/20/2022 |
| 9/23/2022 | 9/23/2022 |

| **Jefferies** | **Cantor Fitzgerald** |
|---|---|
| 3/11/2022 | 6/28/2022 |
| 3/18/2022 | 9/12/2022 |
| 5/13/2022 | 9/20/2022 |
| 6/9/2022 Fireside chat transcript | |
| 8/12/2022 | **B. Riley Securities** |
| 9/8/2022 | 5/19/2022 |
| 9/14/2022 | 7/8/2022 |
| 9/20/2022 | 9/12/2022 |
| 9/23/2022 | 9/23/2022 |

**EXHIBIT NO. 3**



# Cynthia L. Jones, CFA

*Principal*
**Pershing Economics, LLC**                                    2023 - present
*[e] cjones@pershingeconomics.com [m] (609) 290-9114*

## Professional Summary

Cynthia Jones is an expert in securities, capital markets, and commercial litigation matters including valuation and economic damages.  She provides expert analyses and opinions in areas including actions brought pursuant to Federal and State securities laws; ERISA litigation; complex business and consumer litigation; shareholder oppression; commercial damages; and mergers and acquisition litigation.  Cynthia prepares valuations of public and private companies, partnerships and assets in a variety of industries for litigation and transactional purposes.  She has been qualified in Federal district court to provide opinions concerning class certification matters, including market efficiency, and has structured financial settlements and developed equitable plans of allocation in conjunction with class action settlements and SEC disgorgement proceedings.  She is frequently called upon to quantify stakeholder damages in financial disputes and to assist in matters related to class certification.

## Education

*Rutgers University Graduate School of Management*, New Brunswick, New Jersey
Master of Business Administration (Finance)

*North Carolina State University*, Raleigh, North Carolina
B.A. Economics and Business Management

*Chartered Financial Analyst*® *Designation*

## Prior Relevant Experience

**DLA, LLC,** Shrewsbury, NJ                                    2021 – 2023
Director
Project leader for Forensics, Valuation & Litigation Support group, working with legal professionals, business owners and individuals providing business valuation and advisory and expert analytics and testimony in matters pursuant to Federal and State securities laws, ERISA litigation, complex commercial litigation, and valuation disputes.

**Monument Economics Group,** Arlington, VA                    2017 - 2021
Vice President
Group leader for Securities and Capital Markets practice group of economic consulting and litigation services firm. Provided consulting and expert analyses and testimony for dispute resolution in matters pursuant to Federal and State securities laws, ERISA litigation, complex commercial litigation, and valuation disputes.

**Management Planning, Inc.,** Princeton, New Jersey          2015 - 2017
Vice President
Project leader for litigation services practice group.  Provided valuations and testimony in connection with commercial and securities litigation matters, shareholder disputes, and other litigation matters.  Prepared valuations of privately held companies in a variety of industries for corporate planning and tax-related purposes.

**Financial Markets Analysis, LLC,** Princeton, New Jersey          2001 – 2015
Senior Consultant
Provided broad range of capital markets consulting, valuation and research including economic and financial valuations and damages for litigation consulting firm.  Served as consulting and testifying expert in numerous securities litigations involving equity and debt securities, REITs, mutual funds, and derivative securities.

**Trilogy Capital Management, LLC**, Princeton, New Jersey          1998 - 2001
Director Marketing and Client Services
Responsible for all aspects of performance attribution and reporting for investment manager and hedge fund. Provided quantitative analyses and assisted portfolio manager with development of new investment products.  Established and facilitated compliance procedures for all areas of the firm in accordance with regulatory mandates.

**Princeton Venture Research**, Princeton, New Jersey          1989 - 1998
Vice President
Project manager responsible for providing financial valuations of securities, as well as public and private companies, for investment banking purposes and financial dispute resolution.  Primary analyst for longest-running Delaware appraisal case, *CEDE & Co. v. Technicolor, Inc*.

**Prudential Securities, Inc.,** Princeton, New Jersey          1988 - 1989
Assistant to Sr. Vice-President
Assisted investment manager in implementing equity, fixed income, and commodity transactions.  Attained FINRA/NFA Series 3 license (National Commodity Futures).

**Merrill Lynch,** Somerset, New Jersey          1987 - 1988
Client Services
Handled inquiries and transactions for investment account which serviced ESOPs of major U.S. corporations. Attained FINRA Series 7 license (General Securities Representative).

## *Professional Affiliations and Activities*
 CFA Institute – Member
 CFA Society of New York – Member
 FINRA Dispute Resolution Arbitrator
 American Finance Association - Member

2

**EXHIBIT NO. 4**

## Cynthia L. Jones, CFA
*Reports and Testimony Prior Four Years as of May 2024*

In re Amyris, Inc. Securities Litigation
No. 4:19-cv-01765-YGR
United States District Court Northern District of California
- July 29, 2021 - Declaration and Expert Report (Class Certification)
- September 14, 2021 – Deposition
- October 27, 2021 – Rebuttal Report

In re Ardent Health Services Retirement Savings Plan ERISA Litigation
Civil Action No.: 3:19-CV-01158
United States District Court Middle District of Tennessee
- December 8, 2021 – Expert Report
- January 31, 2022 - Deposition

In re Magna International of America, Inc., et al. ERISA Litigation
No.: 20-11060
United States District Court For The Eastern District of Michigan
- January 5, 2022 – Expert Report
- February 19, 2022 – Deposition
- February 28, 2022 – Supplemental Report

In re FirstEnergy Corporation Securities Litigation
No. 2:20-cv-03785-ALM-KAJ
United States District Court Southern District of Ohio Eastern Division
- June 6, 2022 – Expert Report
- July 19, 2022 – Deposition

In re B. Braun Medical, Inc. ERISA Litigation
No.: 20-4195
United States District Court For The Eastern District of Pennsylvania
- June 24, 2022 – Expert Report
- August 24, 2022 – Deposition
- July 13-14, 2023 – Trial

In re MGM Resorts International, et al. ERISA Litigation
Case No.: 2:20-cv-01750
United States District Court for the District of Nevada
- July 1, 2022 – Expert Report
- November 9, 2022 - Deposition

## Cynthia L. Jones, CFA
### *Prior Reports and Testimony (continued)*

<u>In re Stantec Consulting Services, Inc., et al. ERISA Litigation</u>
Case No. 2:20-cv-01865-GMS
United States District Court District of Arizona
- September 9, 2022 – Expert Report
- November 4, 2022 – Rebuttal Report
- February 24, 2023 – Deposition

<u>In re Konica Minolta Business Solutions U.S.A., Inc., et al. ERISA Litigation</u>
Civil Action No. 20-6827 (JMV) (MF)
United States District Court For The District of New Jersey
- December 16, 2022 – Expert Report
- February 23, 2023 – Deposition

<u>In re Gridsum Holding Inc. Securities Litigation</u>
Civil Action No. 1:18-cv-3655-GHW
United States District Court Southern District Of New York
- February 16, 2022 – Declaration and Expert Report
- April 18, 2023 – Deposition
- June 13, 2023 – Declaration and Rebuttal Report

<u>In re Valeant Pharmaceuticals International, Inc. Securities Litigation</u>
No. 3:15-cv-07658-MAS-LHG
United States District Court District of New Jersey
- September 21, 2018 – Expert Report in Support of Class Certification (Senior Notes)
- March 1, 2024 – Expert Report in Support of Class Certification (Senior Notes) in action against remaining defendant PricewaterhouseCoopers LLP
- May 2, 2024 – Deposition

2

**EXHIBIT NO. 5**
**Spectrum Pharmaceuticals, Inc.**
**Summary of Cammer Factors**

| Factor | Summary of Factor | Spectrum Pharmaceuticals, Inc. |
|---|---|---|
| **Cammer I:  Average Weekly Trading Volume** | An active trading market; turnover measured by average weekly trading of two percent or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; one percent would justify a substantial presumption. | SPPI demonstrated turnover of 9.7% for the 20 weeks during the Class Period, exceeding the Cammer threshold of 1% to 2%. |
| **Cammer II:  Analyst Coverage** | A significant number of securities analysts following and reporting on the subject security.  Cammer does not specifically quantify what constitutes a "significant" number of analysts. | SPPI enjoyed consistent coverage by analysts throughout the Class Period. There were at least 25 research reports issued by analysts from firms including Jefferies, JMP Securities, H.C. Wainwright, Cantor Fitzgerald and B. Riley. |
| **Cammer III:  Market Makers** | The presence of numerous market makers. Cammer provides that ten market makers would justify presumption of efficiency, while five would justify a more modest presumption. | There were 63 unique market makers facilitating trading in SPPI during the Class Period, exceeding the Cammer benchmark of ten. |
| **Cammer IV:  SEC Form S-3 Eligibility** | The ability of the Company to file a Form S-3 in connection with public offerings. | Spectrum filed a Form S-3 registration statement in July 2021, nine months prior to the beginning of the Class Period. The Company issued shares of stock during the Class Period pursuant to this registration statement. |
| **Cammer V:  Price Reaction to New Information** | The existence of empirical facts showing cause and effect relationship between unexpected corporate events and financial releases and an immediate response in the stock price. Cammer says this is the "essence of an efficient market and the foundation for the fraud on the market theory." | The Event Study analysis showed a cause and effect relationship between information regarding the probability of success of SPPI's two developmental drug therapies and its stock price. |

**EXHIBIT NO. 6**
**Spectrum Pharmaceuticals, Inc.**
**Analysis of Turnover**
**Weeks Ended May 13, 2022 through September 23, 2022**

| Date | Volume | Weekly Volume | Shares Outstanding |
|---|---|---|---|
| May-09-2022 | 1,998,577 | | |
| May-10-2022 | 1,786,066 | | |
| May-11-2022 | 2,856,685 | | |
| May-12-2022 | 2,788,669 | | |
| May-13-2022 | 2,540,250 | 11,970,247 | 180,087,219 |
| May-16-2022 | 1,724,901 | | |
| May-17-2022 | 1,159,623 | | |
| May-18-2022 | 2,063,027 | | |
| May-19-2022 | 1,808,246 | | |
| May-20-2022 | 1,724,878 | 8,480,675 | 180,087,219 |
| May-23-2022 | 862,099 | | |
| May-24-2022 | 1,371,414 | | |
| May-25-2022 | 953,088 | | |
| May-26-2022 | 799,886 | | |
| May-27-2022 | 2,115,035 | 6,101,522 | 180,087,219 |
| May-31-2022 | 1,886,267 | | |
| Jun-01-2022 | 1,784,004 | | |
| Jun-02-2022 | 2,764,484 | | |
| Jun-03-2022 | 3,394,316 | 9,829,071 | 180,087,219 |
| Jun-06-2022 | 2,343,106 | | |
| Jun-07-2022 | 2,508,360 | | |
| Jun-08-2022 | 2,014,904 | | |
| Jun-09-2022 | 1,298,753 | | |
| Jun-10-2022 | 2,463,950 | 10,629,073 | 180,087,219 |
| Jun-13-2022 | 1,997,483 | | |
| Jun-14-2022 | 1,753,562 | | |
| Jun-15-2022 | 1,851,644 | | |
| Jun-16-2022 | 2,115,750 | | |
| Jun-17-2022 | 2,926,585 | 10,645,024 | 180,087,219 |
| Jun-21-2022 | 2,971,042 | | |
| Jun-22-2022 | 2,756,550 | | |
| Jun-23-2022 | 2,800,996 | | |
| Jun-24-2022 | 21,273,870 | 29,802,458 | 180,087,219 |
| Jun-27-2022 | 1,570,469 | | |
| Jun-28-2022 | 1,395,060 | | |
| Jun-29-2022 | 1,543,409 | | |
| Jun-30-2022 | 1,840,059 | | |
| Jul-01-2022 | 1,692,362 | 8,041,359 | 184,870,273 |
| Jul-05-2022 | 2,004,812 | | |
| Jul-06-2022 | 1,104,253 | | |
| Jul-07-2022 | 1,333,501 | | |
| Jul-08-2022 | 1,082,747 | 5,525,313 | 184,870,273 |
| Jul-11-2022 | 962,539 | | |
| Jul-12-2022 | 1,216,471 | | |
| Jul-13-2022 | 1,030,743 | | |
| Jul-14-2022 | 1,346,000 | | |
| Jul-15-2022 | 1,022,812 | 5,578,565 | 184,870,273 |
| Jul-18-2022 | 1,098,337 | | |
| Jul-19-2022 | 1,324,071 | | |
| Jul-20-2022 | 1,174,734 | | |

**EXHIBIT NO. 6**
**Spectrum Pharmaceuticals, Inc.**
**Analysis of Turnover**
**Weeks Ended May 13, 2022 through September 23, 2022**

| Date | Volume | Weekly Volume | Shares Outstanding |
|---|---|---|---|
| Jul-21-2022 | 1,014,154 | | |
| Jul-22-2022 | 782,693 | 5,393,989 | 184,870,273 |
| Jul-25-2022 | 572,616 | | |
| Jul-26-2022 | 1,369,161 | | |
| Jul-27-2022 | 935,612 | | |
| Jul-28-2022 | 1,230,952 | | |
| Jul-29-2022 | 1,072,756 | 5,181,097 | 184,870,273 |
| Aug-01-2022 | 1,400,217 | | |
| Aug-02-2022 | 1,294,192 | | |
| Aug-03-2022 | 2,670,650 | | |
| Aug-04-2022 | 1,880,475 | | |
| Aug-05-2022 | 4,159,985 | 11,405,519 | 184,870,273 |
| Aug-08-2022 | 2,318,968 | | |
| Aug-09-2022 | 2,154,066 | | |
| Aug-10-2022 | 2,964,736 | | |
| Aug-11-2022 | 3,838,170 | | |
| Aug-12-2022 | 3,919,155 | 15,195,095 | 188,164,186 |
| Aug-15-2022 | 4,338,425 | | |
| Aug-16-2022 | 5,913,886 | | |
| Aug-17-2022 | 7,443,966 | | |
| Aug-18-2022 | 4,404,798 | | |
| Aug-19-2022 | 3,940,327 | 26,041,402 | 188,164,186 |
| Aug-22-2022 | 3,303,096 | | |
| Aug-23-2022 | 2,570,069 | | |
| Aug-24-2022 | 1,987,830 | | |
| Aug-25-2022 | 2,140,036 | | |
| Aug-26-2022 | 3,301,889 | 13,302,920 | 188,164,186 |
| Aug-29-2022 | 4,631,438 | | |
| Aug-30-2022 | 2,869,979 | | |
| Aug-31-2022 | 1,881,874 | | |
| Sep-01-2022 | 3,243,519 | | |
| Sep-02-2022 | 2,835,880 | 15,462,690 | 188,164,186 |
| Sep-06-2022 | 3,633,947 | | |
| Sep-07-2022 | 3,880,976 | | |
| Sep-08-2022 | 7,023,257 | | |
| Sep-09-2022 | 19,518,730 | 34,056,910 | 188,164,186 |
| Sep-12-2022 | 47,655,680 | | |
| Sep-13-2022 | 13,077,590 | | |
| Sep-14-2022 | 7,356,749 | | |
| Sep-15-2022 | 3,846,293 | | |
| Sep-16-2022 | 6,139,529 | 78,075,841 | 188,164,186 |
| Sep-19-2022 | 3,033,488 | | |
| Sep-20-2022 | 21,847,560 | | |
| Sep-21-2022 | 6,811,499 | | |
| Sep-22-2022 | | | |
| Sep-23-2022 | 15,336,700 | 47,029,247 | 188,164,186 |
| Average: | | 17,887,401 | 184,349,074 |
| **Turnover:** | | **9.7%** | |



**EXHIBIT NO. 7**
Spectrum Pharmaceuticals, Inc.
Weekly Turnover

**EXHIBIT NO. 8**
**Spectrum Pharmaceuticals, Inc.**
**Analyst Reports Archived by Refinitiv**
**May 12, 2022 - September 22, 2022**

| Date | Title | Pages | Contributor | Analyst |
|---|---|---|---|---|
| 5/20/2022 | 1Q: Ph.III Design and Adcom Update for Pozi; 2 Potential Launches By 2023 | 11 | Jefferies | Mr. Maury T. Raycroft, PHD |
| 5/20/2022 | 1Q22 Results: Two Potential Approvals in 2H22; ODAC Meeting Set for Poziotinib in September | 8 | H.C. Wainwright & Co., LLC | Mr. Edward P. White, II |
| 5/23/2022 | 1Q22 Update – One ODAC Panel and Two PDUFAs in 2022 | 18 | JMP Securities | Mr. Reni J. J. Benjamin, PhD, PHD |
| 6/3/2022 | Exploratory Biomarker Data For Poziotinib to Be Presented At ASCO | 3 | H.C. Wainwright & Co., LLC | Mr. Edward P. White, II |
| 6/14/2022 | Live From ASCO: ctDNA, a Potential Predictive Biomarker for Pozi | 10 | JMP Securities | Mr. Reni J. J. Benjamin, PhD, PHD |
| 7/5/2022 | Tomorrow @ 11 AM ET: Please Join Our Virtual KOL Call to Discuss Potential Changes To Treatment Paradigms Post ASCO and EHA | 6 | Cantor Fitzgerald | Mr. Prakhar Agrawal |
| 8/19/2022 | 2Q22 Results; Two PDUFA Dates in 2H22; ODAC Meeting on September 22, 2022 | 6 | H.C. Wainwright & Co., LLC | Mr. Edward P. White, II |
| 8/19/2022 | 2Q: Efla Re-Inspection De-Risks Sept 9th PDUFA; Pozi AdCom Sept 22nd | 12 | Jefferies | Mr. Maury T. Raycroft, PHD |
| 8/19/2022 | 2Q22 Update: Two Potential Approvals – Two Chances to Build Shareholder Value | 26 | JMP Securities | Mr. Reni J. J. Benjamin, PhD, PHD |
| 9/15/2022 | ESMO Abstracts+LBAs Released -- MRTX, AFMD, TYRA, SPPI, etc. | 7 | Jefferies | Mr. Maury T. Raycroft, PHD |
| 9/19/2022 | Key Takeaways from Management Conversation Post Rolvedon Approval | 5 | Cantor Fitzgerald | Mr. Prakhar Agrawal |
| 9/19/2022 | A Great Weekend For Spectrum With Rolvedon Approved on Friday Evening and Positive Pozi Data Reported on Saturday | 8 | H.C. Wainwright & Co., LLC | Mr. Edward P. White, II |
| 9/20/2022 | Rolvedon Commercial Launch on the Heels of Impressive Data for Pozi at ESMO | 16 | JMP Securities | Mr. Reni J. J. Benjamin, PhD, PHD |
| 9/21/2022 | ESMO'22 Takeaways: MRTX, MRUS, AFMD, TYRA, THRX, SPPI, ORIC, & CELC | 8 | Jefferies | Mr. Maury T. Raycroft, PHD |

**EXHIBIT NO. 9**
**Spectrum Pharmaceuticals, Inc.**
**Analysis of Market Makers**
**May 2022 – September 2022**
**Source:  Bloomberg Broker Activity Summary**

| MPID | Name | Gross Volume |
|---|---|---|
| MSCO | MORGAN STANLEY & CO., INCORPOR | 19,270,009 |
| LEHM | BARCLAYS CAPITAL INC. | 14,951,625 |
| GSCO | GOLDMAN SACHS | 13,183,483 |
| IBKR | INTERACTIVE BROKERS LLC | 7,799,507 |
| UBSS | UBS SECURITIES LLC. | 7,186,558 |
| INCA | INSTINET CORPORATION | 6,976,563 |
| VALX | Virtu Americas | 5,212,617 |
| CUGS | Cuttone & Co., Inc. | 5,089,432 |
| VALR | VIRTU AMERICAS LLC | 2,192,664 |
| GEBB | GLOBAL EXECUTION BROKERS, LP | 1,845,910 |
| JNST | Jane Street Capital, LLC | 1,745,199 |
| SBSH | CITIGROUP GLOBAL MARKETS INC. | 1,603,723 |
| FBCO | CREDIT SUISSE FIRST BOSTON LLC | 1,490,729 |
| CANT | CANTOR FITZGERALD & CO. | 1,437,389 |
| TSSM | TWO SIGMA SECURITIES | 1,187,932 |
| NFSC | NATIONAL FINANCIAL SERVICES LL | 913,699 |
| FOMA | AMERITRADE, INC. | 620,631 |
| ETEJ | ELECTRONIC TRANSACTION CLEARING, INC. | 455,109 |
| DFIN | ELECTRONIC BROKERAGE SYSTEMS, LLC | 417,489 |
| CPEM | CLEARPOOL EXECUTION SERVICES, LLC | 404,184 |
| GSCS | GOLDMAN, SACHS & CO. | 358,788 |
| SPDR | SPEEDROUTE LLC | 352,083 |
| CODA | CODA MARKETS, INC | 328,689 |
| WEXM | WOLVERINE EXECUTION SERVICES, LLC | 282,235 |
| FRET | Fox River Execution Tehnology, LLC | 278,815 |
| TRBT | TRADEBOT SYSTEMS, INC. | 274,936 |
| ETRS | E*TRADE CLEARING LLC | 261,855 |
| GTSZ | GTS SECURITIES LLC | 253,802 |
| LMGP | LIME BROKERAGE LLC | 228,446 |
| JMPT | JUMP TRADING, LLC | 208,055 |
| EGXW | BATS TRADING, INC. | 206,078 |
| CTDL | Citadel Derivatives Group Llc | 165,281 |
| CHAS | CHARLES SCHWAB AND CO. INC. | 154,813 |
| IEQY | CITADEL SECURITIES LLC | 149,528 |
| INJX | INSTINET, LLC | 146,054 |
| JEFF | JEFFERIES & COMPANY, INC. | 144,384 |
| WCHV | Wells Fargo Securities, LLC | 144,148 |
| LAMP | LAMPOST CAPITAL LLC | 104,106 |
| LIME | LIME BROKERAGE LLC | 92,964 |
| GTSW | | 70,523 |
| ETBE | Electronic Transaction Clearing, Inc. | 68,259 |
| VSIN | Vision Financial Markets Llc | 62,958 |
| ROTH | ROTH CAPITAL PARTNERS, LLC | 55,325 |
| TRCM | TRC MARKETS LLC | 52,306 |
| BTIG | BTIG, LLC | 45,222 |
| BERN | SANFORD C. BERNSTEIN AND CO. I | 38,002 |
| OLDM | OLD MISSION CAPITAL, LLC | 29,490 |
| HSBC | HSBC SECURITIES (USA) INC. | 26,605 |
| SHMR | O'CONNOR & COMPANY LLC | 25,142 |
| CTDN | Citadel Securities LLC | 23,893 |
| WEXX | WOLVERINE EXECUTION SERVICES, | 17,921 |
| OHOS | TWO SIGMA SECURITIES, LLC | 16,460 |
| WHOT | WHOTRADES, INC. | 12,119 |
| FOXB | | 11,590 |
| ETDX | ELECTRONIC TRANSACTION CLEARING, INC. | 8,159 |
| EGAW | BATS TRADING, INC. | 7,131 |
| WBUL | | 5,612 |
| MAXM | MAXIM GROUP, LLC | 5,000 |
| VIEW | VIEWTRADE SECURITIES, INC. | 4,983 |
| NQRB | BRUT, LLC | 4,324 |
| LSCI | LEK SECURITIES CORPORATION | 3,260 |
| QLBR | Quantlab Brokerage, LLC | 1,700 |
| BMOC | BMO CAPITAL MARKETS | 1,572 |

Total shares **98,717,068**
Number of Unique MPIDs **63**

**EXHIBIT NO. 10**
**Spectrum Pharmaceuticals, Inc.**
**Summary of Institutional Ownership of Shares (13F filers)**
**Source: S&P Capital IQ**

| 13-F Filer | 3/31/2022 | 6/30/2022 | 9/30/2022 |
|---|---|---|---|
| Armistice Capital LLC | 17,100,000 | 17,100,000 | 16,676,000 |
| BlackRock, Inc. (NYSE:BLK) | 15,789,223 | 7,878,203 | 7,219,167 |
| The Vanguard Group, Inc. | 7,963,782 | 8,828,676 | 8,667,120 |
| D. E. Shaw & Co., L.P. | 7,845,726 | 8,051,858 | 3,844,988 |
| State Street Global Advisors, Inc. | 3,338,316 | 721,769 | 623,569 |
| Geode Capital Management, LLC | 2,727,532 | 1,735,725 | 1,551,752 |
| Morgan Stanley, Investment Banking and Brokerage Investmer | 1,645,673 | 1,767,179 | 1,512,392 |
| Northern Trust Global Investments | 1,472,567 | 327,751 | 328,278 |
| Renaissance Technologies LLC | 1,404,039 | 1,191,049 | 997,400 |
| Alethea Capital Management, LLC | 1,177,115 | 787,973 | 787,973 |
| PanAgora Asset Management, Inc. | 849,041 | - | - |
| Millennium Management LLC | 757,729 | 2,681,100 | 1,555,182 |
| CM Management, LLC | 600,000 | 600,000 | 800,000 |
| Two Sigma Advisers, LP | 585,000 | 48,300 | - |
| Fisher Asset Management, LLC | 545,198 | 545,198 | - |
| Dimensional Fund Advisors LP | 529,945 | 459,885 | 439,723 |
| BNY Mellon Asset Management | 496,150 | 87,751 | 88,662 |
| Teachers Insurance and Annuity Association-College Retireme | 451,726 | - | - |
| Wells Fargo & Company, Securities and Brokerage Investment | 442,400 | 434,401 | 429,250 |
| Charles Schwab Investment Management, Inc. | 432,628 | 432,628 | 82,687 |
| Acadian Asset Management LLC | 421,867 | 82,478 | 1,155,340 |
| Sargent Investment Group, LLC | 414,600 | 614,600 | 574,600 |
| J. Lamarck SIM S.p.A. | 400,000 | - | - |
| JP Morgan Asset Management | 344,592 | 35,701 | - |
| Ergoteles LLC | 299,005 | 744,275 | 381,902 |
| Susquehanna International Group, LLP, Asset Management Ar | 264,165 | 305,393 | 529,219 |
| KBC Asset Management NV | 247,582 | - | - |
| AllianceBernstein L.P. | 208,565 | - | - |
| Two Sigma Investments, LP | 202,201 | - | - |
| Simplex Trading, LLC, Asset Management Arm | 176,178 | - | - |
| Los Angeles Capital Management LLC | 165,134 | 155,300 | 75,200 |
| Rhumbline Advisers Ltd Partnership | 162,991 | - | - |
| Goldman Sachs Asset Management, L.P. | 127,457 | 91,453 | 20,055 |
| Franklin Resources, Inc. (NYSE:BEN) | 122,000 | 82,173 | 83,012 |
| Goldman Sachs Group, Investment Banking and Securities Inv | 120,614 | 184,710 | 64,770 |
| Tekla Capital Management LLC | 114,670 | 114,670 | 114,670 |
| abrdn plc (LSE:ABDN) | 114,670 | 114,670 | 114,670 |
| New York State Common Retirement Fund | 109,943 | 1,065 | - |
| Caxton Associates LP | 107,135 | 107,135 | - |
| Deutsche Asset & Wealth Management | 94,911 | - | - |
| Sonora Investment Management Group, LLC | 82,000 | 103,000 | 103,000 |
| SunAmerica Asset Management, LLC | 80,948 | 19,979 | 2,000 |
| Group One Trading LP, Asset Management Arm | 78,418 | 83,661 | 139,607 |

**EXHIBIT NO. 10**
**Spectrum Pharmaceuticals, Inc.**
**Summary of Institutional Ownership of Shares (13-F filers)**
**Source: S&P Capital IQ**

| 13-F Filer | 3/31/2022 | 6/30/2022 | 9/30/2022 |
|---|---|---|---|
| JPMorgan Chase & Co, Private Banking and Investment Banki | 76,465 | - | - |
| Manulife Asset Management | 76,190 | - | - |
| Bank of America Corporation, Asset Management Arm | 71,601 | 83,159 | 799,805 |
| California State Teachers' Retirement System | 69,819 | - | - |
| Crestline Investors Inc. | 66,209 | 65,362 | - |
| State Board of Administration of Florida | 63,554 | - | - |
| Engineers Gate Manager LP | 62,941 | 62,941 | 28,324 |
| Voya Investment Management LLC | 60,328 | - | - |
| T. Rowe Price Group, Inc. (NasdaqGS:TROW) | 55,026 | 40,948 | 35,352 |
| Invesco Ltd. (NYSE:IVZ) | 54,853 | - | - |
| Eaton Vance Management | 52,004 | 4,693 | 197 |
| Principal Global Investors, LLC | 48,301 | - | - |
| ProShare Advisors LLC | 47,538 | 14,025 | 15,826 |
| Zacks Investment Management, Inc. | 44,292 | - | 40,256 |
| McDonald Partners, LLC | 42,570 | 42,570 | 42,570 |
| Jane Street Group, LLC, Asset Management Arm | 39,304 | 21,157 | 67,722 |
| Securities America Advisors, Inc. | 37,207 | 27,200 | 41,095 |
| AQR Capital Management, LLC | 34,580 | 161,832 | - |
| Lord, Abbett & Co. LLC | 31,764 | - | - |
| Winton Capital Group Limited | 27,119 | 96,571 | 89,346 |
| Amalgamated Bank's Trust & Investment Services Group | 26,544 | - | - |
| Barclays PLC Private Banking & Investment Banking Investme | 26,470 | - | - |
| Sheaff Brock Investment Advisors, LLC | 23,200 | 26,200 | 37,200 |
| Nationwide Fund Advisors | 21,503 | 922 | - |
| Wells Fargo & Company, Private Banking and Investment Ban | 21,457 | 1,121 | 1,124 |
| Diversified Trust Co., Asset Management Arm | 21,268 | - | - |
| Mirabella Financial Services LLP | 20,900 | - | - |
| JPMorgan Chase & Co, Brokerage and Securities Investments | 20,555 | 8,175 | 11,745 |
| Tower Research Capital LLC | 18,949 | 10,169 | 11,555 |
| Victory Capital Management Inc. | 18,468 | 21,251 | 19,013 |
| Legal & General Investment Management Limited | 18,436 | - | - |
| Creative Planning, LLC | 16,531 | 16,531 | 16,531 |
| BNP Paribas Securities Corp, Asset Management Arm | 15,192 | - | - |
| Citigroup Inc.,Banking and Securities Investments | 14,777 | 4,160 | 2,064 |
| Citadel Advisors LLC | 13,913 | 755,128 | - |
| Raymond James Financial Services Advisors, Inc. | 12,715 | 12,715 | 12,934 |
| Ameritas Investment Partners, Inc. | 12,291 | - | - |
| Two Sigma Securities, LLC, Asset Management Arm | 12,226 | - | 43,710 |
| Oregon Public Employees Retirement Fund | 12,222 | - | - |
| Morgan Stanley Investment Management Inc. | 11,599 | 11,221 | - |
| PGIM, Inc. | 11,121 | - | - |
| Parallel Advisors, LLC | 10,670 | 10,000 | 14,000 |
| Wolverine Trading LLC, Asset Management Arm | 10,209 | 14,178 | 22,599 |

**EXHIBIT NO. 10**
**Spectrum Pharmaceuticals, Inc.**
**Summary of Institutional Ownership of Shares (13-F filers)**
**Source: S&P Capital IQ**

| 13-F Filer | 3/31/2022 | 6/30/2022 | 9/30/2022 |
|---|---|---|---|
| Royal Bank of Canada, Banking & Securities Investments | 10,017 | 23 | 707 |
| Mission Wealth Management, LP | 10,000 | 10,000 | 10,000 |
| Northeast Financial Consultants, LLC | 10,000 | 10,000 | 10,000 |
| Mackenzie Financial Corporation | 9,086 | 9,086 | - |
| Blackstone Inc. (NYSE:BX) | 8,900 | (900) | (12,698) |
| ProFund Advisors LLC | 8,064 | 3,487 | - |
| Consulting Group Advisory Services LLC | 6,187 | 6,187 | - |
| Tradition Wealth Management LLC | 5,148 | 5,148 | - |
| Penn Mutual Asset Management, LLC | 5,014 | - | - |
| Invesco Capital Management LLC | 3,892 | 3,947 | 3,859 |
| Versant Capital Management, Inc. | 3,838 | 3,838 | - |
| Fiduciary Trust Company International | 3,286 | - | - |
| FMR LLC | 2,981 | 3,158 | 829 |
| GF Fund Management Co., Ltd. | 2,768 | 2,768 | 2,768 |
| Security Investors, LLC | 2,572 | - | - |
| Key Financial, Inc. | 2,500 | 2,500 | 2,500 |
| Steward Partners Investment Advisory, LLC | 2,250 | 2,250 | 2,250 |
| UBS Asset Management AG | 2,157 | 2,157 | 2,193 |
| Meeder Asset Management, Inc | 2,052 | 346 | - |
| CapFinancial Partners, LLC, Asset Management Arm | 845 | 845 | - |
| Focused Wealth Management, Inc. | 800 | 800 | 800 |
| PNC Financial Services Group Inc., Banking Investments | 689 | 170 | - |
| Osaic Wealth, Inc. , Asset Management Arm | 500 | 500 | 500 |
| Merrill Lynch & Co. Inc., Banking Investments | 396 | 396 | 9 |
| First Personal Financial Services Inc | 370 | - | - |
| Daiwa Asset Management Co., Ltd. | 321 | 321 | 321 |
| L2 Asset Management, LLC | 232 | 232 | - |
| UMB Financial Corporation, Asset Management Arm | 200 | 200 | 200 |
| Quantbot Technologies, LP | 128 | - | - |
| Capital Advisors, Ltd., LLC | 106 | - | - |
| Colorado Financial Management, LLC | 100 | - | - |
| Sageworth Trust Co. | 94 | 94 | - |
| American Century Investment Management Inc | 83 | 83 | 83 |
| RBC Dominion Securities Inc., Asset Management Arm | 23 | 23 | - |
| Carson Wealth Management Group | 12 | 62 | 12 |
| Federated Hermes, Inc. (NYSE:FHI) | 5 | - | - |
| Triad Hybrid Solutions, LLC | 1 | 1 | 1 |
| Lindbrook Capital, LLC | 1 | 1 | 1 |
| GSA Capital Partners LLP | - | - | 637,572 |
| U.S. Bancorp Asset Management, Inc. | - | 389,142 | 389,142 |
| Jacobs Levy Equity Management Inc | - | - | 594,108 |
| Ikarian Capital, LLC | - | - | 176,980 |
| Qube Research & Technologies Ltd | - | 154,597 | 124,369 |

**EXHIBIT NO. 10**
**Spectrum Pharmaceuticals, Inc.**
**Summary of Institutional Ownership of Shares (13-F filers)**
**Source: S&P Capital IQ**

| 13-F Filer | 3/31/2022 | 6/30/2022 | 9/30/2022 |
|---|---|---|---|
| CaaS Capital Management LP | - | - | 285,441 |
| Virtu Financial LLC, Asset Management Arm | - | 61,561 | - |
| Graham Capital Management, L.P. | - | 147,758 | - |
| Boothbay Fund Management, LLC | - | 42,111 | 30,401 |
| LMR Partners LLP | - | 77,541 | 77,541 |
| Point72 Asset Management, L.P. | - | 19,160 | - |
| Gesiuris, SA | - | - | 31,925 |
| Laurion Capital Management LP | - | 60,619 | - |
| AHL Partners LLP | - | 14,596 | 34,208 |
| Balyasny Asset Management L.P. | - | 29,524 | - |
| Knott Partners Management, LLC | - | - | 36,900 |
| BNP Paribas Arbitrage Sa, Asset Management Arm | - | 31,652 | 1,291 |
| Moors & Cabot, Inc., Asset Management Arm | - | - | 12,400 |
| Independent Advisor Alliance, LLC | - | - | 10,800 |
| Vontobel Asset Management, Inc. | - | - | 10,000 |
| Y-Intercept (Hong Kong) Limited | - | 26,513 | - |
| Dynamic Technology Lab Pte Ltd | - | - | - |
| Teacher Retirement System of Texas | - | - | - |
| Veritable LP | - | 24,200 | - |
| | | | |
| Total Held by Reporting Institutional Investors | 72,171,935 | 59,178,635 | 52,792,569 |

**EXHIBIT NO. 11**
**Spectrum Pharmaceuticals, Inc.**
**Bid-Ask Spread Analysis**
**May 12, 2022 - September 22, 2022**

| Dates | Bid | Ask | Bid-Ask Spread $ | Bid-Ask Spread % |
|---|---|---|---|---|
| May-11-2022 | $0.730 | $0.733 | | |
| May-12-2022 | $0.711 | $0.724 | $0.014 | 1.9% |
| May-13-2022 | $0.774 | $0.792 | $0.018 | 2.3% |
| May-16-2022 | $0.780 | $0.782 | $0.002 | 0.3% |
| May-17-2022 | $0.775 | $0.780 | $0.006 | 0.7% |
| May-18-2022 | $0.739 | $0.740 | $0.001 | 0.1% |
| May-19-2022 | $0.741 | $0.745 | $0.004 | 0.6% |
| May-20-2022 | $0.747 | $0.750 | $0.003 | 0.4% |
| May-23-2022 | $0.732 | $0.739 | $0.007 | 1.0% |
| May-24-2022 | $0.701 | $0.710 | $0.008 | 1.2% |
| May-25-2022 | $0.711 | $0.716 | $0.005 | 0.7% |
| May-26-2022 | $0.705 | $0.706 | $0.001 | 0.1% |
| May-27-2022 | $0.738 | $0.742 | $0.004 | 0.6% |
| May-31-2022 | $0.748 | $0.752 | $0.004 | 0.5% |
| Jun-01-2022 | $0.697 | $0.700 | $0.003 | 0.4% |
| Jun-02-2022 | $0.742 | $0.750 | $0.008 | 1.1% |
| Jun-03-2022 | $0.821 | $0.826 | $0.005 | 0.6% |
| Jun-06-2022 | $0.824 | $0.830 | $0.006 | 0.8% |
| Jun-07-2022 | $0.887 | $0.890 | $0.003 | 0.4% |
| Jun-08-2022 | $0.916 | $0.917 | $0.002 | 0.2% |
| Jun-09-2022 | $0.908 | $0.914 | $0.005 | 0.6% |
| Jun-10-2022 | $0.810 | $0.820 | $0.010 | 1.3% |
| Jun-13-2022 | $0.765 | $0.765 | $0.000 | 0.1% |
| Jun-14-2022 | $0.770 | $0.771 | $0.000 | 0.1% |
| Jun-15-2022 | $0.770 | $0.776 | $0.006 | 0.8% |
| Jun-16-2022 | $0.752 | $0.755 | $0.002 | 0.3% |
| Jun-17-2022 | $0.777 | $0.780 | $0.004 | 0.4% |
| Jun-21-2022 | $0.794 | $0.805 | $0.011 | 1.4% |
| Jun-22-2022 | $0.824 | $0.830 | $0.006 | 0.8% |
| Jun-23-2022 | $0.895 | $0.906 | $0.012 | 1.3% |
| Jun-24-2022 | $0.885 | $0.895 | $0.010 | 1.1% |
| Jun-27-2022 | $0.860 | $0.870 | $0.010 | 1.2% |
| Jun-28-2022 | $0.841 | $0.846 | $0.005 | 0.6% |
| Jun-29-2022 | $0.801 | $0.803 | $0.002 | 0.2% |
| Jun-30-2022 | $0.777 | $0.780 | $0.003 | 0.3% |
| Jul-01-2022 | $0.762 | $0.770 | $0.008 | 1.0% |
| Jul-05-2022 | $0.811 | $0.820 | $0.009 | 1.1% |
| Jul-06-2022 | $0.815 | $0.822 | $0.007 | 0.9% |
| Jul-07-2022 | $0.848 | $0.855 | $0.007 | 0.8% |
| Jul-08-2022 | $0.836 | $0.847 | $0.011 | 1.3% |
| Jul-11-2022 | $0.800 | $0.808 | $0.008 | 1.0% |
| Jul-12-2022 | $0.810 | $0.816 | $0.006 | 0.7% |
| Jul-13-2022 | $0.830 | $0.830 | $0.000 | 0.0% |
| Jul-14-2022 | $0.826 | $0.830 | $0.004 | 0.4% |
| Jul-15-2022 | $0.835 | $0.839 | $0.004 | 0.4% |
| Jul-18-2022 | $0.820 | $0.828 | $0.008 | 0.9% |
| Jul-19-2022 | $0.849 | $0.854 | $0.005 | 0.6% |
| Jul-20-2022 | $0.857 | $0.864 | $0.007 | 0.8% |

**EXHIBIT NO. 11**
**Spectrum Pharmaceuticals, Inc.**
**Bid-Ask Spread Analysis**
**May 12, 2022 - September 22, 2022**

| Dates | Bid | Ask | Bid-Ask Spread $ | Bid-Ask Spread % |
|---|---|---|---|---|
| Jul-21-2022 | $0.856 | $0.860 | $0.004 | 0.5% |
| Jul-22-2022 | $0.840 | $0.844 | $0.004 | 0.4% |
| Jul-25-2022 | $0.818 | $0.822 | $0.004 | 0.5% |
| Jul-26-2022 | $0.817 | $0.819 | $0.002 | 0.3% |
| Jul-27-2022 | $0.837 | $0.843 | $0.006 | 0.7% |
| Jul-28-2022 | $0.852 | $0.854 | $0.002 | 0.2% |
| Jul-29-2022 | $0.832 | $0.842 | $0.010 | 1.2% |
| Aug-01-2022 | $0.827 | $0.834 | $0.007 | 0.8% |
| Aug-02-2022 | $0.835 | $0.847 | $0.012 | 1.4% |
| Aug-03-2022 | $0.886 | $0.899 | $0.013 | 1.4% |
| Aug-04-2022 | $0.928 | $0.936 | $0.008 | 0.8% |
| Aug-05-2022 | $1.060 | $1.070 | $0.010 | 0.9% |
| Aug-08-2022 | $1.100 | $1.110 | $0.010 | 0.9% |
| Aug-09-2022 | $1.040 | $1.050 | $0.010 | 1.0% |
| Aug-10-2022 | $1.090 | $1.100 | $0.010 | 0.9% |
| Aug-11-2022 | $1.210 | $1.220 | $0.010 | 0.8% |
| Aug-12-2022 | $1.370 | $1.380 | $0.010 | 0.7% |
| Aug-15-2022 | $1.560 | $1.570 | $0.010 | 0.6% |
| Aug-16-2022 | $1.380 | $1.390 | $0.010 | 0.7% |
| Aug-17-2022 | $1.220 | $1.230 | $0.010 | 0.8% |
| Aug-18-2022 | $1.370 | $1.380 | $0.010 | 0.7% |
| Aug-19-2022 | $1.260 | $1.270 | $0.010 | 0.8% |
| Aug-22-2022 | $1.250 | $1.260 | $0.010 | 0.8% |
| Aug-23-2022 | $1.280 | $1.290 | $0.010 | 0.8% |
| Aug-24-2022 | $1.320 | $1.330 | $0.010 | 0.8% |
| Aug-25-2022 | $1.320 | $1.330 | $0.010 | 0.8% |
| Aug-26-2022 | $1.240 | $1.250 | $0.010 | 0.8% |
| Aug-29-2022 | $1.120 | $1.130 | $0.010 | 0.9% |
| Aug-30-2022 | $1.140 | $1.150 | $0.010 | 0.9% |
| Aug-31-2022 | $1.130 | $1.140 | $0.010 | 0.9% |
| Sep-01-2022 | $1.190 | $1.200 | $0.010 | 0.8% |
| Sep-02-2022 | $1.210 | $1.220 | $0.010 | 0.8% |
| Sep-06-2022 | $1.240 | $1.250 | $0.010 | 0.8% |
| Sep-07-2022 | $1.200 | $1.210 | $0.010 | 0.8% |
| Sep-08-2022 | $1.250 | $1.260 | $0.010 | 0.8% |
| Sep-09-2022 | $1.290 | $1.300 | $0.010 | 0.8% |
| Sep-12-2022 | $1.260 | $1.270 | $0.010 | 0.8% |
| Sep-13-2022 | $1.160 | $1.170 | $0.010 | 0.9% |
| Sep-14-2022 | $1.180 | $1.190 | $0.010 | 0.8% |
| Sep-15-2022 | $1.130 | $1.140 | $0.010 | 0.9% |
| Sep-16-2022 | $1.060 | $1.070 | $0.010 | 0.9% |
| Sep-19-2022 | $1.060 | $1.070 | $0.010 | 0.9% |
| Sep-20-2022 | $0.654 | $0.657 | $0.003 | 0.5% |
| Sep-21-2022 | $0.634 | $0.637 | $0.003 | 0.4% |
| Sep-22-2022 | $0.634 | $0.637 | $0.003 | 0.4% |

|  |  | Average: | $0.007 | 0.76% |
|---|---|---|---|---|
|  |  | Median: | $0.008 | 0.79% |

**EXHIBIT NO. 12**
**Spectrum Pharmaceuticals, Inc.**
**Bid-Ask Spreads Company Peers**

| Agenus Inc. (NasdaqCM: AGEN) | Akebia Therapeutics, Inc. (NasdaqCM: AKBA) | Athenex, Inc. (OTCPK:ATNX.Q) | AVEO Pharmaceuticals, Inc. (NasdaqGM: AVEO) | BioXcel Therapeutics, Inc. (NasdaqCM: BTAI) | Chimerix, Inc. (NasdaqGM: CMRX) | Clovis Oncology, Inc. (OTCPK:CLVS.Q) | Corcept Therapeutics Incorporated (NasdaqCM: CORT) | CTI BioPharma Corp. (NasdaqCM: CTIC) | CytoDyn Inc. (OTCPK:CYDY) | Eagle Pharmaceuticals, Inc. (NasdaqGM: EGRX) | Epizyme, Inc. (NasdaqGM: EPZM) | G1 Therapeutics, Inc. (NasdaqGS:GTHX) | Heron Therapeutics, Inc. (NasdaqCM: HRTX) | Karyopharm Therapeutics Inc. (NasdaqGS:KPTI) | MacroGenics, Inc. (NasdaqGS: MGNX) | Omeros Corporation (NasdaqGM: OMER) | Puma Biotechnology, Inc. (NasdaqGS:PBYI) | Y-mAbs Therapeutics, Inc. (NasdaqGS:YMAB) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.64% | 0.56% | 2.02% | 0.56% | 0.09% | 0.24% | 0.01% | 0.05% | 0.27% | 0.80% | 0.29% | 0.46% | 0.43% | 0.29% | 0.19% | 0.24% | 0.34% | 0.57% | 0.11% |
| 0.61% | 0.63% | 1.55% | 0.25% | 0.17% | 0.24% | 0.19% | 0.05% | 0.24% | 0.71% | 0.09% | 0.25% | 0.43% | 0.28% | 0.19% | 0.24% | 0.31% | 0.54% | 0.10% |
| 0.64% | 0.11% | 0.87% | 0.25% | 0.33% | 0.60% | 0.15% | 0.05% | 0.22% | 1.50% | 0.20% | 0.81% | 0.47% | 0.28% | 0.18% | 0.24% | 0.32% | 0.53% | 0.10% |
| 0.60% | 0.03% | 0.24% | 0.47% | 0.15% | 0.57% | 0.15% | 0.10% | 0.23% | 0.28% | 0.32% | 0.36% | 0.43% | 0.26% | 0.18% | 0.23% | 0.32% | 0.50% | 0.10% |
| 0.65% | 0.03% | 0.02% | 0.48% | 0.23% | 0.55% | 0.28% | 0.05% | 0.23% | 0.92% | 0.26% | 0.91% | 0.21% | 0.29% | 0.19% | 0.26% | 0.34% | 0.51% | 0.21% |
| 0.65% | 1.18% | 2.00% | 0.48% | 0.23% | 0.45% | 0.14% | 0.05% | 0.21% | 2.18% | 0.20% | 1.89% | 0.19% | 0.28% | 0.18% | 0.26% | 0.35% | 0.50% | 0.10% |
| 0.64% | 0.27% | 0.93% | 0.50% | 0.22% | 0.42% | 0.57% | 0.10% | 0.43% | 3.11% | 0.21% | 1.32% | 0.20% | 0.28% | 0.17% | 0.25% | 0.36% | 0.50% | 0.20% |
| 0.64% | 0.15% | 0.54% | 0.25% | 0.15% | 0.43% | 0.23% | 0.05% | 0.20% | 1.55% | 0.22% | 0.58% | 0.20% | 0.29% | 0.17% | 0.25% | 0.35% | 0.52% | 0.09% |
| 0.69% | 0.98% | 0.97% | 0.50% | 0.09% | 0.55% | 0.02% | 0.05% | 0.19% | 0.25% | 0.27% | 1.05% | 0.21% | 0.32% | 0.18% | 0.27% | 0.38% | 0.54% | 0.10% |
| 0.69% | 1.16% | 0.72% | 0.51% | 0.17% | 0.56% | 0.06% | 0.05% | 0.19% | 0.90% | 0.18% | 1.43% | 0.21% | 0.32% | 0.18% | 0.28% | 0.39% | 0.52% | 0.09% |
| 0.67% | 1.35% | 0.31% | 0.48% | 0.09% | 0.57% | 0.61% | 0.05% | 0.19% | 0.44% | 0.13% | 0.02% | 0.21% | 0.32% | 0.17% | 0.29% | 0.41% | 0.51% | 0.27% |
| 0.62% | 1.07% | 0.40% | 0.47% | 0.16% | 0.50% | 0.09% | 0.10% | 0.18% | 0.71% | 0.14% | 0.04% | 0.19% | 0.30% | 0.16% | 0.29% | 0.37% | 0.48% | 0.17% |
| 0.60% | 2.43% | 0.84% | 0.25% | 0.09% | 0.53% | 0.56% | 0.05% | 0.18% | 0.93% | 0.32% | 0.98% | 0.21% | 0.30% | 0.16% | 0.29% | 0.41% | 0.51% | 0.16% |
| 0.62% | 0.20% | 0.23% | 0.25% | 0.28% | 0.55% | 0.36% | 0.14% | 0.17% | 1.45% | 0.23% | 0.31% | 0.22% | 0.31% | 0.16% | 0.30% | 0.41% | 0.54% | 0.24% |
| 0.63% | 1.46% | 0.72% | 0.71% | 0.19% | 0.55% | 0.62% | 0.05% | 0.16% | 0.58% | 0.33% | 1.15% | 0.22% | 0.31% | 0.33% | 0.30% | 0.43% | 0.51% | 0.16% |
| 0.60% | 0.47% | 1.01% | 0.22% | 0.09% | 0.54% | 0.70% | 0.09% | 0.17% | 1.08% | 0.19% | 0.82% | 0.22% | 0.33% | 0.16% | 0.30% | 0.40% | 0.43% | 0.30% |
| 0.64% | 0.42% | 0.95% | 0.74% | 0.19% | 0.56% | 0.31% | 0.14% | 0.19% | 2.04% | 0.30% | 0.30% | 0.22% | 0.36% | 0.17% | 0.33% | 0.46% | 0.42% | 0.16% |
| 0.60% | 1.98% | 1.22% | 0.23% | 0.09% | 0.54% | 0.17% | 0.09% | 0.19% | 1.10% | 0.25% | 0.32% | 0.21% | 0.36% | 0.16% | 0.31% | 0.41% | 0.37% | 0.15% |
| 0.59% | 1.05% | 2.55% | 0.70% | 0.17% | 0.56% | 0.23% | 0.05% | 0.16% | 1.00% | 0.26% | 0.39% | 0.20% | 0.37% | 0.15% | 0.30% | 0.46% | 0.77% | 0.22% |
| 0.61% | 0.02% | 2.19% | 0.93% | 0.09% | 0.59% | 0.15% | 0.09% | 0.16% | 0.20% | 0.13% | 0.35% | 0.20% | 0.40% | 0.17% | 0.33% | 0.47% | 0.36% | 0.15% |
| 0.69% | 0.02% | 0.02% | 0.49% | 0.19% | 0.62% | 1.24% | 0.05% | 0.17% | 1.18% | 0.14% | 0.46% | 0.45% | 0.43% | 0.36% | 0.36% | 0.48% | 0.39% | 0.08% |
| 0.75% | 0.05% | 0.02% | 0.25% | 0.11% | 0.69% | 0.01% | 0.10% | 0.19% | 3.91% | 0.12% | 0.92% | 0.25% | 0.43% | 0.20% | 0.41% | 0.50% | 0.38% | 0.09% |
| 0.77% | 0.06% | 1.18% | 0.75% | 0.22% | 0.72% | 0.24% | 0.09% | 0.18% | 0.09% | 0.14% | 0.87% | 0.25% | 0.42% | 0.22% | 0.41% | 0.51% | 0.34% | 0.09% |
| 0.72% | 0.35% | 0.65% | 0.96% | 0.10% | 0.73% | 0.19% | 0.09% | 0.17% | 2.53% | 0.21% | 2.36% | 0.23% | 0.39% | 0.22% | 0.43% | 0.49% | 0.33% | 0.09% |
| 0.71% | 0.03% | 2.66% | 0.48% | 0.11% | 0.75% | 0.53% | 0.10% | 0.34% | 0.78% | 0.17% | 1.07% | 0.24% | 0.38% | 0.24% | 0.44% | 0.52% | 0.38% | 0.09% |
| 0.64% | 0.03% | 1.16% | 0.66% | 0.19% | 0.65% | 0.86% | 0.05% | 0.16% | 3.39% | 0.14% | 0.12% | 0.23% | 0.36% | 0.23% | 0.44% | 0.50% | 0.38% | 0.09% |
| 0.60% | 0.12% | 2.13% | 0.63% | 0.09% | 0.62% | 0.61% | 0.05% | 0.17% | 1.38% | 0.30% | 0.11% | 0.22% | 0.35% | 0.20% | 0.35% | 0.46% | 0.36% | 0.08% |
| 0.56% | 0.03% | 0.90% | 0.58% | 0.18% | 0.62% | 0.66% | 0.09% | 0.17% | 1.55% | 0.21% | 0.82% | 0.20% | 0.33% | 0.21% | 0.31% | 0.68% | 0.34% | 0.29% |
| 0.51% | 1.25% | 0.89% | 0.67% | 0.25% | 0.55% | 0.58% | 0.09% | 0.17% | 1.23% | 0.16% | 0.32% | 0.19% | 0.30% | 0.20% | 0.30% | 0.38% | 0.69% | 0.07% |
| 0.53% | 0.40% | 2.86% | 0.30% | 0.08% | 0.49% | 0.59% | 0.04% | 0.17% | 1.14% | 0.43% | 2.20% | 0.18% | 0.29% | 0.19% | 0.30% | 0.38% | 0.35% | 0.14% |
| 0.53% | 0.75% | 0.85% | 0.45% | 0.16% | 0.48% | 0.59% | 0.04% | 0.18% | 4.65% | 0.30% | 0.68% | 0.19% | 0.30% | 0.20% | 0.31% | 0.31% | 0.69% | 0.07% |
| 0.54% | 0.37% | 1.32% | 0.63% | 0.08% | 0.49% | 0.59% | 0.04% | 0.18% | 1.18% | 0.30% | 0.68% | 0.19% | 0.33% | 0.22% | 0.33% | 0.34% | 0.36% | 0.14% |
| 0.49% | 0.84% | 1.20% | 0.33% | 0.22% | 0.49% | 0.59% | 0.04% | 0.18% | 2.45% | 0.05% | 0.68% | 0.20% | 0.31% | 0.22% | 0.33% | 0.38% | 0.35% | 0.14% |
| 0.51% | 0.06% | 1.31% | 0.30% | 0.08% | 0.48% | 0.55% | 0.04% | 0.17% | 2.17% | 0.23% | 0.68% | 0.20% | 0.36% | 0.22% | 0.34% | 0.36% | 0.35% | 0.07% |
| 0.51% | 0.21% | 1.60% | 0.30% | 0.07% | 0.47% | 0.35% | 0.04% | 0.16% | 0.48% | 0.32% | 0.68% | 0.19% | 0.37% | 0.21% | 0.33% | 1.28% | 0.36% | 0.07% |
| 0.42% | 0.15% | 2.01% | 0.29% | 0.27% | 0.43% | 0.41% | 0.08% | 0.16% | 2.53% | 0.45% | 0.67% | 0.17% | 0.33% | 0.19% | 0.30% | 0.32% | 0.38% | 0.25% |
| 0.41% | 1.10% | 1.63% | 0.56% | 0.13% | 0.44% | 0.46% | 0.04% | 0.17% | 3.68% | 0.15% | 0.67% | 0.16% | 0.32% | 0.19% | 0.29% | 0.28% | 0.36% | 0.06% |
| 0.39% | 0.20% | 1.12% | 0.42% | 0.12% | 0.42% | 0.46% | 0.07% | 0.28% | 1.15% | 0.24% | 0.67% | 0.16% | 0.30% | 0.19% | 0.28% | 0.25% | 0.70% | 0.25% |
| 0.37% | 0.58% | 1.19% | 0.42% | 0.25% | 0.45% | 0.36% | 0.04% | 0.14% | 2.37% | 0.02% | 0.68% | 0.30% | 0.30% | 0.19% | 0.29% | 0.49% | 0.34% | 0.10% |
| 0.39% | 0.59% | 3.16% | 0.29% | 0.13% | 0.48% | 0.37% | 0.04% | 0.15% | 0.81% | 0.31% | 0.68% | 0.16% | 0.31% | 0.20% | 0.28% | 0.51% | 0.36% | 0.06% |
| 0.37% | 1.05% | 1.05% | 0.29% | 0.13% | 0.48% | 0.41% | 0.04% | 0.15% | 0.61% | 0.29% | 0.67% | 0.30% | 0.32% | 0.20% | 0.27% | 0.24% | 0.33% | 0.28% |
| 0.35% | 0.92% | 0.71% | 0.29% | 0.06% | 0.45% | 0.41% | 0.04% | 0.15% | 3.14% | 0.31% | 0.68% | 0.14% | 0.33% | 0.20% | 0.24% | 0.22% | 0.64% | 0.06% |
| 0.35% | 1.06% | 1.50% | 0.43% | 0.12% | 0.47% | 0.44% | 0.07% | 0.16% | 2.44% | 0.34% | 0.68% | 0.13% | 0.34% | 0.43% | 0.24% | 0.49% | 0.31% | 0.12% |
| 0.35% | 0.46% | 0.29% | 0.29% | 0.12% | 0.46% | 0.46% | 0.04% | 0.15% | 0.02% | 0.27% | 0.67% | 0.13% | 0.34% | 0.21% | 0.24% | 0.25% | 0.32% | 0.30% |
| 0.37% | 1.22% | 1.69% | 0.30% | 0.13% | 0.48% | 0.53% | 0.11% | 0.16% | 3.79% | 0.23% | 0.67% | 0.25% | 0.35% | 0.22% | 0.57% | 0.26% | 0.31% | 0.30% |
| 0.36% | 0.45% | 1.21% | 0.45% | 0.12% | 0.43% | 0.50% | 0.04% | 0.16% | 2.30% | 0.11% | 0.68% | 0.12% | 0.32% | 0.21% | 0.29% | 0.51% | 0.30% | 0.28% |
| 0.35% | 3.06% | 1.47% | 0.15% | 0.17% | 0.44% | 0.52% | 0.11% | 0.15% | 0.86% | 0.33% | 0.68% | 0.12% | 0.32% | 0.21% | 0.29% | 0.49% | 0.31% | 0.16% |
| 0.35% | 0.38% | 1.97% | 0.29% | 0.24% | 0.45% | 0.52% | 0.04% | 0.16% | 1.17% | 0.10% | 0.68% | 0.23% | 0.33% | 0.21% | 0.26% | 0.25% | 0.31% | 0.05% |
| 0.38% | 1.05% | 0.85% | 0.44% | 0.13% | 0.55% | 0.56% | 0.07% | 0.17% | 1.34% | 0.17% | 0.67% | 0.12% | 0.37% | 0.22% | 0.28% | 0.25% | 0.31% | 0.17% |
| 0.37% | 1.38% | 1.13% | 0.44% | 0.20% | 0.49% | 0.59% | 0.04% | 0.17% | 1.47% | 0.22% | 0.68% | 0.24% | 0.38% | 0.23% | 0.26% | 0.32% | 0.32% | 0.06% |
| 0.35% | 0.97% | 1.53% | 0.43% | 0.13% | 0.42% | 0.57% | 0.07% | 0.16% | 0.69% | 0.22% | 0.67% | 0.12% | 0.36% | 0.22% | 0.27% | 0.26% | 0.33% | 0.17% |
| 0.69% | 1.30% | 1.61% | 0.28% | 0.13% | 0.43% | 0.58% | 0.14% | 0.15% | 0.57% | 0.22% | 0.67% | 0.24% | 0.35% | 0.22% | 0.27% | 0.49% | 0.33% | 0.22% |

**EXHIBIT NO. 12**
**Spectrum Pharmaceuticals, Inc.**
**Bid-Ask Spreads Company Peers**

| Agenus Inc (NasdaqCM: AGEN) | Akebia Therapeutics, Inc. (NasdaqCM: AKBA) | Athenex, Inc. (OTCPK: ATNX.Q) | AVEO Pharmaceuticals, Inc. (NasdaqGM: AVEO) | BioXcel Therapeutics, Inc. (NasdaqCM: BTAI) | Chimerix, Inc. (NasdaqGM: CMRX) | Clovis Oncology, Inc. (OTCPK: CLVSQ) | Corcept Therapeutics Incorporated (NasdaqCM: CORT) | CTI BioPharma Corp. (NasdaqCM: CTIC) | CytoDyn Inc. (OTCPK: CYDY) | Eagle Pharmaceuticals, Inc. (NasdaqGM: EGRX) | Epizyme, Inc. (NasdaqGM: EPZM) | GI Therapeutics, Inc. (NasdaqGS: GTHX) | Heron Therapeutics, Inc. (NasdaqCM: HRTX) | Karyopharm Therapeutics Inc. (NasdaqGS: KPTI) | MacroGenics, Inc. (NasdaqGS: MGNX) | Omeros Corporation (NasdaqGM: OMER) | Puma Biotechnology Inc. (NasdaqGS: PBYI) | Y-mAbs Therapeutics, Inc. (NasdaqGS: YMAB) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.36% | 0.47% | 1.75% | 0.41% | 0.13% | 0.42% | 0.58% | 0.03% | 0.16% | 1.33% | 0.34% | 0.67% | 0.24% | 0.35% | 0.22% | 0.31% | 0.22% | 0.68% | 0.24% |
| 0.39% | 1.26% | 0.95% | 0.28% | 0.26% | 0.46% | 0.60% | 0.03% | 0.15% | 1.18% | 0.33% | 0.67% | 0.12% | 0.36% | 0.23% | 0.32% | 0.20% | 0.34% | 0.26% |
| 0.40% | 1.93% | 2.22% | 0.28% | 0.15% | 0.48% | 0.66% | 0.04% | 0.14% | 1.44% | 0.15% | 0.67% | 0.49% | 0.36% | 0.24% | 0.32% | 0.44% | 0.69% | 0.13% |
| 0.39% | 0.14% | 1.47% | 0.55% | 0.07% | 0.46% | 0.63% | 0.07% | 0.14% | 0.57% | 0.17% | 0.67% | 0.24% | 0.36% | 0.23% | 0.30% | 0.21% | 0.68% | 0.37% |
| 0.39% | 1.03% | 3.75% | 0.41% | 0.33% | 0.43% | 0.61% | 0.17% | 0.14% | 0.99% | 0.19% | 0.67% | 0.11% | 0.68% | 0.22% | 0.27% | 0.37% | 0.32% | 0.34% |
| 0.39% | 1.12% | 2.59% | 0.39% | 0.19% | 0.38% | 0.61% | 0.07% | 0.27% | 0.81% | 0.14% | 0.66% | 0.10% | 0.34% | 0.22% | 0.25% | 0.52% | 0.61% | 0.33% |
| 0.38% | 0.00% | 0.52% | 0.39% | 0.12% | 0.37% | 0.60% | 0.10% | 0.13% | 0.87% | 0.21% | 0.68% | 0.15% | 0.62% | 0.43% | 0.23% | 0.44% | 0.78% | 0.26% |
| 0.38% | 1.12% | 1.83% | 0.25% | 0.30% | 0.42% | 0.69% | 0.11% | 0.28% | 0.56% | 0.26% | 0.68% | 0.09% | 0.28% | 0.39% | 0.44% | 0.30% | 0.29% | 0.75% |
| 0.39% | 1.72% | 0.90% | 0.26% | 0.07% | 0.41% | 0.79% | 0.07% | 0.16% | 0.61% | 0.03% | 0.67% | 0.08% | 0.24% | 0.20% | 0.39% | 0.80% | 0.27% | 0.06% |
| 0.38% | 1.22% | 0.91% | 0.25% | 0.07% | 0.40% | 0.64% | 0.04% | 0.17% | 0.62% | 0.52% | 0.68% | 0.17% | 0.21% | 0.19% | 0.20% | 0.27% | 0.56% | 0.33% |
| 0.37% | 1.15% | 0.96% | 0.26% | 0.07% | 0.84% | 0.69% | 0.11% | 0.17% | 0.06% | 0.55% | | 0.17% | 0.21% | 0.20% | 0.20% | 0.28% | 0.28% | 0.17% |
| 0.34% | 0.07% | 0.95% | 0.26% | 0.06% | 0.37% | 0.68% | 0.07% | 0.17% | 0.01% | 0.56% | | 0.23% | 0.19% | 0.19% | 0.19% | 0.28% | 0.28% | 0.05% |
| 0.32% | 0.34% | 0.11% | 0.25% | 0.07% | 0.36% | 0.69% | 0.04% | 0.18% | 0.60% | 0.42% | | 0.23% | 0.19% | 0.18% | 0.20% | 0.15% | 0.58% | 0.05% |
| 0.34% | 0.91% | 1.13% | 0.25% | 0.27% | 0.37% | 0.72% | 0.11% | 0.19% | 2.48% | 0.11% | | 0.08% | 0.37% | 0.18% | 0.22% | 0.31% | 0.31% | 0.17% |
| 0.36% | 0.81% | 0.02% | 0.13% | 0.27% | 0.39% | 0.72% | 0.04% | 0.17% | 1.41% | 0.19% | | 0.16% | 0.20% | 0.38% | 0.22% | 0.30% | 0.31% | 0.23% |
| 0.35% | 0.25% | 0.22% | 0.13% | 0.14% | 0.39% | 0.73% | 0.11% | 0.36% | 0.23% | 0.27% | | 0.23% | 0.20% | 0.18% | 0.23% | 0.17% | 0.31% | 0.17% |
| 0.36% | 0.60% | 1.23% | 0.25% | 0.21% | 0.41% | 0.74% | 0.11% | 0.18% | 0.40% | 0.42% | | 0.16% | 0.21% | 0.18% | 0.25% | 0.17% | 0.33% | 0.11% |
| 0.36% | 0.81% | 1.10% | 0.25% | 0.14% | 0.42% | 0.81% | 0.11% | 0.18% | 0.02% | 0.37% | | 0.08% | 0.22% | 0.18% | 0.26% | 0.20% | 0.32% | 0.18% |
| 0.35% | 0.42% | 0.13% | 0.23% | 0.14% | 0.42% | 0.78% | 0.04% | 0.16% | 0.45% | 0.16% | | 0.14% | 0.43% | 0.17% | 0.26% | 0.21% | 0.31% | 0.06% |
| 0.67% | 2.46% | 0.32% | 0.12% | 0.21% | 0.41% | 0.80% | 0.07% | 0.45% | 2.15% | 0.14% | | 0.07% | 0.21% | 0.17% | 0.26% | 0.23% | 0.31% | 0.24% |
| 0.35% | 0.02% | 0.08% | 0.25% | 0.14% | 0.43% | 0.79% | 0.07% | 0.15% | 0.72% | 0.11% | | 0.21% | 0.21% | 0.17% | 0.26% | 0.26% | 0.30% | 0.29% |
| 0.37% | 0.03% | 1.50% | 0.25% | 0.15% | 0.46% | 0.83% | 0.07% | 0.16% | 2.31% | 0.14% | | 0.21% | 0.23% | 0.20% | 0.27% | 0.26% | 0.64% | 0.13% |
| 0.38% | 0.79% | 0.84% | 0.13% | 0.07% | 0.86% | 0.84% | 0.08% | 0.17% | 0.77% | 0.08% | | 0.07% | 0.25% | 0.19% | 0.51% | 0.27% | 0.69% | 0.19% |
| 0.37% | 1.38% | 0.02% | 0.37% | 0.15% | 0.45% | 0.90% | 0.04% | 0.16% | 0.96% | 0.15% | | 0.22% | 0.25% | 0.20% | 0.25% | 0.27% | 0.36% | 0.06% |
| 0.37% | 0.83% | 2.41% | 0.25% | 0.22% | 0.46% | 0.88% | 0.12% | 0.16% | 1.92% | 0.24% | | 0.21% | 0.25% | 0.20% | 0.25% | 0.25% | 0.37% | 0.19% |
| 0.36% | 0.11% | 1.84% | 0.36% | 0.28% | 0.44% | 0.84% | 0.15% | 0.15% | 0.73% | 0.30% | | 0.07% | 0.24% | 0.19% | 0.24% | 0.46% | 0.38% | 0.25% |
| 0.39% | 1.56% | 0.38% | 0.12% | 0.21% | 0.45% | 0.88% | 0.04% | 0.16% | 1.47% | 0.19% | | 0.07% | 0.24% | 0.19% | 0.24% | 0.44% | 0.78% | 0.19% |
| 0.41% | 0.62% | 0.23% | 0.13% | 0.08% | 0.48% | 1.79% | 0.04% | 0.17% | 1.98% | 0.16% | | 0.07% | 0.24% | 0.20% | 0.25% | 0.64% | 0.41% | 0.07% |
| 0.39% | 1.22% | 0.75% | 0.24% | 0.28% | 0.46% | 0.88% | 0.04% | 0.16% | 3.85% | 0.19% | | 0.13% | 0.22% | 0.19% | 0.24% | 0.18% | 0.40% | 0.13% |
| 0.38% | 2.11% | 1.62% | 0.47% | 0.33% | 0.42% | 0.90% | 0.04% | 0.16% | 2.67% | 0.23% | | 0.12% | 0.21% | 0.19% | 0.24% | 0.18% | 0.39% | 0.24% |
| 0.37% | 0.48% | 1.13% | 0.24% | 0.21% | 0.42% | 0.87% | 0.04% | 0.16% | 0.85% | 0.35% | | 0.18% | 0.39% | 0.19% | 0.24% | 0.37% | 0.36% | 0.06% |
| 0.37% | 0.02% | 0.13% | 0.12% | 0.28% | 0.42% | 0.66% | 0.08% | 0.15% | 1.65% | 0.32% | | 0.12% | 0.21% | 0.19% | 0.26% | 0.19% | 0.37% | 0.32% |
| 0.40% | 0.05% | 1.10% | 0.25% | 0.23% | 0.45% | 0.67% | 0.08% | 0.16% | 0.81% | 0.30% | | 0.25% | 0.21% | 0.21% | 0.28% | 0.19% | 0.36% | 0.13% |
| 0.41% | 1.26% | 1.40% | 0.37% | 0.23% | 0.46% | 0.72% | 0.04% | 0.15% | 3.33% | 0.13% | | 0.06% | 0.22% | 0.21% | 0.29% | 0.37% | 0.78% | 0.20% |
| 0.40% | 1.91% | 1.24% | 0.24% | 0.15% | 0.45% | 0.73% | 0.08% | 0.16% | 1.65% | 0.10% | | 0.13% | 0.21% | 0.19% | 0.28% | 0.25% | 0.39% | 0.14% |
| 0.43% | 1.44% | 2.95% | 0.37% | 0.16% | 0.48% | 0.80% | 0.08% | 0.17% | 0.84% | 0.17% | | 0.20% | 0.21% | 0.20% | 0.29% | 0.29% | 0.82% | 0.41% |
| 0.44% | 2.30% | 0.83% | 0.13% | 0.24% | 0.48% | 0.82% | 0.08% | 0.17% | 1.68% | 0.28% | | 0.07% | 0.22% | 0.20% | 0.29% | 0.27% | 0.42% | 0.28% |
| 0.44% | 1.05% | 0.14% | 0.50% | 0.24% | 0.51% | 0.90% | 0.04% | 0.18% | 1.74% | 0.18% | | 0.21% | 0.21% | 0.20% | 0.61% | 0.53% | 0.40% | 0.21% |
| 0.44% | 1.50% | 0.33% | 0.39% | 0.17% | 0.50% | 0.87% | 0.04% | 0.19% | 1.68% | 0.22% | | 0.08% | 0.23% | 0.21% | 0.32% | 0.26% | 0.41% | 0.21% |
| 0.45% | 0.57% | 0.00% | 0.25% | 0.08% | 0.53% | 0.85% | 0.08% | 0.17% | 1.68% | 0.22% | | 0.08% | 0.23% | 0.43% | 0.33% | 0.26% | 0.41% | 0.21% |
| **Average:** 0.48% | 0.79% | 1.14% | 0.37% | 0.16% | 0.49% | 0.58% | 0.07% | 0.18% | 1.40% | 0.23% | 0.72% | 0.19% | 0.31% | 0.21% | 0.29% | 0.36% | 0.44% | 0.17% |
| **Median:** 0.41% | 0.69% | 1.07% | 0.30% | 0.15% | 0.46% | 0.60% | 0.06% | 0.17% | 1.16% | 0.22% | 0.67% | 0.20% | 0.31% | 0.20% | 0.28% | 0.34% | 0.38% | 0.16% |