# EXHIBIT C

**Biotechnology | Estimate Changes**
May 16, 2022

# Spectrum Pharmaceuticals, Inc. (SPPI)

1Q22 Update – One ODAC Panel and Two PDUFAs in 2022

**MARKET OUTPERFORM**
Price: $0.77
Price Target: $4.00

**Reni J. Benjamin, PhD**
rbenjamin@jmpsecurities.com
(212) 906-3529

## INVESTMENT HIGHLIGHTS

- **We reiterate our Market Outperform rating and price target of $4 for Spectrum Pharmaceuticals based on a discounted earnings per share and revenue multiple analysis.** Recently, Spectrum reported 1Q22 financial results and provided key corporate and regulatory updates highlighting poziotinib's (pozi) and eflapegrastim's (efla) path to approval. With the pozi NDA under review for HER2 exon 20 insertion in NSCLC (PDUFA date November 24, 2022), efla's BLA also under review for chemotherapy-induced neutropenia (PDUFA date September 9, 2022), and a cash position of $89.2MM, we believe Spectrum shares represent a unique investment opportunity, especially given the recent selloff, with ~22% potential downside (bear case is $0.60) and ~675% potential upside (bull case is $6).

**Key takeaways:**

- **1Q22 financial results.** For 1Q22, Spectrum reported no revenue. R&D expense was $4.2MM, lower than our estimate of $14.4MM and the consensus estimate of $16.2MM. The favorability was primarily related to the noncash reversal of an $11.2MM efla drug substance accrual that was no longer payable to Hanmi. SG&A expenses were $9.9MM, lower than our estimate of $18.9MM and the consensus estimate of $16.0MM, mostly driven by the recent restructuring (Figure 1). The company reported 1Q22 EPS of ($0.09) compared to our estimate of ($0.20). Spectrum ended 1Q22 with $89.2MM in cash and cash equivalents.

- **Efla PDUFA is September 9, 2022.** The BLA for efla was accepted by the FDA in chemotherapy-induced neutropenia. During our follow-up call, management informed us the FDA is currently traveling and inspecting plants with COVID-19 restrictions not hampering activities. Furthermore, as highlighted previously, we remain encouraged with Hanmi's $20MM strategic equity investment in Spectrum, which suggests confidence in passing the FDA inspection.

- **Pozi's PDUFA is November 24, 2022.** Spectrum is awaiting pozi's approval in 4Q22 in HER2 exon 20 insertion in NSCLC. In preparation for the approval, Spectrum noted that it has started enrolling patients in a confirmatory trial, SPI-POZ-301 (PINNACLE), which needs to be substantially enrolled by the time of the approval. Additionally, Spectrum announced that the FDA has scheduled an ODAC review of the pozi NDA on September 22-23. Furthermore, the company reminded the investors that currently there is no FDA-approved therapy for patients with NSCLC harboring HER2 exon 20 insertion mutations.

### MARKET DATA

| | |
|---|---|
| Price | $0.77 |
| 52-Week Range: | $0.60 - $4.54 |
| Shares Out. (M): | 169.7 |
| Market Cap ($M): | $130.7 |
| Cash (M): | $167 |
| Cash/Share: | $0.53 |
| Enterprise Value (M): | $39 |
| Float (M): | 162.5 |
| LT Debt (M): | $0 |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $0.0 | $0.0A | $5.4 |
| | 2Q | $0.0 | $0.0 | $6.9 |
| | 3Q | $0.0 | $0.0 | $9.7 |
| | 4Q | $0.0 | $0.3 | $6.9 |
| | **FY** | **$0.0** | **$0.3** | **$28.9** |
| EPS | 1Q | ($0.25) | ($0.09)A | ($0.10) |
| | 2Q | ($0.32) | ($0.12) | ($0.09) |
| | 3Q | ($0.21) | ($0.12) | ($0.08) |
| | 4Q | ($0.26) | ($0.14) | ($0.09) |
| | **FY** | **($1.02)** | **($0.47)** | **($0.36)** |
| Previous FY | | NC | ($0.67) | NE |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE



## FIGURE 1. 1Q22 Financial Results

| 1Q22 Variance Table values in ($'000s) except per share data | 1Q22 (A) | 1Q22 (E) | Consensus | % difference - Actual vs JMP | % difference - Actual vs Consensus |
|---|---|---|---|---|---|
| Revenue | - | - | - | - | - |
| R&D Expense | 4,193 | 14,370 | 16,170 | -71% | -74% |
| SG&A Expense | 9,870 | 18,929 | 16,020 | -48% | -38% |
| Operating Expense | 14,063 | 33,298 | 32,170 | -58% | -56% |
| EPS | (0.09) | (0.20) | (0.19) | -55% | -52% |

*Source: JMP Securities LLC, Company filings*

**Key takeaways from the conference call and our follow-up call with the management.**

- **Efla's PDUFA.** Spectrum discussed the resubmission of the BLA for efla, which now has a PDUFA date of September 9, 2022. The company is working with Hanmi in preparation for a preapproval inspection.

- **Pozi's PDUFA.** The PDUFA date for pozi is set for November 24, 2022. As a reminder, the NDA for pozi was based on Cohort 2 of the ZENITH20 trial, which enrolled patients with locally advanced or metastatic NSCLC HER2 exon 20 insertion mutations who failed prior treatment. BID dosing data included in the NDA submission is from Cohort 4, and were recently presented at ESMO-TAT 2022. The cohort consists of 70 treatment-naïve patients in the 16 mg daily dosing cohort (n=48), and an 8 mg BID dosing cohort (n=22, full data below).

  The company reiterated its position that it believes it can be the first-to-market for this indication, which has a large unmet need given there are no approved exon 20 insertion mutation inhibitors commercially available.

- **Pozi's confirmatory trial starts enrolling.** Spectrum announced that it initiated the randomized confirmatory trial following discussions with the FDA. The PINNACLE trial will enroll 268 previously-treated NSCLC patients with HER2 exon 20 insertion mutations, randomized 2:1. The trial is a global multi-center trial and will investigate 8 mg pozi BID versus 75 mg/m$^2$ docetaxel administered every three weeks (Q3W). Patients will be evaluated at week six and every six weeks thereafter. Notably, after treatment, patients can cross over into the pozi arm.

  The primary endpoints will be PFS along with, OS, ORR, DOR, DCR and safety as secondary endpoints. The trial will be conducted as a superiority trial versus docetaxel. The company disclosed that an HR of 0.58 will be necessary for success, evaluated using a low-sided log ranked test. There will be a futility analysis that an independent data monitoring committee will review.

  During our follow-up call with management, the company expressed confidence that it will be able to beat the PFS of docetaxel. The company noted that the scientific and medical literature does not have solid data from a controlled trial vs. docetaxel in this indication. There is limited information on average PFS, which is on the order of four months or less.

  Furthermore, docetaxel was approved in NSCLC after platinum therapy failure or chemotherapy naïve based on OS and ORR. As a note, we have not seen the PFS of pozi in BID dosing yet, but the pozi QD dosing showed an mPFS of 5.5 months. If pozi's BID dosing PFS closely resembles the QD dosing, we believe the HR of 0.58 (~1.7 months improvement) could be achievable.

  Given that the study is in second-line or greater patients, the company expects patients to have undergone prior platinum-based chemotherapies. There may be some patients with prior ICI history depending on what country the patient is from. Finally, the company may also allow other prior therapies with an adequate washout period.

- **Pipeline strategy**. All the EGFR components of the study will be closed, and decision regarding halting the exploratory cohorts 6 and 7 will be made soon.

- **Regulatory strategy.** On the call, the company also noted that it will not be seeking a first-line indication based on Cohort 4 data, but rather plans to meet with FDA to align on the regulatory strategy for the first-line setting given the high bar of evidence needed for such approvals. While Cohort 4 was designed to be a pivotal study, the company indicated it could potentially conduct a Phase 3 study, while not dismissing the possibility of adding on the Cohort 4 data to the current filing.

- **The ODAC Meeting.** The company announced today that the FDA plans to host an independent oncologic drug advisory committee (ODAC) meeting from September 22-23. We note that last year, two drugs targeting exon 20 EGFR mutations were approved, amivantamab and mobocertinib. However, neither of the drugs received an ODAC. While further details have not been released yet, the company's expectation is the FDA will likely have additional questions on dosing and will want to hear from industry experts regarding the DOR. The company will provide these details when they become available.

- **Realigning business objectives.** On the conference call, Spectrum highlighted its business objectives since the restructuring: 1) achieve FDA approvals for both efla and pozi, 2) streamline the company and optimize cash burn, and 3) prepare for the successful launch of both products in the fall.

- **Commercial preparation.** Spectrum has kicked off its commercial readiness efforts. The commercial leadership and infrastructure necessary for the launch if in place and ready to address key customers and prescribers.

- **Financials.** The company also discussed the license and supply agreement, which includes a one-time non-cash reversal of $11.2MM to Hanmi. Notably, this quarter had one time costs built into it to the tune of $4.5MM. The company noted a total cash burn of $30.3MM for 1Q22 which includes one time restructuring charges. As the company launches the commercial products, SG&A is likely to see a back half increase to prepare for the commercial launches.

- **Upcoming presentation.** The company will also be presenting at the 2022 ASCO conference  and will provide evidence that lower ctDNA correlates with response to pozi and that it is associated with duration of response. As a reminder, the company presented data at AACR 2022, that pertained to ctDNA during PSI therapy and that correlates with clinical response in NSCLC (see below for details).



## SPECTRUM AT AACR 2022

Spectrum presented two preclinical data sessions at the 2022 American Association for Cancer Research (AACR) annual meeting (see our full note here). First, detailing the predictive ability of circulating tumor DNA (ctDNA) in pozi-treated patients (poster here). Second, a poster showcasing the anti-tumor immune response by intratumorally administrated encapsulated IL-12 (PCX12) (poster here).

- **ctDNA has the potential to predict patient response**. Spectrum presented data on the predictive ability of ctDNA in pozi-treated patients with NSCLC harboring HER2 exon 20 insertion mutations. Serial plasma samples were assessed in treatment naïve and second-line patients to evaluate clinical response. It was shown that pozi treatment resulted in a decrease of baseline mean variant allele fraction (mVAF), specifically, 88±10% reduction in patients with a PR and 66±11% reduction in patients with a SD, showing a correlation with clinical response per RECIST v.1.1. These results indicate a potential to employ ctDNA assessment to predict patient responses to pozi treatment.

## SPECTRUM AT ESMO TAT

Spectrum reported positive data from pozi's (pozi) ZENITH20 trial Cohort 4 at The 2022 European Society for Medical Oncology Targeted Anticancer Therapies Congress (ESMO-TAT) (see our full note here).

- **Comparable efficacy of 8 mg BID to 16 mg QD pozi dosing.** While we have seen QD dosing data from 48 patients previously presented at ESMO 2021, the updated results feature BID-dosing data from 22 patients. Overall (n=70), a 41% ORR, and 73% DCR were observed. More importantly, we are encouraged to see similar efficacy profiles between the QD and the BID dosing groups. BID dosing generated a 36.4% (8/22) PR and 31.8% SD (7/22), which compares to a 2.1% CR (1/48), 41.7% PR (20/48), and 31.3% SD observed in the QD dosing. The ITT duration of response (DOR) was 5.7 months (range 1.2-19.1+) and the median progression-free survival (mPFS) was 5.6 months (range 0-20.2+). We view these data as good news given that the study met its primary endpoint, exceeding the pre-specified lower bound of 20%, which, in our opinion, could lead to an sNDA filing in front-line NSCLC patients with HER2 Exon 20 insertion mutations.

- **BID dosing exhibits better safety.** We are further encouraged by the 22% decrease in the amount of dose reductions when patients are administered BID dosing compared to QD dosing. Sixty-eight percent (68%) of patients on BID dosing underwent dose interruptions, compared to 90% on QD dosing, with a median of 26 and 19 days, respectively, for the first dose interruption to occur.

## COMPETITIVE LANDSCAPE

### EGFR exon 20

Several companies are developing therapies for an EGFR exon 20 insertion+ NSCLC and HER2 exon 20 insertion+ patients (Figure 4).

**FIGURE 2. Therapies Under Development for NSCLC Targeting exon 20**

| Lead Company | Drug Name | Generic Name/API | Current Phase | Target |
|---|---|---|---|---|
| Blueprint Medicines | BLU-451 | | 1/2 | EGFR (Exon 20) |
| Johnson & Johnson | Rybrevant | amivantamab-vmjw | Approved | EGFR (Exon 20), Hepatocyte growth factor receptor (c-Met, HGFR) |
| Scorpion Therapeutic | STX-EGFR-EXON20 | | Preclinical | EGFR (Exon 20) |
| Spectrum Pharmaceuticals | Poziotinib | | NDA | EGFR (Exon 20), ErbB4/HER4, HER2/neu or ErbB-2 |
| Taiho | CLN-081 | | 1/2 | EGFR (Exon 20) |
| Takeda | Exkivity | mobocertinib | Approved | EGFR (Exon 20), HER2/neu or ErbB-2 |

*Source: Biomedtracker*

### Approved exon 20 drugs

2021 saw major changes in the exon 20 insertion landscape with the FDA approval of Takeda's EXKIVITY™ (Mobocertinib, TAK-788) on September 15, 2021 for the treatment of adult patients with EGFR exon 20 insertion mutation-positive metastatic NSCLC. The approval is based on the Phase 1/2 trial in 114 patients with EGFR exon 20 insertion+ mNSCLC who received prior platinum-based therapy. Mobocertinib (160mg) showed a confirmed objective response rate of 35% as assessed by investigator and 28% as assessed by an independent review committee (IRC) with a median duration of response of 17.5 months as assessed by IRC. mOS of 24 months and mPFS of 7.3 months were reported as well. The most common adverse reactions (>20%) were diarrhea, rash, nausea, stomatitis, vomiting, decreased appetite, paronychia, fatigue, dry skin, and musculoskeletal pain.

An earlier development is the FDA approval of Janssen's Rybrevant (amivantamab-vmjw) on May 21, 2021, as the first treatment for EGFR exon 20 insertion mutations. The approval was based on an 81-patient study with exon 20 EGFR insertions whose disease had progressed on or after platinum-based chemotherapy, wherein an ORR of 40% was observed. mDOR was 11.1 months, with 63% patients having a duration of response of 6 months or more. The most common side effects are infusion-related reactions, skin infections around the fingernails or toenails, muscle and joint pain, shortness of breath, nausea, fatigue, swelling in the lower legs or hands or face, sores in the mouth, cough, constipation, vomiting, and changes in certain blood tests.

### Exon 20 drugs under development

Blueprint Medicines presented two posters at AACR 2022, BLU-451 is Blueprint's newly acquired EGFR exon 20 insertion mutation inhibitor acquired from Lengo Therapeutics (see our full note here).

**Poster 1 -** LNG-451, a potent inhibitor of EGFR exon 20 insertion mutations with high CNS exposure.

**Results:**

- First, Blueprint showed that BLU-451 was capable of inhibiting cell proliferation in a number of exon 20 insertion cell lines, and that its inhibitory effects exceeded osimertinib and were comparable to mobocertinib.

- BLU-451 was also shown to cause dose-dependent tumor growth inhibition (increasing inhibition with increasing dose of study drug) in mice and in patient-derived xenograft (PDX) models.

- Moreover, with respect to the mechanism of action of BLU-451, the activity of phosphorylated EGFR was inhibited in a dose-dependent manner upon exposure to BLU-451 in mice.

- BLU-451 also showed CNS exposure, and tumor regressions in a human lung cancer intracranial tumor model, which is an important consideration given that CNS metastases is prevalent in NSCLC.

- Finally, using whole animal luciferase imaging, Blueprint showed tumor growth inhibition in vivo over the course of 28 days (maximum duration of experiment due to tumor growth in vehicle controls) in mice treated with BLU-451 (Figure 3).

**FIGURE 3. *In vivo* Anti-tumor Activity of BLU-451**



*Source: Company reports*

**Poster 2.** LNG-451 is a potent, CNS-penetrant, wild-type EGFR sparing inhibitor of EGFR exon 20 insertion mutations. In this poster, BLU-451 was investigated with respect to EGFR exon 20 insertion mutation inhibitor, mobocertinib, in a number of preclinical models.

**Results:**

- First, BLU-451 was shown to result in tumor growth reduction in NSCLC PDX and CDX models with EGFR exon 20 mutations in a dose-dependent manner. Moreover, its anti-tumor efficacy was comparable to mobocertinib in a CDX model.

- BLU-451 was also shown to achieve high concentrations in tumor tissues, indicating a high tumor penetration potential for this drug.

- Finally, the most important experiment in this poster, in our opinion, showed that BLU-451 was capable of inhibition EGFR exon 20 insertion phosphorylation in tumor tissues, but not WT EGFR phosphorylation in the large intestine or skin (both indications of WT toxicity). Mobocertinib, on the other hand, did not show this same effect (Figure 4).

**FIGURE 4.  BLU-451 not Mobocertinib, Shows EGFR exon 20 Insertion Specificity Over WT**



*Source: Company reports*

### Granulocyte colony-stimulating factors (G-CSFs)

Efla is back on track with an accepted NDA. However there are multiple G-CSFs approved to treat chemotherapy-induced neutropenia (CIN) in the U.S., both short acting and long acting. We believe that efla's proven superiority over pegfilgrastim in the clinical trials, improved molecular design leading to differentiated mechanism of action, will drive the market uptake.

### Efla Data

The pivotal Phase 3 ADVANCE (NCT02643420) and RECOVER (NCT02953340) trials of efla vs. pegfilgrastim in early-stage breast cancer patients completed in November 2018 and July 2019, respectively.

While no superiority claims can be made by the company because the trial was designed and powered for non-inferiority, a slightly higher percentage of patients treated with efla saw no severe neutropenia (84% in ADVANCE and 80% in the RECOVER) than those treated with pegfilgrastim (76% in ADVANCE and RECOVER). The efla arm did show a 6.5% absolute risk reduction, as defined as the difference between the percentage of patients who experienced severe neutropenia (17.5% in the combined efla arms vs. 24% in the combined pegfilgrastim arms).

### FIGURE 5. Neutropenia Reduction (ADVANCE and RECOVER) Trials





Source: Schwartzberg et al., The Oncologist, 2020

Source: Cobb et al., Cancer Medicine, 2020

*Source: Company Presentation*

**FIGURE 6. Efla Efficacy**



*Source: Company Presentation*

## Safety

With respect to safety, efla demonstrated a higher incidence of any AEs (83%) vs. pegfilgrastim (70%) in the ADVANCE trial (Figure 4), although the numbers were closer in the RECOVER trial (63% for efla vs. 61% for pegfilgrastim). In ADVANCE, there was a higher incidence of grade 3 bone pain (characteristic of G-CSFs) for the efla arm (5% vs. <1%). In RECOVER, the incidence of grade 3/4 bone pain was only slightly higher for efla (2% vs. 1%).

Overall, we do not view efla's slightly elevated incidence of AEs as a significant impediment to potential approval or post-approval uptake and consider the safety profile to be in line with general expectations for a clinically active G-CSF compound.

## UPCOMING MILESTONES

- Potential approval of efla in chemotherapy induced neutropenia (September 9, 2022).

- FDA to host an independent oncologic drug advisory committee (ODAC) meeting to discuss pozi (September 22-23, 2023).

- Potential approval of pozi in HER2 exon 20 insertion mutant NSCLC ( November 24, 2022).

### FIGURE 7. Spectrum Clinical Pipeline

| Drug | Indication | Stage |
|------|-----------|-------|
| Eflapegrastim | Chemotherapy-Induced Neutropenia (RECOVER, ADVANCE) | BLA re-submitted |
| | Same-day dosing | Phase 1 |
| | Pediatric patients treated with myelosuppressive chemotherapy | Preclinical |
| Poziotinib | Previously treated EGFR exon 20 insertion mutation positive non-small cell lung cancer (NSCLC) | Deprioritized |
| | Previously treated HER2 exon 20 insertion mutation positive NSCLC | NDA |
| IGN002 (Interferon/CD20 Monoclonal Antibody Fusion Protein) | Refractory Non-Hodgkin Lymphoma (NHL) | Deprioritized |

*Source: JMP Securities LLC, Company filings*

## FINANCIALS

No major changes to our model.

### FIGURE 8. Spectrum Financial Guidance

| Estimate Updates<br>values in ($'000s) except per share data | 2022E (JMP Updated Estimates) | 2022E (JMP Prior Estimates) | 2027E (JMP Updated Estimates) | 2027E (JMP Prior Estimates) |
|---|---|---|---|---|
| **Revenue** | 281 | 281 | 253,472 | 253,472 |
| COGS | 7 | 7 | 6,337 | 6,337 |
| R&D Expense | 36,683 | 46,863 | 50,991 | 50,991 |
| SG&A Expense | 43,495 | 67,294 | 72,892 | 72,892 |
| **Operating Expense** | **80,185** | **114,164** | **130,220** | **130,220** |
| **EPS** | **(0.47)** | **(0.67)** | **0.49** | **0.53** |

*Source: JMP Securities LLC, Company filings*

## VALUATION

We value biotechnology companies based on the blend of a discounted earnings per share and revenue multiple analysis. First, we evaluate the universe of profitable biotechnology companies and derive a revenue multiple range and EPS multiple range based on how these companies trade in both bear and bull markets. To that end, we have ascertained a range of a 6-10x revenue multiple and a 24-30x earnings per share multiple.

Applying a 28x P/E multiple to our probability-adjusted 2027E earnings per share of $0.49 and discounting by 30% over 4.6 periods, we obtain a fair value of $4.10 per share. Applying an 8x revenue multiple to our probability-adjusted 2027E revenues of $253.5MM and discounting by 30% over 4.6 periods, we obtain a $2.97 per share fair value. Averaging the results from these two methods, adding 1Q23E cash per share of ~$0.63, we derive a fair value of $4.17, which we round to $4 (Figure 9).

**FIGURE 9. Blended Discounted Earnings per Share and Revenue Multiple Analysis**

| | | Discount Rate | | | Discounted Earnings Analysis | | |
|---|---|---|---|---|---|---|---|
| | | 10% | 20% | 30% | | | |
| P/E Multiple | 24 | $7.62 | $5.10 | $3.52 | Estimated 2027 EPS | | $0.49 |
| | 26 | $8.26 | $5.52 | $3.81 | Year | | 2023 |
| | 28 | $8.89 | $5.95 | $4.10 | Periods (years) | | 4.6 |
| | 30 | $9.53 | $6.37 | $4.40 | Fair value | | **$4.10** |
| | | | | | | | |
| | | | | | Discounted Revenue Analysis | | |
| | | | | | Estimated 2027 Revenues (000s) | $ | 253,472 |
| | | | | | Year | | 2023 |
| Revenue Multiple | | 10% | 20% | 30% | Periods (years) | | 4.6 |
| | 4 | $3.22 | $2.15 | $1.49 | Shares outstanding (000s): | | 202,467 |
| | 6 | $4.83 | $3.23 | $2.23 | Fair value | | **$2.97** |
| | 8 | $6.44 | $4.31 | $2.97 | | | |
| | 10 | $8.05 | $5.38 | $3.72 | Average Fair Value Combining Both Methods | | $3.54 |
| | 12 | $9.66 | $6.46 | $4.46 | Cash/Share | | $0.63 |
| | | | | | Average Fair Value Including Cash Per Share | | $4.17 |

*Source: JMP Securities LLC*

### Bull-Base-Bear Scenarios
In all scenarios, we assume efla to have a probability of success of 0%.

In our bull scenario, we assume that pozi performs well and increase our probability of success to 70%. This results in a fair value of $6.

In our bear scenario, we assume pozi fails and is not approved, decreasing the probability of success to 0%. This results in a fair value of $0.60.

### FIGURE 10.   Bull/Base/Bear Analysis

| Probability of Success | | | |
|---|---|---|---|
| | **Bull** | **Base** | **Bear** |
| **Eflapegrastim** | 0% | 0% | 0% |
| **Poziotinib (HER2 exon 20 insertion mutant NSCLC)** | 70% | 50% | 0% |

| | | | |
|---|---|---|---|
| **Estimated Revenues ($MM; 2027)** | 355 | 253 | 0 |
| **Estimated Diluted EPS (2027)** | $0.69 | $0.44 | $0.00 |
| **Fair Value** | $6 | $4 | $0.60 |
| Return | 675% | 417% | -22% |

*Source: JMP Securities LLC*

In Figure 11, we chart Spectrum's closing price over the previous 12 months and the price that we project the company could achieve in 12 months in our bull, base, and bear case scenarios.

### FIGURE 11.   Bull-Base-Bear Projection



*Source: Thomson Reuters, JMP Securities LLC*

May 16, 2022

Spectrum Pharmaceuticals, Inc. (SPPI)

## FIGURE 12.   Income Statement (Quarterly)

**Spectrum Pharmaceuticals Income Statement**
in thousands, except per share data

| | FY21A | 1Q22A | 2Q22E | 3Q22E | 4Q22E | FY22E | 1Q23E | 2Q23E | 3Q23E | 4Q23E | FY23E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | |
| Eflapegrastim | - | - | - | - | - | - | - | - | - | - | - |
| Poziotinib | - | - | - | - | 281 | 281 | 5,380 | 6,917 | 9,683 | 6,917 | 28,896 |
| | | | | | | | | | | | |
| **Total Revenues** | $ - | $ - | $ - | $ - | $ 281 | $ 281 | $ 5,380 | $ 6,917 | $ 9,683 | $ 6,917 | $ 28,896 |
| | | | | | | | | | | | |
| **Operating expenses:** | | | | | | | | | | | |
| COGS | - | - | - | - | 7 | 7 | 134 | 173 | 242 | 173 | 722 |
| Research and Development | 87,297 | 4,193 | 10,776 | 10,830 | 10,884 | 36,683 | 10,938 | 10,993 | 11,048 | 11,103 | 44,083 |
| Selling, general and administrative | 60,406 | 9,870 | 10,067 | 10,269 | 13,289 | 43,495 | 13,316 | 13,342 | 13,369 | 13,396 | 53,423 |
| **Total Operating Expenses** | 147,703 | 14,063 | 20,843 | 21,099 | 24,180 | 80,185 | 24,389 | 24,509 | 24,659 | 24,672 | 98,229 |
| **Net Income (loss) from operations** | $ (147,703) | $ (14,063) | $ (20,843) | $ (21,099) | $ (23,899) | $ (79,904) | $ (19,009) | $ (17,592) | $ (14,976) | $ (17,756) | $ (69,333) |
| **Non-operating income (expense)** | | | | | | | | | | | |
| Interest income, net | 163 | 11 | 0 | 0 | 0 | 11 | 0 | 0 | 0 | 0 | 0 |
| Other income (expense), net | (10,892) | (1,334) | 0 | 0 | 0 | (1,334) | 0 | 0 | 0 | 0 | 0 |
| Total non-operating (expense) income, net | (10,729) | (1,323) | 0 | 0 | 0 | (1,334) | 0 | 0 | 0 | 0 | 0 |
| **Loss from continuing operations before income taxes** | (158,432) | (15,386) | (20,843) | (21,099) | (23,899) | (81,238) | (19,009) | (17,592) | (14,976) | (17,756) | (69,333) |
| (Provision) benefit from income taxes from continuing operations | (4) | (16) | - | - | - | (16) | - | - | - | - | - |
| **Loss from continuing operations** | $ (158,436) | $ (15,402) | $ (20,843) | $ (21,099) | $ (23,899) | $ (81,243) | $ (19,009) | $ (17,592) | $ (14,976) | $ (17,756) | $ (69,333) |
| Income from continuing operations | (192) | - | - | - | - | - | - | - | - | - | - |
| **Net income (loss)** | $ (158,628) | $ (15,402) | $ (20,843) | $ (21,099) | $ (23,899) | $ (81,243) | $ (19,009) | $ (17,592) | $ (14,976) | $ (17,756) | $ (69,333) |
| Net loss per share - basic | ($1.02) | ($0.09) | ($0.12) | ($0.12) | ($0.14) | ($0.47) | ($0.10) | ($0.09) | ($0.08) | ($0.09) | ($0.36) |
| Net loss per share - diluted | ($1.02) | ($0.09) | ($0.12) | ($0.12) | ($0.14) | ($0.47) | ($0.10) | ($0.09) | ($0.08) | ($0.09) | ($0.36) |
| Weighted-average number of common shares - basic | 154,862 | 169,735 | 171,887 | 171,937 | 171,987 | 171,386 | 184,537 | 197,087 | 197,137 | 197,187 | 193,987 |
| Weighted-average number of common shares - diluted | 154,862 | 169,735 | 171,887 | 171,937 | 171,987 | 171,386 | 184,537 | 197,087 | 197,137 | 197,187 | 193,987 |

*Source: JMP Securities LLC, Company filings*



May 16, 2022

Spectrum Pharmaceuticals, Inc. (SPPI)

### FIGURE 13.   Income Statement (Annual)

**Spectrum Pharmaceuticals Income Statement**
in thousands, except per share data

| | FY21A | FY22E | FY23E | FY24E | FY25E | FY26E | FY27E |
|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | |
| Eflapegrastim | - | - | - | - | - | - | - |
| Poziotinib | - | 281 | 28,896 | 76,974 | 122,021 | 184,543 | 253,472 |
| **Total Revenues** | $ - | $ 281 | $ 28,896 | $ 76,974 | $ 122,021 | $ 184,543 | $ 253,472 |
| | | | | | | | |
| **Operating expenses:** | | | | | | | |
| COGS | - | 7 | 722 | 1,924 | 3,051 | 4,614 | 6,337 |
| Research and Development | 87,297 | 36,683 | 44,083 | 44,971 | 45,878 | 47,394 | 50,991 |
| Selling, general and administrative | 60,406 | 43,495 | 53,423 | 53,852 | 55,378 | 67,398 | 72,892 |
| **Total Operating Expenses** | 147,703 | 80,185 | 98,229 | 100,748 | 104,306 | 119,406 | 130,220 |
| **Net Income (loss) from operations** | $ (147,703) | $ (79,904) | $ (69,333) | $ (23,774) | $ 17,715 | $ 65,137 | $ 123,252 |
| **Non-operating income (expense)** | | | | | | | |
| Interest income, net | 163 | 11 | 0 | 0 | 0 | 0 | 0 |
| Other income (expense), net | (10,892) | (1,334) | 0 | 0 | 0 | 0 | 0 |
| Total non-operating (expense) income, net | (10,729) | (1,334) | 0 | 0 | 0 | 0 | 0 |
| **Loss from continuing operations before income taxes** | (158,432) | (81,238) | (69,333) | (23,774) | 17,715 | 65,137 | 123,252 |
| (Provision) benefit from income taxes from continuing operations | (4) | (16) | - | - | (3,348) | (12,311) | (23,295) |
| **Loss from continuing operations** | $ (158,436) | $ (81,243) | $ (69,333) | $ (23,774) | $ 14,367 | $ 52,826 | $ 99,957 |
| Income from continuing operations | (192) | - | - | - | - | - | - |
| **Net income (loss)** | $ (158,628) | $ (81,243) | $ (69,333) | $ (23,774) | $ 14,367 | $ 52,826 | $ 99,957 |
| Net loss per share - basic | ($1.02) | ($0.47) | ($0.36) | ($0.12) | $0.07 | $0.27 | $0.51 |
| Net loss per share - diluted | ($1.02) | ($0.47) | ($0.36) | ($0.12) | $0.07 | $0.26 | $0.49 |
| Weighted-average number of common shares - basic | 154,862 | 171,386 | 193,987 | 197,312 | 197,512 | 197,712 | 197,912 |
| Weighted-average number of common shares - diluted | 154,862 | 171,386 | 193,987 | 197,312 | 201,667 | 202,067 | 202,467 |

*Source: JMP Securities LLC, Company filings*



JMP
A CITIZENS COMPANY

## Company Description

Spectrum Pharmaceuticals is a biopharmaceutical company based in Irvine, California. The company is focused on acquiring, developing, and commercializing novel, targeted pharmaceuticals in the oncology space. The company has three drugs in development: 1) Rolontis, a novel long-lasting G-CSF for chemotherapy-induced neutropenia; 2) poziotinib, a novel TKI being tested in genetically-defined subpopulations of NSCLC; and 3) anti-CD20-IFN$\alpha$, an antibody-interferon fusion molecule being tested in NHL.

## Investment Risks

Risks to our investment thesis and valuation include clinical development, competitive, regulatory, financial, and sector.

Clinical development risk. Drug development is a risky and capital-intensive endeavor. The majority of drugs that enter clinical development fail to reach the market. Competitive risk. There are other drugs on the market and in development for the indications that Spectrum's programs address. A lack of differentiating clinical data for Spectrum's drugs and/or approval of competitive drugs may adversely impact the sales potential of the company's products.

Regulatory risk. Spectrum, like all other drug development companies, is reliant upon the FDA's pace of evaluating new drugs and the agency's willingness to approve new drugs.

Financial risks. While Spectrum is currently well-funded with cash, cash equivalents, and short-term investments, the company may require additional equity financing in the form of a secondary offering or non-dilutive capital to complete the development and commercialization of its assets.

Sector risk. Valuation of biotechnology stocks is subject to investor assessments of the prospects of the underlying companies and investor tolerance for risk and confidence in the prospects of biotechnology stocks as a group. Therefore, Spectrum's stock price may fall even while the company meets or exceeds investor expectations.

## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Reni J. Benjamin, PhD

**JMP Securities Disclosures:**

JMP Securities, a Citizens Company, currently makes a market in the security of Spectrum Pharmaceuticals, Inc.

JMP Securities, a Citizens Company, expects to receive OR intends to seek compensation for investment banking services from Spectrum Pharmaceuticals, Inc. in the next 3 months.

For disclaimer details, please click on link. JMP Disclaimer

For applicable disclosures on companies mentioned in this report, please refer to the JMP Facts and Disclosures page in the report link above.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of May 16, 2022)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 281 | 70.07% | Buy | 281 | 70.07% | 93 | 33.10% |
| MARKET PERFORM | Hold | 91 | 22.69% | Hold | 91 | 22.69% | 17 | 18.68% |
| MARKET UNDERPERFORM | Sell | 0 | 0.00% | Sell | 0 | 0.00% | 0 | 0% |
| COVERAGE IN TRANSITION | | 28 | 6.98% | | 28 | 6.98% | 4 | 14.29% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 401 | 100% | | 401 | 100% | 114 | 28.43% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.



Rating and Price Target History for: Spectrum Pharmaceuticals, Inc. (SPPI) as of 05-12-2022

Created by: BlueMatrix


**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2022. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

# RESEARCH PROFESSIONALS

## FINANCIAL SERVICES

**Alternative Asset Managers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Michael W. Falco | (212) 906-3562 |
| Brian McKenna | (212) 906-3545 |

**Commercial Finance**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Kevin Fultz, CFA | (415) 835-8962 |

**Consumer Finance/Financial Technology**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Zachary Oster | (212) 906-3507 |

**Insurance**
| | |
|---|---|
| Matthew J. Carletti | (312) 768-1784 |
| Karol Chmiel | (312) 768-1786 |
| David Samar | (312) 768-1785 |

**Investment Banks & Brokers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Michael W. Falco | (212) 906-3562 |
| Brian McKenna | (212) 906-3545 |

**Mortgage Finance**
**REITs: Agency, Hybrid, & Commercial Mortgage**
| | |
|---|---|
| Steven C. DeLaney | (212) 906-3517 |
| Chris Muller | (212) 906-3559 |
| Trevor Cranston, CFA | (415) 869-4431 |
| Mikhail Goberman | (212) 906-3543 |

## HEALTHCARE

**Biotechnology & Biopharma**
| | |
|---|---|
| Reni J. Benjamin, PhD | (212) 906-3529 |
| Anthony Murphy, PhD | (212) 906-3561 |
| Kishore Gangangari, PhD | (212) 906-3504 |
| Jason N. Butler, PhD | (212) 906-3505 |
| Silvan Tuerkcan, PhD | (212) 906-3546 |
| Roy Buchanan, PhD | (212) 906-3509 |
| Jonathan Wolleben | (312) 768-1788 |

**Medical Devices & Supplies**
| | |
|---|---|
| David Turkaly | (212) 906-3563 |
| Daniel W. Stauder | (212) 906-3535 |

## REAL ESTATE

**Housing & Land Development**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |
| Alex Wilson | (415) 869-4401 |
| Mitchell Germain | (212) 906-3532 |
| Jyoti Yadav | (646) 797-5636 |

**REITs**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |
| Alex Wilson | (415) 869-4401 |

**R.E. Services & Tech**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |
| Alex Wilson | (415) 869-4401 |

## TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**

**Cybersecurity**
| | |
|---|---|
| Trevor Walsh | (415) 835-3934 |
| Rustam Kanga | (415) 835-3914 |

**IT Infrastructure**
| | |
|---|---|
| Erik Suppiger | (415) 835-3918 |

**InsurTech**
| | |
|---|---|
| Matthew J. Carletti | (312) 768-1784 |
| Andrew Boone | (415) 835-3902 |

**Internet & Digital Media**
| | |
|---|---|
| Andrew Boone | (415) 835-3902 |
| Matthew Condon | (617) 235-8502 |
| Nicholas Jones | (212) 906-3528 |

**Software**
| | |
|---|---|
| Patrick Walravens | (415) 835-8943 |
| Joey Marincek | (415) 869-4418 |
| Aaron Kimson | (415) 835-8944 |
| Joe Goodwin | (415) 869-4477 |

# ADDITIONAL CONTACTS

| | | |
|---|---|---|
| **Thomas R. Wright** | **James O'Day** | **600 Montgomery Street, Suite 1100** |
| **Director of Equities** | **Head of Sales** | San Francisco, CA 94111 |
| (212) 906-3599 | (617) 235-8506 | www.jmpsecurities.com |