# EXHIBIT E

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN, <br><br> Defendants. | Case No. 1:22-cv-10292 (VEC) |

### DEFENDANTS' OBJECTIONS AND RESPONSES TO LEAD PLAINTIFF'S REQUESTS FOR ADMISSION

Pursuant to Federal Rules 26, 34 and Local Rule 26.3, defendants Spectrum Pharmaceuticals, Inc., Thomas J. Riga, Francois J. Lebel, and Nora Brennan ("Defendants") respond and object to Lead Plaintiff's First Set of Requests for Admission ("Requests") as follows:

### OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

Defendants object to the definitions to the extent that they are inconsistent with Local Rule 26.3's uniform definitions. Defendants will construe all terms defined under Local Rule 26.3 according to Local Rule 26.3's uniform definitions.

### RESPONSES AND OBJECTIONS TO REQUESTS FOR ADMISSION

1. Admit that during April 2022 and through the date of the filing of Spectrum's quarterly report pursuant to Section 13 or 15(d) of the Exchange Act for the quarter ended March 31, 2022 filed with the SEC on Form 10-Q on May 12, 2022, Spectrum sold and issued 1.4 million shares of Spectrum common stock for net proceeds of $1.4 million under the April 2019 ATM Agreement.

1

**RESPONSE:** Defendants object to Request No. 1 because it seeks discovery of matters that are not relevant to any claims or defenses remaining in the case following the Court's January 23, 2024 memorandum & order in this action (ECF No. 91).

2.      Admit that during July 2022 and through the date of the filing of Spectrum's quarterly report pursuant to Section 13 or 15(d) of the Exchange Act for the quarter ended June 30, 2022 filed with the SEC on Form 10-Q on August 12, 2022, Spectrum sold and issued 5.1 million shares of Spectrum common stock for net proceeds of $4.5 million under the April 2019 ATM Agreement.

**RESPONSE:** Defendants object to Request No. 2 because it seeks discovery of matters that are not relevant to any claims or defenses remaining in the case following the Court's January 23, 2024 memorandum & order in this action.

3.      Admit that during the quarter ended September 30, 2022 Spectrum sold 18,894,118 shares of Spectrum common stock under the April 2019 ATM Agreement for proceeds received (net of broker commissions and fees) of $21,613,000.

**RESPONSE:** Defendants object to Request No. 3 because it seeks discovery of matters that are not relevant to any claims or defenses remaining in the case following the Court's January 23, 2024 memorandum & order in this action.

4.      Admit that with respect to the sale of Spectrum common during the quarter ended September 30, 2022 referenced in Request for Admission 3, Spectrum sold 18,894,118 shares of Spectrum common stock under the April 2019 ATM Agreement before September 22, 2022.

**RESPONSE:** Defendants object to Request No. 4 because it seeks discovery of matters that are not relevant to any claims or defenses remaining in the case following the Court's January 23, 2024 memorandum & order in this action.

5.    Admit that on May 12, 2022 Spectrum caused a press release to be issued titled "Spectrum Pharmaceuticals Reports First Quarter 2022 Financial Results and Provides Corporate Update" that stated the following:

> A study for poziotinib has been initiated to confirm the clinical benefit seen in Cohort 2, as required for an accelerated approval. The trial, Study SPI-POZ-301 (PINNACLE), is designed to enroll 268 patients with previously treated NSCLC harboring HER2 exon 20 mutations. Patients are being randomized 2-to-1 into one of two treatment arms using 8mg of poziotinib orally administered BID (twice daily) versus 75mg/m2 of docetaxel administered intravenously every three weeks.

**RESPONSE:** Defendants admit that Spectrum issued a press release on May 12, 2022 titled "Spectrum Pharmaceuticals Reports First Quarter 2022 Financial Results and Provides Corporate Update," and admit that the May 12, 2022 press release includes the quoted text, but deny that Request No. 5 is a full or accurate statement of fact because Request No. 5 selectively quotes language included in Spectrum's May 12, 2022 press release.

6.    Admit that as of May 12, 2022 no patients had been randomized into Study SPI-POZ-301 (PINNACLE).

**RESPONSE:** Defendants deny Request No. 6, except admit that, as of May 12, 2022, Spectrum had initiated the PINNACLE Study, designed to enroll 268 patients with previously treated NSCLC harboring HER2 exon 20 mutations, pursuant to a protocol under which patients were to be randomized 2-to-1 into one of two treatment arms using 8mg of poziotinib orally administered BID (twice daily) versus 75mg/m2 of docetaxel administered intravenously every three weeks.

7.    Admit that as of May 12, 2022 no patients had enrolled in the Study SPI-POZ-301 (PINNACLE).

**RESPONSE:** Defendants deny Request No. 7, except admit that (i) as of May 12, 2022, Spectrum had initiated the PINNACLE Study, designed to enroll 268 patients with previously

3

treated NSCLC harboring HER2 exon 20 mutations, pursuant to a protocol under which patients were to be randomized 2-to-1 into one of two treatment arms using 8mg of poziotinib orally administered BID (twice daily) versus 75mg/m2 of docetaxel administered intravenously every three weeks and (ii) no patients had yet been enrolled in the PINNACLE Study as of May 12, 2022.

8.    Admit that on August 11, 2022 Spectrum caused a press release titled "Spectrum Pharmaceuticals Reports Second Quarter 2022 Financial Results and Provides Corporate Update" that stated the following:

> A study for poziotinib is in progress to confirm the clinical benefit seen in Cohort 2, as required for an accelerated approval. The trial, Study SPI-POZ-301 (PINNACLE), is designed to enroll 268 patients with previously treated NSCLC harboring HER2 exon 20 mutations. Patients are being randomized 2-to-1 into one of two treatment arms using 8mg of poziotinib orally administered BID (twice daily) versus 75mg/m2 of docetaxel administered intravenously every three weeks.

**RESPONSE:** Defendants admit that Spectrum issued a press release on August 11, 2022 titled "Spectrum Pharmaceuticals Reports Second Quarter 2022 Financial Results and Provides Corporate Update," and admit that the August 11, 2022 press release includes the quoted text, but deny that Request No. 8 is a full or accurate statement of fact because Request No. 8 selectively quotes language included in Spectrum's August 11, 2022 press release.

9.    Admit that as of August 11, 2022 no patients had been randomized into Study SPI-POZ-301 (PINNACLE).

**RESPONSE:** Defendants deny Request No. 9, except admit that, as of August 11, 2022, Spectrum had initiated the PINNACLE Study, designed to enroll 268 patients with previously treated NSCLC harboring HER2 exon 20 mutations, pursuant to a protocol under which patients were to be randomized 2-to-1 into one of two treatment arms using 8mg of poziotinib orally administered BID (twice daily) versus 75mg/m2 of docetaxel administered intravenously every

4

three weeks.

10.    Admit that as of August 11, 2022 no patients had enrolled in the Study SPI-POZ-301 (PINNACLE).

**RESPONSE:** Defendants deny Request No. 10, except admit that (i) as of August 11, 2022, Spectrum had initiated the PINNACLE Study, designed to enroll 268 patients with previously treated NSCLC harboring HER2 exon 20 mutations, pursuant to a protocol under which patients were to be randomized 2-to-1 into one of two treatment arms using 8mg of poziotinib orally administered BID (twice daily) versus 75mg/m2 of docetaxel administered intravenously every three weeks and (ii) no patients had yet been enrolled in the PINNACLE Study as of August 11, 2022.

11.    Admit that as of September 22, 2022 no patients had been randomized into Study SPI-POZ-301 (PINNACLE).

**RESPONSE:** Defendants object to Request No. 11 because it seeks discovery of matters that are not relevant to any claims or defenses remaining in the case following the Court's January 23, 2024 memorandum & order in this action and otherwise deny this request.

12.    Admit that as of September 22, 2022 no patients had enrolled in the Study SPI-POZ-301 (PINNACLE).

**RESPONSE:** Defendants object to Request No. 12 because it seeks discovery of matters that are not relevant to any claims or defenses remaining in the case following the Court's January 23, 2024 memorandum & order in this action (ECF No. 91), and for that reason deny this request in full.

13.    Admit that no patients at any point in time had been randomized into Study SPI-POZ-301 (PINNACLE).

**RESPONSE:** Defendants object to Request No. 13 because it seeks discovery of matters that are not relevant to any claims or defenses remaining in the case following the Court's January 23, 2024 memorandum & order in this action and otherwise deny this request.

14.    Admit that no patients at any point in time had enrolled in the Study SPI-POZ-301 (PINNACLE).

**RESPONSE:** Defendants object to Request No. 14 because it seeks discovery of matters that are not relevant to any claims or defenses remaining in the case following the Court's January 23, 2024 memorandum & order in this action, and for that reason deny this request in full. As to time periods before August 11, 2022, Defendants direct Plaintiff to their responses to Request Nos. 7 and 10.

Dated: April 24, 2024                              **BAKER BOTTS L.L.P.**

*/s/ James J. Beha II*
James J. Beha II
John B. Lawrence
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2500

Kevin M. Sadler (admitted *pro hac vice*)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Tel: 650-739-7500

Scott Powers (admitted *pro hac vice*)
401 South 1st Street, Suite 1300
Austin, TX 78704-1296
Tel: (512) 322-2678

*Attorneys for Defendants*

6