UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>       v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, and FRANCOIS J. LEBEL,<br><br>       Defendants. | Case No. 1:22-cv-10292 (VEC)<br>(Consolidated) |

**DEFENDANTS' NOTICE OF MOTION TO DISQUALIFY LEAD PLAINTIFF STEVEN B. CHRISTIANSEN AND FOR A STAY OF PROCEEDINGS PENDING APPOINTMENT OF A SUBSTITUTE LEAD PLAINTIFF**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 16(b) and the Court's inherent powers, Defendants Spectrum Pharmaceuticals, Inc., Thomas Riga, and Francois Lebel hereby respectfully move this Court, at a time and date to be designated by the Court, to disqualify Lead Plaintiff Steven B. Christiansen and to stay all proceedings in this action pending resolution of issues surrounding the fitness of Mr. Christiansen to serve as Lead Plaintiff and appointment of a substitute Lead Plaintiff.

In support of their motion, Defendants submit the accompanying Memorandum of Law in Support, the Declaration of Mr. James J. Beha II, and the exhibits attached thereto.

2

Dated: November 4, 2024
New York, New York

**BAKER BOTTS L.L.P.**

*/s/ James J. Beha II*
James J. Beha II

Kevin M. Sadler (*pro hac vice*)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304-1007
Tel: (650) 739-7500

Scott D. Powers (*pro hac vice*)
401 South 1st Street
Suite 1300
Austin, Texas 78704-1296
Tel: (512) 322-2500

James J. Beha II
John B. Lawrence
30 Rockefeller Plaza
New York, New York 10112-4498
Tel: (212) 408-2500

*Counsel for Defendants Spectrum*
*Pharmaceuticals, Inc., Thomas J. Riga, and*
*Francois J. Lebel*

2