UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, and FRANCOIS J. LEBEL, <br><br> Defendants. | ECF CASE <br><br> Civil Case No.: 1:22-cv-10292 (VEC) <br><br> Consolidated With: <br><br> 1:22-cv-10677 (VEC) <br> 1:23-cv-00767 (VEC) |

**DECLARATION OF JAMES J. BEHA II IN SUPPORT OF DEFENDANTS'
MOTION TO DISQUALIFY LEAD PLAINTIFF STEVEN B. CHRISTIANSEN
AND FOR A STAY OF PROCEEDINGS PENDING APPOINTMENT OF A
SUBSTITUTE LEAD PLAINTIFF**

JAMES J. BEHA II hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1.      I am a partner at the law firm Baker Botts L.L.P., and I am counsel to Defendants Spectrum Pharmaceuticals, Inc., Thomas, J. Riga, and Francois J. Lebel in the above-captioned matter and

2.      I am an attorney admitted to practice law in the State of New York and am admitted to practice in this Court.

3.      I am over 21 years of age and otherwise competent to make this declaration.  My statements herein are based on my personal knowledge.

4.      Attached hereto as **Exhibit A** is a true and correct copy of an email thread between Jeffrey P. Campisi of Kaplan Fox, counsel for Lead Plaintiff Steven B. Christiansen, and me, dated October 18, 2024, to October 28, 2024.

5.      Attached hereto as **Exhibit B** is a true and correct copy of an email thread between Mr. Campisi and me, dated October 18, 2024, to October 23, 2024.

6.      Attached hereto as **Exhibit C** is a true and correct copy of an email thread between Mr. Campisi and me, dated October 19, 2024, to October 22, 2024.

7.      Attached hereto as **Exhibit D** is a true and correct copy of an email thread between Mr. Campisi and me, dated October 26, 2024, to October 27, 2024.

8.      Attached hereto as **Exhibit E** is a true and correct copy of a web page that was printed to PDF on November 4, 2024, from the website https://columbinecoverup.com/us-doj-affidavit.

Executed this 4th day of November, 2024        */s/ James J. Beha II*
                                                James J. Beha II

2