# Exhibit C

| | |
|---|---|
| **From:** | Jeff Campisi <jcampisi@kaplanfox.com> |
| **Sent:** | Tuesday, October 22, 2024 4:52 PM |
| **To:** | Beha, Jim |
| **Subject:** | RE: Christiansen v. Spectrum |

**[EXTERNAL EMAIL]**

Jim, I'm following up on your email.  We are taking this matter seriously.  In this regard, would you provide details, including names, dates, and substance, regarding the communications that you identified below and any other communications that to the best of your knowledge may have occurred?   Thank you.

Jeff Campisi
Kaplan Fox

**From:** Beha, Jim <jim.beha@bakerbotts.com>
**Sent:** Saturday, October 19, 2024 9:32 PM
**To:** Jeff Campisi <jcampisi@kaplanfox.com>
**Subject:** [External] Christiansen v. Spectrum

Jeff:
Since the mediation last week, Mr. Christiansen has repeatedly contacted Assertio's third-party investor relations consultant and disclosed information about the confidential mediation and other settlement communications.  Some of these disclosures are blatantly inaccurate mischaracterizations of the parties' positions at the mediation.  This follows Mr. Christiansen's attempt to directly contact counsel for Spectrum prior to the mediation for reasons that have yet to be clarified.

You should 1) immediately tell your client to cease and desist from this conduct and 2) instruct him to abide by his confidentiality obligations.   Furthermore, you should inform us promptly whether Mr. Christiansen also has disclosed mediation or other confidential settlement communications to other third parties. Prompt action on your part may prevent further misconduct by Mr. Christiansen.

We are continuing to investigate this situation and will consider our options, including seeking relief from the Court.  We reserve all rights in that regard.
Jim

**James J. Beha II**
*Partner*

Baker Botts L.L.P.
jim.beha@bakerbotts.com
Office: 212-408-2510
Mobile: 917-513-8101

30 Rockefeller Plaza

1

New York, New York 10112-4498
U.S.A.



**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.