# Exhibit D

**From:** Beha, Jim
**Sent:** Sunday, October 27, 2024 9:01 AM
**To:** Jeff Campisi
**Subject:** Re: [External] Ayab Complaint

I can speak between now and 11 and then after 1.

Sent from my iPhone

> On Oct 27, 2024, at 7:56 AM, Jeff Campisi <jcampisi@kaplanfox.com> wrote:
>
> **[EXTERNAL EMAIL]**
>
> Jim, at what time are you available to talk?
>
> Sent from my iPad
>
>> On Oct 26, 2024, at 8:14 PM, Beha, Jim <jim.beha@bakerbotts.com> wrote:
>>
>> Jeff,
>> We saw that you filed this new complaint against Spectrum, initiating a new action, which you designated as related to the Christiansen action. I do not understand how you can simultaneously represent two different plaintiffs in different actions asserting the same claims against the same defendants on behalf of the same putative class. I would like to discuss as soon as possible to understand your intentions with respect to these two actions. Please let me know when you are available to discuss tomorrow. Thanks.
>> Jim
>>
>>
>> **James J. Beha II**
>> *Partner*
>>
>> Baker Botts L.L.P.
>> jim.beha@bakerbotts.com
>> Office: 212-408-2510
>> Mobile: 917-513-8101
>>
>> 30 Rockefeller Plaza
>> New York, New York 10112-4498
>> U.S.A.

1



**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

<127136387290.pdf>