# Exhibit E

# THE COLUMBINE COVER UP EXPOSED



# UNITED STATES DEPARTMENT OF JUSTICE AFFIDAVIT

OFFICE of THE INSPECTOR GENERAL

1425 NEW YORK AVENUE NW, SUITE 7100

WASHINGTON, DC. 20530

PUBLIC CORRUPTION STATE of COLORADO

OPERATOR XXXX

November 14, 2016

Steven B Christiansen / XXX XXX XXXX / steven.XXXXXXX @ g mail com

39 Pages

This is my Affidavit on the Columbine Cover Up and how it led into the Public Corruption of the 5thJudicial District of Colorado. 1 to 297

This copy is up to 2016. Due to the amount of incidents, it takes a lot of work. I have it all documented.

What you are about to read is appalling. It should make you sick, that this much corruption has been perpetrated and that I have been subjected to it for all these years and it continues to this day.

There are a multitude of cases and incidents from 2006 to 2012

This is why persons stole your letter from the US Mail. "COVER UP"

This case needs to get going and these people brought to justice.

Best Regards, Steven B Christiansen

UNITED STATES DEPARTMENT of JUSTICE

OFFICE of the INSPECTOR GENERAL

1425 NEW YORK AVENUE NW

SUITE 7100

WASHINGTON DC 20530


EXECUTIVE OFFICE for UNITED STATES ATTORNEYS

600 E STREET NW, BICENTENNIAL BLDG

ROOM 5100

WASHINGTON DC 20530


EXECUTIVE OFFICE for UNITED STATES ATTORNEYS

950 PENNSYLVANIA AVE. NW

SUITE 2261

WASHINGTON DC 20530


FEDERAL BUREAU of INVESTIGATION HEADQUARTERS

INSPECTION DIVISION/ INTERNAL INVESTIGATIONS DIVISION

935 PENNSYLVANIA AVE. NW

WASHINGTON DC 20535


NOVEMBER 14, 2016

AFFIDAVIT / NARRATIVE / COLUMBINE COVER – UP / PUBLIC CORRUPTION

STATE of COLORADO

I Steven B Christiansen your affiant herein, upon oath does hereby depose and state the facts. I have personal knowledge that the crimes of public Corruption State of Colorado, the 5th Judicial District, were perpetuated and advanced by actor(s) 2nd and 3rd party actors of persons who perpetuated The Columbine High School Massacre Cover – Up.

+++This narrative covers many events and actions of the perpetrators of The Columbine Cover Up and how they subsequently involved and used 2ndand 3rd party actors to advance their goal of cover-up.

**That beginning in April 1999 said persons began a campaign to hide the truth and Cover Up their personal knowledge of events leading up to and afterwards of The Columbine High School Massacre.**

That said persons began a campaign to hide the truth and made substantial efforts by and through associates, second and third party actors and traveled to other states in their attempt to corrupt the judicial system and hide the facts in a campaign of subterfuge and dis-information.

**That beginning in 2005, said persons made substantial efforts by and through associates, second and third party actors in their attempt(s) and efforts to corrupt the 5thJudicial District, State of Colorado by involving Public Officials of the 5thJudicial District, Colorado, in a campaign of subterfuge and dis-information intended to harass, annoy, subjugate and deprive Steven B Christiansen of his Constitutional Rights as guaranteed by the Constitution of the United States.**

That beginning in 2005, said persons made substantial efforts by and through associates, second and third party actors in their attempt(s) and efforts to corrupt the 5th Judicial District, State of Colorado by involving Public Officials of the 5th Judicial District, Colorado, in a campaign of multiple malicious prosecutions against Steven B Christiansen that would include;

- Forged and Altered Court  Documents
- Illegal Entries Sent to the FBI/ NCIC
- Denial of 6th Amendment Right to have Witness's in Favor of Defendant at Trial
- False Imprisonment

- Attempted Murder by Vehicle Sabotage

- Denial of 14th Amendment Rights, Equal Protection Clause

- Arson

- Harassment & Stalking

- Attempts to deny driving privileges

- Attempts to deny banking privileges

And many other crimes that continue to this day of November 1, 2016.

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

1. December 1996, my former wife Gayle (Divorced 8/1997) and I had bought a fixer upper house at XXXX W Quarto Place, Littleton, Colorado. Soon after moving in I met one of the neighbor's two houses away at XXXX W Quarto Place. His name was **AJ Gehring**; he was employed by the FBI at the Denver, Colorado office.

2. We had moved from the Lake Tahoe/Truckee Ca. /Reno, NV area in April 1993. We wanted to be in an area that had a better economy and away from any potential problem people that had been in association with the escaped convicts **I had captured in September 1984, Incline Village, NV. Jack McFaddin, Nevada Department of Prisons #19445 & Christopher Edwards, Nevada Department of Prisons #18620.** I had over the years had incidents with undesirable people who had been in association with McFaddin & Edwards or had seen me in the news papers and did not like me for that reason. For these reasons, we moved to Colorado in April 1993.

3. Upon getting to know my neighbor **FBI agent AJ Gehring**, he was welcomed into my home to visit with my wife Gayle and I. Most of the neighborhood was happy that we were fixing up the house that had a bad reputation as an eye sore in the neighborhood.

4. By 1996 I had begun to see people of criminal nature in the Denver, Co. metro area that I had come to recognize from living in the Tahoe/Reno, NV. Area**. I began to discuss this with AJ Gehring.**

**+++ THE DEA ENTRAPPMENT DRUG RING in LITTLETON COLORADO +++**

5. **Agent AJ Gehring** after a couple of discussions about some of the Nevada people I had seen in the Denver Co. metro area asked me to write out as much information I

knew about these people and give it to him.

6. April 1996 I gave **to FBI agent, AJ Gehring**six (6) pages of names and information on these people. What I had come to learn about them from living in the Tahoe/Reno area and some of my bad encounters in the years after the capture of McFaddin & Edwards.

**+++ THE DEA HAD BROUGHT SOME OF THESE PEOPLE TO LITTLETON COLORADO +++**

7. What I didn't know was that many of the people from Nevada I had seen in the Denver CO metro area 1996 had actually been brought to Colorado to help operate a **DEA Drug Entrapment Ring**.

8. I enlisted the help of some other people in the Littleton Co. area to try and keep an eye on these people. They would be in the area and then there would be weeks of absence. We questioned if they were traveling back and forth from Nevada during these absences.

9. I figured that the Denver Co. FBI agent **AJ Gehring** would take care of the problem. I continued to relay sightings and locations of these Nevada people to **AJ Gehring.**

**+++ FEBRUARY 1999 I SPOT CRACK HOUSE HARRY (ROBISON) IN DYLAN KLEBOLDS BMW +++**

10. **February 1999 I was working siding a house in Deer Creek Canyon, Colorado at 16776 Dancing Deer Drive, Littleton, Co.**This is evidenced by a collection court case I did later against the owners of the property, Michael and Michel Frielinger. County Court, Jefferson County Colorado, Case # 99S619, Division C; Steven B Christiansen (plaintiff) VS Michael S Freilinger (defendant) Jefferson County Colorado Sheriff Dept. report # M104767 / Case # 99-3331 dated 02/15/1999

11. To get to the jobsite at Dancing Deer Drive, I would drive up Deer Creek Canyon Rd from Littleton, Co. then turn right onto Murphy Gulch Rd. then continue to Dancing Deer Drive.

12. I began to notice some of the Nevada people coming and going from the Murphy Gulch Rd area and on Deer Creek Canyon Rd.

Case 1:22-cv-10292-VEC    Document 125-5 Filed 11/04/24    Page 7 of 58

13. February 1999, I had seen a man I recognized from Reno/Tahoe a man I had nick named **Crack House Harry.** He seemed to know all the others and was known in the Reno Tahoe area as a wheel and was said to belong to the **Nevada Mafia.** I had been previously stalked years earlier in the Reno/Tahoe area by Crack House Harry. He had even shown up on a highway that skirts the east side of the Bay Area, Ca. during one of my earlier construction job trips to San Francisco, Ca. in 1991.

14. **I had seen Crack House Harry in the back seat of an older black BMW that was being driven by two teenagers**. February 1999. I had also taken a neighbor who worked for Golden, Co. PD Tim Hegvedt to Deer Creek Canyon to see these people from Nevada.

15. I was shocked that people I thought I would never see again in life were now one thousand miles away from Reno/Tahoe and in the very same canyon I was working in, in Colorado! A state with thousands of canyons.

16. The Nevada people were busy coming and going in their own cars and with the teenagers in the black BMW.

17. **Mike Carey Reno/Tahoe,** he had been involved with other people who did not like me from the Nevada capture. Mike Carey had also been known to frequent bars at Tahoe, rubbing elbows with people who would later be busted for drugs**. Pete Perata/ Tahoe, Topols, Peter, Nate, Byron, Tahoe/Reno, Cero Mancuso/ Tahoe/ Olympic Valley/ Squaw Valley, Ca. Big Bad Bob/ Tahoe and other people who all talked about their relations to the Nevada Mafia.**

18. **Mike Carey/Reno Tahoe driving a 1996 blue Chevy Impala.** I would learn later he had been brought to Colorado by the DEA to work in the DEA Drug Entrapment Ring and was being **supervised by DEA Agent Mark Jolin and DEA Agent Van Anderson** and probably other agents whom I do not know their names.

19. **Stephanie Robison/ Reno NV. Driving an older model black Cadillac.** I would learn later she had also been brought to Colorado by the DEA and was being supervised by agents Jolin and Van Anderson. I would learn later that **she is related to Crack House Harry (Robison)** and related to **Tamara Robison,** whom I had met while I was a ski instructor at Slide Mountain, NV. Tammy Robison **later threatened to have drug**

**dealers kill me. 1985.** I had slapped Tammy Robison for having made that threat. UNRPD Case# 486-00872, December 15, 1985.

20. **Mark Jolin driving a late model black Chevy impala with chrome wheels** was seen coming and going from Deer Creek Canyon Rd. CO. I would later learn that this person was a DEA agent and was usually in the **vicinity of a Mike Carey or Stephanie Robison sighting.**

21. **Agent Van Anderson, driving a Quest Communications truck was also seen coming and going from Deer Creek Canyon Co as well, usually at times when Mike Carey, Stephanie Robison, Mark Jolin and Crack House Harry had been spotted.** February 1999 **I did not know agent Van Anderson's name. I had nick named him Jerry Garcia, due to his close appearance to Jerry Garcia of the Grateful Dead Band.** I had spotted Van Anderson enough times to suspect he had something to do with all the other people from Nevada in Deer Creek Canyon. At the time I believed Jerry Garcia was a member of this **Nevada Mafia group.**

22. February 1999 I saw several other people whom I did not know coming and going from Deer Creek Canyon Co. with the two teenage boys in the black BMW and in close proximity to when I had spotted the others in Deer Creek Canyon.

23. The boys driving the black BMW were often aggressive to drivers of other vehicles; they acted very aggressive on some occasions. I began carrying a 40 cal S&W pistol just in case trouble erupted.

24. **February 1999. I had also taken a neighbor Timothy Hegvedt, up to Deer Creek Canyon to see the Nevada people. On this trip we saw Crack House Harry in the back seat of the black BMW. Timothy Hegvedt was a deputy for Golden, Colo. Police Dept.**

25. I had also begun to notice these two teenage boys and some of their friends in loud interactions with other kids at the local King Soopers grocery store at the corner of pierce and coalmine in Littleton, Colorado one half mile from Columbine High school. They wore trench coats and army coats/ponchos and boots. They were different from many of the clean cut looking kids, but I dismissed their behavior as teenage rebellion.

26. April 1999. I was working finishing a house in Hutchinson, Kansas. I had been to the lumber yard to order some finish trim. I was returning to a house I was staying in. I decided to stop into an antique store and browse. As I chatted with the store clerk a news bulletin came over the radio that there was a shooting in progress at a Denver CO. area high school. The store clerk asked me where I thought it might be, since I had told her I was visiting Kansas from Colorado. I responded that it was probably Aurora or Thornton, since they had begun to have gang problems in those communities. I left to go turn on the television and get the news.

+++ **AND I THOUGHT THE PEOPLE FROM NEVADA WERE A PROBLEM?** +++

27. When I arrived at the house, I turned on the TV to get the news. **It was Columbine High School!** As the TV crew zoomed in on the black BMW from the helicopter, I thought to myself, SHIT! I thought it was the other people who were the problem! **What's up with these boys?**

28. I recognized immediately the black BMW on the TV news coverage as the BMW being driven by the two teenage boys in Deer Creek Canyon. The same one I had seen Crack House Harry riding in the back seat at the intersection of Deer Creek Canyon Rd and Murphy Gulch RD.

29. One day at work, February 1999, I had heard a lot of shooting coming from down the road toward Murphy Gulch Rd. It was semi rural and people in Colorado are accustom to shooting and target practice, so I did not think too much about it. Was it Harris & Klebold?

30. **April 21, 1999, I learned the boy who owned the black BMW was Dylan Klebold** and that in fact he lived on Murphy Gulch RD.

31. **April 21, 1999** I had tried all night to call friends in Littleton Co to find out what they knew? The phone lines where jammed and cell calls did not get through as well. I drove back to Littleton, Colo.

32. **April 22, 1999.** I had arrived back in Colorado and began talking with friends about what had happened and who had been killed. I learned one of the boys who used to come to my house with the other kids to play with our puppies, Isaiah Scholl's had been killed. I also learned my former neighbor's boy; **Mark Kitchen who did yard**

**chores for me had been shot in the head twice and was in critical condition, clinging to life in a coma.** I refrained from stopping to see his parents, Dale & Kay Kintchen, I knew they would most likely be at the hospital round the clock keeping vigil on Mark. I also learned his brother Matt, who also helped doing chores, had witnessed Mark getting shot. Most of the victims I had recognized just from being in the neighborhood and the grocery store. Beautiful Littleton had been changed overnight.

33. **April 22, 1999.** Littleton, Colorado. The residents of town were in shock, walking zombies over what had happened. I had never seen a community so affected by anything, everyone was in a trance. **As I left a local coffee shop at Pierce & Ken Caryl ave. I saw my former neighbor FBI agent AJ Gehring, I understood the message in his eyes, Steve, if you hear of anything, contact me..We looked into each other's eyes and I understood...We didn't even stop to speak..But he knew I was out seeing people and seeking any information that may be useful.**

34. My wife Gayle and I had sold the house at 6930 W Quarto Place, Littleton, Co. in December 1997. We had decided to get divorced August 1997. An amicable decision. We lived together for a couple of months even after the divorce. I was renting just a few blocks away.

35. **April 22, 1999. Clement Park, Littleton, Colorado.** I was canvassing the town, talking to people I knew. I was shocked and amazed at the same time by all the large trucks of all the media networks and how they almost filled up Clement Park at the corner of Pierce St and Bowles Ave just to the north of Columbine High school. Even the BBC had equipment there. A vigil for the victims had been planned for later in the afternoon; people from everywhere were streaming in. People were talking and asking questions about how all the news networks could have so much equipment so fast into Littleton, Co. Some even began to suggest that they knew it was going to happen. I urged these people not to let their imagination run away and get the best of them. The park and all the surrounding streets were packed with people, all kinds of people, people crying, and gang looking people running around, happy to see so many people distraught, some were even yelling, **"You're God Has Lost" I just kept observing people,** I had never seen anything like what I was seeing.

36. April 22, 1999. I was keeping my eye open, hoping to spot any of the Nevada people. They seemed to have disappeared. There were all kinds of weirdo's driving around, many seemed to enjoy seeing the people of Littleton in shock, some where even openly celebrating, yelling at people who were obviously grieving, I was questioning in my mind the extent of radical fringe elements and to what extent they could be involved?

37. **April 22, 1999. The breaking news story was that more bombs had been found in Columbine High School, forcing the evacuation of all investigators. CNN, Sheriff John Stone, Jefferson County, Co. has told the news he believes that more than two people are involved due to the amount munitions and bombs being found. CNN news.**

38. **April 25, 1999.** I had gone to church, ST. Gregory, Episcopal at Pierce and Chatfield, after church as I drove home **I spotted Crack House Harry, he was driving a older red BMW,** he disappeared into the traffic, I couldn't get turned around in time to follow him.

39. **April 1999. Fred Warnaars.** Was a man I had met at ST. Gregory church. I would learn later that he was most likely in knowledge of the DEA Run Entrapment Drug Ring. He once confided in me that the system was corrupt. **I broke off any contact with Fred Warnaars in 2004. He always attempted to speak for me. I had told him many times, you do not speak for me, you do not represent me.**

40. **April 1999, The last week of the month I did notice the person who I would nick name Jerry Garcia ( DEA Agent Van Anderson ) in and about my neighborhood. He was not driving the Quest communications truck. He was driving another vehicle with tinted windows. I did not see the other person with the black Chevy and chrome wheels. ( DEA Agent Mark Jolin )**

41. April 1999, The last week of the month I received a phone call from **Sergeant Maynes,** Commander of the Jefferson County Co. South Station. He had called to let me know that they were still working on my report of stolen personal property from the jobsite on Dancing Deer Dr. in February of 1999. He explained they had a lot to do with the recent events at Columbine High School. I thanked Sergeant Maynes, But I

told him I did not want him to take time away from investigating the Columbine High School incident to work on my theft, that I preferred he use all his manpower on Columbine, that I could buy new equipment, he thanked me, I wished him the best of luck.

42. For the next several months I continued to follow the news on developments. I was waiting to see if anything would develop with the **Nevada people and Crack House Harry ( Robison )** I did see Crack House Harry once and a while driving different vehicles, I suspected he was using borrowed cars.

43. **One instance I saw Crack House Harry driving a 1955 or 56 Chevy side step pickup truck, tan in color.**

44. **After a few months I did see Mick Carey again, this time he was driving an older white Toyota pickup truck.**

45. **May 1999. Littleton, Colo. Timothy Hegvedt was planning on moving from Littleton, Colo. I had figured out he knew about the DEA Entrapment Drug Ring being operated in Littleton, Colo.**

46. September 1999 I moved from the rental in Littleton, Co. south to a small town north of Colorado Springs, Co. Palmer Lake, Co. This was a better situation for my German Shepherd dog Saber.

47. October 26, 1999. I had a collection court case against the owners of the property on Dancing Deer Dr, Littleton, Co. where I had been working in February 1999**. Before court started I noticed a man peeking out of Judges Chambers. It was the same man that had been driving the black Chevy Impala, chrome wheels. I now wondered what this person was?** I had seen him in Deer Creek Canyon Co. I Knew he was somehow connected to the Nevada people I had seen in Deer Creek Canyon Co. Amazingly enough, I did not win a judgment on my collection case in court. I questioned this person being in Judges chambers? After court he pulled up to me and scoffed at an intersection.

48. November 1999, I had noticed the same man **( DEA Agent Mark Jolin )** sneaking around in Palmer Lake, Co. He tried to stay out of sight, but that did not work for him. I knew he had something to do with Columbine, the Nevada people and what had

happened in court. Still nothing in the news papers about who all may have helped **Harris & Klebold** except the straw purchaser's of guns for Harris & Klebold. They had them. But nothing about **Crack House Harry** (Robison) being in the back seat of Klebolds black BMW in February 1999. I was being cautious since I knew these people knew I had seen them in Deer Creek Canyon, Co. in the month leading up to Columbine High School.

49. December 1999.  I moved to Elbert, Colo. The house in Palmer Lake, Co. was up for re-lease. The owners wanted an extra $1,000.00 for Saber my German Shepherd. I moved to a house that was on forty acres in ranch country. I had bought Saber from the owners in 1996. Rocky and Karen Vogel.

50. **February 15 2000. Valentines Day.  Two Columbine High School students are killed** working at Subway sandwich shop at the corner of Peirce and Coalmine in Littleton, Co. one half mile from Columbine High School. Nicholas Kunselman 15 and Stephanie Hart 16. It is still a un solved double murder to this day. **The DEA later got involved in the investigation. Why?** It became knowledge that Kunselman and Hart had known Harris & Klebold at Columbine High School and also knew about the entrapment drug ring that had been run in Littleton, Co. by the DEA. So why did the DEA get involved with the Jefferson County Sheriff Department's Homicide investigation? Other news stories give accounts **of the DEA giving polygraph tests** to potential suspects? Why? Was the DEA just collecting information so they could better hide their involvement with informants brought from Reno, NV. ?

http://www.nytimes.com/2000/02/15/us/in-sandwich-shop-2-more-columbine-students-are-killed.html

51. **November 22, 2000. The news that evening was that the investigation into the Columbine High School massacre was being closed. I was stunned.** Next on the news was that it was also the day that President Kennedy had been assassinated in Dallas, Texas. They went into a history of the **Warren Commission investigation.** I knew then that we needed was a Columbine Commission. I set about work on what I had seen in the spring of 1999. I had also done some canvassing of people in and around the Littleton, Co. area and had to my amazement discovered **some kids (Bates) who were**

**ditching school early for lunch and had actually run into Eric Harris and Dylan Klebold just outside the door before Harris and Klebold entered. Harris and Klebold told them YA You Guys Better Get out of Here! As they ran for their car, they heard the first shots being fired. I was absolutely mystified as to how all the investigators could have missed discovering these kids.** I asked them why they hadn't come forward. They were afraid of the unknown, afraid to speak, afraid of what could happen, like at the Subway Sandwich shop. They were afraid of everything.

52. **December 2, 2000. I made a trip to Denver, Colorado.** I had a letter to Colorado Attorney General Ken Salazar to deliver, plus I had the names of witness's and more. I first went to the Denver, Co. office of the **FBI dropped off a copy.** Then I went to the **US Attorney's office** and dropped off a copy, and **then I went to the office of Colorado Attorney General Ken Salazar.**

53. **December 2, 2000. We're the Columbine Commission.** I entered the office and asked the receptionist if I could speak with **Ken Salazar?** She asked what is was about? I showed her my package of papers and said I had new information on the Columbine High School massacre. She looked stunned, and went to get Ken Salazar. When she returned with **Ken Salazar** there were two other men with **Ken Salazar.** I presumed they were Deputy Attorney Generals. I introduced myself to Ken Salazar and the other men. I said I had some new information on the Columbine High School incident that they may not have. I also said that I thought the investigation should be re-opened, that there had been other people involved with **Harrris & Klebold**other than the people who had been apprehended for helping to obtain guns.

54. As **Ken Salazar** stood there reading my letter, both men stood reading over his shoulders. I could see the gears in **Ken Salazar's** head working, he looked up at me and asked; Who Are You Guy's? The Columbine Commission, I replied. It just came out. I knew on November 22, 2000 that a Columbine Commission was needed, and I would start it. I wasn't intending to say that to Ken Salazar, but it came out. One of his Deputy Attorney Generals looked at me and said; We Should Get One of Those! I replied; I Agree. I then explained that it was very important to get the investigation open again, that too many questions had not been answered. I left Ken Salazar my

contact information and said I would be in contact with any new information I or anyone could come up with.

55. **December 2000. Colorado Attorney General Ken Salazar was in the news. He was re-opening the investigation into Columbine High School** and had formed the State of Colorado Columbine Commission. Colorado Governor Bill Owens followed shortly by announcing he has established the Governor's Commission on Columbine.

56. January 2001. I followed up with some information to **Ken Salazar.** The issue of **Daniel Rohrbaugh** was raging in the news. He was the boy who had died out side of the school at the bottom of the steps. Worse yet, an Arapahoe County, Co. Deputy Sheriff had come out and said to the press that he has seen police accidently shoot **Daniel Rohrbaugh**. The investigation into this part of the investigation was then moved to be handled by the El Paso County Sheriff Department in Colorado Springs, Co. There were also questions into the missing investigation files of Jefferson County Co. Sheriff Department Detective Guerra. And some other related files that had been accidently shredded.

**Much criticism was now being expressed by the press of Jefferson County Co. Sheriff John Stone.**

57. I had taken a firearms training course at Monument Armory, in Monument Colorado in 1999. The owner **Retired Col. Randy Sneed** had an amazing military career. He was a marine corps. firearm's instructor. Had served two tours of Vietnam with the Green Beret and had served a third tour as a commander Seal Team 2 and had also been a US military advisor to Britain in the Falkland islands war. His background was impressive. I was shocked when I was made privy to his career by other people in the community who frequented Monument Armory. **Randy Sneed** was such a nice guy; I just couldn't picture him in all those theaters of war. But many reputable people assured me of the truth.

58. **I went to see Randy and have a discussion**. I told him about my trip to see Colorado AG Ken Salazar and the Columbine Commission. I wanted his opinion on the conflicting trajectories of the two bullets paths that had killed **Daniel Rohrbaugh.** It was a huge controversy in the news. Reports of eye witnesses had seen **Daniel**

**Rohrbaugh** helping fellow students escape by holding a door open for them when **Harris and Klebold** came up to him and shot him. Yet, he made it outside of the school, down the stairs and collapsed on the sidewalk. I asked Col. Randy Sneed for his opinion on this. **Col. Randy Sneed felt Danny Rohrbaugh**was a real hero by all accounts; he gave his life helping others. Col. Sneed then went into explaining that in many combat situations he had witnessed, that in the middle of fire fight, when so much was going on, so much adrenalin was pumping that he had seen men get wounded and not even know it.

59. **Col. Randy Sneed speculated** that since it had been witnessed that **Danny Rohrbaugh** was holding a door open for other students when **Harris & Klebold** came upon him and shot him, that he could have been shot once, collapsed, then got shot again while on the floor, got up and ran down the stair case and collapsed on the sidewalk outside of the school.

60. This would be a plausible explanation on how there could be two different gunshot wounds with two different trajectories. I relayed this information and the expert source of this opinion to **Colorado Attorney General Ken Salazar.** This plausible explanation became the accepted explanation on what happened and how to Daniel Rohrbaugh.

61. 2001. I had learned that my former neighbor's son, who used to do gardening work for me **Mark Kintchen** was home from the hospital and was doing well enough to see visitors. I stopped by to visit with him**. Dale and Kay Kitchen, Marks parents** were very upset with what they had already seen as a pattern of corruption. I gave them an update on the Columbine Commission and that there had been people from Nevada with Harris & Klebold**. Mark Kitchen was doing very well. It was as if he had not even been shot in the head twice. I was totally amazed by his recovery.**

62. 2001. I also had a couple of meetings with **Rich Petrone**, the step father of **Daniel Rohrbaugh.** The boy who had died outside of the school on the sidewalk. I was curious if he had any information or rumors of the Nevada people. I told him what I knew to date. **That I did not believe the police had accidently shot and killed Danny.**

63. 2001. I decided not to visit anymore of the victims. This controversy was raging in the news papers. No one really knew what to believe or expect. I felt it would be wrong at such a time to give them any false hopes, if I could not produce. Rich Petrone was obviously in an altered state of shock.

64. 2001: During this time on occasions I get a glimpse once and awhile of the **Nevada people** and the person we began to call Jerry Garcia, because of his close resemblance to **Jerry Garcia of the Grateful Dead Band ( DEA Agent Van Anderson)** I had also seen the other guy who had been driving a black Chevy Impala with chrome wheels. **(DEA Agent Mark Jolin)I** also have seen Mike Carey driving an older white Toyota pickup truck. And the other women from Deer Creek Canyon driving the black older Cadillac.( Stephanie Robison related to Crack House Harry) I also saw Crack House Harry, usually riding with other people, whom I did not know. **I also had people keeping their eye open for a possible sighting of the 1956 tan Chevy step side pickup truck Crack House harry had been driving in the week after the Columbine Massacre.**

65. **March 2001: Dale Leonard.** I had met Dale Leonard at the home of Dan Aurdrey a hunting guide in Elbert, Co. Dale Leonard was a retired Denver Co. Police Officer. Dale Leonard was a celebrated ex-officer by many due to his years working the worst areas of Denver, Co. and had been in a couple shoot outs with criminals.

66. **Dale Leonard** and I went hiking on the ranch of Sharon Bennet in El Paso County, Co. looking for shed deer antlers. Dale Leonard had a huge reputation with the hunting guides. On our hike we discussed what was going on with the Columbine High School story. We discussed my capture of escaped convicts in Incline Village, NV in 1984 and how that lead me to recognize certain people and that I had begun to see them in the Denver Metro area in 1996. I also told him about how I had seen these people in Deer Creek Canyon in February of 1999. **I told him about the Columbine Commission. Dale Leonard had somehow become privy to some inside information somewhere. He then told me the DEA was trying to bust you guys "THE COLUMBINE COMMISSION" he warned me about. He told me that it somehow involved the DEA and that we should forget about Columbine. He mentioned the**

**name Mark Jolin.** I would then start to associate the name of Mark Jolin with the man I had seen in the black Chevy Impala and chrome wheels.

67. 2001: I had also discovered that the women driving the black Cadillac in Deer Creek Canyon was living in Elbert, Co. **That her name was Stephanie Robison.** I also discovered hiding in the backyard under a tree was a blue 1966 Chevy Impala, just like the one I had seen **Mike Carey** driving in Deer Creek Canyon in February of 1999 Then I saw Mike Carey leaving this residence driving an older white Toyota pickup truck.

68. **2001: Elbert Co. Colorado.** I had been out talking to ranchers about getting permission to hunt on their land. I was talking to a relative of Joy Fuechs, Mark Ruebeck near a hay stack. A man came driving in a Tan 1956 Chevy Step Side pickup truck. **It was exactly like the truck I had seen Crack House Harry driving the week after Columbine.** But this ranch was fifty miles south east of Littleton, Co. This meant Crack House Harry had borrowed the truck and used it to go to Littleton. **The man's name was Don.**

69. **Had all these Nevada people been hiding out in Elbert Co. Colorado?** What was there relationship to each other?

70. I began to see them more often. I asked many locals who didn't know why they were here. They didn't have any ties to the local ranching community and the locals claimed they were a different type of people. By now I knew Stephanie Robison was from Reno, NV. The locals had claimed that these Nevada people were calling themselves **"NEVADA MAFIA"** some of the locals began to refer to Stephanie Robison as **"That Old Mafia Woman"** They had no idea why she had even moved to Elbert Co. She had ties or friends in the town or county.

71. **2001, 2002, 2003**: I was watching and following up on the activities of these Nevada people in Elbert, Co. Colorado. I had also reported this activity to Ken Salazar, Colorado Attorney General.

72. **I had also met the Elbert Co. Colorado Sheriff Bill Frangis.** He knew I knew a Denver, Colo. FBI Agent AJ Gehring and that I was also working to un-cover anything related to Columbine. **William (Bill) Frangis was a retired ATF Agent.** He had worked previously in the Oklahoma City, OK office.

73. I had many different people helping me. I kept them alternated to keep them safe. But many of the local Elbert Co. Colorado people provide information and their suspicions. The all claimed these are a different kind people.

74. **I had also come upon a rumor that someone in association with these Nevada people had ammonium nitrate explosives and blasting caps.**

75. Elbert Co. Sheriff Bill Frangis was concerned about the growing meth supply and that the founder of the Sons of Silence motorcycle gang had been buried in Elbert Co. Colo.

76. The network of people, The Original Columbine Commission was shaking every bush that could be found. Following up on many leads in an attempt to shake out anything that may find more people tied to Columbine. This developed a reputation among law enforcement in the Front Range of Colorado with many leads being forwarded.

77. The Nevada people, surrounding Stephanie Robison and Mike Carey from Robison's home in Elbert, Co. had many other people coming and going from Nevada. Some were known by name, some were known by nick name and others were unknown. There was a fair amount of activity surrounding the residence of Stephanie Robison in Elbert, Co.

78. **Sightings of Big Bad Bob of Nevada, driving a orange Porsche, Mike Carey driving a white Toyota Truck, Byron Topol, Lake Tahoe, Crack House Harry, Patrick McDonald, Reno Nv and sightings of Mark Jolin and Jerry Garcia.**

79. I had purchased a computer program FACES to be able to make accurate computer composites of some of the suspects or people. (Jerry Garcia)

80. There was an increase in incidents of road rage on the un inhabited country roads, I asked agent AJ Gehring for some back up and got it. Along with support from Sheriff Bill Frangis.

81. **I was on good terms with Sheriff Bill Frangis.** One day he a couple of his friends came up to me in a Safeway grocery store smiling and chuckling, Just Can't Resist Stirring Up The Hornet's Nest he asked? I replied, I'm going to whack it with a big stick, they loved it and assured me I had their support if and when I needed it.

82. I got a tip from one of the locals that I needed to start using some of the alternative roads in Elbert Co. that some guys had been talking bad about me and they were concerned about my well being. Sure enough, one day, Crack House Harry along with a couple of cars of people I did not know were waiting on Elbert County Rd 74-82, as I approached them, I got out my S&W 40cal. Sigma pistol. It looked like they were there to attempt something, but I drove into their stack of cars and by them as a challenge, I think it took them by surprise, but I had suspected that they were up to no good.

83. **Crack House Harry gets busted for drugs in Elbert Co. Colo.** I did an interview in Elbert Co. at the Sheriffs Dept. because it was known that Crack House Harry had been in the area and that I was also after him.

84. **In other attempts to hide their knowledge of their informants being with Harris & Klebold** Agent Mark Jolin and Van Anderson were now attempting to get anyone they could to co operate with them. I had noticed at work that some of the papers in a file were out of order. I noticed this as odd. Loan documents have a stacking order, sequence. I began keeping the office at night under surveillance when I could. One evening I did see that at night people with the owner Dwayne Van Why were in my office, then I saw them outside, holding a recorder with alligator clips. I had been noticing a hiss sound on the telephone.

85. There had been a couple of almost confrontations with individuals that I and others had rattled their cage. Some were chased out of the parking lot by **Castle Rock Colorado PD. Chief of Police Tony Lane knew what was going on and never interfered.**

86. June 2004: I had left Plum Creek Mortgage in Castle Rock, Co. and gone to work for Team Lending Inc. in Greenwood Village, Co. Upon getting situated into the office I was part of a team of loan officers that had an administrative assistant Named Natile Jolin. **I recognized Natalie Jolin** as the blonde woman I had seen leaving Stephanie Robison's in Elbert, Co. I found this very interesting, that it was such a small world in a world of millions of Colorado residents, I land a new job that has a person of interest working there. I didn't make the connection that Natalie Jolin was the daughter of

Mark Jolin, Natalie was blonde, Mark has black hair, and there could be other Jolin's in the world as well, so I didn't jump the conclusions.

87. July 2004: I decided to try and get to know this woman better. After all, she has been coming and going from **Stephanie Robison house in Elbert, Colo.**There was something to be learned here. After a couple of attempts, nothing came of it. She was on defense. One day she overheard me talking to my office partner that there had been other people involved in Columbine and that there was a cover up going on. **Well, if looks could kill.**

88. August 2004: As I continued to follow up on the Nevada people, I was keeping a close watch on the residence of Stephanie Robison in Elbert, Co. On one occasion I saw a young woman with long sandy blonde hair coming and going. **This would later turn out to be Natalie Jolin, daughter of Mark Jolin.**

89. August 2004: I was also still searching for more information on the **existence of ammonium nitrate explosives.**It was a rumor that would appear then disappear. I did believe in the possibility based on the fact that Columbine High School had been loaded with bombs and I considered the Nevada people to be Lunatic Fringe Elements and such types had used bombs in history.

90. **August 2004:** I was out and about on loan business in the Denver Metro area, seeing clients, following up on future business. The evening before I had been surveiling the residence of Stephanie Robison in Elbert, Co. As I drove around to various destinations I did begin to notice that I was being tailed by people I did not know. This was not unusual considering all that had been going on. None the less I was being vigilant.

91. **August 2004:** As I was driving south on Broadway near Oxford, Englewood Colo. I noticed several cars coming from the opposite direction that had **gangish looking kind of guys** in the cars and they were looking in my direction, I could also their looking, that made me focus in on them. I began to look all around me as well, checking rear and side view mirrors. I noticed a car coming in behind me at a very high rate of speed. This car looked like a Detective/ Agent car, I was in the right lane, the car pulled up on my left, the man inside looked over at me and nodded his head, I

knew he was there for a reason and it had something to do with the gang looking guys on the other side of the street, they passed by on the opposite side as I was being blocked from them by the un marked car. There were also now many police cars descending on the area, I saw Englewood PD, Denver PD and Arapahoe Sheriff Dept.

92. **August 2004: As we all passed each other I was looking for an escape route.** I know knew they most likely had intended to try and shoot at me. **As the main group passed by, I then noticed a Silver Mercedes Benz Coup, with a man in it; he very surprised by the heavy convergence of police cars. I recognized this man as Mark Jennings of Lake Tahoe / Reno / The Bay Area of California. I also knew from years before he was in close connections with the group of Nevadans that called themselves Nevada Mafia and I had seen some of them in Deer Creek canyon in February 1999 and I was following up on them in Elbert Co. Colo.** I assumed Mark Jennings was there to witness the shooting and report back to the Nevadans. I had not seen him previously in Colorado and it had been at least 10 years since I had even seen him in the Reno/ Tahoe area.

93. August 2004: I took the next right hand turn and drove to Santa Fe Blvd. Then turned left on Santa Fe and headed south to highway C-470 I took C 470 east to Interstate 25 and headed south to Castle Rock, Colo. Where I was living. I had noticed that the Colorado State Patrol had kept with me on the drive back home.

94. **August 2004: When I got home, I received a phone call from the FBI, Denver, Co. Agents Brian Schmidt and Paul Rodigue.**By phone we discussed what had just happened. They asked me to stay home for a while and not go outside. They then set a time later in the afternoon for me to meet them at the Arapahoe County Colo. Sheriff's Department, Park Meadows Mall location. To go over the incident. I did see many un marked and marked police cars circling the neighborhood.

95. August 2004: About 4:00 pm I met Denver, Co. **FBI agents Brian Schmidt and Paul Rodigue** at the Arapahoe County, Co. Sheriff Sub Station, Park Meadows Mall. We discussed what had happened and what I had seen How it was that **I recognized Mark Jennings** from Lake Tahoe and his associates in relation to the **Nevada people.**

96. August 2004: The day after the attempted drive by shooting I went to Crow Foot Coffee in Castle Rock, Colo. A couple of Colorado State Troopers showed up and shook my hand. After a while I received a phone call from Paul Rodigue asking me to go home and stay put. I asked him something was up, he said maybe, just go home and stay home. **Mark Jolin and Natalie Jolin had also been in Castle Rock, Co. sneaking around that morning.**

97. August 2004: I got a call from Denver Co. **FBI agents Brian Schmidt and Paul Rodigue,** they asked me to stay home for the next several days and I did. The police were working on keeping me safe and apparently there were people attempting to get through the web of police protection.

98  August 2004: When I returned to work at Team Lending Inc. I had been terminated for having not shown up for work. **My desk had been ran-sacked and I was missing many personal Items.**

99. August 2004: I went to the Denver, Co. office of the FBI to talk some more to agents Brian Schmidt and Paul Rodigue. I was interested if they had made any arrests for the attempted drive by shooting. There had been none. **Agent Paul Rodigue also asked me to stop doing any of the work that I had been doing. I had over the last several years continued to send some info to FBI agent AJ Gehring.**

100. August 2004: Denver, Colo. FBI. In discussing the case with agents Schmidt and Rodigue we got into many of the other people, the Nevada people. When asked about who could have put the finger on me I explained that it was most likely the Nevada people. Crack House Harry (Robison) Stephanie Robison and Natalie Jolin. **When I mentioned Natalie Jolin, agent Rodigue said "Not Likely" I said yes, most likely. Then I went into how Natalie Jolin and Mark Jolin had been sneaking around in Castle Rock, Colo. The day after the attempted shooting. How Mark Jolin had been in Deer Creek Canyon Colo. How Mark Jolin had been in Judges Chambers, how Mark Jolin**

**had been around a lot. I had now made the connections of the Jolins. Mark & Natalie. I had been tipped off a few years ago by Dale Leonard about Mark Jolin and the DEA guys attempting to bust the Columbine Commission.**

101. August 2004: Denver, Colo. **FBI. Paul Rodigue** was questioning me about other people. I then brought up **"JERRY GARCIA"** I may have shown him a composite I had done. Jerry Garcia had been running around in the midst of a fray in Elbert, County, Colorado the year before. There were other Nevada people involved, Mike Carey, Big Bad Bob and some other people I did not know their names. **I was able to get around and drive by Jerry Garcia, he made a gesture to me with his hand, the gesture of shooting yourself in the head. I explained this to agents Schmidt and Rodigue.**

102. **August 2004: Denver, Colo. FBI. I now knew FBI agents Brian Schmidt and Paul Rodigue were covering for these guys.** I was struggling with the idea that they would be covering for DEA agents that were involved in covering up Columbine. **I now demanded that they get Mark and Natalie Jolin, Tim Hegvedt and Jerry Garcia into the FBI and have them take the polygraph.** That they all were lying about their knowledge of their informants from Nevada being involved with Harris & Klebold in the weeks before Columbine. **Agents Schmidt and Rodigue were furious;** there was a lot of yelling and shouting.

103. **August 2004: Denver, Colo. FBI. I now said to agents Schmidt and Rodigue that a Congressional Hearing on the Columbine Massacre was needed since it was becoming very obvious that the Denver Colo. And Reno, Nv. Office of the DEA was involved.** Agents Schmidt and Rodigue were furious. They began to claim I was crazy. I claimed that Jolin's and Jerry Garcia were crazy. Then I said, everyone will go get their head checked, and then we'll all come back here and take the polygraph. Agents Schmidt and Rodigue would not do it. During all of this I had in the back of my mind the rumor of the ammonium nitrate explosives in Elbert, Co. I decided not to share it with agents Schmidt and Rodigue because it was just a rumor. I wanted to keep everything pretty rock solid with the FBI, so if I said something, it was correct. They looked exasperated. I then said, well I'm free to go, I'm leaving, and I did.

104. August 2004: Denver, Colo. FBI. As I left the back office area into the front lobby area a man standing there came up and introduced himself as **Agent Ortega of the DEA.** He asked if I was interested in working for the DEA? I told him I don't think I can trust you guys. I excused myself and left the building. I drove from Denver, Colo. South to Castle Rock, Colo. I stopped at a gas station, **Agent Ortega** came up to me and we began to talk some more. He was pretty adamant about getting me to go to work for the DEA. I again expressed that I was not interested and left.

105. I went back to work at Plum Creek Mortgage in Castle Rock, Colo. I had been working on a large SBA commercial loan for a recreational facility in Colorado Springs, Co. I had been terminated from Team Lending Concepts due to not coming to work over the attempted drive by shooting. **On several occasions I saw Jerry Garcia, Mark Jolin, and Natalie Jolin in the area of my clients.**

106. August 2004. During one of my visits with my clients in Colorado Springs, Colo. It became apparent that someone had been to see them. I had been expecting interference from Mark Jolin or someone on behalf of **Mark or Natalie Jolin or Jerry Garcia. I** had seen Mark Jolin peeking out of Judges chambers in 1999 **and I suspected that Mark Jolin was the cause of the traffic ticket problem in Colorado Springs, Co. that had resulted in 28 court appearances. All over a simple traffic ticket.**

107. September 2004. I made a trip into Denver, Colo. To go see **Colorado Attorney General Ken Salazar.** I wanted to bring him up to date on the attempted drive by shooting in August and the meetings with Denver, Colo. **FBI agents Brian Schmidt and Paul Rodigue**. I also wanted to bring him up to date on the fact that the eve before I had been conducting surveillance of Stephanie Robison residence in Elbert, Colo. And that there had been a fair amount of activity, that I had discovered **Mike Carey's blue 1966 Chevy Impala** hidden in the backyard. I went on to tell him of attempting to get agents **Schmidt and Rodigue to have DEA agents to take a polygraph** that they knew their informants had been with Harris & Klebold in the spring of 1999.

108. September 2004. As I continued talking to **Ken Salazar,** I also told him I had been tracking down the rumor of ammonium nitrate explosives and that the rumor had

come about from people who had been around some of the Nevada people and the informants of the DEA, the same ones I had seen in Deer Creek Canyon, spring of 1999

109. September 2004. **Ken Salazar** asked me to go and testify to the Colorado **Columbine Grand Jury**about all this. I replied that if I went before the Grand Jury I would become known in the news. I had taken every precaution to date not to get into the news. I needed to remain anonymous as I was following up on the Nevada people. That if I became known, it would jeopardize finding the ammonium nitrate explosives. I now had a strong belief in the rumor, it didn't go away, I felt it was just a matter of time before it was discovered and it was close to the Nevada people.

110. September 2004. I was also looking forward to the day I could prove the existence of **ammonium nitrate explosives** and their proximity to the Nevada people. I was looking forward to how **FBI agents Brian Schmidt and Paul Rodigue** would react. Especially in the informants of Mark Jolin and Jerry Garcia.

111. September 2004. As I continued to talk to **Ken Salazar** I told him I had strong confidence in the Grand Jury. Also with what I had just relayed to Ken Salazar. I was trusting in all the big authorities and their positions that I was in contact with, after all, I was still just one more guy in the world

112. September 2004. Due to all the activity of uncertainty I decided to go help fix up an older house for a friend in Limon, Co. 100 miles east of Denver, Colo. I'd let things cool down for a while.

113. October 2004. I kept in touch with Denver FBI agents Brian Schmidt and Paul Rodigue. To this date they had not made any arrests in the attempted drive by shooting in August.

114. October 2004. I had become familiar with many people in Limon, Co. and all was going very smoothly, no problems. Obviously agents Schmidt or Rodigue had informed the local police that I was in the area and to keep an eye out for safety. The street I was working and staying on had two neighbors, one was the Chief of Police Limon, Colo. And the other was a Colorado State Trooper. One of them had a teenage daughter that seemed to keep a close eye on the neighborhood and patrolled it very well. She had a

very strong resemblance to the pop singer Avril LaVine. Teenagers do that; emulate pop stars, so it was cute to have Avril LaVine looking out for me.

115. October/November 2004. Limon, Colo. **I had spotted DEA agent Mark Jolin in Limon, Colo.** This was not good news. I was now 100% distrustful of Mark Jolin. I knew he was involved in covering up Columbine and his informants. And I didn't seem to have the support of FBI agents Brian Schmidt and Paul Rodigue. Were they being naive or were they providing cover for the DEA agents involved in Columbine.

116. October/November 2004. Limon, Colo. **I had also spotted Stephanie Robison in Limon, Colo. T**his was not good either. Mark Jolin and Stephanie Robison? The Chief of Police had become frosty with me now as well. I told him the DEA agents were covering up their informants involvement in Columbine. He dismissed my allegation.

117. December 2004. Limon, Colo. I had been frequenting a local cowboy night spot on the weekend. I was enjoying the social activity and some of the people in Limon, Colo. One night, three men came in and sat down. They didn't begin socializing with any other locals. They were instead looking around. This caught my attention. Then a woman came in and joined them. The three men then singled me out. They didn't recognize me as someone they recognized. They came up to the bar and began to talk to me, questioning me, about who I was, where I came from, why I was in Limon. Soon the woman came up to the bar and got a round of drinks. They invited to join them at their table. Since I knew they were looking for something, I decided to get closer to them and find out what it was. I don't recall their names, but we exchanged names. The woman was a prison guard at the local Colorado State Penitentiary in Limon, Colo. The men were not satisfied with my answers. They began to tell me Limon had been busted to many times, that killing me was not a problem, getting rid of my body was. **Then they wanted to look at my wallet. Since there was nothing incriminating in my wallet, I figured it would not be a problem. As they looked through the contents and driver license and business cards one of the men then told me, Ya you guys always have it down pat.** The woman then wrote down my driver license number and told me she was going to look me up on the computer at the prison tomorrow when she went to work to see who I was. I actually left and went outside with them to get into my car.

118. December 2004. Limon, Colorado**, The next day I called agent Brian Schmidt** at the Denver, Colo. FBI. I told him about what had happened the night before at the night spot. I gave him the name of the woman who worked at the prison and told him she was going to research me on the prison computer. He told me he would take care of it, to keep it safe.

119. December 2004. The day following, apparently they busted the prison guard and word about it had gotten all over town. I saw the Limon Chief of police at a local store, he was a little subdued. There was obviously a problem in his town and it was right under his nose and I found it. Some of the locals congratulated me on it.

120. Spring 2005. I finish up the house in Limon, did some work on another house out in the country and the returned to work at Plum Creek Mortgage in Castle Rock, Colo. It was spring and business was going to up.

121. April 2005**. After a couple of years of chasing the rumor of the ammonium nitrate explosives I had finally tracked it down to a ranch in Elbert Co. Colo. And #6 blasting caps. I** had over the years gotten a lot of rancher's permissions to be on their properties for hunting. This gave me a closer relationship to people and eased their fears over rumors circulating about me by now. Some had been saying that I worked for the FBI. But I always denied that. I was a loan office at Plum Creek Mortgage in Castle Rock.

122. April 2005. Ruebeck Ranch, Elbert, Co. This is the same ranch I had been at getting trespass permission when the man named Don (2001) drove up to buy hay in a **Tan 1956 Chevy sidestep** truck. Just like the one I had seen **Crack House Harry (Robison)** driving 50 miles away in Littleton, Colo. The week after the Columbine High School Massacre, April 1999. Don sometimes went to the Elbert Christian Church in Elbert, Colo**. Stephanie Robison** had also attended church there from time to time. Attempting to give cover to herself is what I figured, she was part of the Nevada people and they were not church type people.

123. April 2005. Ruebeck Ranch, Elbert, Colo. Jeff Ruebeck had grown up in ranchland, away from the ills of the world. He had moved into Colorado Springs, Colo. And gone to work in construction. Somewhere, he became involved in meth. Was this from the

Nevada people? I had known since the mid 1980's that these Nevada people amongst other things had involvement in meth. The local spike in meth I had associated to the Nevada people. Jeff Ruebeck had been arrested a couple of times for drugs. **He had relations to people whom all had associations with the Nevada people and I now had the location of the ammonium nitrate explosives and #6 blasting caps at the Ruebeck Ranch.**

124. April 2005. I called Denver, Colo. **FBI agent Brian Schmidt and Paul Rodigue.** I now had this, all in close proximity to the Nevada people and the informants of **the DEA and Mark Jolin** and Natalie Jolin had come and gone from Stephanie Robison's in Elbert, Mike Carey had his blue **1966 Chevy Impala hidden in the Stephanie Robison's back yard,** Crack House Harry (Robison) had been busted in Elbert, Co. for drugs (2001) it was all just as I had explained it to agents Schmidt and Rodigue in August 2004 at the Denver, Colo. FBI.

125. April 2005. It was all down line from Columbine High School. It was all from following up on what I had seen in the spring of 1999 and what I had seen and learned since then.

126. April 2005. FBI agent Brian Schmidt said **Paul Rodigue now worked for the DEA.** I told Brian Schmidt about the discovery. I told him of its relationship to Columbine. He responded, Columbine is closed now. We don't care about that.

127. 2005/2005 A Colorado Judge had closed the Columbine Investigation and Sealed the Records for 25 years. I was very dismayed. I knew the stink was there. Justice not Served.

128. April 2005. Agent Brian Schmidt instructed me to coordinate with the Elbert Co. Colo. Sheriff Dept. and that he would be involved as well. I called Sheriff Bill Frangis, I had known him for a few years now. I wrote out all the information and gave it to his receptionist.

129. **April 2005. The Elbert, Co. Sheriff Dept. Bill Frangis found the ammonium nitrate explosives and #6 blasting caps.**

130. April 2005. Elbert Co. Colorado. Later an un marked car with tinted windows pulled up to me, I recognized the man inside, but did not know his name, he had been

around some of the other activities in years past, I assumed he was FBI. He held up a handful of wires to his windshield so I could see them, and then made some kind of gesture. He wanted me to know; they had found the explosives and got them, plus, blasting caps.

131. May 2005. I now knew Elbert Co. would be a little hot after the explosives bust. I knew the rumors would be flying that I really did work for the FBI. I had never told anyone that. I spoke with an Elbert Co. deputy about Jeff Ruebeck. I felt bad that he had grown up in a pure environment and was now involved in the shit of the world. He assured me they help Jeff work through it and get straightened out.

132. May/June 2005. I wanted to expand my mortgage marketing into the mountains and ski areas. **The Columbine Investigation was officially closed now. I** knew I was in the right. A Judge had sealed all the records for twenty five years and I knew this was confirmation just how stinky it was. That there was a cover up, that the DEA was involved and somehow, I wasn't getting the support out of the Denver, Colo. FBI that I thought the problem needed.

133. **June 2005. Still there had been no bust for the August 2004 attempted drive by shooting I survived.**

134. June 2005. I was now in Summit County Colo. I was looking forward to getting back to my life. The mortgage business, skiing and I wanted to do some volunteer work helping the US SKI team at Copper Mountain, Colo. I had just been contacted by a Denver, Colo. Realtor who wanted to know if I supply financing for a one hundred and one house sub division east of Denver, Colo. I said yes and went to work.

135. June 2005. I was in a Frisco, Colo. Coffee wifi hotspot working when I lost my internet connection. I called the ISP who told me my account had just been canceled. I knew what that meant. I contacted the real estate developer who told me he just got off the phone with my former employer. He assured me when I got re-located; I would be his person for doing the financing.

136. July 2005. I took a position as Branch Manager for The Mortgage Center in Dillon, Colo. In Summit County, Colo. I was chosen due to my new marketing program using the internet. I was also hired to rebuild the business of the office that had fallen off

sharply, due to lack of onsite management. It was a new opportunity and I felt I was ready for the challenge. I set to work, marketing, meeting all the realtors in Summit and surrounding counties.

137. August 2005. While out marketing I met a new realtor, a Russian immigrant, employed by ReMax Beckenridge, Colo. Natasha Bassova. Natasha Bassova would later be used for purposes of corruption and retaliation by her employers, **who were related to the Columbine Cover Up.**

138. August 2005. Breckenridge, Colorado. I had just left Clint's Coffee shop on my way for a meeting a realtor. **As I began to cross the street I saw in traffic a Silver Mercedes Benz Coupe being driven by Mark Jenning. Tahoe/Reno/Bay Area Ca. It was one year since I had seen him following the melee of cars in the attempted drive by shooting attempt I had survived the year before in Denver/Englewood, Colo.** At first, I was just going just pull him out of his car but decided not to since the local police didn't know who I was. ( I Was Wrong ) Instead I went to the Summit County Sheriff Department. **I met Sheriff John Minor.** I asked him if I could use his phone to call the Denver FBI. He refused. I left. I called from my cell phone Denver, Colo. FBI agent Brian Schmidt and told him I had spotted mark Jennings in Breckenridge, Colo. I man hunt ensued, I saw a lot of people that I didn't nessacerely know there name, but recognized them from the Denver, Front Range area. A lot of people were looking around. **I also saw a woman with short fashionable Silver hair driving a Silver Mercedes Benz herself. She had been around as a mystery woman a few years earlier. I had nick named her "SILVER" I thought it peculiar that she would show up at a time when Mark Jennings's had shown up as well, and thought the two sightings to be connected.** I had years before, seen "SILVER" in the Tahoe/Reno area.

139. August 2005. Breckenridge, Colorado. Later that night I got a call from a un registered phone number. It was **Summit County Sheriff John Minor. He then told me he hates the FBI!** He actually sounded drunk. I reported it to FBI agent Brian Schmidt. Brian Schmidt said so what, lots of people hate us.

140. September 2005. Breckenridge Colo. **No one found Mark Jennings.** Agent Brian Schmidt said nothing as well? I questioned why they didn't catch him on the road if he

was on his way back out to California? He had been sighted on the same block as ReMax Breckenridge. **I would learn later that "Jerry Garcia's" brother worked there and was Natasha Bassova's employer!**

141. November 2005. Breckenridge Colo. I had met many people in Summit County, Colo. Through my work as branch manager for The Mortgage Center. I now had the business of the office back up and producing. I was also working on getting the Iron Dale Farms sub-division going and attending meetings.

142. November 2005. **I left The Mortgage Center. The owner Bill Kidwell** was coming through on his end of the deal. Dave Browning the realtor with the sub division was not happy with him. I had just closed a couple of loans and **Bill Kidwell was holding back money**. Friday, November 18, 2005 I left The Mortgage Center. I was at a coffee shop writing up a loan application with realtor Natasha Bassova for one of her clients when I got a phone call **from Bill Kidwell** telling me I was terminated. I just said fine and hung up. He just lost the sub division and many other loans.

143.  November 2005. I met a doctor from Ft Lauderdale, FL. He was looking to buy a commercial investment property in Summit County, Colo. I began to get commercial real estate listings from Teri Dismont of Realty World of Breckenridge Colo. **I had arraigned for Natasha Bassova of ReMax Breckenridge, Colo. To be his selling agent.**

144. January 25 2006. My client Dr. Johnson from Ft. Lauderdale, FL. Had flown out to Colorado for a week off skiing and to look at the commercial properties that I had **Natasha Bassova** find.

145.  January 25 2006. Prior to going to look at commercial properties with my client, Natasha Bassova had asked me to come by ReMax Breckenridge; she wanted to introduce me to her boss Stewart Van Anderson.

146. **January 25 2006. ReMax Breckenridge, Colo. I was in the office of Natasha Bassova discussing the commercial properties, she went to get her boss, when she returned, she said, Steven, I'd like you to meet Stewart Van Anderson, I turned around and shook his hand. I wasn't even finished shaking his hand, when I said to myself, I know who you are. "Your Jerry Garcia's brother.**

147. **January 25 2006. I now knew Jerry Garcia's name. Agent Van Anderson of the DEA! Natasha's manager, Eric Degerburg was looking at me as if he was trying to make me. There still had been no arrest from Mark Jennings showing up on the same block in August 2005. We left to meet Dr. Johnson and show him properties.**

148. **January 26 2006. I call agent Brian Schmidt, Denver, Colo. FBI** to tell him about the meeting and that I was certain the mystery man Jerry Garcia was really Van Anderson and that he worked with DEA agent Mark Jolin, that meant, Agent Van Anderson, DEA. I expressed my concern about the behavior of Eric Degerburg, it was not normal. **Natasha Bassova had begun to express some concerns about Eric Degerburg toward me. She knew something was wrong to.**

149. February 11, 2006. I after much deliberation I decided to pull my client Dr. Johnson out of ReMax Breckenridge, due to the behavior of Eric Degerburg and Stewart Van Anderson toward me. I then arraigned to have another realtor in Denver, Colo. To finish the business deal and split his commission with Natasha Bassova. I contacted my client and explained. He wrote back that was fine.

150. **February 2006. I had by now seen agents Mark and Natalie Jolin and Jerry (Van Anderson) Garcia sneaking in and out of ReMax Breckenridge.** I was concerned about my business relationship with Natasha Bassova. I urged her to re-locate to a new office. Natasha was also a little concerned about some of the people coming and going from the ReMax office and when we had met for business Natasha had noticed people watching her and she was also aware of un known people following her. I asked her about it an e mail.

151. February 2006. **Natasha Bassova was expressing concerns over people she did not know.** Eric Degerburg had now started telling her my lenders were no good and a lot more. I tried to get Natasha to tell me more. She did not understand what all was going on. I had only told her a little bit about the Columbine Commission and the cover up. I was pretty certain Eric Degerburg had something to do with Mark Jennings showing up in Breckenridge, Colo. These people had been sneaking around since February 1999.

152. February 20, 2006. I sent Natasha Bassova an e mail about the people in ReMax Breckenridge and about the commission split with Denver, Colo. Realtor Dan Clarke. **Things were getting tense, and I thought Natasha would be able to tell me more.**

153. February 23 2006. Natasha Bassova writes an e mail asking for my understanding; she does not want to be contacted anymore. I knew Stewart Van Anderson, Jerry ( agent Van Anderson ) Garcia, Mark and Natalie Jolin, The Columbine Cover Up people are all putting pressure on Natasha. She is also pregnant now.

154. February 2006. People had begun to spread rumors that Natasha Bassova and I had been having an affair. This was 100% false. I knew it had been started by Eric Degerburg and Stewart Van Anderson as an additional tool of deceit.

155. February 2006**. I called agent Brian Schmidt, Denver, Colo. FBI. I told him I still had very strong concerns about Eric Degerbur and his behavior.** I also told him that I had also told Natasha Bassova a little bit about myself. I knew something was very out of order and stinky at the ReMax Breckenridge. The FBI Interviewed Natasha Bassova, but would not tell me anything.

156. March 2006. Stewart Van Anderson and Eric Degerburg were now putting pressure on Natasha Bassova, she was afraid to talk, and I was asking her about what was going on in ReMax Breckenridge, Colo**. I Knew It Stunk1! Jolin's, Van Anderson's and Eric Degerburg!**

157. March 3, 2006. Natasha Basova sends an e mail to be removed from routine mortgage rates and terms marketing e mail that I would send to all realtors three times a week Thanks A Lot and then a dozen exclamation marks. I knew **Eric Degerburg and Stewart Van Anderson** were putting a lot of pressure on her. !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

158. March 6, 2006 I sent Natasha Bassova a friendly e mail, I knew with having the client pulled from ReMax and all the behind the scenes Jolin, Van Anderson, Degerburg thing going on, I needed to defuse the situation if I could. I suspected that they all had something to do with Mark Jennings showing up in Breckenridge, Colo. Just like I had suspected that the attempted drive by shooting in Denver, 2004 had happened the day

after I had Stephanie Robison under surveillance in Elbert, Colo. The informant of Mark and Natalie Jolin and agent (Jerry Garcia) Van Anderson.

159. March 24, 2006 **Natasha Bassova filed a Temporary Restraining Order.** The Temporary Restraining Order was also forged and altered. Different styles of handwriting and different colors of blue ink. **The box for sexual assault had been marked. Natasha Bassova would testify in court that she did not mark the box for sexual assault and that none had occurred. Natasha Bassova also testified in court that Eric Degerburg had helped her file out the form and delivered it to court.** Summit County Combined **Court Case # 06C95**

160. **April 2006. Summit County, Colo. One of Natasha Bassova's friends came to see me. She looked real hard at me and then said; "You Need New Friends" I asked her what was wrong with my friends? "They Don't Stick Up For You" I knew she was talking about Schmidt and Rodigue.**

161. April 17 2006. The hearing date on the Temporary Protection Order. Natasha Bassova testified that she did not mark the box for sexual assault. She testified that Eric Degerburg had helped her fill out the form and delivered the form to the court house and must have marked the box when he did. **I asked Judge Edward Cassias to have Eric Degerburg charged for forging and altering a court document. Judge Cassias did not charge Eric Degerburg.**

162. April 26, 2006. I discovered that my car had been broken into and **that my German Shepherd Saber had been killed the night before.**

163. **Frisco Colorado, PD Incident Report F06 – 0377**

164. April 26 2006**. I discovered Saber off to the side and dead.** Blood had flowed from the nose. As I looked around the area in the Holiday Inn parking lot in Frisco, Colo**. I noticed several people on the outskirts watching and sneering. Eric Degerburg, Natalie Jolin, Bill Kidwell and some of the other people who were usually around Natalie Jolin** but I did not know their name. I just took notes; this was all a pattern, one thing after the next.

165. April 26 2006. **I called the Frisco Colorado Police Dept** to report my car had been broken into. I met with **Officer Lawrence Waetjen.** He tried to convince me that Saber

was killed by getting hit by a car. I knew better. Saber had been very well trained; bite work, firearms, and cars. **Bleeding from the nose means she had died from a head injury.**

166. April 26 2006 I began to find who had broken into my car and killed Saber. The perpetrators of the break in had left a Hewlet Packard Laser printer in the car, so theft was out of the question.

167. May 8 2006. There was a group of homeless men, called woodsies, one of them imitated a dead dog on the Summit County transit. I also noticed his hand was crippled and his arm had a very large wound that was healing. **I called Larry Waetjen and reported this. He sent Officer Robinson to go question Scott Anderson, but he did not admit to involvement.**

168. May 2006. I learned from the woodsies that Gregory Scott Gavin had been involved in killing Saber. Greg Gavin was also known to be used by the Summit County, Colo. Sheriff Dept. as an informant. **This meant there was a connection to Sheriff John Minor and back to Eric Degerburg and Van Andersons and Jolins.**

169. May 2006. I went to the Summit County Combined Court, Breckenridge, Colo. There I asked Head Court Clerk Janet Reed to get me the file on Case # 06C95. I was there to take a close look at the **different styles of handwriting and the different colors of ink** on the Temporary Restraining Order. **I asked Clerk Janet Reed if she could make a color photo copy of the forged and altered court document for me. She refused.** I explained I was entitled to have a copy of anything in the court file. **There was no way she was going to release a color copy. Evidence, that there were different colors of ink, showing even better, different styles of handwriting.**

170. **May 2006. I made another visit to the Summit County Combined Court. I asked to see the file again on Case # 06C95; they led me to a table and gave me the file. I sat there reading the file. When no one was watching any longer, I got my digital camera out of my computer bag and took a couple of photos. I now had the proof, of a forged and altered court document.**

171. May 2006. I went to **the Summit County Sheriff Department** to get charges filed against Eric Degerburg for forging and altering a court document. I met with

**Detective. Joseph Cahill.** Detective Cahill told me to leave and that if I came back to the Sheriff's Department, they would file a Restraining Order against me. I left.

172. May 2006. I went to the **Breckenridge Police Department. I** spoke with **Chief of Police Rick Holman and Assistant Chief of Police Greg Morrison. I wanted them to file charges against Eric Degerburg for forging and altering a court document**. I explained the different styles of handwriting and the different colors of ink. Chief Rick Holman and Greg Morrison told me they were not going to file charges. I left.

173. May 2006. I went to **the Summit County Colorado District Attorney office** seeking to have charges filed against Eric Degerburg for forging and altering a court document. Deputy District Attorney Kristin Word told me " Mr. Christiansen, You Should Have Been Charged With Rape!"**After a brief discussion with Deputy DA Word, I left.**

174. August 17 2006. **I filed a Small Claims Collection Case against William Kidwell** for $5,024.00 Case # 2006 S 000094 The court date was set for December 8 2006. **Magistrate Robert Gilbert** would preside.

175. August 11 2006. **I file a Mechanics Lien against the property of William Kidwell** in Jefferson County, Colorado.

176. **William (Bill) Kidwell had also been in the parking lot when I discovered Saber my German Shepherd had been killed. April 26 2006. Eric Degerburg and Natalie Jolin had also been sneaking around the edge of the parking lot.**

177. **October 5 2006. A Restraining Order is filed against me that I would not discover until May 2008. I was never served. The filling was done by William Kidwell. Jefferson County, Colorado Case # 2006C 10765**

178. **October 5 2006. The file at the Jefferson County, Colorado court is complete. A total forgery. Summit County Deputy Sheriff Cory Palmerton has a Return of Service in the file. I was never served.**

179. October 5 2006. The file also shows a Summit County Colorado case # 2006 C 0871. Sheriff John Minor.

180. **October 11, 2006. An Illegal Permanent Restraining Order is entered onto the FBI NCIC of Steven B Christiansen. OCA/C00302006C 017665 – 003**

CIC/0058684188

181. **I would know about this Illegal Permanent Restraining Order until May 2008.**

182. **November 2006. Breckenridge, Colo. One evening three Summit County Colo. Sheriff department cars pulled up outside my home. Six deputies got out and began yelling "I Hope Somebody Kills You! You Mother Fucker!"**

183. December 2006. Breckenridge Colo. The Temporary Restraining order was dismissed. Natasha Bassova had not even shown up in court.

184. **December 2006. Breckenridge, Colo. Both Judge Cassias and Sheriff John Minor had begun to pull up to me in traffic and make stupid faces at me.**

185. December 2006. **I now did not trust agent Brian Schmidt, Denver, Colo. FBI.** He had not produced an arrest for the August 2004 attempted drive by shooting in Denver, Colo. He had not come anything from **Mark Jennings** showing up in Breckenridge, Colo. And he had not done anything about my suspicions about the involvement of **Eric Degerburg** in forging and altering court documents. **No arrests had been made for the killing of saber either. Agent Brian Schmidt had not done anything about Sheriff John Minor or the six deputies that had been yelling obscenities outside my home.**

186. December 2006. I now suspected **FBI agent Brian Schmidt** was assisting and covering for the Columbine Cover Up people. I had nothing to prove otherwise. He had failed on everything to date. It seemed very obvious and he had gone off the edge when **in August of 2004. I told him and agent Paul Rodigue, that Congressional Hearings should be held on the Columbine High School Massacre and The Cover Up.**

187. December 2006. Summit County Colorado. I saw all the usual suspects. **Agents Jerry (Van Anderson) Garcia, Mark Jolin, Natalie Jolin and some others I did not know their name.**

188. **December 8 2006. I went to Summit County Court, Small Claims. Magistrate Robert Gilbert**was presiding. Magistrate Robert Gilbert was extremely rude to me in court, then we went to a room for Mediation. In a signed mediation agreement, I did not receive any money. In the agreement William Kidwell signed that he had no future

or past legal claims against myself. **I didn't even know that there had been an Illegal Permanent Restraining Order against myself, entered on October 11, 2006.**

189. December 2006. I had called 5thJudicial District, Colo**. DA Mark Hurlbert** on several occasions trying to set a meeting. I wanted to address why he had not filed any charges on all the crimes that had been committed against me and were going un punished.

190. December 2006. I drove from Summit County, Colo. to **the Eagle County, Colorado DA office.** Mark Hulbert worked out of that office most of the time. I was not able to meet with him, but left word that I wanted to meet with him.

191. **December 2006. On my drive over to see Mark Hurlbert I again saw DEA agent Mark Hurlbert heading the opposite direction, east from Eagle County, Colo. I now knew Mark Hurlbert as a major player of the Columbine Cover Up.**

192. December 2006. End of the month**, I received a phone call from Mark Hurlbert**. He said he wanted **to set a meeting for January 7, 2004.** That he wanted to get the air clear and resolve any of the problems that had come up.

193. **January 7 2007. Summit County, Colo. District Attorney office.** When I arrived the receptionist greeted me and led back to a conference room. There I was introduced to Summit County **Sheriff John Minor. Breckenridge Chief of Police Greg Morrison. Agent Craig Burkett of the Glenwood Springs, Colorado FBI office.**

194. January 7 2007. Mark Hurlbert had offered me an Olive Branch to attend the meeting. I would leave with two new cases pending against me.

195. January 7 2007. We discussed all the events of what had happened to date in Summit County. I also reiterated that Eric Degerburg should charged with Forging and Altering a court document. **I even read the Colorado Revised Statute on Forged and Altered Court Documents. Assistant Chief of Police Greg Morrison told me that's now what the statute means.** We discussed my relationship with Natasha Bassova. We discussed my German Shepherd Saber being killed. We discussed Mark Jennings showing up in Breckenridge in August 2005 and that Sheriff John Minor had not cooperated by letting me use the Sheriff Department phone to call agent Brian Schmidt, Denver, Colo. FBI to let him know and co ordinate a capture.

196. January 7, 2007. At first I was pleased **that FBI agent Craig Burkett** had attended the meeting. I felt he would prevent any more illegalities against me from being committed and that I would have an ally in the Glenwood Springs, Colo. office. This assumption would prove to be wrong.

197. January 7, 2007. **After the meeting I went outside to talk to FBI agent Craig Burkett.**As we talked, Sheriff John Minor and Assistant Chief of Police Greg Morrison came up to me. Sheriff Minor had papers in is hand, he asked me to take them, **I refused**. He then threw them at my feet and said**, There, You've Been Served**. John Minor and Greg Morrison left. I picked up the papers. It was a Permanent Restraining Order, **by Judge Edward Cassias.**

198. January 7, 2007. I showed FBI agent Craig Burkett the papers and told him. **This is an Illegal Court Document.** You can't serve a Permanent Restraining Order, without it having been heard in Court. This is what goes on around here I told him. The papers had a court date on them as well. January 19, 2007. Agent Burkett said to go to court and take care of it. We parted.

199. **January 7 2007. Was FBI agent Craig Burkett being used as a pawn in the scheme or was he a willing participant ?**

200. January 7, 2007. After talking with **FBI agent Craig Burkett**. I went back inside the DA's office and asked to speak with **DA. Mark Hurlbert**. He came out. I then engaged him on the **Summit County informant Gregory Scott Gavin who had been involved in killing Saber** and I wanted him to charge him for killing Saber. He refused. I then told him sooner or later his informant would end up killing someone, and it would be because he didn't do anything. Then I left.

201. January 7, 2007. When I got home in Dillon, Colo. I received a phone call from Breckenridge, Colo. Police Officer Jenkin Franklin. I went over to him. I was then charged with Trespassing, for being at the DA's office attempting to get charges filed for some of the crimes committed against me. I later won the case based on the 14th Amendment, Equal Protection Clause.

202. The court hearing date is January 19, 2007 2:30 PM

203. **January 16, 2007. An Illegal Permanent Restraining Order is entered onto the FBI / NCIC record of Steven B Christiansen. It had not even been heard in court.** It had been entered by Paula Pokotello of the Summit County Colorado Sheriff Department at 12:19:52 MST then retrieved at 12:21:13 MST to verify that it had been entered. CIC/0059942975 NIC/H738675408

204. **January 19, 2007 2:30 PM. As I waited for court to start, I didn't even know there had already been two Illegal Restraining Orders against me entered onto my NCIC, One on October 11, 2006 the second entered three days ago, January 16, 2007**

205. **January 19, 2007. Friday. Court started at 2:30pm. Magistrate Robert Gilbert was presiding.** I was not allowed to defend myself. Magistrate Robert Gilbert went into a tirade that lasted forty minutes. **Forty minutes of court tape are missing. The tirade was edited out.** At the end of court **I was arrested on another charge**. Misdemeanor Harassment. Case # 07 M 49 to be held at Summit County Combined Court, July 10, 2008.

206. **January 22 – 24, 2007. Monday. Magistrate Robert Gilbert Censured from the Bench.** Supreme Court, State of Colorado. **Case # 06PDJ016**. Magistrate Robert Gilbert had been under a review and investigation prior to this date for censorship. **Why he was even allowed in the court to serve as a Magistrate on Friday, January 19, 2007 ?**

207. **April 2007. Leadville, Colo.** I was getting Mortgage Broker Approvals from lenders while attempting to get Paralex Capital LLC going. I was working in Leadville, Colo. Lake County, part of the 5th JD Colorado. I was using a wifi hot spot on a regularly. **I began to notice the usual suspects from Summit County sneaking around plus Mark and Natalie Jolin and Stewart Van Anderson and his brother Agent Van Anderson. Sheriff John Minor, Under Sheriff Derek Woodman, Eric Degerburg, all sneaking around, using different cars. I had a suspicion that something else was about to happen.**

208. **April 27, 2007. Leadville, Colo. I was sitting in a parking spot "Public Domain" in front of the Lake County Court House and Sheriff Department,** in front of a coffee shop, Provin Grounds, with a sigh in the window, free WIFI. I was working Broker

Approvals, sending and receiving forms from national lenders. I had two Lake County Sheriff Deputies knock on the door of my car and ask me what I was doing. I told them I was on the internet working on approval forms for national lenders. **Then I held up my laptop computer to show them the screen so they could see for themselves.** They then wanted to search my car. I had nothing to hide and I had nothing illegal in the car. I didn't even ask them if they had a "SEARCH WARRANT" I consented to let them search, voluntarily. They confiscated a Stun Gun with dead batteries. It had bought it years ago for my wife. It was not illegal. **They then served me with a Temporary Restraining Order. Case # 07C84 Court Hearing date. May 15, 2007.**

209. **April 28, 2007. Leadville, Colo. I was parked in front of the Lake County Sheriff Office and the Lake County Court. "ON PUBLIC DOMAIN" in plain sight.** I was sending and receiving forms to national lenders. My car was surrounded by Leadville, Colo. Police officers; they were yelling and screaming that I had to move. **I told them, I am on "PUBLIC DOMAIN"** I have a right to be here. **I called the Denver, Colo. office of the FBI 303-629-7171 and told the duty agent what was going on, he asked if I could have one of the officers use my cell phone and talk to him?**

210. **April 28, 2007. Leadville, Colo. WE DON'T WANT TO TALK TO THE FBI !** Yelled one officer. I thought you all had something in common, I Yelled Back! As I held the phone outside the window, so the FBI duty agent could hear the cops yelling.

211. April 28, 2007. Leadville, Colo. The Leadville, Colo. Chief of Police came running down the sidewalk, yelling at his officers. He chased them off. Apparently, the Denver Colo. FBI had called him as well. He apologized for the incident, and I went back to work.

212. **April 29, 2007. Leadville, Colo. I had called Denver, Colo. FBI agent Brian Schmidt** and relayed what was going on, in addition to what had been going on in Summit County, Colo. FBI agent **Brian Schmidt didn't do anything**, even knowing this was all illegal. Agent Brian Schmidt hadn't even produced a bust of Mark Jennings for the

August 2004 attempted Drive By shooting or the August 2005 appearance of Mark Jennings in Breckenridge, Colo. **or the Forged and Altered Court Document by Eric Degerburg, attempting to get me framed for rape. And everything else that was going on.**

213. **May 1, 2007. Denver, Colo. FBI Building, 18th Floor. Agent Brian Schmidt and Billy Giagos.** I had driven down to Denver to see FBI agent Brian Schmidt. It was time he took action and did something about all the crimes that had been committed against me over the several years and now, I had another trumped up Temporary Restraining Order against me and this had all occurred right after all the usual suspects of corruption had been around. Sheriff John Minor and Under Sheriff Derek Woodman had even traveled outside of their jurisdiction to get involved in this.

214. **May 1, 2007. Denver, Colo. FBI Building, 18th Floor. After I explained to agent Brian Schmidt what was going on he told me. "THAT'S TO BAD" In a real nasty tone of voice. He said he wasn't going to do anything. I left and drove back to Leadville, Colorado.**

215. **May 1, 2007. Denver, Colo. FBI. That was the last time I would call agent Brian Schmidt. I knew he was as much a part of the problem as the corrupt players. He was now in an active role.**

216. **Leadville, Colo. May 15, 2007. 11:30 AM Lake County, Colo. Court. Judge Wayne Patton** after hearing the plaintiff Katherine Muller, dismissed the request for a Restraining Order. She had told Judge Patton that I was involved in the Columbine killings and that I been charged with four felonies as a result. That police had told her that I had four other restraining orders. When she knew she was losing, she then divulged how police from Summit County had come over and found her. **This clearly proves their intent. To go outside their jurisdiction and attempt to continue the corruption I was already experiencing in Summit County.**

217. **May 16, 2007. Denver, Colorado. US Attorney's Office.** I now had a considerable amount of documents that I could prove a pattern of malicious prosecution's being generated at me. **I filled out the complaint form. I wrote out the history of what had**

US DOJ Affidavit

happened, included some copies of the evidence and delivered it to the US Attorney's office in Denver, Colo.

218. **September 6, 2007. I received a reply from the US Attorney's office in Denver, Colorado.**It acknowledged my emails and attachments. That they had forwarded the information to the FBI. Nothing ever happened. It was going to the same place that Brian Schmidt worked. He hadn't done anything, but seemed to Condon what was going on.

219. **May 28, 2008. Breckenridge, Colo. Sunday eve, 5:03 PM.** I was working doing some remodel work on a house on High St. in Breckenridge. I was getting ready for trial on July 10, 2008. All of a sudden the area became very busy with police, Summit County Deputy Sheriffs and Breckenridge police. They began to start yelling at me and some had begun to start driving down the alley. I felt threatened. I didn't like what was happening. It had been quit for months, now they seemed to be escalating. I got my Smith & Wesson Sigma, 40cal. Out of my car and took up a good defensive position, that allowed me to retreat into the house with good cover. As the cops began to work their way down the alley, from cover to cover I was afraid of what was beginning to unfold. I was all alone. They had no reason to even be here, yet they were moving in on me. I thought to myself that I had never expected my life to end this way. But I am an excellent combat shot, I had one 15 round magazine, I had wished I had my other 3 magazines with me. If they attacked me, I knew I was going to have to make every shot count.

220. **May 28, 2008. Breckenridge, Colo. Sunday Eve. 5:03 PM.** Just when I thought it was going to get real bad, I heard a Whomp, Whomp, Whomp, sound coming down the valley. It was a black National Guard helicopter flying over Breckenridge at about 500 feet above the buildings. The cops all started to scramble, they couldn't get out of there fast enough. **DA Mark Hurlbert was the last to leave. He raced down the alley, and then stuck his face out the window, making a face.**

221. July 10, 2008. Summit County Combined Court, Breckenridge, Colo. Case # 07M49 The case had been started January 7, 2007**. I had recused Judge Edward Cassias.** Senior Judge Wayne Williams had been brought in. I had hired attorney Katherine H.

Beatty. Against the objections of my attorney, **Judge Williams denied my 6thAmendment Right to have witness's in my favor testify in my defense. Yet, Judge Williams allowed the prosecution to have witness's for prosecution.** I was convicted, much to the dismay of my attorney Katherine H Beatty. Some of my witness's had traveled one hundred miles to testify.

222. **July 10, 2008. Summit County Combined Court, Breckenridge, Colo. Case# 07M49.**Late in the afternoon, DA Mark Hurbert and the entire DA office showed up in the court room and took up front row seats. Deputy DA Michael Angel was the prosecuting attorney. **A friend who had come to watch, left to go down and look at the DA's office to see if anyone was working. He came back and told me, no one was working. The door was locked, the lights are all off. They are all sitting in the front row. When the guilty verdict came back. DA Mark Hurlbert jumped up, yelling and cheering, and they all began to high five each other.**

223. **July 10, 2008. Summit County Combined Court, Breckenridge, Colo. Case# 07M49. I and my attorney Heather K Beatty and my witness's could not believe what they were seeing. A raucous celebration like winning a football game was taking place with the District Attorney's office Staff in the front row. Judge Wayne Williams did not shut it down either. Afterwards, Heather K Beatty told me; "Boy They Went All Out To Get You"**

224. July 14, 2008. Summit County Combined Court, Breckenridge, Colo. Case# 07M49 Sentencing. I was sentenced too; 1, 2 years probation 2, 30 days in jail 3, Ordered to do a Mental Health Evaluation 4, Assessed $1,502.00 5, Protection Order from case 06C95. The Protection Order from case # 06C95 had been dismissed in December 2006. 6. Stay away from ReMax Breckenridge. He added that in, he knew Eric Degerburg had Forged and Altered the Temporary Protection Order from case# 06C95, Judge Wayne Williams was using it to protect Eric Degerburg, Stewart Van Anderson, who had all been driving factors in the Summit County Corruption. Judge Wayne Williams also ordered that I was governed by The Brady Hand Gun Act. The Brady Hand Gun Act, requires a felony, I was convicted of a misdemeanor.

225. July 14, 2008. Summit County Combined Court, Breckenridge, Co. Case# 07M49 Sentencing. My attorney Heather K Beatty motioned for a Stay of Sentencing based on an Appeal being filed in Summit County District Court, Case # 08CV250 that case # 07M49 had been precipitated by an Illegal Restraining Order served by Summit County Sheriff John Minor, January 7, 2007 and The 14th Amendment, Equal Protection Clause Violated.

226. August 2008. Was quit. My case 07M49 was on Appeal Case # 08CV250

227. September 29, 2008. Summit County, Colorado. I was care taking a condo in Dillon, Colo. for Margret Purcell. In the evening I stepped outside on the patio to have a cigar. It had just gotten dark. I saw Summit County Sheriff John Minor drive by in a borrowed yellow jeep CJ 5 and enter into the parking lot down the road. He had passed under a street light so I could see it was him. I went back inside and slipped out the front door. Next I saw Eric Degerburg driving a borrowed car from ReMax Caleb Harsch enter the area from the street on the opposite side of the complex. The ReMax Caleb Harsch sign was on the side of the car. I knew something was up; they both were using borrowed cars. They parked several buildings down in the dark, exited and disappeared into the dark. I stayed outside for about an hour and did not see anything, I went back inside.

228. September 30, 2008. I – 80 Idaho Springs, Colo. As I was going around a corner at 65mph the front of my Toyota 4 Runner began to shake violently. I almost lost control, the turn was to the left, but my 4 Runner was almost out of control, wanting to go to the left. I was able to bring in under control and pull off and stop in a pull out on the right side of I – 80. I got out and began to examine the left front wheel, driver side. The wheel was almost off. The wheel nuts had all been loosened. One of the wheel bolts had broken off. I had almost gone off the road at 65 mph into a river below. I jacked up my 4 Runner and tightened the remaining wheel nuts and went back home in Dillon, Co. to take pictures. The day before a friend and I had gone to Leadville, Colo over 12,000 foot Fremont pass. There are a lot of curves and fast mountain driving. There had not been a problem. My friend saw what had happened, he knew to it must have had something to do with Eric Degerburg and John Minor.

229. **September 30, 2008. I called the Denver, Colo. FBI. I spoke with the duty agent;** he asked me if I wanted to speak to agent Brian Schmidt. I said no! I want someone new. He connected me to an agent Chris Anderson. I told him what had happened. I also told him of everything else that had happened and I told him about Brian Schmidt and Paul Rodigue not doing anything. **Nothing ever happened by reporting this to FBI agent Chris Anderson.**

230. October 16, 2008. Summit County Colo. District Court. Case # 08CV250 appealing case # 07M49 was denied by Judge Terence Ruckriegle.

231. November 2008. I began probation. 2 years.

232. November 21, 2008 Supreme Court State of Colorado. I filed a Petition for Writ of Certiorari case# 07SC883 Appealing Summit County Court case# 07M49. Violation of 14th Amendment, Equal Protection Clause.

233. December 5, 2008. Supreme Court State of Colorado. My Petition for Writ of Certiorari was accepted. Case# 07SC883

234. December 11, 2008. Breckenridge Colo. Municipal Court. I was fighting the Trespass charge from being at the District Attorney office seeking charges be filed for crimes committed against me in Case# 22657. Citation # 32657.

235. January 14, 2009. Breckenridge Colo. Municipal Court. I was fighting the Trespass charge from being at the District Attorney office seeking charges be filed for crimes committed against me in Case# 22657. Citation # 32657.

236. February 11, 2009. . Breckenridge Colo. Municipal Court. I was fighting the Trespass charge from being at the District Attorney office seeking charges be filed for crimes committed against me in Case# 22657. Citation # 32657.

237. February 2009. . Breckenridge Colo. Municipal Court, Trespassing, case# 22657. I finally won on the 14thAmendment, Equal Protection Clause and USC, Title 18, Part 1. Chapter 13, 242 Deprivation of Rights under Color of Law.

238. March 9, 2009. Supreme Court State of Colorado. Denied En Banc / Case# 2008SC955 / Petition for Writ of Certiorari.

239. April, 2009. FBI Office, Glenwood Springs, Colo. Agent Kenneth Jackson. After not returning phone calls. Ret. Col. Richard Scott, USMC who had now been working with

Margret Purnell of Breckenridge, Colo. on Public Corruption in Summit County, Colo. Asked me if I could go over Glenwood Springs and find FBI Agent Kenneth Jackson. I said, yes I could.

240. **April, 2009. FBI Office, Glenwood Springs, Colo. Agent Kenneth Jackson. I found agent Jackson trying to sneak by un-detected in the office complex. I asked are you Kenneth Jackson? He replied yes. I told him I had driven over from Summit County to discuss all the corruption that was going on. Agent Kenneth Jackson invited me in. We talked while he took notes for over one hour maybe two hours. I also presented him with evidence and other victims of Summit County Corruption. Forged and Altered Court Documents. Illegal entries sent to the FBI / NCIC, Attempted Murder, Vehicle Sabotage, Erased Court Tapes, Saber killed by Summit County informant Gregory Scott Gavin. Police officers standing outside my home yelling obscenities. FBI agent Craig Burkett witnessing Summit County, Colo. Sheriff John Minor serve an Illegal Restraining Order.**

241. **April / May 2009. FBI Office, Glenwood Springs, Colo. Agent Kenneth Jackson. From Summit County, Colo. Myself, Margret Purnell and Ret. Col. Richard Scott all phone conference with FBI agent Kenneth Jackson. All issues had been brought to his attention.**

242. **April 24, 2009. FBI Office, Denver, Colorado. Agent Sandra Blain.** Margret Purnell, Ret. Col. Richard Scott USMC and Allison Maynard all met with FBI Special Agent Sandra Blain concerning the many issues of Public Corruption occurring in the 5th Judicial District of Colorado.

243. **April 2009. FBI Office, Denver, Colorado. Agent Sandra Blain**, having taken a report on issues of Public Corruption would never advance the case.

237. **April 28, 2009 FBI Office, Denver, Colo. Special Agent in Charge James H Davis, Received a letter from Ret. Col. Richard Scott USMC about their meeting on Friday, April 24, 2009 with Special Agent Sandra Blain. Neither Agents Davis nor Blain would ever respond to the Public Corruption that had been brought to their attention.**

*28 April 2009*

*Special Agent in Charge*

*Mr. James H. Davis*

*1961 Stout Street*

*Suite 1823*

*Denver, CO 80294*

*Dear Special Agent Davis,*

*I want to thank you for the very capable and considerate manner in which I and my friends were received at your HQ on Friday, 24 April 2009. We came to petition the government with a grievance due to what I have come to believe is a blatant pattern of systemic public corruption in Colorado. Special Agent, Sandra Blain, took our report in a very professional fashion, treating our concerns with the utmost dignity. The reason I came was to lend support to some very courageous, law abiding and determined individuals that have seen their constitutional rights greatly savaged by some very corrupt public officials.*

244. **July 20, 2009. Breckenridge, Colo. I got stopped by a Breckenridge, Colo. police officer.** I was given a letter / Order from Breckenridge Town Manager Tim Gagen. The letter said that if I entered town of Breckenridge, Colo. building or facility or I would be arrested and charged with Trespassing. There had been no court case or law granting Tim Gagen the authority to deny Constitutional Rights of Citizens. I had just won the Trespass case from January 7, 2007.

245. July 21, 2009. I responded to **Breckenridge Town Manager Tim Gagen** and told him, he did not have the right to do what he said he could do in his letter. That he had no authority to speak on behalf of the FBI.

246. **July 28, 2009. Littleton, Colorado. I did the Court Ordered Mental Health Evaluation** at Arapahoe/ Douglas Mental Health Network. I passed and forwarded the report to my attorney Heather Beatty and my probation officer Lisa Henry.

247. August 14, 2009. Summit County Combined Court. Judge Wayne Williams. Probation revoked. Sentenced to 30 days in Summit County jail.

248. September 2, 2009. Summit County Colo. Jail. My motion to serve the remaining sentence on weekends is granted by Judge Wayne Williams. I am working during the

week and serving weekends in jail.

249. **September 2009. I now had seen DEA agent Mark and Natalie Jolin, Eric Degerburg and Stewart Van Anderson with Officer Brown of the Dillon, Colo. Police Dept. I begin to expect that there will be trouble coming soon from this.**

250. September 2009. Dillon Colorado. Dillon PD. Chief Joe Wray and his men had never caused me any problems. Chief Ray liked me. He was from Lakewood Colo. PD and knew of me and my work in getting the investigation into the Columbine massacre re opened.

251. September 20, 2007. Sunday eve. I had just been released from serving my sentence on the weekend. I was going home in Silverthourne, Colo. I was on hwy 9 just leaving Breckenridge, Colo. **I had just seen Mark and Natalie Jolin. Then I saw Officer Brown in a Dillon PD vehicle.** He was fourteen miles away from Dillon, Colo. in Breckenridge, Colo. As I passed him he turned around and then pulled me over. He cited me for doing 49 mph in a 35 mph zone. This wasn't even in his jurisdiction. What was he doing here? I knew he was acting on behalf of the corruption I had been fighting. Court date November 16, 2009

252. **September 2009. The Citation #7303, Dillon Colo. PD Officer Brown wrote is on Dillon Police Dept. He writes the infraction occurred on Hwy 9. Intersection MM89 that is fourteen miles outside of his jurisdiction.**

253. October 11, 2009. Summit County Sheriff Dept. I had completed my jail sentence and was released. I had been extra careful in jail not to have any problems, so they could not create any new cases against me.

254. **November 2009. Summit County, Colo. First Bank of Colorado. I was notified by bank manager Brian Stifvater that my business accounts for Paralex Capital LLC. Was going to be closed, I protested to no avail. I had seen Stewart Van Anderson and Eric Degerburg in the bank,** they all knew each other in the community and I had also seen Mark Jolin and Natalie Jolin nearby as well. I knew I was under total attack and that they were attempting to interfere with everything so I would not be able to fight back. **Depriving me of money and the ability to bank would be crucial to them to win.**

255. **November 13, 2009. Breckenridge, Colo. Friday eve. 5:30 PM.** I was loading some things for work into my car. Some Summit County locals whom I had come to trust came to see me. They told me I needed to leave. That the traffic case I had to go to court on next Monday was just a set up and that if I went into the Summit County Court / Sheriff Department Complex, I would probably not come out. **They said they had word that I was going to be charged with more trumped up cases once I was in their hands. They pleaded for me to leave and find safety. I knew they were right. I thanked them for all they had helped me and said Good – Bye.**

256. November 14, 2009. 5:30 PM Lake Tahoe, California. **I had driven 1,200 miles in 24 hours.** I had lived here 18 years ago. I figured I could look up some people I know from years ago and fight the corruption in Colorado from safety in California.

257. November 16, 2009 Summit County Combined Court, Breckenridge, Colo. #2009T1348 Judge Edward Cassias**. I had previously recused Judge Cassias on every case since 2006.** He was not recusing himself voluntarily as required in Canons. My driver license was suspended, but I knew this was corruption at its finest, I kept driving. I would eventually get Judge Cassias recused. I would eventually get the case dismissed. My Colorado Driver License would be re-instated September 21, 2011 Two years and one day after the eve I was pulled over and given a bogus ticket.

258. **December 2009. It didn't take them long to figure out where I had gone. Mark Jolin, Natilie Jolin, Eric Degerburg, Stewart Van Anderson and his brother agent Van Anderson all showed up in Truckee, Ca.**

259. December 2009. Truckee, California. It had been almost six years since I had survived the attempted drive by shooting in Denver, Colo. August of 2004. There still had not been an arrest.

260. **December 2009. Truckee, California. I had been under attack from corruption for five years now. The FBI Offices in Denver, Colo. and Glenwood Springs, Colo. and the US Attorney's office in Denver, Colo. had done nothing. They had known since May 2007**

261. **January 2010. I had finally had enough of all of them. I** knew they would attempt to get California law enforcement to continue the harassment that I had been

subjected to in Colorado. I let them run wild for a while, and then I sent a letter and evidence to Truckee Calif. **Police Dept. Chief Nicholas Sensley, proving why I was here in California and that he should go out and run them off.**

262. **January 2010. I saw Mark Jolin exiting hwy 267 onto interstate 80, He looked over at me with a very hateful face. I would not see him for a while. Later that day I was at the Truckee, Ca. Municipal airport, using the public WIFI. Truckee, Ca. PD Chief Nicholas Sensley stopped by to see if I was ok? He assured me I would not be harassed. All would be peaceful for six months.**

263. **June 2010. I was doing remodel work on a condo in Alpine Meadows, Calif. Eric Degerburg, Mark Jolin and Van Anderson showed back up in Calif**. This time they were in traveling with some California State Patrolmen. I left documents with the California State Patrol office in Truckee, Calif. The same documents I had left with Truckee, Ca. PD Chief Nicholas Sensley.

264. August 2010. Truckee, Ca. I now had a new shadow, who would show up and try to stay out of sight at the Truckee, Ca. Tahoe Forest Hospital. It was public domain. They had a cafeteria with free WIFI. It became my new spot to work. I knew this man tailing me was doing so for the people of corruption. I had to wait, to catch him.

265. October 2010. Truckee, Ca. The FBI in Colorado had done nothing. The US Attorneys in Denver, Colo. had done nothing.

266. **October 2010. Sacramento, Ca. US Attorney's Office. I** had driven to the US Attorney's Office in Sacramento, Ca. to deliver a package on corruption in Colorado. The front desk would not accept the file. They explained the I needed to contact the US DOJ in Washington, DC. If the case had been blocked in Denver, Colo.

267. October 2010. Sacramento, Ca. After I left the US Attorney's office I decided to drive around the block, and then double back, to see if I was being tailed? I had been taught tricks to catch people tailing you during the Columbine years. Sure enough, I was being tailed by the man who had begun sneaking around in the Tahoe Forest Hospital, Truckee, ca.

268. **December 2010. Olympic Valley, Ca. I was in a 7-11 convenience store. I saw Mark Jennings enter with another man. Then he saw me. I hadn't seen him since**

**August 2005 in Breckenridge,** Colo. He didn't seem to want to tangle with me. I went outside and waited. This was a 1 in 32 million chance of running into him in California. Since the FBI had never done anything in six years or did anything about the corruption in Colorado. I would finish the problem. He would never be a threat to me again. I decided that the employee's of 7 – 11 did not deserve to hear a 40cal going off at close quarters and seeing the resulting, justifiable homicide. I waited outside. Mark Jennings did not want to come outside. I waited for forty five minutes, still he didn't come out. Nobody shops at 7 – 11 for forty five minutes. He knew what would happen if he came outside. Finally one of the Reno, NV, DEA Coat Tails showed up, I decided to leave. He knew Mark Jennings was in there.

269. **July 15, 2011. Breckenridge, Colo. Case# 09 T 1348 was dismissed.** It had all been started by a traffic stop fourteen miles outside of jurisdiction. Jolins, Van Andersons and Degerburg had all been present.

270. **August 2011. Elko, Nevada. Ret. FBI Agent Jack Salisbury.** I went to Elko, NV to work. The first thing I did was contact Jack Salisbury. He was a retired FBI agent. **I had known Jack Salisbury since March of 1991. I had done work on his new house. He knew about my capture of escaped convicts in Nevada back in September 1984.** I had also known that Jack had busted the Sheriff of Lander, Co. Nevada on Public Corruption. **I stopped by his home to talk to him**. I told him about all that had happened in Colorado. He told me he was retired now and didn't have any juice anymore. He was a little taken back when I told him about the FBI in Colorado. He hadn't known any of the agents previously. He advised me to contact the FBI in Washington, DC and the US Justice Department and go from there. **I also wanted Jack to be aware of the Columbine Cover Up people, so if they were in the area, he would be able to keep them from attempting to use local law enforcement from continuing the patter of corruption I had come under in Colorado.**

271. September 21, 2011. Lakewood Colorado. Colorado Department of Revenue. Letter of Clearance Effective # 11264280422 my driver license had been re instated.

272. **March 19 2012. US Justice of Department, Washington DC, Criminal Division**, and Angela Washington I had sent my original complaint and evidence exhibits A to S

to the US DOJ Civil Rights Section / Criminal Division.

273. April 2012. US Department of Justice, Washington DC, Criminal Section. Tianna Mann. I was now in contact with Tianna Mann.

274. **June 2012. Summit County, Colo. I had returned to Colorado. I** had no trumped cases to deal with and I was working with the US DOJ Civil Rights/Criminal Section. I felt the corrupt officials of the 5th Judicial District would keep their distance and be afraid to cause any more problems.

275. **June 8, 2012. Summit County Colorado. Summit Daily News. Gregory Scott Gavin had been arrested for killing Carl Kohler in Breckenridge, Colo. with his baseball bat. Carl Kohler had been severely beaten to death.**

276. **June 9, 2012. Frisco, Colo. I had exhumed Saber.** She had been buried since April 26, 2006. I wanted to examine her skull. I had found her dead, having bled out from the nose. That was a sign of a head injury. **Sabers skull had been badly fractured.** She had been killed by Summit County informant Gregory Scott Gavin. I had been charged with trespassing on January 7, 2007 trying to get DA Mark Hurlbert to file charges for killing Saber. **John Minor and Mark Hurlbert's informant had now killed Carl Kohler with his baseball bat. I had warned Mark Hurlbert January 7, 2007 that sooner or later, your informant is going to kill someone.**

277. **June 12, 2012. Summit County Colo. Sheriff Dept. Summit County District Attorney Office.** After a discussion with **Tianna Mann at the US Department of Justice in DC.** I sent the Summit County **Authorities a Bill for $14,000.00**. CC: US Department of Justice/ Washington, DC. And I sent a copy to Tianna Mann at the US DOJ in DC. We waited to see if they would pay the bill for their informant's actions.

278. **June 20, 2012. Summit County, Colo. After a discussion with Tianna Mann at the US Department of Justice in DC. I sent the Summit County Authorities a letter telling them they had no authority to deny me access or threaten me with Trespassing Charges if I went to for being in the town of Breckenridge, Colo. CC: US Department of Justice/ Washington, DC. And I sent a copy to Tianna Mann at the US DOJ in DC. We believed this would prevent them from doing anything further**

since they are now on notice that the US DOJ is looking into Summit County Corruption.

279. July, August, September, October, 2012 Summit County, Colorado. It was all quit. There had been no new problems arise. I had even seen Eric Degerburg, Stewart Van Anderson, Mark Jolin, Mark Hurlbert, Edward Cassias, Greg Morrison and some of the others. Even the Summit County Sheriff Department was behaving. That was about to change.

280. **November 3, 2011. Breckenridge, Colo. 1:30 PM. 67 E Lake View Circle. They strike again**. I had been cleaning out a foreclosure house. Often if there is a lot of garbage I create safe fire pits to burn the garbage. The county dump is a long drive. I also had a twenty yard dumpster on site. I had been burning all morning. I let the fire pits die down and since there was no wind I felt it would be safe to drive a quarter mile to a corner store and get a cup of coffee. **When I returned there was a fire out of control. Two men had stopped to help put out the fire.**

281. November 3, 2011. Breckenridge, Colo. 1:30 PM. 67 E Lake View Circle. I jumped in right away with a garden hose. I had the fire out when the Breckenridge Fire Dept and Summit County Sheriff Dept. arrived. I yelled at the fire department to leave their hoses rolled up, it was a waste to get out all the equipment.

282. **November 3, 2011. Breckenridge, Colo. 1:30 PM. 67 E Lake View Circle. The Summit County Sheriff Deputies were all leaving now. Then Sergeant Wagner got a call on his cell phone, and then he got another call and another. He was now escalating. I suspected he was on the phone with John Minor, Mark Hurlbert and Judge Edward Cassias. He wrote me a citation for Misdemeanor Arson and left.**

283. **November 3, 2011. Breckenridge, Colo. 1:30 PM. 67 E Lake View Circle. Eric Degerburg had been driving by the property for two days, prior to this happening.**

284. November 3, 2011. Breckenridge, Colo. 3:30 PM. 67 E Lake View Circle. Once all the deputies had left, a neighbor came over to tell me she had seen someone go into the side yard area when I was gone. She did not want to speak with the Summit County Sheriff Dept.

285. **November 5, 2012. I called the US DOJ for Tianna Mann. She was not available.**

286. November 6 to 12, 2012. I finished cleaning up and repairing the house. The realtor kept me working and then I went to do a job for her in Golden, Colo.

287. November, 2012. Beaver Creek, Colo. I attended the World Cup Downhill Ski Race. I have been a ski racing fan all my life and this was a world class event. I had a great time.

288. **November 24, 2012. Frisco, Colo. State Bank of Colorado Brian Stiefvater, Dan Cooper.** Tell me that I cannot come into any First State Bank of Colorado anywhere in the State of Colorado or they will call the police and have me arrested. I contact Silverthorne, Colo. PD. Chief of Police Mark Hanschmidt. He tells me that First Bank can assert private property and restrict who can come in. That he will not have me arrested. Chief Hanschmidt advises me to just use another bank.

289. November 24, 2012. Silverthorne, Colo. First Bank of Colorado. I knew this was just a continuation of the corruption. It was to interfere with my life.

290. **December 5, 2012. Truckee, Ca. I had just driven 1,200 miles in 24 hrs. once again, just like in November 2009 to escape the corruption in Summit County, Colo.**

291. December 10, 2012. Summit County Combined Court Case # 2012 M 0571. I filed by e mail a Not Guilty Plea.

292. December 10, 2012. Summit County Combined Court Case # 2012 M 0571. A Warrant for my arrest was issued.

293. **December 10, 2012. Summit County Combined Court Case # 2012 M 0571. I also filed to Recuse Judge Edward Cassias. He should have recused himself. He has been recused before. He just doesn't want to get out of my life. I believed he had been on the cell phone with Sgt. Wagner on November 3, 2012.**

294. **December 10, 2012. Summit County Combined Court Case # 2012 M 0571. I also filed for a Change of Venue. The US DOJ had not taken care of the corruption yet in Summit County, Colo. and this was their new attack on me.**

295. **2013/ 2014 US DOJ Tianna Mann had been in an auto accident and lost everything, no one in the DOJ could find the file.**

296. **July 16, 2015 US DOJ Criminal/ Civil Rights.** I refilled with Lynitta Green. I was forwarded to the Integrity Division as well.

297. **November 2015. US DOJ Public Integrity Division. I** was instructed to contact the US Attorney's office in Denver, Colo. to advance the case.

298. **December 2015. Denver, Colo. US Attorney's Office. The Public Corruption Case gets blocked by the corruption in Colorado once again.**

299. January 2016. US DOJ Public Integrity Division advises me to contact the US Department of Justice Inspector General Office.

300. **February 2016. US DOJ / Inspector General Office contacted**

301. March 2016. US DOJ / Inspector General Office / Receives Documents on the US Attorney's Office being blocked by the offices of the FBI in Denver, Colo. and Glenwood Springs, Colo.

302. **March 2016. US DOJ / Executive Office for United States Attorney's. Receives three, three ring binders, Volume 1, 2, & 3 Public Corruption State of Colorado.**

303. **September 14, 2016** Call from an agent Joe who said he was with **the FBI Internal Investigations** in Washington, DC.

Steven B Christiansen, a natural person and resident of Summit County, State of Colorado, upon oath or affirmation, states that the facts stated herein are true and that the offenses were committed of his personal knowledge and belief.

Steven B Christiansen:_____November 14, 2016

Copyright © 2024 Columbine Cover Up Com – All Rights Reserved.

US DOJ AFFIDAVIT

Case 1:22-cv-10292-VEC    Document 125-5    Filed 11/04/24    Page 58 of 58

PRIVACY POLICY

TERMS AND CONDITIONS

Powered by GoDaddy