# BAKER BOTTS LLP

## MEMO ENDORSED

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL  +1 212.408.2500
FAX  +1 212.408.2501
BakerBotts.com

AUSTIN
BRUSSELS
DALLAS
DUBAI
HOUSTON
LONDON

**NEW YORK**
PALO ALTO
RIYADH
SAN FRANCISCO
SINGAPORE
WASHINGTON

November 4, 2024

James J. Beha II
TEL: 2124082510
FAX: 2122592510
jim.beha@bakerbotts.com

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2024

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:    ***Christiansen v. Spectrum Pharmaceuticals, Inc.,***
       ***1:22-cv-10292-VEC (S.D.N.Y.)***

Dear Judge Caproni:

We represent Defendants Spectrum Pharmaceuticals, Inc., Thomas, J. Riga, and Francois J. Lebel ("Defendants") in the above-captioned action. We write pursuant to section 5.B.iii of Your Honor's Individual Rules of Practice, to seek leave to file under seal certain material in connection with Defendants' Motion to Disqualify Lead Plaintiff Steven B. Christiansen and for a Stay of Proceedings Pending Appointment of a Substitute Lead Plaintiff. *See* ECF No. 123.

Specifically, we seek leave to file under seal Exhibits A and B in connection with Defendants' Motion. *See* ECF Nos. 125-1 and 125-2. Exhibits A and B are emails containing confidential mediation information that include non-public, sensitive communications. Counsel for Lead Plaintiff does not oppose sealing. Accordingly, Defendants respectfully request leave to file the confidential material under seal.

Respectfully submitted,

Application GRANTED.

SO ORDERED.

*Valerie Caproni*                11/6/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

*/s/ James J. Beha II*
James J. Beha II

ACTIVE 126354442.2