UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
STEVEN B. CHRISTIANSEN, on behalf of         :
himself and a class of similarly situated investors, :
                                              :
                            Plaintiff,  :   22-CV-10292 (VEC)
                                              :
           -against-                         :
                                              :
SPECTRUM PHARMACEUTICALS, INC.,              :
THOMAS J. RIGA, FRANCOIS J. LEBEL., and      :
NORA E. BRENNAN,                             :
                          Defendants.   :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on November 4, 2024, Defendant filed a motion to disqualify lead Plaintiff Steven B. Christiansen and stay all proceedings pending appointment of a substitute lead Plaintiff (Dkt. 123); and

        WHEREAS on November 6, 2024, the parties appeared via teleconference for a hearing regarding a discovery dispute.

        IT IS HEREBY ORDERED that this case is STAYED pending resolution of Defendants' motion to disqualify Mr. Christiansen.  Any opposition to Defendant's motion must be filed not later than **Monday, November 18, 2024**, and replies must be filed not later than **Monday, November 25, 2024**.

**SO ORDERED.**

Date:  November 6, 2024  
          New York, New York

                                                                       **VALERIE CAPRONI**  
                                                                 **United States District Judge**