UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA and FRANCOIS J. LEBEL,<br><br>Defendants. | Case No. 1:22-cv-10292 (VEC)<br><br>Consolidated with:<br>Case No. 1:22-cv- 10677 (VEC);<br>Case No. 1:23-cv-00767 (VEC) |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY LEAD PLAINTIFF STEVEN B. CHRISTIANSEN AND FOR A STAY OF ALL PROCEEDINGS PENDING APPOINTMENT OF A SUBSTITUTE LEAD PLAINTIFF**

I, Jeffrey P. Campisi, declare the following:

1. I am a partner of the law firm Kaplan Fox & Kilsheimer LLP, court-appointed lead counsel in the above-captioned action. I am an attorney admitted to practice in the State of New York and am admitted to practice in this Court.

2. I respectfully submit this Declaration in Support of Lead Plaintiff's Opposition to Defendants' Motion to Disqualify Lead Plaintiff Steven B. Christiansen and for a Stay of All Proceedings Pending Appointment of a Substitute Lead Plaintiff.

3. I have personal knowledge of the matters set forth below and if called as a witness in this matter, I could and would competently testify to the matters set forth below.

4. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Steven B. Christiansen, dated November 18, 2024 ("Christiansen Declaration").

5.      Counsel has redacted the confidentiality legend, postal address, and information protected from disclosure by the attorney-client privilege from Mr. Christiansen's October 26, 2024 letter, which is attached to the Christiansen Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2024.          */s/ Jeffrey P. Campisi*
                                        Jeffrey P. Campisi