UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, and FRANCOIS J. LEBEL,<br><br>Defendants. | Case No. 1:22-cv-10292 (VEC)<br><br>Consolidated with<br>Case No. 1:22-cv-10677 (VEC)<br>Case No. 1:23-cv-00767 (VEC)<br><br>NOTICE OF WITHDRAWAL<br>OF ATTORNEY OF RECORD |

**PLEASE TAKE NOTICE THAT**, effective January 17, 2025, attorney Chang Hahn is no longer associated with the law firm of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") and should be withdrawn as counsel for Lead Plaintiff Steven B. Christiansen ("Plaintiff") in the consolidated action. Ms. Hahn is not asserting a retaining or charging lien.

Plaintiff will continue to be represented by myself, and other attorneys at Kaplan Fox & Kilsheimer LLP appearing on the record.

Dated: January 21, 2025

**KAPLAN FOX & KILSHEIMER LLP**

*/s/ Jeffrey P. Campisi*
Robert N. Kaplan
Jeffrey P. Campisi
Brandon Fox
800 Third Avenue, 38th Floor
New York, NY 10022
T: (212) 687-1980
F: (212) 687-7714
rkaplan@kaplanfox.com
jcampisi@kaplanfox.com
bfox@kaplanfox.com

*Lead Counsel for Lead Plaintiff Steven B. Christiansen and the Proposed Class*

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on January 21, 2025, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

                                                */s/ Jeffrey P. Campisi*
                                                Jeffrey P. Campisi