FEBRUARY 18, 2025

# MEMO ENDORSED

STEVEN B CHRISTIANSEN

Steven.paralex@gmail.com

970 454 6155

**JUDGE VALERIE CAPRONI**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2025

**RECEIVED**

FEB 21 2025

VALERIE CAPRONI
U.S. DISTRICT JUDGE
S.D.N.Y.

RE: 1:22-CV-10292/ Steven B Christiansen VS Spectrum Pharmaceuticals INC

RE: Jim Beha II attempt to malign the court with intentional lies.

**1: February 3 2025, I received a phone call from the UNITED STATES DEPARTMENT of JUSTICE**

**OFFICE of the INSPECTOR GENERAL, 1425 NEW YORK AVENUE NW, WASHINGTON DC 20530**

\* **The Inspector General Office has read the above referenced case online at several websites; therefore there is no Disclosure Violation on my part.**

a) The call was about that they are resuming the investigation into the murder of two other Columbine high School students the following Valentine's Day at a Subway sandwich shop.

b) You can read more about it by going to www.columbinecoverup.com then click on the page

c) Two More Students;  https://columbinecoverup.com/two-more-students

d) The Inspector General's office is continuing work based on my analyilsis of why the double murder

   Is still un-solved today, twenty five years (25) later.

e) The Inspector General's office is in possession of a recorded meeting at the Denver, Colo. FBI in

   August 2004. Steven B Christiansen was meeting with FBI agents Paul Rodigue and Brian Schmidt

following the attempted murder of Steven B Christiansen in a drive-by shooting incident in Denver, Colo.

During this meeting, Steven B Christiansen began to discuss his findings of the DEA running a drug entrapment ring in Littleton, Colo. And that the DEA had moved people from Reno, NV to Littleton, Colo to run the drug entrapment ring.

- At this meeting, Paul Rodigue and Brian Schmidt refused to put DEA agents on the polygraph

    And question them about their informant's involvement with Eric Harris and Dylan Klebold in the weeks leading up to the attack at Columbine High School.

- You can read more about it at the US DOJ AFFIDAVIT on www.columbinecoverup.com

f) The Inspector General's Office does not contest the website www.columbinecoverup.com

g) The Inspector general office acknowledges the US DOJ Affidavit posted on the website.

h) It is the same affidavit operator 31 of the inspectors general's office asked me to write in 2016.

h) It is the same affidavit operator 31 of the inspectors general's office asked me to write in 2016.

2: So that I am not presumed in violation or alleged to be in violation of any presumed restrictions of speech:

AMENDMENT I of the UNITED STATES CONSTITUTION

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances. Freedom of speech is "IN_ALIENABLE"

3: Jim Beha II, has attempted to violate this founding principle of our society by alleging that free speech is not permitted or that he is somehow in control of free speech and can deny free speech to his personal likening or if it differs from his purpose of permitting free speech.

4: The remaining shares of Spectrum Pharmaceuticals Inc. (SPPI) that I owned were converted to Assertio Holdings Inc. (ASRT) upon completion of the buyout of Spectrum by Assertio.

5: Since I own shares in "BOTH COMPANIES" I have a right to be able to contact management as I did, October 19, 2024, by contacting Assertio Management. I made a phone call to the office and was instructed to use the email address on the Assertio website: investor@assertiotx.com https://www.assertiotx.com/ go to ABOUT/ Select "CONTACT US" / On the right hand side of the webpage are options to chose. 1: Investor Relations, is what I chose.

6: Investor Relations, is shown in the Assertio Website entirely. It says nothing about being transferred to an "OUTSIDE THIRD PARTY" therefore, no violation has occurred.

7: Jim Beha II has attempted to violate my rights:

   a) Attempting to prevent me from contacting management of a company I own shares in.

   b) Attempting to violate the protections of the First Amendment, by attempting to prevent free speech.

8: Jim Beha II, continues to deliberately mislead the court with his filing on November 4, 2024, Document 124.

   a) Jim Beha II, filing is literally a confession of his attempt to violate the protections of free speech and the right to contact management of a company I own shares in and as an investor have every right to be able to contact management.

9: Jim Beha II, then proceeds to claim that Steven B Christiansen and the entire United States Department of Justice and in particular, The Office of The Inspector General, are all suffering from "DILLUSIONAL CONSPIRACY THEORIES"

   a) Steven B Christiansen, the founder of the original Columbine Commission worked for many years with the various departments contained within the United States Department of Justice. The offices Steven B Christiansen worked with and submitted files to upon request are all listed on the United States Department of Justice/ Office of The Inspector General/ Affidavit , Steven B Christiansen was requested to write by Operator 31, of the Inspector General's Office , November of 2016.

   10: Jim Beha II proves he is the one who is "DILLUSIONAL" by his claims and his actions.

   a) Attempting to violate the protections of free speech under the First Amendment

By deploying a scheme of; Deprivation of Rights Under Color of law

https://www.justice.gov/crt/deprivation-rights-under-color-law

### TITLE 18, U.S.C., SECTION 242

*Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

    b) Attempting to interfere with official Governmental Proceedings.

11: Jim Beha II, sounds as if he has violated the 'non disclosure agreement" when he writes and

    Uses the same phrases as the 'columbine cover up perpetrators' do.

    a) This is language that only comes from those involved in the Columbine Cover Up

    Document 124 / Filed November 4, 2024

12: The Temporary stay on Case No. 1:22-cv-10292 should be dismissed immediately for all the reasons detailed above. Jim Beha II, has deliberately mis-led the court and made false and misleading accusations in his filing of document # 124 into this case.

\*\*\* The court should immediately sanction attorney Jim Beha II

https://investor.assertiotx.com/financials/quarterly-results/default.aspx

*Third Quarter Total Net Product Sales of $28.7 Million*
*Rolvedon Net Product Sales of $15.0 Million*
*Cash and Short-Term Investments of $88.6 Million*

As an investor and upstanding citizen in my community and in national spheres, it is important

to recover money from lawsuits. Like many who are involved in life for the right reasons, I use

money earned from investing to help fund important projects that have long term beneficial results for our country.

The antic's, lies and subversion of Jim Beha II should not be tolerated under any circumstance.

*** Assertio Holdings Inc. Has the means and the capital on hand to settle this case.

The settlement should be for 100% of the damages. It is affordable for Assertio Holding Inc.

As I had proposed before, 70% in cash, 30% in stock, this is fair and equitable to both parties.

- A Pro Rated Settlement is not needed here. Assertio has the ability to pay investors
- Assertio Holdings Inc, knew in advance of purchasing Spectrum Pharma of the impending liabilities, yet proceeded with the purchase.
- Assertio Holding Inc 8K filings prove that they have profited from buying Spectrum Pharma, and will continue to reap profits for many years to come.
- Pro Rated settlements are for situations where the company cannot pay the damages incurred by investor fraud, therefore a pro-rated amount could be set

REGARDS

STEVEN B CHRISTIANSEN

*/s/ Steven B Christiansen*

---

The Court received this letter from Mr. Christiansen via mail. Plaintiff's counsel is directed to instruct Mr. Christiansen not to correspond with the Court so long as he is represented.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Mr. Christiansen at P.O. Box 980202, Park City, UT 84098.

SO ORDERED.

*/s/ Valerie Caproni*   2/24/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE