**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, and FRANCOIS J. LEBEL, <br><br> Defendants. | Case No. 1:22-cv-10292 (VEC) <br><br> Consolidated with: <br> Case No. 1:22-cv-10677 (VEC); <br> Case No. 1:23-cv-00767 (VEC) |

**NOTICE OF LEAD PLAINTIFF'S MOTION TO VACATE THE STAY OF**
**ALL PROCEEDINGS**

PLEASE TAKE NOTICE that, pursuant to the Court's inherent powers and Federal Rule of Civil Procedure 16(b), Lead Plaintiff Steven B. Christiansen ("Lead Plaintiff") respectfully moves this Court, at a time and date to be designated by the Court, for an Order vacating this Court's November 6, 2024 Order staying all proceedings ("Nov. 6 Stay Order"). ECF No. 129.

In support of this motion, Lead Plaintiff submits the accompanying Memorandum of Law in Support of Lead Plaintiff's Motion to Vacate the Stay of All Proceedings. Lead Plaintiff also submits herewith a proposed form of the Order.

WHEREFORE, Lead Plaintiff respectfully requests that the Court vacate the Nov. 6 Stay Order, order the parties to submit an amended Civil Case Management Plan and Scheduling Order, and grant any such further relief that the Court may deem just and proper.

Dated:  April 17, 2025                     Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

*/s/ Jeffrey P. Campisi*

Robert N. Kaplan
Jeffrey P. Campisi
Brandon Fox
Jennifer Ligansky
800 Third Avenue, 38th Floor
New York, NY 10022
T: (212) 687-1980
F: (212) 687-7714
rkaplan@kaplanfox.com
jcampisi@kaplanfox.com
bfox@kaplanfox.com
jligansky@kaplanfox.com

*Lead Counsel for Lead Plaintiff Steven B.
Christiansen and the Proposed Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on April 17, 2025, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

*/s/ Jeffrey P. Campisi*

Jeffrey P. Campisi