

Jeffrey P. Campisi<br>
Kaplan Fox & Kilsheimer LLP<br>
800 Third Avenue, 38th Floor<br>
New York, NY 10022<br>
Telephone: 212.687.1980<br>
Fax: 212.687.7714<br>
jcampisi@kaplanfox.com

July 29, 2025

<u>VIA ECF</u>
Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

  Re: *Christiansen v. Spectrum Pharmaceuticals, Inc., et al.*, 1:22-cv-10292-VEC

Dear Judge Caproni:

 My firm represents lead plaintiff Steven Christiansen in the above-referenced action. Subject to the Court's availability, we respectfully request that the Court schedule a conference with the parties to discuss the status of the action.

 Counsel for plaintiffs has conferred with counsel for defendants and has been informed that defendants take no position on the request.

 We thank the Court for its attention to this matter.

/s/ Jeffrey P. Campisi<br>
Jeffrey P. Campisi