**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA and FRANCOIS J. LEBEL,<br><br>Defendants. | Case No. 1:22-cv-10292 (VEC)<br><br>Consolidated with<br>Case No. 1:22-cv- 10677 (VEC);<br>Case No. 1:23-cv-00767 (VEC) |

### NOTICE OF MOTION AND MOTION OF KAPLAN FOX & KILSHEIMER LLP TO WITHDRAW AS COUNSEL FOR PLAINTIFF STEVEN B. CHRISTIANSEN

**PLEASE TAKE NOTICE** that under Rule 1.4 of the Local Rules of United States District Courts for the Southern and Eastern Districts of New York and Rule 1.16 of the New York Rules of Professional Conduct, Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"), counsel for Plaintiff Steven B. Christiansen ("Mr. Christiansen"), hereby moves this Court before the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order withdrawing Kaplan Fox and its attorneys Robert N. Kaplan, Jeffrey P. Campisi, Brandon Fox and Jennifer Ligansky as counsel of record for Mr. Christiansen.

Contemporaneously filed herewith in support of the motion is the Memorandum of Law in Support of Kaplan Fox & Kilsheimer LLP's Motion to Withdraw as Counsel for Plaintiff Steven B. Christiansen, and the Declaration of Jeffrey P. Campisi in Support of the Motion of Kaplan Fox & Kilsheimer LLP to Withdraw as Counsel for Plaintiff Steven B. Christiansen, dated August 20, 2025.

Mr. Christiansen does not consent to this motion.

| | |
|---|---|
| Dated: August 20, 2025 | **KAPLAN FOX & KILSHEIMER LLP** |
| | */s/ Jeffrey P. Campisi* |
| | Robert N. Kaplan |
| | Jeffrey P. Campisi |
| | Brandon Fox |
| | Jennifer Ligansky |
| | 800 Third Avenue, 38th Floor |
| | New York, NY 10022 |
| | T: (212) 687-1980 |
| | F: (212) 687-7714 |
| | rkaplan@kaplanfox.com |
| | jcampisi@kaplanfox.com |
| | bfox@kaplanfox.com |
| | jligansky@kaplanfox.com |
| | *Counsel for Plaintiff Steven B. Christiansen* |

If Mr. Christiansen wishes to respond to this motion, he must send his response to his current attorneys, who must file it via ECF, not later than **Thursday, August 28, 2025**.

SO ORDERED.

8/21/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2