**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, on behalf of himself and a class of similarly situated investors, <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, and FRANCOIS J. LEBEL, <br><br> Defendants | Case No. 1:22-cv-10292 (VEC) <br><br> Consolidated with <br> Case No. 1:22-cv- 10677 (VEC); <br> Case No. 1:23-cv-00767 (VEC) |
| NIZAR SAMI AYOUB, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, and FRANCOIS J. LEBEL, <br><br> Defendants. | Case No. 1:24-cv-08138-VEC |

**NOTICE OF NIZAR SAMI AYOUB'S MOTION FOR CONSOLIDATION, APPOINTMENT AS SUBSTITUTE LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Valerie E. Caproni, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, Courtroom 20C, New York, New York 10007, Nizar Sami Ayoub ("Mr. Ayoub"), by counsel, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), will respectfully move this Court for an Order: (i) consolidating the action captioned *Nizar Sami Ayoub v. Spectrum Pharmaceuticals, Inc., et al.*, Case No. 1:24-cv-08138-VEC into the consolidated action captioned *Christiansen v. Spectrum Pharmaceuticals, Inc., et al.*, 22-cv-10292 (the "Consolidated Action"); (ii) appointing Mr. Ayoub as substitute lead plaintiff for the Consolidated Action; (iii) approving Mr. Ayoub's selection of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") to continue serving as lead counsel for the proposed class; and (iv) for any such further relief as the Court may deem just and proper.

Mr. Ayoub submits his Memorandum of Law in Support of Nizar Sami Ayoub's Motion for Consolidation, Appointment as Substitute Lead Plaintiff and Approval of Lead Counsel, and the Declaration of Jeffrey P. Campisi in Support of Nizar Sami Ayoub's Motion for Consolidation, Appointment as Substitute Lead Plaintiff and Approval of Lead Counsel, dated September 24, 2025, and its exhibits.

Mr. Ayoub makes this Motion because he believes he is the "most adequate plaintiff" under the PSLRA and, therefore, should be appointed substitute lead plaintiff. Specifically, Mr. Ayoub believes that he has the "largest financial interest" in the relief sought by the proposed class in the Consolidated Action because of his losses from purchasing Spectrum Pharmaceuticals, Inc. common stock during the period May 12 through September 22, 2022. Also, Mr. Ayoub believes that he otherwise satisfies the requirements of Federal Rule of Civil Procedure 23 because his claims are typical of those of other class members and because he will fairly and adequately

represent the interests of the class.

WHEREFORE, Mr. Ayoub respectfully requests that the Court: (1) consolidate the *Ayoub* Action into *Christiansen* Action; (2) appoint him as substitute lead plaintiff for the Consolidated Action in accordance with the PSLRA; (3) approve Mr. Ayoub's selection of Kaplan Fox to continue to serve as lead counsel; and (4) grant any such further relief that the Court may deem just and proper.

Dated: September 24, 2025                      **KAPLAN FOX & KILSHEIMER LLP**

*/s/ Jeffrey P. Campisi*

Robert N. Kaplan
Jeffrey P. Campisi
Brandon Fox
Jennifer Ligansky
800 Third Avenue, 38th Floor
New York, NY 10022
T: (212) 687-1980
F: (212) 687-7714
rkaplan@kaplanfox.com
jcampisi@kaplanfox.com
bfox@kaplanfox.com
jligansky@kaplanfox.com

*Counsel for Lead Plaintiff Movant Nizar Sami Ayoub*

2

## CERTIFICATE OF SERVICE

I, Jeffrey P. Campisi, hereby certify that, on September 24, 2025, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

*/s/ Jeffrey P. Campisi*
Jeffrey P. Campisi

3