**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, on behalf of himself and a class of similarly situated investors,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, and FRANCOIS J. LEBEL,<br><br>Defendants | Case No. 1:22-cv-10292 (VEC)<br><br>Consolidated with<br>Case No. 1:22-cv- 10677 (VEC);<br>Case No. 1:23-cv-00767 (VEC) |
| NIZAR SAMI AYOUB, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, and FRANCOIS J. LEBEL,<br><br>Defendants. | Case No. 1:24-cv-08138-VEC |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF NIZAR SAMI AYOUB'S MOTION FOR CONSOLIDATION, APPOINTMENT AS SUBSTITUTE LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, JEFFREY P. CAMPISI, declare the following under the penalty of perjury is true and correct:

1.      I am a partner of the law firm Kaplan Fox & Kilsheimer LLP and counsel for lead plaintiff movant Nizar Sami Ayoub.

2.      I am an attorney admitted to practice law in the State of New York. I am admitted to this Court and am in good standing.

3.      I am over 21 years of age and otherwise competent to make this declaration. My statements herein are based on my personal knowledge.

4.      I respectfully submit this Declaration in Support of Nizar Sami Ayoub's Motion for Consolidation, Appointment as Substitute Lead Plaintiff and Approval of Lead Counsel.

5.      Attached hereto are true and correct copies of the following documents:

Exhibit A:      Chart of Nizar Sami Ayoub's losses prepared by counsel;

Exhibit B:      Declaration of Nizar Sami Ayoub, dated September 8, 2025;

Exhibit C:      Firm resume of Kaplan Fox & Kilsheimer LLP; and

Exhibit D:      August 14, 2025 Notice of Pendency of Action on Behalf of Purchasers of Spectrum Pharmaceuticals, Inc. (SPPI) Common Stock and the Reopening of the Lead Plaintiff Process.

I declare under penalty of perjury that the foregoing it true and correct. Executed this 24th day September, 2025, at New York, New York.

_/s/_          _Jeffrey P. Campisi_
JEFFREY P. CAMPISI

1

**CERTIFICATE OF SERVICE**

I, Jeffrey P. Campisi, hereby certify that, on September 24, 2025, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

/s/   *Jeffrey P. Campisi*
JEFFREY P. CAMPISI
