# EXHIBIT A

## Nizar Sami Ayoub
### Estimated Losses in Spectrum Pharmaceuticals, Inc. - Class period: 5/12/2022 - 9/22/2022

| SECURITY NAME | SYMBOL | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **SPECTRUM PHARMACEUTICALS INC** | | | | | | | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 1 | $1.51 | $1.51 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 10,199 | $1.48 | $15,094.52 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 15,000 | $1.44 | $21,591.00 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 4,100 | $1.40 | $5,739.59 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 700 | $1.40 | $976.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 5,000 | $1.39 | $6,948.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 895 | $1.37 | $1,226.15 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 4,105 | $1.37 | $5,603.33 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 3,000 | $1.37 | $4,095.00 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 3,200 | $1.38 | $4,415.68 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 300 | $1.38 | $412.71 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 500 | $1.38 | $687.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 1,000 | $1.36 | $1,357.10 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 2,000 | $1.35 | $2,699.20 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 1,000 | $1.35 | $1,349.70 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 1,000 | $1.36 | $1,359.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 1,000 | $1.33 | $1,329.90 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 1,000 | $1.33 | $1,329.90 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 1,000 | $1.33 | $1,329.20 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 1,000 | $1.33 | $1,329.90 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 1,000 | $1.33 | $1,330.00 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 1,000 | $1.33 | $1,325.00 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 1,000 | $1.33 | $1,325.00 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 1,000 | $1.33 | $1,325.60 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 1,000 | $1.32 | $1,319.40 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 1,000 | $1.32 | $1,319.90 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 1,000 | $1.33 | $1,325.00 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/12/2022 | 30 | $1.32 | $39.48 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 5,000 | $1.14 | $5,699.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 13,106 | $1.13 | $14,809.78 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.12 | $112.00 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.63 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.12 | $112.00 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.12 | $111.64 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.12 | $111.79 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.11 | $111.00 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.12 | $111.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.52 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |

**Nizar Sami Ayoub**

**Estimated Losses in Spectrum Pharmaceuticals, Inc. - Class period: 5/12/2022 - 9/22/2022**

| SECURITY NAME | SYMBOL | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.57 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.12 | $112.37 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.68 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.67 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.66 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.69 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.58 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.60 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.12 | $112.00 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.66 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.12 | $112.49 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.58 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.58 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.57 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.54 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.12 | $112.00 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.96 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.51 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.58 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.55 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $113.42 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $113.00 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.12 | $112.00 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.70 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.58 | |

**Nizar Sami Ayoub**

**Estimated Losses in Spectrum Pharmaceuticals, Inc. - Class period: 5/12/2022 - 9/22/2022**

| SECURITY NAME | SYMBOL | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.12 | $112.37 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.58 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.86 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.86 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.62 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.58 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.62 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.58 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.58 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.58 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.63 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.63 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $112.62 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $113.34 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $113.43 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $113.42 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $113.45 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.56 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.60 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.59 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.60 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.13 | $113.00 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.93 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.63 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.61 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.57 | |

**Nizar Sami Ayoub**

**Estimated Losses in Spectrum Pharmaceuticals, Inc. - Class period: 5/12/2022 - 9/22/2022**

| SECURITY NAME | SYMBOL | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.75 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.95 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.55 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.53 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.99 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.53 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.49 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.49 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.37 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.53 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.48 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.00 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.75 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.48 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.48 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.49 | |

4

## Nizar Sami Ayoub

### Estimated Losses in Spectrum Pharmaceuticals, Inc. - Class period: 5/12/2022 - 9/22/2022

| SECURITY NAME | SYMBOL | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.00 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.48 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.48 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.48 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.49 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.49 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.49 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.93 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.47 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.38 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.00 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.38 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.00 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.36 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.34 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.48 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.00 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.30 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.35 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.86 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.35 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.30 | |

**Nizar Sami Ayoub**

**Estimated Losses in Spectrum Pharmaceuticals, Inc. - Class period: 5/12/2022 - 9/22/2022**

| SECURITY NAME | SYMBOL | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.86 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.86 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.86 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.86 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.00 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.86 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.39 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.39 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.40 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $115.26 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.00 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.42 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.42 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.39 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.38 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.41 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $114.41 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.58 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.57 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.15 | $114.56 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.53 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.50 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 100 | $1.14 | $113.57 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 81 | $1.14 | $92.02 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 150 | $1.12 | $168.00 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/15/2022 | 344 | $1.12 | $385.28 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/16/2022 | 600 | $1.09 | $654.00 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/16/2022 | 400 | $1.09 | $435.84 | |
| SPECTRUM PHARMACEUTICALS INC CO| SPPI | Buy | 9/16/2022 | 1,000 | $1.08 | $1,075.10 | |

## Nizar Sami Ayoub

### Estimated Losses in Spectrum Pharmaceuticals, Inc. - Class period: 5/12/2022 - 9/22/2022

| SECURITY NAME | SYMBOL | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/16/2022 | 1,000 | $1.06 | $1,059.20 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/16/2022 | 10,000 | $1.05 | $10,495.00 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/16/2022 | 656 | $1.05 | $686.50 | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Buy | 9/16/2022 | 150 | $1.08 | $162.00 | |
| | | | | 119,817 | | $151,549.80 | |
| | | | | | | | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell | 9/14/2022 | (13,030) | $1.16 | ($15,116.10) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell | 9/14/2022 | (9,000) | $1.17 | ($10,530.90) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell | 9/14/2022 | (9,000) | $1.18 | ($10,625.40) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell | 9/14/2022 | (7,000) | $1.19 | ($8,330.70) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell | 9/14/2022 | (2,000) | $1.19 | ($2,380.20) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell | 9/14/2022 | (5,000) | $1.20 | ($6,003.50) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell | 9/14/2022 | (1,106) | $1.21 | ($1,338.26) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell | 9/15/2022 | (5,181) | $1.15 | ($5,958.15) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell | 9/15/2022 | (350) | $1.14 | ($399.00) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell | 9/22/2022 | (53) | $0.45 | ($23.85) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell | 9/22/2022 | (6,947) | $0.45 | ($3,126.15) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell | 9/22/2022 | (3,150) | $0.46 | ($1,449.00) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell** | 9/23/2022 | (4,623) | $0.49 | ($2,265.27) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell** | 9/23/2022 | (5,000) | $0.43 | ($2,150.00) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell** | 9/23/2022 | (5,000) | $0.44 | ($2,175.00) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell** | 9/23/2022 | (3,000) | $0.44 | ($1,320.00) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell** | 9/23/2022 | (3,000) | $0.44 | ($1,332.00) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell** | 9/23/2022 | (377) | $0.50 | ($188.50) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell** | 9/26/2022 | (280) | $0.47 | ($130.76) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell** | 10/6/2022 | (5,000) | $0.45 | ($2,231.50) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell** | 10/10/2022 | (5,000) | $0.44 | ($2,191.67) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell** | 10/10/2022 | (5,000) | $0.44 | ($2,191.67) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell** | 10/10/2022 | (5,000) | $0.44 | ($2,191.67) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell** | 10/10/2022 | (5,000) | $0.44 | ($2,191.67) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell** | 10/10/2022 | (5,000) | $0.44 | ($2,191.67) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell** | 10/10/2022 | (5,000) | $0.44 | ($2,191.67) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell** | 10/10/2022 | (1,200) | $0.44 | ($526.00) | |
| SPECTRUM PHARMACEUTICALS INC CO | SPPI | Sell** | 10/10/2022 | (520) | $0.44 | ($227.93) | |
| | | | | (119,817) | | ($90,978.18) | $60,571.62 |

** indicates the higher of the sale price on sale date or the average closing stock price from the end of the class period to sale date