# EXHIBIT B

Docusign Envelope ID: 42437490-3992-4B37-AFD9-126EF2E7757A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, on behalf of himself and a class of similarly situated investors, <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, and FRANCOIS J. LEBEL, <br><br> Defendants | Case No. 1:22-cv-10292 (VEC) <br><br> Consolidated with <br> Case No. 1:22-cv- 10677 (VEC); <br> Case No. 1:23-cv-00767 (VEC) |
| NIZAR SAMI AYOUB, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, and FRANCOIS J. LEBEL, <br><br> Defendants. | Case No. 1:24-cv-08138-VEC |

**<u>DECLARATION OF NIZAR SAMI AYOUB</u>**

I, the undersigned, under 28 U.S.C. § 1746, declare as follows:

1.      I submit this declaration in support of my motion for consolidation of the above-captioned related securities actions, appointment as the substitute lead plaintiff on behalf of purchasers of Spectrum Pharmaceuticals, Inc. ("Spectrum" or the "Company") common stock under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and approval of my selection of counsel.

2.      I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

3.      I am 64 years old and am a resident of Scottsdale, Arizona. I obtained a B.S. and M.S. in Civil Engineering from Wayne State University in Michigan. I am currently retired

and during my career of over 30 years, I worked as a Licensed Professional Engineer and Certified Professional Project Manager for several government agencies relating to transportation and public works. During my career, at times my work involved coordinating with lawyers and participating in negotiations.

4.    As set forth in the documents to be filed with my motion, I purchased a substantial amount of shares of Spectrum common stock, retained shares through disclosures that allegedly caused the share price to drop significantly, and suffered substantial losses as a result. By virtue of my significant financial interest in the resolution of the Action I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

5.    I understand that a lead plaintiff is required to oversee counsel and direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe duties to the Class to act in its best interest. If appointed substitute lead plaintiff, I will be responsible for conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary. I further understand that I am not required to seek appointment as lead plaintiff in order to recover.

6.    I previously filed a proposed class action on behalf of purchasers of Spectrum common stock and sought to be appointed a class representative for the proposed Class. Since then, I understand that the Court has disqualified Steven Christiansen as the Court-appointed lead plaintiff and has reopened the lead plaintiff appointment process.

7.    After discussing the responsibilities of serving as a substitute lead plaintiff and being satisfied that Kaplan Fox & Kilsheimer LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I authorized the firm to file a motion on my behalf to serve as a substitute lead plaintiff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on _____9/8/2025_____.

Signed by:

*Nizar Sami Ayoub*

966E6532D539403...

_____
Nizar Sami Ayoub

3