# Exhibit 2

**Spectrum Pharmaceuticals, Inc. Loss Chart**
**Class Period: May 12, 2022 through September 22, 2022**

**Lookback Price**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 0.432222 |
| Borck, Amanda | 8/8/2022 | 2000 | ($1.09) | ($2,178.60) | | | | | | | |
| | 7/26/2022 | 700 | ($0.80) | ($559.58) | | | | | | | |
| | 7/27/2022 | 850 | ($0.81) | ($688.67) | | | | | | | |
| | 8/3/2022 | 3500 | ($0.93) | ($3,244.50) | | | | | | | |
| | 8/11/2022 | 3000 | ($1.22) | ($3,659.70) | | | | | | | |
| | 9/14/2022 | 4500 | ($1.13) | ($5,081.85) | | | | | | | |
| | | 14550 | | ($15,412.90) | | | | | 14550 | $6,288.83 | ($9,124.07) |