**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, on behalf of himself and a class of similarly situated investors,<br><br>       Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, and FRANCOIS J. LEBEL,<br><br>       Defendants. | Case No. 22-CV-10292 (VEC)<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF STEVEN DUNKLEBERGER'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL** |

I, Jeffrey C. Block, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a partner at the law firm of Block & Leviton LLP, counsel for the proposed lead plaintiff Steven Dunkleberger in the above-captioned action. I submit this declaration in support of the Steven Dunkleberger's Motion for Appointment as Lead Plaintiff and Appointment of Lead Counsel. I have personal knowledge of the matters stated herein, and if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:     Notice of pendency of class action published by Kaplan Fox on NewMediaWire on August 14, 2025;

Exhibit B:     Certification of Steven Dunkleberger;

Exhibit C:     Steven Dunkleberger's loss estimate, prepared by counsel;

Exhibit D:     Declaration of Steven Dunkleberger; and

Exhibit E:     Block & Leviton LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of September 2025.

/s/ Jeffrey C. Block
Jeffrey C. Block