# Exhibit A



# Notice of Pendency of Action on Behalf of Purchasers of Spectrum Pharmaceuticals, Inc. (SPPI) Common Stock and the Reopening of the Lead Plaintiff Process

Aug. 14, 2025 4:57 PM ET
Source: Kaplan Fox

NEW YORK, NY - August 14, 2025 (NEWMEDIAWIRE (https://www.newmediawire.com) ) - By order of the Court dated August 4, 2025 in the action captioned *Christiansen v. Spectrum Pharmaceuticals, Inc., Thomas J. Riga and Francois J. Lebel*, Case 1:22-cv-10292 (VEC) (S.D.N.Y.) (the "Action"), the Court has reopened the lead plaintiff appointment process.



Members of the putative class may move the Court to serve as substitute lead plaintiff not later than **Wednesday, September 24, 2025**.

Members of the putative class may view the operative complaint and the Court's decision on the motion to dismiss **here (https://www.kaplanfox.com/case/spectrum-pharmaceuticals-inc-2/)** . Previously, the Court appointed Kaplan Fox & Kilsheimer LLP to serve as Lead Counsel.

The Action has been pending since 2022, and after substantial discovery and motion practice, the Action currently alleges violations of Section 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5 against Spectrum Pharmaceuticals, Inc., Thomas J. Riga and Francois J. Lebel on behalf of purchasers of Spectrum Pharmaceuticals, Inc. common stock during the period May 12, 2022 through September 22, 2022 for allegedly making false or misleading statements about a drug manufactured by Spectrum Pharmaceuticals, Inc.

Shares of Spectrum Pharmaceuticals, Inc. traded on Nasdaq under the symbol SPPI. In July 2023, Assertio Holdings, Inc. (Nasdaq: ASRT) closed its acquisition of Spectrum Pharmaceuticals, Inc.

If you have any questions about this Notice, the Action, your rights, or your interests, please e-mail attorney Jeffrey P. Campisi (jcampisi@kaplanfox.com) or contact him by phone, regular mail, or fax, or click **here (https://www.kaplanfox.com/join-a-case/)** .

Jeffrey P. Campisi
KAPLAN FOX & KILSHEIMER LLP
800 Third Avenue, 38th Floor
New York, New York 10022
Telephone: (212) 329-8571
Fax: (212) 687-7714
Website: www.kaplanfox.com (http://www.kaplanfox.com)
E-mail: jcampisi@kaplanfox.com

View the original release on www.newmediawire.com (https://www.newmediawire.com/nmw_release/?rid=689e41feda846f62743846a2/notice-of-pendency-of-action-on-behalf-of-purchasers-of-spectrum-pharmaceuticals-inc-sppi-common-stock-and-the-reopening-of-the-lead-plaintiff-process)



NewMediaWire distributes press releases on behalf of hundreds of publicly traded companies, as well as private corporations, non-profits and other public sector organizations. Founded and staffed by industry veterans, we offer a full complement of services including specialized delivery to financial sites and posting of photos and multimedia content. In addition, NewMediawire offers international and specialized services such as IR websites and industry specific distribution.