# Exhibit B

**Certification Pursuant to Federal Securities Laws**

1. I, Steven Dunkleberger, make this declaration pursuant to Section 27(a)(2) of the Securities act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Spectrum Pharmaceuticals, Inc. ("Spectrum" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not transact in Spectrum Pharmaceuticals, Inc. securities at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired: Spectrum Pharmaceuticals, Inc. securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. Attached hereto as Schedule A is a list of all of my transactions in Spectrum Pharmaceuticals, Inc. securities during the Class Period, as specified in the Complaint.

6. During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

7. I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: __08/29/2025__

_____
Steven Dunkleberger

## Schedule A

Steven Dunkleberger's Transactions in Spectrum Pharmaceuticals, Inc. (SPPI):

**Account 1**

| Type of Security | Date | Transaction | Quantity of Shares | Price per Share |
|---|---|---|---|---|
| Common Stock | 5/25/2022 | Buy | 49.00 | $0.70495 |
| Common Stock | 5/25/2022 | Buy | 71.00 | $0.70500 |
| Common Stock | 5/25/2022 | Buy | 2,280.00 | $0.70500 |
| Common Stock | 6/1/2022 | Buy | 45.00 | $0.74670 |
| Common Stock | 6/1/2022 | Buy | 194.00 | $0.74720 |
| Common Stock | 6/1/2022 | Buy | 1,391.00 | $0.75000 |
| Common Stock | 6/6/2022 | Buy | 2,155.00 | $0.78800 |
| Common Stock | 6/14/2022 | Buy | 1,500.00 | $0.77000 |
| Common Stock | 6/14/2022 | Buy | 1,794.00 | $0.75000 |
| Common Stock | 6/24/2022 | Buy | 2,115.00 | $0.94600 |
| Common Stock | 6/28/2022 | Buy | 2,825.00 | $0.87800 |
| Common Stock | 7/11/2022 | Buy | 3,550.00 | $0.85000 |
| Common Stock | 7/22/2022 | Buy | 2,330.00 | $0.86000 |
| Common Stock | 8/4/2022 | Buy | 2,790.00 | $0.88500 |
| Common Stock | 8/18/2022 | Buy | 1,115.00 | $1.25000 |
| Common Stock | 8/30/2022 | Buy | 885.00 | $1.15500 |
| Common Stock | 9/7/2022 | Buy | 815.00 | $1.23520 |
| Common Stock | 9/14/2022 | Buy | 1,075.00 | $1.17000 |
| Common Stock | 9/20/2022 | Buy | 1,040.00 | $0.73200 |

**Account 2**

| Type of Security | Date | Transaction | Quantity of Shares | Price per Share |
|---|---|---|---|---|
| Common Stock | 5/16/2022 | Buy | 200.00 | $0.77610 |
| Common Stock | 5/16/2022 | Buy | 1,380.00 | $0.78000 |
| Common Stock | 6/1/2022 | Buy | 1,640.00 | $0.74300 |
| Common Stock | 6/13/2022 | Buy | 1,600.00 | $0.76400 |
| Common Stock | 6/27/2022 | Buy | 1,430.00 | $0.85300 |
| Common Stock | 7/11/2022 | Buy | 1,400.00 | $0.84500 |
| Common Stock | 7/25/2022 | Buy | 1,475.00 | $0.84780 |
| Common Stock | 8/8/2022 | Buy | 1,135.00 | $1.08000 |
| Common Stock | 8/23/2022 | Buy | 960.00 | $1.27000 |
| Common Stock | 9/6/2022 | Buy | 975.00 | $1.25000 |