# Exhibit C

## Steven Dunkleberger
## Spectrum Pharmaceuticals, Inc. Loss Estimate

Class Period     5/12/22 to 9/22/22
Lookback Price      $      0.43

| Date | Transaction | Shares | Price Per Share | | Expenditure | |
|------|-------------|--------|-----------------|---|-------------|---|
| 5/25/22 | Buy | 49 | $ | 0.70495 | $ | 34.54 |
| 5/25/22 | Buy | 71 | $ | 0.70500 | $ | 50.06 |
| 5/25/22 | Buy | 2280 | $ | 0.70500 | $ | 1,607.40 |
| 6/1/22 | Buy | 45 | $ | 0.74670 | $ | 33.60 |
| 6/1/22 | Buy | 194 | $ | 0.74720 | $ | 144.96 |
| 6/1/22 | Buy | 1391 | $ | 0.75000 | $ | 1,043.25 |
| 6/6/22 | Buy | 2155 | $ | 0.78800 | $ | 1,698.14 |
| 6/14/22 | Buy | 1500 | $ | 0.77000 | $ | 1,155.00 |
| 6/14/22 | Buy | 1794 | $ | 0.75000 | $ | 1,345.50 |
| 6/24/22 | Buy | 2115 | $ | 0.94600 | $ | 2,000.79 |
| 6/28/22 | Buy | 2825 | $ | 0.87800 | $ | 2,480.35 |
| 7/11/22 | Buy | 3550 | $ | 0.85000 | $ | 3,017.50 |
| 7/22/22 | Buy | 2330 | $ | 0.86000 | $ | 2,003.80 |
| 8/4/22 | Buy | 2790 | $ | 0.88500 | $ | 2,469.15 |
| 8/18/22 | Buy | 1115 | $ | 1.25000 | $ | 1,393.75 |
| 8/30/22 | Buy | 885 | $ | 1.15500 | $ | 1,022.18 |
| 9/7/22 | Buy | 815 | $ | 1.23520 | $ | 1,006.69 |
| 9/14/22 | Buy | 1075 | $ | 1.17000 | $ | 1,257.75 |
| 9/20/22 | Buy | 1040 | $ | 0.73200 | $ | 761.28 |
| 5/16/22 | Buy | 200 | $ | 0.77610 | $ | 155.22 |
| 5/16/22 | Buy | 1380 | $ | 0.78000 | $ | 1,076.40 |
| 6/1/22 | Buy | 1640 | $ | 0.74300 | $ | 1,218.52 |
| 6/13/22 | Buy | 1600 | $ | 0.76400 | $ | 1,222.40 |
| 6/27/22 | Buy | 1430 | $ | 0.85300 | $ | 1,219.79 |
| 7/11/22 | Buy | 1400 | $ | 0.84500 | $ | 1,183.00 |
| 7/25/22 | Buy | 1475 | $ | 0.84780 | $ | 1,250.51 |
| 8/8/22 | Buy | 1135 | $ | 1.08000 | $ | 1,225.80 |
| 8/23/22 | Buy | 960 | $ | 1.27000 | $ | 1,219.20 |
| 9/6/22 | Buy | 975 | $ | 1.25000 | $ | 1,218.75 |
| **Total** | | 40,214 | $ | 0.88316 | $ | 35,515.26 |
| **Lookback Value** | | | $ | 0.43000 | $ | 17,292.02 |
| **Estimated Loss** | | | | | **$ (18,223.24)** | |