# Exhibit D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, on behalf of himself and a class of similarly situated investors,<br><br>                              Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, and FRANCOIS J. LEBEL,<br><br>                              Defendants. | Case No. 22-CV-10292 (VEC)<br><br>CLASS ACTION<br><br>**DECLARATION OF STEVEN DUNKLEBERGER** |

I, Steven Dunkleberger, declare under penalty of perjury under the laws of the United States of America as follows:

1.      I respectfully submit this declaration in support of my motion for appointment as Lead Plaintiff and approval of my selection of Block & Leviton LLP as Lead Counsel in this action.

2.      I live in Leesburg, Virginia. I am currently employed at General Dynamics Information Technology. I have a Master of Business Administration degree from George Washington University and have been investing in the securities market for over 40 years.

3.      The Certification submitted with my motion accurately reflects my transactions in Spectrum Pharmaceuticals, Inc. ("Spectrum" or the "Company") securities from May 12, 2022 to September 22, 2022, inclusive. As reflected in the Certification, I purchased a significant amount of Spectrum common stock during the class period in this case and suffered substantial losses, which are the result of the alleged violations of the federal securities laws.

4.      After a thorough consultation, and after considering the merits of this action, I retained Block & Leviton LLP to act as my attorney and to seek the status of lead plaintiff in this lawsuit. Upon learning of the reopening of the lead plaintiff appointment process in this action, I conferred with Block & Leviton regarding the merits of the claims against Spectrum, and I decided to seek appointment as lead plaintiff and selected Block & Leviton as counsel in light of its significant experience and success achieving substantial recoveries in securities class actions.

5.      I am prepared to fulfill the responsibilities and requirements of being a lead plaintiff in a securities fraud class action. I understand that the lead plaintiff is responsible for overseeing lead counsel, ensuring the efficient and vigorous representation of the class, ensuring that the resulting fees are fair and reasonable, and maximizing recovery for the class. I believe that my experience, knowledge, and sophistication will enable me  to vigorously represent the interests of the proposed Class.

6.      I understand that I could have chosen to take no action and remain an absent class member. However, due to my large financial losses and desire to actively oversee this litigation,

I affirmatively decided that it would benefit myself and the Class if I sought appointment as lead plaintiff.

7.    I am committed to the zealous prosecution of this case and will remain actively involved in it, including through attendance at deposition and trial, if necessary. I understand that if appointed, I owe a fiduciary duty to all members of the Class to provide fair and adequate representation, and to work with lead counsel to obtain the largest possible recovery for the Class consistent with good faith and vigorous advocacy.

8.    I understand that, as lead plaintiff in this action, I would be subject to the jurisdiction of the Court and will be bound by the rulings of the Court, including rulings regarding any judgments.

9.    I understand that as lead plaintiff, I would be responsible for directing the activities of my counsel for the duration of the litigation, and that my counsel shall:

a.  Determine and present the position of Lead Plaintiff on all matters that may arise during the litigation;

b.  Coordinate the initiation of and conduct discovery on behalf of the Lead Plaintiff, including the preparation of interrogatories and requests for the production of documents and the examination of witnesses at depositions;

c.  Conduct settlement negotiations on behalf of the Lead Plaintiff;

d.  Negotiate and enter into those stipulations with opposing counsel necessary for the conduct of the litigation;

e.  Retain expert consultants and witnesses;

f.  Prepare and distribute periodic status reports to the Lead Plaintiff;

g.  Maintain adequate time and disbursement records covering services as Lead Counsel; and

h.  Perform such other duties as may be incidental to the proper and efficient coordination of the litigation or which may be authorized by further order of the Court.

Signed under penalties of perjury under the laws of the United States of America:

Dated: _09/17/2025_____

_____
Steven Dunkleberger