UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEVEN B. CHRISTIANSEN,                               :
                                                      :
                          Plaintiff,                  :
                                                      :       22-CV-10292 (VEC)
          -against-                                   :
                                                      :       ORDER
SPECTRUM PHARMACEUTICALS, INC.,                       :
THOMAS J. RIGA, FRANCOIS J. LEBEL., and               :
NORA E. BRENNAN,                                      :
                          Defendants.                 :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 24, 2025, Nizar Sami Ayoub, Amanda Borck, and Steven Dunkleberger (collectively, the "Movants") moved to be appointed lead plaintiffs in this case, *see* Dkts. 152, 158, 160.

IT IS HEREBY ORDERED that, not later than **Tuesday, October 14, 2025**, each Movant may, but is not required to, submit rebuttal evidence as to the financial interest in the relief sought by the other Movants and the adequacy and typicality of any of the other Movants, as well as any opposition to other Movants' selection of lead counsel. Each Movant may make only one submission, and each submission shall be no more than 10 pages, including any appendices or attorney declarations.

IT IS FURTHER ORDERED that, not later than **Tuesday, October 21, 2025**, each Movant may, but is not required to, submit a reply in support of their application. Such replies shall be no more than 5 pages, including any appendices or attorney declarations.

**SO ORDERED.**

Date:  September 29, 2025
       New York, New York

                                                      _____
                                                      **VALERIE CAPRONI
                                                      United States District Judge**