**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, on behalf of himself and a class of similarly situated investors, | Case No. 1:22-cv-10292 (VEC) |
| Plaintiff, | Consolidated with Case No. 1:22-cv- 10677 (VEC); Case No. 1:23-cv-00767 (VEC) |
| v. | |
| SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, and FRANCOIS J. LEBEL, | |
| Defendants | |
| NIZAR SAMI AYOUB, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-08138-VEC |
| Plaintiff, | |
| v. | |
| SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, and FRANCOIS J. LEBEL, | |
| Defendants. | |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF NIZAR SAMI AYOUB'S MEMORANDUM OF LAW IN REPLY TO STEVEN DUNKLEBERGER'S MEMORANDUM IN OPPOSITION TO THE COMPETING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL**

I, JEFFREY P. CAMPISI, declare the following:

1.      I am a partner of the law firm Kaplan Fox & Kilsheimer LLP and counsel for lead plaintiff movant Nizar Sami Ayoub.

2.      I am an attorney admitted to practice law in the State of New York. I am admitted to this Court and am in good standing.

3.      I am over 21 years of age and otherwise competent to make this declaration. My statements herein are based on my personal knowledge.

4.      I respectfully submit this Declaration in support of Nizar Sami Ayoub's Memorandum of Law in Reply to Steven Dunkleberger's Memorandum in Opposition to the Competing Motion for Appointment as Lead Plaintiff and Appointment of Lead Counsel.

5.      Attached hereto is a true and correct copy of the following document:

Exhibit A:     Declaration of Nizar Sami Ayoub in Reply to Steven Dunkleberger's Memorandum in Opposition to the Competing Motion for Appointment as Lead Plaintiff and Appointment of Lead Counsel, dated October 16, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day October, 2025, at New York, New York.


                                                          /s/          Jeffrey P. Campisi
                                                          JEFFREY P. CAMPISI

## CERTIFICATE OF SERVICE

I, Jeffrey P. Campisi, hereby certify that, on October 21, 2025, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM/ECF system which will send electronic notices of the filing to all counsel of record.

/s/        *Jeffrey P. Campisi*
JEFFREY P. CAMPISI