# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, on behalf of himself and a class of similarly situated investors, <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, and FRANCOIS J. LEBEL, <br><br> Defendants. | Case No. 1:22-cv-10292 (VEC) <br><br> Consolidated with <br> Case No. 1:22-cv- 10677 (VEC); <br> Case No. 1:23-cv-00767 (VEC) |
| NIZAR SAMI AYOUB, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, and FRANCOIS J. LEBEL, <br><br> Defendants. | Case No. 1:24-cv-08138-VEC |

**DECLARATION OF NIZAR SAMI AYOUB IN REPLY TO STEVEN DUNKLEBERGER'S MEMORANDUM IN OPPOSITION TO THE COMPETING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL**

I, the undersigned, under 28 U.S.C. § 1746, declare as follows:

1. I submit this declaration in further support of my motion for appointment as the substitute lead plaintiff on behalf of purchasers of Spectrum Pharmaceuticals, Inc. ("Spectrum" or the "Company") common stock, and in reply to Steven Dunkleberger's Opposition to the Competing Motion for Appointment as Lead Plaintiff and Appointment of Lead Counsel.

2. I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

3. I have reviewed Steven Dunkleberger's opposition to my appointment as lead

plaintiff in which he raised concerns about my honesty and trustworthiness and alleged that I "directly undermined the Class's interest." These concerns are baseless speculation and I have at all times acted to protect the best interests of the proposed Class of Spectrum investors.

4.     In or around December 2022, I contacted Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") regarding the claims alleged in this action on behalf of investors in Spectrum and the lead plaintiff appointment process.

5.     At that time, I declined to seek appointment as lead plaintiff as it was my understanding that an investor with a larger financial interest than I intended to seek lead plaintiff appointment.

6.     Subsequently, I periodically communicated with Kaplan Fox to inquire on the progress of the lawsuit and to request an update on the progress of the litigation.

7.     In or around October 2024, I learned that Spectrum's lawyers raised concerns about the conduct of the lead plaintiff, Mr. Steven Christiansen, that could negatively affect class certification and the class.

8.     In response, in order to protect the interests of the proposed Class in the event that Mr. Christiansen could no longer serve as lead plaintiff, I authorized Kaplan Fox to file a complaint on my behalf and I sought to be appointed a class representative to protect Spectrum investors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on _10/16/2025_____.

Signed by:

Nizar Sami Ayoub

966E6532D539403...

Nizar Sami Ayoub