UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
LUIS CARNEIRO, on behalf of himself and a  :
class of similarly situated investors,  :
   :
                Plaintiff,  :          23-CV-00767 (VEC)
   :
      -against-  :
   :
SPECTRUM PHARMACEUTICALS, INC.,  :
THOMAS J. RIGA, FRANCOIS J. LEBEL., and  :
NORA E. BRENNAN,  :
              Defendants.  :
-------------------------------------------------------------X
-------------------------------------------------------------X
WILLIAM CUMMINGS, on behalf of himself  :
and a class of similarly situated investors,  :
   :
                Plaintiff,  :
   :         22-CV-10677 (VEC)
      -against-  :
   :           ORDER
SPECTRUM PHARMACEUTICALS, INC.,  :
THOMAS J. RIGA, FRANCOIS J. LEBEL., and  :
NORA E. BRENNAN,  :
   :
              Defendants.  :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court consolidated *Cummings v. Spectrum Pharmaceuticals, Inc. et al.*, 22-CV-10677 (S.D.N.Y.), and *Carneiro v. Spectrum Pharmaceuticals, Inc. et al.*, 23-CV-00767 (S.D.N.Y.), with *Ayoub et al. v. Spectrum Pharmaceuticals, Inc. et al.*, 22-CV-10292 (S.D.N.Y.), with all further submissions to be filed in *Ayoub*.  *See Ayoub*, Dkt. 63.

IT IS HEREBY ORDERED that *Cummings v. Spectrum Pharmaceuticals, Inc. et al.*, 22-CV-10677 (S.D.N.Y.), and *Carneiro v. Spectrum Pharmaceuticals, Inc. et al.*, 23-CV-00767

(S.D.N.Y.), are CLOSED.  All filings should be made in the lead case, *Ayoub et al. v. Spectrum Pharmaceuticals, Inc. et al.*, 22-CV-10292 (S.D.N.Y.).


**SO ORDERED.**

**Date:  March 30, 2026**
       **New York, New York**

                                  **VALERIE CAPRONI**
                                **United States District Judge**