MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, on behalf of himself and a class of similarly situated investors,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>Defendants. | Case No.1:22-cv-10292-VEC |
| NIZAR SAMI AYOUB, on behalf of himself and a class of similarly situated investors,<br><br>CO- Lead Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>Defendants. | Case No. 1:22-cv-10292-VEC |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/16/2026

## MOTION FOR RECUSAL of JUDGE VALERIE CAPRONI

1: I Steven B Christiansen submit this Motion on behalf myself and purchasers of Spectrum Pharmaceuticals, Inc. ("Spectrum" or the "Company") common stock.

2: Judge Valerie Caproni must recues herself from the above uncaptioned case for the appearance of bias and impartiality.

Under federal law (**28 U.S.C. § 455(a)**), a judge must recues themselves if their "impartiality might reasonably be questioned" from the perspective of an objective, well-informed observer.

3: Prejudice of the court is on full display here.

Since Steven B Christiansen was Disqualified for a purported

violation of the Non-Disclosure Agreement.

*********************************************************************

CASE # 1:22 –cv-10292 – VEC / Document # 143 / 08/04/2025

CONCLUSION
For the foregoing reasons, the Motion is GRANTED and Christiansen is DISQUALIFIED as lead plaintiff.

Not later than Monday, August 25, 2025, counsel for Plaintiff must cause notice of the pendency of this action and of the reopening of the lead plaintiff appointment process to be published in a widely circulated national business-oriented publication or wire service.

Members of the putative class may move the Court to serve assubstitute lead plaintiff not later than Wednesday, September 24, 2025.

Plaintiff's request for a status conference, Dkt. 142, is DENIED WITHOUT PREJUDICE to Plaintiff renewing the request with an explanation of what issues he wishes to discuss at the conference.

Except for filings necessary to complete the selection of a new lead plaintiff, this case remains STAYED.

SO ORDERED.

Date: August 4, 2025 VALERIE CAPRONI
New York, New York United States District Judge

4: Lead plaintiff Nizar Sami Ayoub for violated his Oath of None Disclosure for discussing a proposed $7mil deal with Emilie Ruscoe and published June 2 2026 in Law 360

https://www.law360.com/articles/2484516/pharma-co-inks-7m-deal-to-end-investor-s-cancer-study-suit

The reporter quotes Nizar Sami Ayoub ; The reporter obviously spoke with him directly , eliminating any question that the reporter had accessed court documents.

5: PROOF : Ayoub said the $7 million settlement sum would come from Spectrum, Two of its former executives, who are the company's co-defendants, and their insurers.

CONCLUSION: The Court Must Recues Judge Valerie Caproni . Failure not to do so jeopardizes the entire legal system.

Under federal law (**28 U.S.C. § 455(a)**), a judge must recues themselves if their "impartiality might reasonably be questioned" from the perspective of an objective, well-informed observer.

*The Supreme Court established that § 455(a) requires an **objective standard**: whether a reasonable person, knowing all the facts, would question the judge's impartiality. Scienter (actual knowledge) is not required for a violation of § 455(a).

**Chase Manhattan Bank v. Affiliated FM Ins. Co., 343 F.3d 120 (2d Cir. 2003)**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

June 30, 2026

Steven B Christiansen

PO BOX 980202
PARK CITY, UT.
84098
435-395-1700

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, on behalf of himself and a class of similarly situated investors,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>Defendants. | Case No.1:22-cv-10292-VEC |
| NIZAR SAMI AYOUB, on behalf of himself and a class of similarly situated investors,<br><br>CO- Lead Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>Defendants. | Case No. 1:22-cv-10292-VEC |

**ORDER FOR RECUSAL of JUDGE VALERIE CAPRONI**

1: Judge Valerie Caproni recues herself from the above uncaptioned case for the appearance of bias and impartiality.

2: The Burden of Proof has been met.

Under federal law (**28 U.S.C. § 455(a)**), a judge must recues themselves if their "impartiality might reasonably be questioned" from the perspective of an objective, well-informed observer.

DATED: June 30, 2026

Respectfully Submitted by: STEVEN B CHRISTIANSEN

AUTHORITY: By signing below, the signatory represents that he or she has the authority to sign this order on behalf of the parties indicated above and Grant The Order to Settle above encaptioned case;

SO ORDERED; UNITED STATES DISTRICT JUDGE/ VALERIE CAPRONI

DATE:________________________

JUDGE VALERIE CAPRONI;__________________________________________

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN B CHRISTIANSEN

Write the first and last name of each plaintiff.

Case No. 1:22 CV 10292-VEC

-against-

SPECTRUM PHARMACUTICAL INC
THOMAS J RIGA
FRANCOIS J LEBEL
NORA BRENNAN

Write the first and last name of each defendant.

**CERTIFICATE OF SERVICE**

I, Steven B Christiansen,

affirm that the foregoing documents have been personally served on KAPLAN FOX & KILSHEIMER LLP BY E-MAIL or mailed to the last known address of 800 Third Avenue, 38th Floor New York, NY 10022,

at ______.

6/30/2026
Executed on (date)

Steven B Christiansen Digitally signed by Steven B Christiansen Date: 2026.06.29 15:05:10 -06'00'
Signature

Steven B Christiansen
Name

N/A
Prison Identification # (if incarcerated)

PO BOX 98020
Address

Park City
City

UT
State

84098
Zip Code

435-395-1700
Telephone Number (if available)

steven.paralex@gmail com
E-mail Address (if available)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN B CHRISTIANSEN

Write the first and last name of each plaintiff.

Case No. 122 CV 10292 VEC

-against-

SPECTRUM PHARMACUTICAL INC
THOMAS J RIGA
FRANCOIS J LEBEL
NORA BRENNAN

Write the first and last name of each defendant.

**CERTIFICATE OF SERVICE**

I, Steven B Christiansen,

affirm that the foregoing documents have been personally served on BAKER BOTTS LLP by EMail or mailed to the last known address of 30 Rockefeller Plaza New York, NY 10112,

at __________.

6/30/2026
Executed on (date)

Steven B Christiansen Digitally signed by Steven B Christiansen Date: 2026.06.?? 15:04:06 -06'00'
Signature

Steven B Christiansen
Name

Prison Identification # (if incarcerated)

| Address | City | State | Zip Code |
|---|---|---|---|
| PO BOX 980202 | Park City | UT | 84098 |

435-395-1700
Telephone Number (if available)

steven.paralex@gmail.com
E-mail Address (if available)

Application DENIED. As the Court previously explained, *see* Dkt. 207, the cited material does not indicate that Mr. Ayoub disclosed any non-public information.

The Court further sees no reason to recuse itself from this matter. Recusal is warranted when the Court's "impartiality might reasonably be questioned." 28 U.S.C. § 455(a). No reasonable individual would view the Court's denial of Mr. Christiansen's motion to disqualify the lead Plaintiff Mr. Ayoub as an indication of bias.

The Clerk of Court is respectfully directed to close the open motions at Dkts. 208 and 209.

SO ORDERED.

Valerie Caproni

07/16/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE