UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, on behalf of himself and a class of similarly situated investors,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>Defendants. | Case No.1:22-cv-10292-VEC |
| NIZAR SAMI AYOUB, on behalf of himself and a class of similarly situated investors,<br><br>CO- Lead Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>Defendants. | Case No. 1:22-cv-10292-VEC |

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:____________
DATE FILED: 07/31/2026

**NEW MOTION TO DISQUALIFY LEAD PLAINTIFF**

**NIZAR SAMI AYOUB**

1: I Steven B Christiansen submit this Motion on behalf myself and purchasers of Spectrum Pharmaceuticals, Inc. ("Spectrum" or the "Company") common stock pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA")

2: The court must remove lead plaintiff Nizar Sami Ayoub for violating his Oath of none disclosure.

a) Nizar Sami Ayoub signed a Confidentiality Non Disclosure Agreement that is the same a Steven B Christiansen did.

b) The Settlement is not Final. No details of a Settlement were posted in any publication for that reason.

c) **The Court must show proof that reporter Emilie Ruscoe attained material protected from disclosure in any source of Public Publication.**

3: The court must remove lead plaintiff Nizar Sami Ayoub for violating his Oath of none disclosure for discussing a proposed $7mil deal with Emilie Ruscoe and published June 2 2026 in Law 360 https://www.law360.com/articles/2484516/pharma-co-inks-7m-deal-to-end-investor-s-cancer-study-suit

**4: The reporter quotes Nizar Sami Ayoub ; The reporter obviously spoke with him directly , eliminating any question that the reporter had accessed court documents or any Public Publication.**

5: PROOF : Ayoub said the $7 million settlement sum would come from Spectrum Two of its former executives, who are the company's co-defendants, and their insurers.

5: Prejudice of the court is on full display here. Since Steven B Christiansen was Disqualified for a purported violation of the Non-Disclosure Agreement so must the court disqualify Nizar Sami Ayoub.

CONCLUSION: The Court Must Disqualify Nizar Sami Ayoub as well as suspended any Settlement agreement that Nizar Sami Ayoub has discussed

with the Media. Failure to do so jeopardizes the entire legal system. The integrity of the Private Securities Litigation Reform Act of 1995 Is at stake here if the court does not disqualify the lead plaintiff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

July 21, 2026

Steven B Christiansen

PO BOX 980202
PARK CITY, UT.
84098
435-395-1700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. CHRISTIANSEN, on behalf of himself and a class of similarly situated investors,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>Defendants. | Case No.1:22-cv-10292-VEC |
| NIZAR SAMI AYOUB, on behalf of himself and a class of similarly situated investors,<br><br>CO- Lead Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,<br><br>Defendants. | Case No. 1:22-cv-10292-VEC |

**ORDER TO DISQUALIFY LEAD PLAINTIFF**

**NIZAR SAMI AYOUB**

1: This court finds that Nizar Sami Ayoub has violated the Non-Disclosure Agreement that he signed.

2: This court removes lead plaintiff Nizar Sami Ayoub.

3: The court acknowledges the June 2, 2026 article in Law 360, reporter Emilie Ruscoe "QUOTED" the lead plaintiff in the article, thereby violating the oath of non-disclosure the lead plaintiff had agreed to and signed.

4: The Order TO DISQUALIFY LEAD PLAINTIFF NIZAR SAMI AYOUB is in Accordance with preserving the Integrity of the Private Securities Litigation Reform Act of 1995 (PSLRA)

5: The Pending Settlement in Document 188 is Stayed until a new lead plaintiff can be appointed.

DATED: July 21, 2026

Respectfully Submitted by: STEVEN B CHRISTIANSEN

AUTHORITY: By signing below, the signatory represents that he or she has the authority to sign this order on behalf of the parties indicated above and Grant The Order to Settle above encaptioned case;

SO ORDERED; UNITED STATES DISTRICT JUDGE/ VALERIE CAPRONI

DATE:______________________________

JUDGE VALERIE CAPRONI;____________________________________________________

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN B CHRISTIANSEN

Write the first and last name of each plaintiff.

Case No. 122 CV 10292 VEC

-against-

SPECTRUM PHARMACUTICAL INC
THOMAS J RIGA
FRANCOIS J LEBEL
NORA BRENNAN

Write the first and last name of each defendant.

**CERTIFICATE OF SERVICE**

I, Steven B Christiansen,

affirm that the foregoing documents have been personally served on BAKER BOTTS LLP by EMail or mailed to the last known address of 30 Rockefeller Plaza New York, NY 10112,

at __________.

7/21/2026
Executed on (date)

Steven B Christiansen Digitally signed by Steven B Christiansen Date: 2026.06.23 15:04:06 -06'00'
Signature

Steven B Christiansen
Name

Prison Identification # (if incarcerated)

PO BOX 980202
Address

Park City | UT | 84098
City | State | Zip Code

435-395-1700
Telephone Number (if available)

steven.paralex@gmail.com
E-mail Address (if available)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN B CHRISTIANSEN

Write the first and last name of each plaintiff.

-against-

SPECTRUM PHARMACUTICAL INC
THOMAS J RIGA
FRANCOIS J LEBEL
NORA BRENNAN

Write the first and last name of each defendant.

Case No. 1:22 CV 10292-VEC

**CERTIFICATE OF SERVICE**

I, Steven B Christiansen,

affirm that the foregoing documents have been personally served on KAPLAN FOX & KILSHEIMER LLP BY E-MAIL or mailed to the last known address of 800 Third Avenue, 38th Floor New York, NY 10022,

at ______.

7/21/2026
Executed on (date)

Steven B Christiansen Digitally signed by Steven B Christiansen Date: 2026.06.23 15:05:10 -06'00'
Signature

Steven B Christiansen
Name

N/A
Prison Identification # (if incarcerated)

PO BOX 98020
Address

Park City UT 84098
City State Zip Code

435-395-1700
Telephone Number (if available)

steven.paralex@gmail com
E-mail Address (if available)

Application DENIED AS MOOT. This application is a successive filing of a motion previously denied by the Court, *see* Dkts. 207, 210, which decision Mr. Christiansen has appealed to the Court of Appeals for the Second Circuit, *see* Dkt. 211. As such, this Court is divested of jurisdiction to decide the present motion. *See Ret. Bd. of Policemen's Annuity & Ben. Fund of City of Chicago v. Bank of New York Mellon*, 297 F.R.D. 218, 220 (S.D.N.Y. 2013).

SO ORDERED.

07/31/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE