UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NIZAR SAMI AYOUB, on behalf of himself and a class of similarly situated investors, Plaintiff, -against- SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, and FRANCOIS J. LEBEL, Defendants. | : | 22-CV-10292 (VEC) ORDER |

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the settlement hearing currently scheduled for November 20, 2026, is hereby ADJOURNED to **Friday, December 4, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: October 19, 2026**
**New York, New York**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**