**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STEVEN B. CHRISTIANSEN, on behalf of himself and a class of similarly situated investors,

Plaintiff,

v.

SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,

Defendants.

Case No.1:22-cv-10292-VEC

**MEMO ENDORSED**

NIZAR SAMI AYOUB, on behalf of himself and a class of similarly situated investors,

CO- Lead Plaintiff,

v.

SPECTRUM PHARMACEUTICALS, INC., THOMAS J. RIGA, FRANCOIS J. LEBEL, and NORA E. BRENNAN,

Defendants.

Case No. 1:22-cv-10292-VEC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 11/23/2026

**REQUEST FOR JUDICIAL REVIEW REPORT FOR REVIEW PRIOR TO DECEMBER 4 2026**

I Steven B Christiansen on behalf of myself and a class of similarly situated investors, request a copy of the Judicial Fairness Review prior to the December 4 2026 hearing.

A copy will be needed at least one (1) week prior to afford proper time to review and comparison to the report of Cynthia Jones.

Under Federal Rule of Civil Procedure 23, the court itself must perform what is called a **Judicial Fairness Review** to independently calculate and approve whether the distribution math is fair, reasonable, and adequate.

The Proposed Relief is Inadequate. The Proposed Relief is Corporate Welfare.

NOVMBER 13, 2026

Steven B Christiansen

Steven B Christiansen

PO BOX 980202
PARK CITY, UT.
84098
435-395-1700

The objections raised by Mr. Christiansen, along with the Court's fairness review, will be considered at the class settlement fairness hearing set for **Friday, December 4, 2026, at 10:00 A.M.**

SO ORDERED.

Valerie Caproni 11/23/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE